IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| AGILENT TECHNOLOGIES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:25-cv-02101 |
| v. ) | Judge Mark S. Norris |
| ) | Magistrate Judge Charmiane Claxton |
| XPEDIENT MANAGEMENT GROUP, LLC ) | |
| and ST. PAUL FIRE AND MARINE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

## ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Civil Procedure Rule 7.1, St. Paul Fire and Marine Insurance Company submits to the Court that it is wholly owned by its parent company, The Travelers Companies, Inc., which is a publicly held corporation.

Respectfully submitted,

*/s/ Paige I. Bernick*
Paige I. Bernick, Esq. (BPR # 30071)
Peter C. Robison, Esq. (BPR # 27498)
Ryan N. Clark, Esq. (BPR # 29105)
LEWIS THOMASON, P.C.
424 Church Street, Suite 2500
Nashville, TN 37219
pbernick@lewisthomason.com
Telephone: (615) 259-1366

*Attorneys for Defendant St. Paul Fire and Marine Insurance Company*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing DEFENDANT ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S CORPORATE DISCLOSURE was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail and email. Parties may access this filing through the Court's electronic filing system.

    Elena R. Mosby, Esq.
    Douglas F. Halijan, Esq.
    130 N. Court Avenue
    Memphis, TN 38103
    Telephone: (901) 524-5000
    emosby@bpjlaw.com
    dhalijan@bpjlaw.com

    Amber S. Finch, Esq.
    Margaret Clemans McDonald, Esq.
    Reed Smith, LLP
    515 South Flower Street, Suite 4300
    Los Angeles, CA  90071
    Telephone: (213) 457-8000
    afinch@reedsmith.com
    mcmcdonald@reedsmith.com

                                                  *Paige I. Bernick*