## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| **Agilent Technologies, Inc.,** | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| v. | )  Case No. 2:25-cv-02101 |
| | ) |
| **Xpedient Management Group, LLC and St. Paul Fire and Marine Insurance Company,** | ) |
| | ) |
| Defendants | ) |

### AGILENT TECHNOLOGIES, INC.'S RULE 7.1
### CORPORATE DISCLOSURE STATEMENT

Plaintiff Agilent Technologies, Inc. ("Agilent") hereby files its corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1. Agilent does not have a parent corporation, and there is no publicly held corporation owning ten percent (10%) or more of its stock.

RESPECTFULLY SUBMITTED, this the 28th day of February 2025.

*s/ Douglas F. Halijan*
Douglas F. Halijan (BPR # 16718)
Elena R. Mosby (BPR # 40562)
**Burch Porter & Johnson, PLLC**
130 North Court Avenue
Memphis, TN 38103
Telephone: 901-524-5000
Facsimile: 901-524-5024
dhalijan@bpjlaw.com
emosby@bpjlaw.com

Amber Finch (*admitted pro hac vice*)
Margaret C. McDonald (*admitted pro hac vice*)
**Reed Smith LLP**
515 South Flower Street

Los Angeles, CA 90071
Telephone: 213-457-8000
Facsimile: 213-457-8080
mcmcdonald@reedsmith.com
afinch@reedsmith.com

*Attorneys for Plaintiff*