AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| AGILENT TECHNOLOGIES, INC. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:25-cv-02101 |
| XPEDIENT MANAGEMENT GROUP, LLC et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

XPEDIENT MANAGEMENT GROUP, LLC                                         .

Date:   03/07/2025

s/ William P. Thomas
*Attorney's signature*

William P. Thomas MSN 102209
*Printed name and bar number*

Butler Snow LLP
1020 Highland Colony Pkwy., Ste. 1400
Ridgeland, MS 39157
*Address*

will.thomas@butlersnow.com
*E-mail address*

(601) 985-4432
*Telephone number*

(601) 985-4500
*FAX number*

## CERTIFICATE OF SERVICE

 The undersigned attorney hereby certifies that a true and correct copy of the foregoing document was filed with the Clerk of Court by electronic means through the Court's ECF system, which in turn sent a copy to all counsel of record:

 Douglas F. Halijan
 Elena R. Mosby
 BURCH PORTER & JOHNSON, PLLC
 130 North Court Avenue
 Memphis, TN 38103
 dhalijan@bpjlaw.com
 emosby@bpjlaw.com

 Amber Finch, *pro hac vice*
 Margaret C. McDonald, *pro hac vice*
 REED SMITH LLP
 515 South Flower Street
 Los Angeles, CA 90071
 afinch@reedsmith.com
 mcmcdonald@reedsmith.com

 Paige I. Bernick
 Peter C. Robinson
 Ryan N. Clark
 LEWIS THOMASON, P.C.
 424 Church Street, Ste. 2500
 Nashville, TN 37219
 pbernick@lewisthomason.com
 probinson@lewisthomason.com
 rclark@lewisthomason.com

 THIS, the 7th day of March 2025.

             s/ William P. Thomas
             WILLIAM P. THOMAS

92715645.v1