IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| AGILENT TECHNOLOGIES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:25-cv-02101 |
| v. ) | Judge Mark S. Norris |
| ) | Magistrate Judge Charmiane Claxton |
| XPEDIENT MANAGEMENT GROUP, LLC ) | |
| and ST. PAUL FIRE AND MARINE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ──────────────────────────── ) | |
| ) | |
| XPEDIENT MANAGEMENT GROUP, LLC ) | |
| ) | |
| Cross-Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ST. PAUL FIRE AND MARINE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Cross-Defendant. ) | |

**ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S MOTION TO DISMISS CROSS-CLAIM BY XPEDIENT MANAGEMENT GROUPD, LLC**

Pursuant to Federal Civil Procedure Rule 12(b)(6), Defendant and Cross-Defendant St. Paul Fire and Marine Insurance Company ("St. Paul") files its motion to dismiss the Cross-Claim (Doc No. 21) filed by Xpedient Management Group, LLC. ("Lessee"). As grounds, St. Paul will show the plain language of the Lease (Doc No. 22) precludes Lessee from making the claims contained in the Cross-Claim. Accordingly, the claims by Lessee against St. Paul must be

dismissed. In support of its motion, St. Paul has filed a memorandum of law in support of its motion to dismiss pursuant to Local Rule 7(a)(1).

                                          Respectfully submitted,

                                          */s/ Paige I. Bernick*
                                          Paige I. Bernick, Esq. (BPR # 30071)
                                          Peter C. Robison, Esq. (BPR # 27498)
                                          Ryan N. Clark, Esq. (BPR # 29105)
                                          LEWIS THOMASON, P.C.
                                          424 Church Street, Suite 2500
                                          Nashville, TN  37219
                                          pbernick@lewisthomason.com
                                          Telephone:  (615) 259-1366

                                          *Attorneys for Defendant St. Paul Fire and Marine Insurance Company*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing DEFENDANT ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S MOTION TO DISMISS CROSS-CLAIM was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail and email. Parties may access this filing through the Court's electronic filing system.

    Elena R. Mosby, Esq.
    Douglas F. Halijan, Esq.
    Burch Porter & Johnson, PLLC
    130 N. Court Avenue
    Memphis, TN 38103
    Telephone: (901) 524-5000
    emosby@bpjlaw.com
    dhalijan@bpjlaw.com

    Amber S. Finch, Esq.
    Margaret Clemans McDonald, Esq.
    Reed Smith, LLP
    515 South Flower Street, Suite 4300
    Los Angeles, CA 90071
    Telephone: (213) 457-8000
    afinch@reedsmith.com
    mcmcdonald@reedsmith.com
    *Attorneys for Plaintiff*

    Andrew B. Schrack, Esq.
    Butler Snow LLP
    6075 Poplar Avenue, Suite 500
    Memphis, TN 38119
    Telephone: (901) 680-7200
    andrew.schrack@butlersnow.com
    *Attorney for Xpedient Management Group, LLC*

This 17th day of March, 2025.

                                                                *Paige I. Bernick*