# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| **AGILENT TECHNOLOGIES, INC.,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | No. 2:25-cv-02101 |
| v. | * | |
| | * | JURY DEMAND |
| **XPEDIENT MANAGEMENT GROUP, LLC** | * | |
| **and ST. PAUL FIRE AND MARINE** | * | |
| **INSURANCE COMPANY,** | * | |
| | * | |
| Defendants. | * | |

## UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COMES NOW the Defendant, St. Paul Fire and Marine Insurance Company ("St. Paul"), to submit its Unopposed Motion for Withdrawal and Substitution of Counsel pursuant to *Local Rule* 83.5.

As grounds for this motion, St. Paul would show that Paige I. Bernick, Peter C. Robison, and Ryan N. Clark of the law firm Lewis Thomason, P.C. all filed notices of appearance on behalf of St. Paul on February 24, 2025. [Doc 16]; [Doc 17]; [Doc 18]. Recently, St. Paul elected to change its representation in the defense of this matter. For that reason, Paige I. Bernick, Peter C. Robison, and Ryan N. Clark of Lewis Thomason, P.C. request that they be permitted to withdraw as attorneys of record in this case. Likewise, Sean W. Martin and Michael J. Petherick of the law firm Carr Allison request to be substituted as counsel of record for St. Paul. As reflected in the certificate of consultation below, the relief requested in this motion is unopposed. Pursuant to *Local Rule* 7.2(a)(1)(A), a proposed order granting the relief requested in this motion is being submitted by email.

#5064698.1

**WHEREFORE,** St. Paul respectfully requests that the Court enter an order granting this motion, permitting Paige I. Bernick, Peter C. Robison, and Ryan N. Clark of Lewis Thomason, P.C. to withdraw as counsel of record for St. Paul, and substituting Sean W. Martin and Michael J. Petherick of Carr Allison as counsel of record for St. Paul.

                Respectfully submitted,

                **CARR ALLISON**

                BY: /s/ Michael J. Petherick
                    **SEAN W. MARTIN, BPR #020870**
                    **MICHAEL J. PETHERICK, BPR #036155**
                    Attorneys for St. Paul
                    633 Chestnut Street, Suite 2000
                    Chattanooga, TN 37450
                    (423) 648-9832 / (423) 648-9869 FAX
                    swmartin@carrallison.com
                    mpetherick@carrallison.com

                **LEWIS THOMASON, P.C.**

                BY: /s/ Paige I. Bernick
                    (*by MJP, w/permission*)
                    **PAIGE I. BERNICK, BPR #30071**
                    **PETER C. ROBISON, BPR #27498**
                    **RYAN N. CLARK, BPR #29105**
                    Attorneys for St. Paul
                    424 Church Street, Suite 2500
                    Nashville, TN 37219
                    (615) 259-1366
                    pbernick@lewisthomason.com
                    probison@lewisthomason.com
                    rclark@lewisthomason.com

#5064698.1

## CERTIFICATE OF CONSULTATION

Pursuant to *Local Rule* 7.2(a)(1)(B), on May 15, 2025, undersigned counsel conferred by email with Plaintiff's counsel, Douglas F. Halijan, about the relief requested in this motion. At that time, it was determined that the relief requested in this motion is not opposed by Plaintiff. On May 13, 2025, undersigned counsel conferred by email with counsel for Defendant Xpedient Management Group, LLC, William P. Thomas and Andrew Schrack, about the relief requested in this motion. Xpedient Management Group does not oppose the relief requested in this motion.

BY: /s/ Michael J. Petherick
**MICHAEL J. PETHERICK, BPR #036155**

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2025, I electronically filed an **UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Elena R. Mosby
Douglas F. Halijan
Burch, Porter & Johnson PLLC
130 North Court Avenue
Memphis, TN 38103

Amber S. Finch
Margaret Clemans McDonald
Reed Smith, LLP
515 South Flower Street, Suite 4300
Los Angeles, CA 90071

Paige I. Bernick
Ryan N. Clark
Peter C. Robison
Lewis Thomason, P.C.
424 Church Street, Suite 2500
Nashville, TN 37219

Andrew B. Schrack
Butler Snow LLP
6075 Poplar Avenue, Suite 500
Memphis, TN 38119

BY: /s/ Michael J. Petherick
**MICHAEL J. PETHERICK, BPR #036155**

#5064698.1