UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

_____

| | | |
|---|---|---|
| AGILENT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cv-02101-MSN-cgc |
| | ) | |
| XPEDIENT MANAGEMENT GROUP, LLC and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | ) ) ) | Judge Mark C. Norris Magistrate Judge Charmiane Claxton |
| | ) | |
| Defendants | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| XPEDIENT MANAGEMENT GROUP, LLC., | ) | |
| | ) | |
| Cross-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | ) ) | |
| | ) | |
| Cross-Defendant | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| FACTORY MUTUAL INSURANCE CO., as subrogee of Agilent Technologies, Inc., | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:25-cv-02424-MSN-tmp |
| v. | ) | |
| | ) | |
| XPEDIENT MANAGEMENT GROUP, LLC and ST. PAUL FIRE AND MARINE INSURANCE COMPANY | ) ) ) | |
| | ) | |
| Defendants | ) | |

**MOTION AND MEMORANDUM OF LAW FOR ENTRY OF
STIPULATED PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 26(c), Plaintiff Agilent Technologies, Inc., Plaintiff Factory Mutual Insurance Company, Defendant Xpedient Management Group, LLC, and Defendant St. Paul Fire and Marine Insurance Company (collectively, the "Parties"), respectfully move this Court for entry of a protective order to prevent the disclosure to certain third parties of certain confidential and/or proprietary business information and/or private personal information produced during the course of discovery in this action.  In further support of their motion, the Parties state as follows:

1.      During the course of discovery in this matter, the Parties may produce to each other or obtain from third parties documents that contain confidential and/or proprietary business information and/or private and personal information ("Confidential Material").

2.      The Parties have a legitimate interest in protecting this Confidential Material from dissemination beyond the needs of the Parties to prosecute and defend this action.

3.      The Parties respectfully submit that their proposed Protective Order, attached hereto as Exhibit A, will further this legitimate interest by limiting the disclosure of the Confidential Material.

4.      The Parties further submit that the Court's entry of the attached proposed Protective Order will not place an undue burden on any party or prejudice any party in any way.

5.      The undersigned counsel for the Parties have conferred and agree that the Parties' respective interests with regard to the above-described Confidential Material would be protected by the entry of the attached proposed Protective Order.

The Parties, therefore, respectfully request that the Court grant their Joint Motion for Entry of a Protective Order and enter the proposed Protective Order attached hereto as Exhibit A.

1

Dated this 3rd day of December, 2025.

Respectfully submitted,

/s/ Margaret C. McDonald
Margaret C. McDonald
*Counsel for Plaintiff Agilent
Technologies Inc.*

/s/ S. Joe Welborn
S. Joe Welborn
*Counsel for Plaintiff-subrogee,
Factory Mutual Insurance
Company*

/s/ William P. Thomas
William P. Thomas
*Counsel for Defendant and Cross-
Plaintiff Xpedient Management
Group, LLC*

/s/ Michael J. Petherick
Michael J. Petherick
*Counsel for Defendant and Cross-
Defendant St. Paul Fire and
Marine Insurance Company*

2