UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

# MEDIATION CERTIFICATION

| Case number: 2:25-cv-02101-MSN-cgc | Case title: Agilent Technologies vs. Xpedient Management Group, LLC, et al |
|---|---|
| Plaintiff counsel: Douglas F. Halijan, Margaret C. McDonald, Elena Mosby | |
| Defendant counsel: S. Joe Welborn, Andrew B. Schrack, William Thomas, Michael Petherick | |
| Presiding Judge: Judge Mark S. Norris | Mediator: Darryl D. Gresham |

I, **Darryl D. Gresham**, in accordance with the Court's Plan for Alternative Dispute Resolution, 5.11(b), hereby certify that I conducted mediation proceedings in the above-styled case on **December 11, 2025**.

As a result of that mediation held on **December 11, 2025**.

☐ The case has settled in whole.

  ☐ Case settled prior to scheduling first mediation session.

  ☐ Parties have agreed that _____ will prepare settlement agreement and stipulation for dismissal to be filed with the Court.

---

☒ The case has not settled.

  ☐ Mediation will continue on _____.

  ☒ The parties may schedule another session at a later date.

  ☐ Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

---

Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

| | | |
|---|---|---|
| Douglas F. Halijan<br>Margaret C. McDonald<br>William Thomas | S. Joe Welborn<br>Elena Mosby<br>Michael Petherick | Andrew B. Schrack |

| Date<br><br>December 12, 2025 | Electronic signature of Mediator:<br><br>s/ **Darryl D. Gresham (#017380)** |
|---|---|