*Revised July 2012*

## United States District Court for Western District of Tennessee
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Case Title

| Plaintiff |
| --- |
| Agilent Technologies, Inc. |

| Defendant |
| --- |
| Xpedient Management Group, LLC and St. Paul Fire and Marine Insurance Company |

| Case Number | Judge |
| --- | --- |
| 2:25-cv-02101-MSN-cgc | Mark S. Norris |

I, Katherine P. Goetz _____ hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of Agilent Technologies, Inc. _____ by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
| --- | --- |
| Please see attached Exhibit A | |
| | |
| | |
| | |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

Page -1-

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name | Middle Name/Initial |
|---|---|---|
| Goetz | Katherine | P. |

| Applicant's Firm Name |
|---|
| Reed Smith LLP |

| Applicant's Address | Room/Suite Number |
|---|---|
| 515 South Flower Street | 4300 |

| City | State | Zip Code |
|---|---|---|
| Los Angeles | CA | 90071 |

| Applicant's Email Address |
|---|
| kgoetz@reedsmith.com |

| Applicant's Phone Number(s) |
|---|
| 213-457-8000 |

Certificate of Consultation

| Date | Electronic Signature of Applicant |
|---|---|
| 2/03/26 | S/ Katherine P. Goetz |

Page -2-

## EXHIBIT A

## ADMISSIONS – KATHERINE P. GOETZ

| COURT | DATE ADMITTED |
|---|---|
| California | 11/30/2022 |
| United States District Court for the Central District of California | 6/13/23 |
| United States District Court for the Southern District of California | 5/30/23 |
| United States District Court for the Northern District of California | 1/23/2025 |
| United States District Court for the District of Colorado | 12/23/2025 |

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 12/16/2025

**LICENSEE NAME:** Katherine Patricia Goetz

**LICENSEE BAR NUMBER:** 346205

**LICENSEE STATUS:** Active

**ADMIT DATE:** 11/30/2022

To Whom it May Concern:

This certificate of standing certifies the record above is a true and correct copy of Katherine Patricia Goetz's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

Carolina Almarante-Terrero
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*