# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| AGILENT TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:25-cv-02101-MSN-cgc |
| ) | |
| XPEDIENT MANAGEMENT GROUP, LLC ) | Judge Mark S. Norris |
| and ST. PAUL FIRE AND MARINE ) | Magistrate Judge Charmiane |
| INSURANCE COMPANY, ) | Claxton |
| ) | |
| Defendants ) | |
| ) | |
| ——————————————— ) | |
| ) | |
| XPEDIENT MANAGEMENT GROUP, LLC., ) | |
| ) | |
| Cross-Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ST. PAUL FIRE AND MARINE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Cross-Defendant ) | |
| ) | |
| ——————————————— ) | |
| ) | |
| FACTORY MUTUAL INSURANCE CO., as ) | Case No. 2:25-cv-02424-MSN-tmp |
| subrogee of Agilent Technologies, Inc., ) | |
| ) | **JURY DEMANDED** |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| XPEDIENT MANAGEMENT GROUP, LLC ) | |
| and ST. PAUL FIRE AND MARINE ) | |
| INSURANCE COMPANY ) | |
| ) | |
| Defendants. ) | |

**[Proposed] ORDER GRANTING MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

The motion of Katherine P. Goetz ("Applicant") for admission to practice pro hac vice in the above-captioned action is granted.

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Plaintiff Agilent Technologies, Inc. in the above-entitled action, **IT IS HEREBY ORDERED** that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Western District of Tennessee.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

THIS ____ day of _____, 2025.

_____
MARK S. NORRIS
United States District Judge