THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

AGILENT TECHNOLOGIES, INC.,
    Plaintiff,
    v.                                                       Case No. 2:25-cv-02101-MSN-cgc

XPEDIENT MANAGEMENT GROUP, LLC
and ST. PAUL FIRE AND MARINE
INSURANCE COMPANY,
    Defendants.

XPEDIENT MANAGEMENT GROUP, LLC

    Cross-Plaintiff,
    v.
ST. PAUL FIRE AND MARINE INSURANCE
COMPANY

    Cross-Defendant.

XPEDIENT MANAGEMENT GROUP, LLC'S
NOTICE OF SERVICE

PLEASE TAKE NOTICE that Defendant Xpedient Management Group, LLC served the following to all counsel of record in this matter on February 4, 2026:

1. Xpedient Management Group, LLC's Responses to Plaintiff's First Requests for Admission;

2. Xpedient Management Group, LLC's Responses to Plaintiff's Frist Set of Special Interrogatories;

3. Xpedient Management Group, LLC's Responses to Plaintiff's Second Set of Requests for Production of Documents.

RESPECTFULLY SUBMITTED, this 4th day of February 2026.

                                                          */s/William P. Thomas*
                                                          William P. Thomas (MS 102209)
                                                          Andrew B. Schrack (TN 037624)
                                                          **BUTLER SNOW LLP**
                                                          6075 Poplar Ave., Ste. 500
                                                          Memphis, TN 38119
                                                          T: 901-680-7200

              F: 901-680-7201
              will.thomas@butlersnow.com
              andrew.schrack@butlersnow.com

              *Attorneys for Defendant Xpedient Management Group, LLC*

### CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2026 a copy of the foregoing document has been filed electronically. Notice of this filing will be served by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via electronic mail and/or first-class United States Mail, postage prepaid. Parties may access this filing through the Court's electronic filing system.

              */s/ William P. Thomas*
              William P. Thomas