*Revised July 2012*

United States District Court for Western District of Tennessee
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Case Title

| Plaintiff |
| --- |
| Agilent Technologies, Inc. |

| Defendant |
| --- |
| Xpedient Management Group, LLC and St. Paul Fire and Marine Insurance Company |

| Case Number | Judge |
| --- | --- |
| 2:25-cv-02101-MSN-cgc | Mark S. Norris |

I, Katherine P. Goetz _____ hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of
Agilent Technologies, Inc. _____ by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
| --- | --- |
| Please see attached Exhibit A | |
| | |
| | |
| | |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name | Middle Name/Initial |
|---|---|---|
| Goetz | Katherine | P. |

| Applicant's Firm Name |
|---|
| Reed Smith LLP |

| Applicant's Address | Room/Suite Number |
|---|---|
| 515 South Flower Street | 4300 |

| City | State | Zip Code |
|---|---|---|
| Los Angeles | CA | 90071 |

| Applicant's Email Address |
|---|
| kgoetz@reedsmith.com |

| Applicant's Phone Number(s) |
|---|
| 213-457-8000 |

Certificate of Consultation

| Date | Electronic Signature of Applicant |
|---|---|
| 2/06/26 | S/ Katherine P. Goetz |

# EXHIBIT A

## ADMISSIONS – KATHERINE P. GOETZ

| COURT | DATE ADMITTED |
|---|---|
| California | 11/30/2022 |
| United States District Court for the Central District of California | 6/13/2023 |
| United States District Court for the Southern District of California | 5/30/2023 |
| United States District Court for the Northern District of California | 1/23/2025 |
| United States District Court for the District of Colorado | 12/23/2025 |

# United States District Court

## Central District of California

## CERTIFICATE OF GOOD STANDING

I, BRIAN D. KARTH, Clerk of this Court, certify that

__Katherine P. Goetz__, Bar No. __346205__

was duly admitted to practice in this Court on __06/13/2023__
DATE

and __is active and in good standing__ as a member of the Bar

of this Court.

Dated at Los Angeles, California

on __2/6/2026__
Date

BRIAN D. KARTH
Clerk of Court

By __/s/ Audree Sellarole__

Audree Sellarole, Deputy Clerk



G-52 (1/24)   CERTIFICATE OF GOOD STANDING



# Supreme Court of California

JORGE E. NAVARRETE

*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *KATHERINE PATRICIA GOETZ*

I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that KATHERINE PATRICIA GOETZ, 346205, was on the 30th day of November, 2022 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court
on the 6th day of February 2026.

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By: _____
*Sean Kennedy, Deputy Clerk*