IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

AGILENT TECHNOLOGIES, INC.,

    Plaintiff,

vs.                                                                                    No. 25-2101

XPEDIENT MANAGEMENT GROUP, LLC
and ST. PAUL FIRE AND MARINE INSURANCE
COMPANY,

    Defendants.

---

ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

---

    Before the Court is a motion for Katherine P. Goetz of Reed Smith, LLP, to appear on behalf of Plaintiff, filed on February 6, 2026. (ECF No. 94). After considering the motion and attached documents, the Court finds that it meets all the requirements of LR 83.4(d). The motion is thus GRANTED. Katherine P. Goetz is admitted pro hac vice to appear on Plaintiff's behalf in the above-captioned matter. IT IS SO ORDERED, this 11th day of February, 2026.

                                                    s/Mark S. Norris
                                                    MARK S. NORRIS
                                                    UNITED STATES DISTRICT COURT JUDGE