# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| AGILENT TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:25-cv-02101-MSN-cgc |
| ) | |
| XPEDIENT MANAGEMENT GROUP, LLC ) | Judge Mark S. Norris |
| and ST. PAUL FIRE AND MARINE ) | Magistrate Judge Charmiane |
| INSURANCE COMPANY, ) | Claxton |
| ) | |
| Defendants ) | |
| ) | |
| XPEDIENT MANAGEMENT GROUP, LLC., ) | |
| ) | |
| Cross-Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ST. PAUL FIRE AND MARINE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Cross-Defendant ) | |
| ) | |
| FACTORY MUTUAL INSURANCE CO., as ) | Case No. 2:25-cv-02424-MSN-tmp |
| subrogee of Agilent Technologies, Inc., ) | |
| ) | **JURY DEMANDED** |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| XPEDIENT MANAGEMENT GROUP, LLC ) | |
| and ST. PAUL FIRE AND MARINE ) | |
| INSURANCE COMPANY ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF AGILENT TECHNOLOGIES, INC.'S MOTION TO COMPEL DISCOVERY RESPONSES FROM DEFENDANT ST. PAUL FIRE AND MARINE INSURANCE COMPANY, TO DEEM OBJECTIONS WAIVED, AND TO RECOVER EXPENSES AND FEES**

Plaintiff Agilent Technologies, Inc. ("Agilent" or "Plaintiff"), by and through undersigned counsel and pursuant to Rules 26, 33, 34, and 37 of the Federal Rules of Civil Procedure and Local Rule 26.1(b), respectfully submits the following Motion to Compel Discovery Responses from Defendant St. Paul and Marine Insurance Company, to Deem Objections Waived, and to Recover Expenses and Fees.

In support of this Motion, Agilent relies upon and incorporates by reference herein its accompanying Memorandum of Law and exhibits attached there.  For the reasons set forth in that Memorandum of Law, Plaintiff respectfully requests that this Court enter an Order:

1. Compelling St. Paul to serve complete responses to Plaintiff's Second Set of Requests for Production and First Set of Special Interrogatories and to produce all responsive documents within seven (7) days from the date of the Order;

2. Deeming any objections by St. Paul to Plaintiff's Second Set of Requests for Production and First Set of Special Interrogatories to be waived;

3. Awarding Plaintiff its reasonable expenses, including attorneys' fees, incurred in bringing this motion pursuant to Federal Rule of Civil Procedure 37, and directing Plaintiff to submit a fee affidavit within seven (7) days from the date of the Order; and

4. Granting any other relief that the Court deems just and proper.

Respectfully submitted,

s/ Douglas F. Halijan

Douglas F. Halijan (BPR # 16718)
Elena R. Mosby (BPR # 40562)
BURCH PORTER & JOHNSON, PLLC
130 North Court Avenue
Memphis, TN 38103
Telephone: 901-524-5000
Facsimile: 901-524-5024
dhalijan@bpjlaw.com
emosby@bpjlaw.com

Amber Finch (#222321) (admitted *pro hac vice*)
Margaret C. McDonald (#307008) (admitted *pro hac vice*)
Katherine P. Geotz (#346205) (admitted *pro hac vice*)
REED SMITH LLP
515 South Flower, Suite 4300
Los Angeles, CA 90071
Telephone: 213-457-8000
Facsimile: 213-457-8080
afinch@reedsmith.com
mcmcdonald@reedsmith.com
kgoetz@reedsmith.com

*Counsel for Plaintiff Agilent Technologies, Inc.*

## CERTIFICATE OF CONSULTATION

In accordance with Federal Rule of Civil Procedure 37 and Local Rule 7.2(a)(1)(B), the undersigned hereby certifies that he attempted in good faith to resolve the issues presented in this Motion with counsel for St. Paul via correspondence on January 22 and on February 4, 6, 11, 2026. After multiple attempts to consult on the issues presented herein, St. Paul has not served its discovery responses and continues to refuse to state when such discovery responses will be served.

                                              s/ Douglas F. Halijan