# EXHIBIT B

**Christi Fuller**

| | |
|---|---|
| **From:** | Doug Halijan <dhalijan@BPJLAW.com> |
| **Sent:** | Thursday, January 22, 2026 1:05 PM |
| **To:** | mpetherick@carrallison.com |
| **Cc:** | swmartin@carrallison.com; McDonald, Margaret C.; Finch, Amber S.; Elena Mosby |
| **Subject:** | RE: Agilent Technologies, Inc. v. Xpedient Management Group, et al. - Case No. 2:25-cv-02101-MSN-cgc |
| | |
| **Importance:** | High |

Michael, we have not received responses to the Requests for Admission, Interrogatories and Requests for Production served by Agilent in this matter last month.  The responses were due yesterday.  If you served the responses by U.S. Mail dated yesterday, please let us know (and, if possible, email the pleadings).  Agilent has not agreed to any extension regarding these discovery responses nor waived the requirements and consequences provided under Fed. R. Civ. P. 33 and 36 concerning the timely service of responses.  Please let us know.
-Doug

**Burch
Porter
Johnson**

www.bpjlaw.com

**Douglas F. Halijan**

**Burch, Porter & Johnson, PLLC**
130 North Court Avenue | Memphis, TN 38103

Direct: 901-524-5123 | Main: 901-524-5000
dhalijan@bpjlaw.com | Bio | vcard

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Alaniz, Claudia M. <CAlaniz@ReedSmith.com>
**Sent:** Monday, December 22, 2025 4:25 PM
**To:** will.thomas@butlersnow.com; andrew.schrack@butlersnow.com; swmartin@carrallison.com; mpetherick@carrallison.com; Doug Halijan <dhalijan@BPJLAW.com>; Elena Mosby <emosby@bpjlaw.com>; jwelborn@smithcashion.com
**Cc:** McDonald, Margaret C. <MCMcDonald@reedsmith.com>; Finch, Amber S. <AFinch@ReedSmith.com>
**Subject:** Agilent Technologies, Inc. v. Xpedient Management Group, et al. - Case No. 2:25-cv-02101-MSN-cgc

**CAUTION: This email originated from outside of BPJ. Be cautious clicking on links.**

Counsel:
Attached please find the following document(s).

- PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION TO ST. PAUL FIRE AND MARINE INSURANCE COMPANY

- PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION TO XPEDIENT MANAGEMENT GROUP, LLC

- PLAINTIFF'S FIRST SET OF SPECIAL INTERROGATORIES TO ST. PAUL FIRE AND MARINE INSURANCE COMPANY

- PLAINTIFF'S FIRST SET OF SPECIAL INTERROGATORIES TO XPEDIENT MANAGEMENT GROUP, LLC

- PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION TO ST. PAUL FIRE AND MARINE INSURANCE COMPANY

- PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION TO XPEDIENT MANAGEMENT GROUP, LLC

**Claudia M. Alaniz**
*Executive Assistant to Peter J. Kennedy, Margaret C. McDonald, Bernard P. Simons & Natasha Sung*
**Reed Smith** LLP | 515 South Flower Street, Suite 4300 | Los Angeles, CA 90071 |
Main: 213.457.8000 | Fax: 213.457.8080 | Direct: 213.457.6490 | E-Mail: CAlaniz@ReedSmith.com

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

RSUSv12021

**Christi Fuller**

| | |
|---|---|
| **From:** | Doug Halijan <dhalijan@BPJLAW.com> |
| **Sent:** | Wednesday, February 4, 2026 3:24 PM |
| **To:** | mpetherick@carrallison.com |
| **Cc:** | swmartin@carrallison.com; McDonald, Margaret C.; Finch, Amber S.; Elena Mosby |
| **Subject:** | RE: Agilent Technologies, Inc. v. Xpedient Management Group, et al. - Case No. 2:25-cv-02101-MSN-cgc |
| | |
| **Importance:** | High |

Michael, I've still not received any response from you to my email to you dated January 22, 2026 (below) regarding the status of St. Paul's discovery responses, nor any indication that your responses were timely served by mail.  Given the scheduling order, we need to proceed with a motion to compel. The Local Rules require a meet-and-confer prior to filing such a motion; please let us know if you are available for a call on either tomorrow or Friday for that purpose.  We intend to proceed with a motion to compel by COB on Friday.
-Doug



**Douglas F. Halijan**

**Burch, Porter & Johnson, PLLC**
130 North Court Avenue | Memphis, TN 38103

Direct: 901-524-5123 | Main: 901-524-5000
dhalijan@bpjlaw.com | Bio | vcard

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Doug Halijan
**Sent:** Thursday, January 22, 2026 1:05 PM
**To:** mpetherick@carrallison.com
**Cc:** swmartin@carrallison.com; McDonald, Margaret C. <MCMcDonald@reedsmith.com>; Finch, Amber S. <AFinch@ReedSmith.com>; Elena Mosby <emosby@bpjlaw.com>
**Subject:** RE: Agilent Technologies, Inc. v. Xpedient Management Group, et al. - Case No. 2:25-cv-02101-MSN-cgc
**Importance:** High

Michael, we have not received responses to the Requests for Admission, Interrogatories and Requests for Production served by Agilent in this matter last month.  The responses were due yesterday.  If you served the responses by U.S. Mail dated yesterday, please let us know (and, if possible, email the pleadings).  Agilent has not agreed to any extension regarding these discovery responses nor waived the requirements and consequences provided under Fed. R. Civ. P. 33 and 36 concerning the timely service of responses.  Please let us know.
-Doug

**Douglas F. Halijan**

**Burch, Porter & Johnson, PLLC**
130 North Court Avenue | Memphis, TN 38103

Direct: 901-524-5123 | Main: 901-524-5000

1

dhalijan@bpjlaw.com | Bio | vcard

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Alaniz, Claudia M. <CAlaniz@ReedSmith.com>
**Sent:** Monday, December 22, 2025 4:25 PM
**To:** will.thomas@butlersnow.com; andrew.schrack@butlersnow.com; swmartin@carrallison.com; mpetherick@carrallison.com; Doug Halijan <dhalijan@BPJLAW.com>; Elena Mosby <emosby@bpjlaw.com>; jwelborn@smithcashion.com
**Cc:** McDonald, Margaret C. <MCMcDonald@reedsmith.com>; Finch, Amber S. <AFinch@ReedSmith.com>
**Subject:** Agilent Technologies, Inc. v. Xpedient Management Group, et al. - Case No. 2:25-cv-02101-MSN-cgc

**CAUTION: This email originated from outside of BPJ. Be cautious clicking on links.**

Counsel:
Attached please find the following document(s).

- PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION TO ST. PAUL FIRE AND MARINE INSURANCE COMPANY

- PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION TO XPEDIENT MANAGEMENT GROUP, LLC

- PLAINTIFF'S FIRST SET OF SPECIAL INTERROGATORIES TO ST. PAUL FIRE AND MARINE INSURANCE COMPANY

- PLAINTIFF'S FIRST SET OF SPECIAL INTERROGATORIES TO XPEDIENT MANAGEMENT GROUP, LLC

- PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION TO ST. PAUL FIRE AND MARINE INSURANCE COMPANY

- PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION TO XPEDIENT MANAGEMENT GROUP, LLC

**Claudia M. Alaniz**
*Executive Assistant to Peter J. Kennedy, Margaret C. McDonald, Bernard P. Simons & Natasha Sung*
**Reed Smith LLP** | 515 South Flower Street, Suite 4300 | Los Angeles, CA 90071 |
Main: 213.457.8000 | Fax: 213.457.8080 | Direct: 213.457.6490 | E-Mail: CAlaniz@ReedSmith.com

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

RSUSv12021

**Christi Fuller**

| | |
|---|---|
| **From:** | Michael Petherick <mpetherick@carrallison.com> |
| **Sent:** | Thursday, February 5, 2026 2:27 PM |
| **To:** | Doug Halijan |
| **Cc:** | Sean Martin; McDonald, Margaret C.; Finch, Amber S.; Elena Mosby |
| **Subject:** | RE: Agilent Technologies, Inc. v. Xpedient Management Group, et al. - Case No. 2:25-cv-02101-MSN-cgc |
| **Attachments:** | To Counsel fwd Resp to RFA(8042519.1).pdf |

---

**CAUTION: This email originated from outside of BPJ. Be cautious clicking on links.**

---

Doug,

Attached are my client's responses to the requests for admission, which were served by mail on January 21. I am in the process of finalizing our responses to the interrogatories and requests for production. Although I hope to have them to you soon, I do not think I will have them complete and ready to serve by tomorrow. Until noon today, I had a week-long trial that was set to begin on Monday, February 9, and I am catching up on things given that trial preparation has been eating up most of my time during the past couple of weeks.

**Michael J. Petherick**
*Shareholder*



633 Chestnut Street | Suite 2000 | Chattanooga, TN 37450

**Telephone**  (423) 648-9832
**Direct**  (423) 648-9862
**Facsimile**  (423) 648-9869

**website | bio | vCard | map | email**

**Alabama • Florida • Georgia • Mississippi • Tennessee**

CONFIDENTIALITY NOTICE:  This email, including any attachment(s), may contain privileged and confidential information and/or protected health information (PHI) and is intended solely for the use of the named individual(s) and/or entity(ies) - not necessarily the email addresses. As such, it is protected by applicable state and federal laws and/or exempt from disclosure. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any review, dissemination, distribution, printing or copying of this email message and/or any attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately and permanently delete this email and all attachments. If you are the intended recipient, by accepting this email you are hereby agreeing to maintain the confidentiality of the information contained herein and comply with all state or federal laws regarding the same.

---

**From:** Doug Halijan <dhalijan@BPJLAW.com>
**Sent:** Wednesday, February 4, 2026 4:24 PM
**To:** Michael Petherick <mpetherick@carrallison.com>
**Cc:** Sean Martin <swmartin@carrallison.com>; McDonald, Margaret C. <MCMcDonald@reedsmith.com>; Finch, Amber S. <AFinch@ReedSmith.com>; Elena Mosby <emosby@bpjlaw.com>
**Subject:** RE: Agilent Technologies, Inc. v. Xpedient Management Group, et al. - Case No. 2:25-cv-02101-MSN-cgc
**Importance:** High

Michael, I've still not received any response from you to my email to you dated January 22, 2026 (below) regarding the status of St. Paul's discovery responses, nor any indication that your responses were timely served by

mail.  Given the scheduling order, we need to proceed with a motion to compel. The Local Rules require a meet-and-confer prior to filing such a motion; please let us know if you are available for a call on either tomorrow or Friday for that purpose.  We intend to proceed with a motion to compel by COB on Friday.

-Doug



**Douglas F. Halijan**

**Burch, Porter & Johnson, PLLC**
130 North Court Avenue | Memphis, TN 38103

Direct: 901-524-5123 | Main: 901-524-5000
dhalijan@bpjlaw.com | Bio | vcard

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

---

**From:** Doug Halijan
**Sent:** Thursday, January 22, 2026 1:05 PM
**To:** mpetherick@carrallison.com
**Cc:** swmartin@carrallison.com; McDonald, Margaret C. <MCMcDonald@reedsmith.com>; Finch, Amber S. <AFinch@ReedSmith.com>; Elena Mosby <emosby@bpjlaw.com>
**Subject:** RE: Agilent Technologies, Inc. v. Xpedient Management Group, et al. - Case No. 2:25-cv-02101-MSN-cgc
**Importance:** High

Michael, we have not received responses to the Requests for Admission, Interrogatories and Requests for Production served by Agilent in this matter last month.  The responses were due yesterday.  If you served the responses by U.S. Mail dated yesterday, please let us know (and, if possible, email the pleadings).  Agilent has not agreed to any extension regarding these discovery responses nor waived the requirements and consequences provided under Fed. R. Civ. P. 33 and 36 concerning the timely service of responses.  Please let us know.

-Doug

**Douglas F. Halijan**

**Burch, Porter & Johnson, PLLC**
130 North Court Avenue | Memphis, TN 38103

Direct: 901-524-5123 | Main: 901-524-5000
dhalijan@bpjlaw.com | Bio | vcard

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

---

**From:** Alaniz, Claudia M. <CAlaniz@ReedSmith.com>
**Sent:** Monday, December 22, 2025 4:25 PM
**To:** will.thomas@butlersnow.com; andrew.schrack@butlersnow.com; swmartin@carrallison.com; mpetherick@carrallison.com; Doug Halijan <dhalijan@BPJLAW.com>; Elena Mosby <emosby@bpjlaw.com>; jwelborn@smithcashion.com
**Cc:** McDonald, Margaret C. <MCMcDonald@reedsmith.com>; Finch, Amber S. <AFinch@ReedSmith.com>
**Subject:** Agilent Technologies, Inc. v. Xpedient Management Group, et al. - Case No. 2:25-cv-02101-MSN-cgc

**CAUTION: This email originated from outside of BPJ. Be cautious clicking on links.**

Counsel:
Attached please find the following document(s).

- PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION TO ST. PAUL FIRE AND MARINE INSURANCE COMPANY

- PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION TO XPEDIENT MANAGEMENT GROUP, LLC

- PLAINTIFF'S FIRST SET OF SPECIAL INTERROGATORIES TO ST. PAUL FIRE AND MARINE INSURANCE COMPANY

- PLAINTIFF'S FIRST SET OF SPECIAL INTERROGATORIES TO XPEDIENT MANAGEMENT GROUP, LLC

- PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION TO ST. PAUL FIRE AND MARINE INSURANCE COMPANY

- PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION TO XPEDIENT MANAGEMENT GROUP, LLC

**Claudia M. Alaniz**
*Executive Assistant to Peter J. Kennedy, Margaret C. McDonald, Bernard P. Simons & Natasha Sung*
**Reed Smith** LLP | 515 South Flower Street, Suite 4300 | Los Angeles, CA 90071 |
Main: 213.457.8000 | Fax: 213.457.8080 | Direct: 213.457.6490 | E-Mail: CAlaniz@ReedSmith.com

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

RSUSv12021

**Christi Fuller**

| | |
|---|---|
| **From:** | Doug Halijan <dhalijan@BPJLAW.com> |
| **Sent:** | Friday, February 6, 2026 1:17 PM |
| **To:** | Michael Petherick |
| **Cc:** | Sean Martin; McDonald, Margaret C.; Finch, Amber S.; Elena Mosby |
| **Subject:** | RE: Agilent Technologies, Inc. v. Xpedient Management Group, et al. - Case No. 2:25-cv-02101-MSN-cgc |
| **Importance:** | High |

Michael, we appreciate your response yesterday to the email I sent to you on January 22. We did receive the Requests for Admission responses in the mail. However, you have still not answered my question as to when St. Paul's overdue responses to our Interrogatories and Requests for Production will be served. St. Paul neither asked for nor received any extension of the deadline for those responses, which passed on January 21. Any objections to those interrogatories and requests for production have now been waived by St. Paul. My client's expert disclosures are due on February 17 and St. Paul's delay in serving responses (and in responding to our inquiry about same) is interfering with our experts' ability to complete their work in an orderly manner that accounts for their own schedules. Please let us know when you intend to serve St. Paul's responses. We will be sending correspondence under separate cover regarding St. Paul's responses to my client's Requests for Admission.
-Doug

**Douglas F. Halijan**

**Burch, Porter & Johnson, PLLC**
130 North Court Avenue | Memphis, TN 38103

Direct: 901-524-5123 | Main: 901-524-5000
dhalijan@bpjlaw.com | Bio | vcard

www.bpjlaw.com

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Michael Petherick <mpetherick@carrallison.com>
**Sent:** Thursday, February 5, 2026 2:27 PM
**To:** Doug Halijan <dhalijan@BPJLAW.com>
**Cc:** Sean Martin <swmartin@carrallison.com>; McDonald, Margaret C. <MCMcDonald@reedsmith.com>; Finch, Amber S. <AFinch@ReedSmith.com>; Elena Mosby <emosby@bpjlaw.com>
**Subject:** RE: Agilent Technologies, Inc. v. Xpedient Management Group, et al. - Case No. 2:25-cv-02101-MSN-cgc

**CAUTION: This email originated from outside of BPJ. Be cautious clicking on links.**

Doug,

Attached are my client's responses to the requests for admission, which were served by mail on January 21. I am in the process of finalizing our responses to the interrogatories and requests for production. Although I hope to have them to you soon, I do not think I will have them complete and ready

to serve by tomorrow. Until noon today, I had a week-long trial that was set to begin on Monday, February 9, and I am catching up on things given that trial preparation has been eating up most of my time during the past couple of weeks.

**Michael J. Petherick**
*Shareholder*

633 Chestnut Street | Suite 2000 | Chattanooga, TN 37450

Telephone  (423) 648-9832
Direct      (423) 648-9862
Facsimile   (423) 648-9869

website | bio | vCard | map | email

Alabama • Florida • Georgia • Mississippi • Tennessee

CONFIDENTIALITY NOTICE: This email, including any attachment(s), may contain privileged and confidential information and/or protected health information (PHI) and is intended solely for the use of the named individual(s) and/or entity(ies) - not necessarily the email addresses. As such, it is protected by applicable state and federal laws and/or exempt from disclosure. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any review, dissemination, distribution, printing or copying of this email message and/or any attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately and permanently delete this email and all attachments. If you are the intended recipient, by accepting this email you are hereby agreeing to maintain the confidentiality of the information contained herein and comply with all state or federal laws regarding the same.

**From:** Doug Halijan <dhalijan@BPJLAW.com>
**Sent:** Wednesday, February 4, 2026 4:24 PM
**To:** Michael Petherick <mpetherick@carrallison.com>
**Cc:** Sean Martin <swmartin@carrallison.com>; McDonald, Margaret C. <MCMcDonald@reedsmith.com>; Finch, Amber S. <AFinch@ReedSmith.com>; Elena Mosby <emosby@bpjlaw.com>
**Subject:** RE: Agilent Technologies, Inc. v. Xpedient Management Group, et al. - Case No. 2:25-cv-02101-MSN-cgc
**Importance:** High

Michael, I've still not received any response from you to my email to you dated January 22, 2026 (below) regarding the status of St. Paul's discovery responses, nor any indication that your responses were timely served by mail. Given the scheduling order, we need to proceed with a motion to compel. The Local Rules require a meet-and-confer prior to filing such a motion; please let us know if you are available for a call on either tomorrow or Friday for that purpose. We intend to proceed with a motion to compel by COB on Friday.
-Doug

**Douglas F. Halijan**

www.bpjlaw.com

**Burch, Porter & Johnson, PLLC**
130 North Court Avenue | Memphis, TN 38103

Direct: 901-524-5123 | Main: 901-524-5000
dhalijan@bpjlaw.com | Bio | vcard

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Doug Halijan
**Sent:** Thursday, January 22, 2026 1:05 PM

**To:** mpetherick@carrallison.com
**Cc:** swmartin@carrallison.com; McDonald, Margaret C. <MCMcDonald@reedsmith.com>; Finch, Amber S. <AFinch@ReedSmith.com>; Elena Mosby <emosby@bpjlaw.com>
**Subject:** RE: Agilent Technologies, Inc. v. Xpedient Management Group, et al. - Case No. 2:25-cv-02101-MSN-cgc
**Importance:** High

Michael, we have not received responses to the Requests for Admission, Interrogatories and Requests for Production served by Agilent in this matter last month. The responses were due yesterday. If you served the responses by U.S. Mail dated yesterday, please let us know (and, if possible, email the pleadings). Agilent has not agreed to any extension regarding these discovery responses nor waived the requirements and consequences provided under Fed. R. Civ. P. 33 and 36 concerning the timely service of responses. Please let us know.
-Doug

**Burch, Porter & Johnson**
www.bpjlaw.com

**Douglas F. Halijan**

**Burch, Porter & Johnson, PLLC**
130 North Court Avenue | Memphis, TN 38103

**Direct:** 901-524-5123 | **Main:** 901-524-5000
dhalijan@bpjlaw.com | Bio | vcard

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Alaniz, Claudia M. <CAlaniz@ReedSmith.com>
**Sent:** Monday, December 22, 2025 4:25 PM
**To:** will.thomas@butlersnow.com; andrew.schrack@butlersnow.com; swmartin@carrallison.com; mpetherick@carrallison.com; Doug Halijan <dhalijan@BPJLAW.com>; Elena Mosby <emosby@bpjlaw.com>; jwelborn@smithcashion.com
**Cc:** McDonald, Margaret C. <MCMcDonald@reedsmith.com>; Finch, Amber S. <AFinch@ReedSmith.com>
**Subject:** Agilent Technologies, Inc. v. Xpedient Management Group, et al. - Case No. 2:25-cv-02101-MSN-cgc

**CAUTION: This email originated from outside of BPJ. Be cautious clicking on links.**

Counsel:
Attached please find the following document(s).

- PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION TO ST. PAUL FIRE AND MARINE INSURANCE COMPANY

- PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION TO XPEDIENT MANAGEMENT GROUP, LLC

- PLAINTIFF'S FIRST SET OF SPECIAL INTERROGATORIES TO ST. PAUL FIRE AND MARINE INSURANCE COMPANY

- PLAINTIFF'S FIRST SET OF SPECIAL INTERROGATORIES TO XPEDIENT MANAGEMENT GROUP, LLC

- PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION TO ST. PAUL FIRE AND MARINE INSURANCE COMPANY

- PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION TO XPEDIENT MANAGEMENT GROUP, LLC

**Claudia M. Alaniz**
*Executive Assistant to Peter J. Kennedy, Margaret C. McDonald, Bernard P. Simons & Natasha Sung*
**Reed Smith** LLP | 515 South Flower Street, Suite 4300 | Los Angeles, CA 90071 |
Main: 213.457.8000 | Fax: 213.457.8080 | Direct: 213.457.6490 | E-Mail: CAlaniz@ReedSmith.com

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

RSUSv12021

**Christi Fuller**

| | |
|---|---|
| **From:** | Doug Halijan <dhalijan@BPJLAW.com> |
| **Sent:** | Wednesday, February 11, 2026 10:55 AM |
| **To:** | Michael Petherick |
| **Cc:** | Sean Martin; McDonald, Margaret C.; Finch, Amber S.; Elena Mosby |
| **Subject:** | RE: Agilent Technologies, Inc. v. Xpedient Management Group, et al. - Case No. 2:25-cv-02101-MSN-cgc |
| | |
| **Importance:** | High |

Michael, I have not received any response to, nor even an acknowledgement of, my email to you last Friday, February 6. Perhaps there is some explanation for this lack of professional courtesy, but you have not provided any explanation to us nor answered the question – which I first posed on January 22 – as to when your client's long overdue responses will be served. Again, St. Paul's responses were due on January 21. St. Paul never asked for nor received any extension of time to respond and now, knowing that expert disclosure deadlines are approaching, you still will not state when St. Paul is going to answer our discovery. We have no choice but to proceed with a motion to compel and will file such no later than this Friday; we will reflect our attempts to communicate with you on this subject in the certificate of consultation required under the Local Rules. Agilent will also seek costs incurred in connection with the motion. We assume you will email St. Paul's responses (as all the other parties in this matter have done routinely) whenever they are eventually available.
-Doug



**Douglas F. Halijan**

**Burch, Porter & Johnson, PLLC**

130 North Court Avenue | Memphis, TN 38103

Direct: 901-524-5123 | Main: 901-524-5000
dhalijan@bpjlaw.com | Bio | vcard

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

---

**From:** Doug Halijan
**Sent:** Friday, February 6, 2026 1:17 PM
**To:** 'Michael Petherick' <mpetherick@carrallison.com>
**Cc:** Sean Martin <swmartin@carrallison.com>; McDonald, Margaret C. <MCMcDonald@reedsmith.com>; Finch, Amber S. <AFinch@ReedSmith.com>; Elena Mosby <emosby@bpjlaw.com>
**Subject:** RE: Agilent Technologies, Inc. v. Xpedient Management Group, et al. - Case No. 2:25-cv-02101-MSN-cgc
**Importance:** High

Michael, we appreciate your response yesterday to the email I sent to you on January 22. We did receive the Requests for Admission responses in the mail. However, you have still not answered my question as to when St. Paul's overdue responses to our Interrogatories and Requests for Production will be served. St. Paul neither asked for nor received any extension of the deadline for those responses, which passed on January 21. Any objections to those interrogatories and requests for production have now been waived by St. Paul. My client's expert disclosures are due on February 17 and St. Paul's delay in serving responses (and in responding to our inquiry about same) is interfering with our experts' ability to complete their work in an orderly manner that accounts for



their own schedules. Please let us know when you intend to serve St. Paul's responses. We will be sending correspondence under separate cover regarding St. Paul's responses to my client's Requests for Admission.

-Doug

**Douglas F. Halijan**

**Burch, Porter & Johnson, PLLC**
130 North Court Avenue | Memphis, TN 38103

Direct: 901-524-5123 | Main: 901-524-5000
dhalijan@bpjlaw.com | Bio | vcard

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Michael Petherick <mpetherick@carrallison.com>
**Sent:** Thursday, February 5, 2026 2:27 PM
**To:** Doug Halijan <dhalijan@BPJLAW.com>
**Cc:** Sean Martin <swmartin@carrallison.com>; McDonald, Margaret C. <MCMcDonald@reedsmith.com>; Finch, Amber S. <AFinch@ReedSmith.com>; Elena Mosby <emosby@bpjlaw.com>
**Subject:** RE: Agilent Technologies, Inc. v. Xpedient Management Group, et al. - Case No. 2:25-cv-02101-MSN-cgc

**CAUTION: This email originated from outside of BPJ. Be cautious clicking on links.**

Doug,

Attached are my client's responses to the requests for admission, which were served by mail on January 21. I am in the process of finalizing our responses to the interrogatories and requests for production. Although I hope to have them to you soon, I do not think I will have them complete and ready to serve by tomorrow. Until noon today, I had a week-long trial that was set to begin on Monday, February 9, and I am catching up on things given that trial preparation has been eating up most of my time during the past couple of weeks.

**Michael J. Petherick**
*Shareholder*

633 Chestnut Street | Suite 2000 | Chattanooga, TN 37450

Telephone   (423) 648-9832
Direct        (423) 648-9862
Facsimile    (423) 648-9869

website | bio | vCard | map | email

Alabama • Florida • Georgia • Mississippi • Tennessee

CONFIDENTIALITY NOTICE: This email, including any attachment(s), may contain privileged and confidential information and/or protected health information (PHI) and is intended solely for the use of the named individual(s) and/or entity(ies) - not necessarily the email addresses. As such, it is protected by applicable state and federal laws and/or exempt from disclosure. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any review, dissemination, distribution, printing or copying of this email message and/or any attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately and permanently delete this email and all attachments. If you are the intended

recipient, by accepting this email you are hereby agreeing to maintain the confidentiality of the information contained herein and comply with all state or federal laws regarding the same.

**From:** Doug Halijan <dhalijan@BPJLAW.com>
**Sent:** Wednesday, February 4, 2026 4:24 PM
**To:** Michael Petherick <mpetherick@carrallison.com>
**Cc:** Sean Martin <swmartin@carrallison.com>; McDonald, Margaret C. <MCMcDonald@reedsmith.com>; Finch, Amber S. <AFinch@ReedSmith.com>; Elena Mosby <emosby@bpjlaw.com>
**Subject:** RE: Agilent Technologies, Inc. v. Xpedient Management Group, et al. - Case No. 2:25-cv-02101-MSN-cgc
**Importance:** High

Michael, I've still not received any response from you to my email to you dated January 22, 2026 (below) regarding the status of St. Paul's discovery responses, nor any indication that your responses were timely served by mail.  Given the scheduling order, we need to proceed with a motion to compel. The Local Rules require a meet-and-confer prior to filing such a motion; please let us know if you are available for a call on either tomorrow or Friday for that purpose.  We intend to proceed with a motion to compel by COB on Friday.
-Doug



**Douglas F. Halijan**

**Burch, Porter & Johnson, PLLC**
130 North Court Avenue | Memphis, TN 38103

Direct: 901-524-5123 | Main: 901-524-5000
dhalijan@bpjlaw.com | Bio | vcard

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Doug Halijan
**Sent:** Thursday, January 22, 2026 1:05 PM
**To:** mpetherick@carrallison.com
**Cc:** swmartin@carrallison.com; McDonald, Margaret C. <MCMcDonald@reedsmith.com>; Finch, Amber S. <AFinch@ReedSmith.com>; Elena Mosby <emosby@bpjlaw.com>
**Subject:** RE: Agilent Technologies, Inc. v. Xpedient Management Group, et al. - Case No. 2:25-cv-02101-MSN-cgc
**Importance:** High

Michael, we have not received responses to the Requests for Admission, Interrogatories and Requests for Production served by Agilent in this matter last month.  The responses were due yesterday.  If you served the responses by U.S. Mail dated yesterday, please let us know (and, if possible, email the pleadings).  Agilent has not agreed to any extension regarding these discovery responses nor waived the requirements and consequences provided under Fed. R. Civ. P. 33 and 36 concerning the timely service of responses.  Please let us know.
-Doug



**Douglas F. Halijan**

**Burch, Porter & Johnson, PLLC**
130 North Court Avenue | Memphis, TN 38103

Direct: 901-524-5123 | Main: 901-524-5000
dhalijan@bpjlaw.com | Bio | vcard

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Alaniz, Claudia M. <CAlaniz@ReedSmith.com>
**Sent:** Monday, December 22, 2025 4:25 PM
**To:** will.thomas@butlersnow.com; andrew.schrack@butlersnow.com; swmartin@carrallison.com; mpetherick@carrallison.com; Doug Halijan <dhalijan@BPJLAW.com>; Elena Mosby <emosby@bpjlaw.com>; jwelborn@smithcashion.com
**Cc:** McDonald, Margaret C. <MCMcDonald@reedsmith.com>; Finch, Amber S. <AFinch@ReedSmith.com>
**Subject:** Agilent Technologies, Inc. v. Xpedient Management Group, et al. - Case No. 2:25-cv-02101-MSN-cgc

**CAUTION: This email originated from outside of BPJ. Be cautious clicking on links.**

Counsel:
Attached please find the following document(s).

- PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION TO ST. PAUL FIRE AND MARINE INSURANCE COMPANY

- PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION TO XPEDIENT MANAGEMENT GROUP, LLC

- PLAINTIFF'S FIRST SET OF SPECIAL INTERROGATORIES TO ST. PAUL FIRE AND MARINE INSURANCE COMPANY

- PLAINTIFF'S FIRST SET OF SPECIAL INTERROGATORIES TO XPEDIENT MANAGEMENT GROUP, LLC

- PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION TO ST. PAUL FIRE AND MARINE INSURANCE COMPANY

- PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION TO XPEDIENT MANAGEMENT GROUP, LLC

**Claudia M. Alaniz**
*Executive Assistant to Peter J. Kennedy, Margaret C. McDonald, Bernard P. Simons & Natasha Sung*
**Reed Smith LLP** | 515 South Flower Street, Suite 4300 | Los Angeles, CA 90071 |
Main: 213.457.8000 | Fax: 213.457.8080 | Direct: 213.457.6490 | E-Mail: CAlaniz@ReedSmith.com

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

RSUSv12021

**Christi Fuller**

| | |
|---|---|
| **From:** | Michael Petherick <mpetherick@carrallison.com> |
| **Sent:** | Thursday, February 12, 2026 7:46 AM |
| **To:** | Doug Halijan |
| **Cc:** | Sean Martin; McDonald, Margaret C.; Finch, Amber S.; Elena Mosby |
| **Subject:** | RE: Agilent Technologies, Inc. v. Xpedient Management Group, et al. - Case No. 2:25-cv-02101-MSN-cgc |

**CAUTION: This email originated from outside of BPJ. Be cautious clicking on links.**

Doug,

I am in receipt of your email. I am conferring with my client and am attempting, in addition to finalizing and serving the responses, to obtain a date certain as to when you will receive them. As I noted in my prior email to you, I had a week-long jury trial that was only recently continued. In addition to normal trial preparation, it involved significant pre-trial motion practice, multiple recent court appearances, and an application for an emergency appeal that occupied a significant amount of my time. I understand that we have deadlines and your client must proceed as it feels is necessary. However, if you are worried about the expert disclosure deadline, I would likely be willing to agree to a reasonable extension of your client's expert disclosure deadline if you request one (assuming of course that my client receives a proportionate extension). I will also instruct my staff to serve all of you with an email courtesy copy of the discovery responses once we have them.

**Michael J. Petherick**
*Shareholder*



633 Chestnut Street | Suite 2000 | Chattanooga, TN 37450

| | |
|---|---|
| **Telephone** | (423) 648-9832 |
| **Direct** | (423) 648-9862 |
| **Facsimile** | (423) 648-9869 |

**website | bio | vCard | map | email**

**Alabama • Florida • Georgia • Mississippi • Tennessee**

CONFIDENTIALITY NOTICE: This email, including any attachment(s), may contain privileged and confidential information and/or protected health information (PHI) and is intended solely for the use of the named individual(s) and/or entity(ies) - not necessarily the email addresses. As such, it is protected by applicable state and federal laws and/or exempt from disclosure. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any review, dissemination, distribution, printing or copying of this email message and/or any attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately and permanently delete this email and all attachments. If you are the intended recipient, by accepting this email you are hereby agreeing to maintain the confidentiality of the information contained herein and comply with all state or federal laws regarding the same.

**From:** Doug Halijan <dhalijan@BPJLAW.com>
**Sent:** Wednesday, February 11, 2026 11:55 AM
**To:** Michael Petherick <mpetherick@carrallison.com>
**Cc:** Sean Martin <swmartin@carrallison.com>; McDonald, Margaret C <MCMcDonald@reedsmith.com>; Finch, Amber S. <AFinch@ReedSmith.com>; Elena Mosby <emosby@bpjlaw.com>

**Subject:** RE: Agilent Technologies, Inc. v. Xpedient Management Group, et al. - Case No. 2:25-cv-02101-MSN-cgc
**Importance:** High

Michael, I have not received any response to, nor even an acknowledgement of, my email to you last Friday, February 6. Perhaps there is some explanation for this lack of professional courtesy, but you have not provided any explanation to us nor answered the question – which I first posed on January 22 – as to when your client's long overdue responses will be served. Again, St. Paul's responses were due on January 21. St. Paul never asked for nor received any extension of time to respond and now, knowing that expert disclosure deadlines are approaching, you still will not state when St. Paul is going to answer our discovery. We have no choice but to proceed with a motion to compel and will file such no later than this Friday; we will reflect our attempts to communicate with you on this subject in the certificate of consultation required under the Local Rules. Agilent will also seek costs incurred in connection with the motion. We assume you will email St. Paul's responses (as all the other parties in this matter have done routinely) whenever they are eventually available.
-Doug



**Douglas F. Halijan**

**Burch, Porter & Johnson, PLLC**
130 North Court Avenue | Memphis, TN 38103

Direct: 901-524-5123 | Main: 901-524-5000
dhalijan@bpjlaw.com | Bio | vcard

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

---

**From:** Doug Halijan
**Sent:** Friday, February 6, 2026 1:17 PM
**To:** 'Michael Petherick' <mpetherick@carrallison.com>
**Cc:** Sean Martin <swmartin@carrallison.com>; McDonald, Margaret C. <MCMcDonald@reedsmith.com>; Finch, Amber S. <AFinch@ReedSmith.com>; Elena Mosby <emosby@bpjlaw.com>
**Subject:** RE: Agilent Technologies, Inc. v. Xpedient Management Group, et al. - Case No. 2:25-cv-02101-MSN-cgc
**Importance:** High

Michael, we appreciate your response yesterday to the email I sent to you on January 22. We did receive the Requests for Admission responses in the mail. However, you have still not answered my question as to when St. Paul's overdue responses to our Interrogatories and Requests for Production will be served. St. Paul neither asked for nor received any extension of the deadline for those responses, which passed on January 21. Any objections to those interrogatories and requests for production have now been waived by St. Paul. My client's expert disclosures are due on February 17 and St. Paul's delay in serving responses (and in responding to our inquiry about same) is interfering with our experts' ability to complete their work in an orderly manner that accounts for their own schedules. Please let us know when you intend to serve St. Paul's responses. We will be sending correspondence under separate cover regarding St. Paul's responses to my client's Requests for Admission.
-Doug

**Douglas F. Halijan**

**Burch, Porter & Johnson, PLLC**
130 North Court Avenue | Memphis, TN 38103

Direct: 901-524-5123 | Main: 901-524-5000
dhalijan@bpjlaw.com | Bio | vcard

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

---

**From:** Michael Petherick <mpetherick@carrallison.com>
**Sent:** Thursday, February 5, 2026 2:27 PM
**To:** Doug Halijan <dhalijan@BPJLAW.com>
**Cc:** Sean Martin <swmartin@carrallison.com>; McDonald, Margaret C. <MCMcDonald@reedsmith.com>; Finch, Amber S. <AFinch@ReedSmith.com>; Elena Mosby <emosby@bpjlaw.com>
**Subject:** RE: Agilent Technologies, Inc. v. Xpedient Management Group, et al. - Case No. 2:25-cv-02101-MSN-cgc

**CAUTION: This email originated from outside of BPJ. Be cautious clicking on links.**

---

Doug,

Attached are my client's responses to the requests for admission, which were served by mail on January 21.  I am in the process of finalizing our responses to the interrogatories and requests for production.  Although I hope to have them to you soon, I do not think I will have them complete and ready to serve by tomorrow.  Until noon today, I had a week-long trial that was set to begin on Monday, February 9, and I am catching up on things given that trial preparation has been eating up most of my time during the past couple of weeks.

**Michael J. Petherick**
*Shareholder*

633 Chestnut Street | Suite 2000 | Chattanooga, TN 37450

**Telephone**   (423) 648-9832
**Direct**      (423) 648-9862
**Facsimile**   (423) 648-9869

**website | bio | vCard | map | email**

**Alabama • Florida • Georgia • Mississippi • Tennessee**

CONFIDENTIALITY NOTICE:  This email, including any attachment(s), may contain privileged and confidential information and/or protected health information (PHI) and is intended solely for the use of the named individual(s) and/or entity(ies) - not necessarily the email addresses. As such, it is protected by applicable state and federal laws and/or exempt from disclosure. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any review, dissemination, distribution, printing or copying of this email message and/or any attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately and permanently delete this email and all attachments. If you are the intended recipient, by accepting this email you are hereby agreeing to maintain the confidentiality of the information contained herein and comply with all state or federal laws regarding the same.

---

**From:** Doug Halijan <dhalijan@BPJLAW.com>
**Sent:** Wednesday, February 4, 2026 4:24 PM
**To:** Michael Petherick <mpetherick@carrallison.com>
**Cc:** Sean Martin <swmartin@carrallison.com>; McDonald, Margaret C. <MCMcDonald@reedsmith.com>; Finch, Amber S. <AFinch@ReedSmith.com>; Elena Mosby <emosby@bpjlaw.com>
**Subject:** RE: Agilent Technologies, Inc. v. Xpedient Management Group, et al. - Case No. 2:25-cv-02101-MSN-cgc
**Importance:** High

Michael, I've still not received any response from you to my email to you dated January 22, 2026 (below) regarding the status of St. Paul's discovery responses, nor any indication that your responses were timely served by mail.  Given the scheduling order, we need to proceed with a motion to compel. The Local Rules require a meet-and-confer prior to filing such a motion; please let us know if you are available for a call on either tomorrow or Friday for that purpose.  We intend to proceed with a motion to compel by COB on Friday.

-Doug

**Douglas F. Halijan**

**Burch, Porter & Johnson, PLLC**
130 North Court Avenue | Memphis, TN 38103

Direct: 901-524-5123 | Main: 901-524-5000
dhalijan@bpjlaw.com | Bio | vcard

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

---

**From:** Doug Halijan
**Sent:** Thursday, January 22, 2026 1:05 PM
**To:** mpetherick@carrallison.com
**Cc:** swmartin@carrallison.com; McDonald, Margaret C. <MCMcDonald@reedsmith.com>; Finch, Amber S. <AFinch@ReedSmith.com>; Elena Mosby <emosby@bpjlaw.com>
**Subject:** RE: Agilent Technologies, Inc. v. Xpedient Management Group, et al. - Case No. 2:25-cv-02101-MSN-cgc
**Importance:** High

Michael, we have not received responses to the Requests for Admission, Interrogatories and Requests for Production served by Agilent in this matter last month.  The responses were due yesterday.  If you served the responses by U.S. Mail dated yesterday, please let us know (and, if possible, email the pleadings).  Agilent has not agreed to any extension regarding these discovery responses nor waived the requirements and consequences provided under Fed. R. Civ. P. 33 and 36 concerning the timely service of responses.  Please let us know.

-Doug

**Douglas F. Halijan**

**Burch, Porter & Johnson, PLLC**
130 North Court Avenue | Memphis, TN 38103

Direct: 901-524-5123 | Main: 901-524-5000
dhalijan@bpjlaw.com | Bio | vcard

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

---

**From:** Alaniz, Claudia M. <CAlaniz@ReedSmith.com>
**Sent:** Monday, December 22, 2025 4:25 PM
**To:** will.thomas@butlersnow.com; andrew.schrack@butlersnow.com; swmartin@carrallison.com; mpetherick@carrallison.com; Doug Halijan <dhalijan@BPJLAW.com>; Elena Mosby <emosby@bpjlaw.com>; jwelborn@smithcashion.com

**Cc:** McDonald, Margaret C. <MCMcDonald@reedsmith.com>; Finch, Amber S. <AFinch@ReedSmith.com>
**Subject:** Agilent Technologies, Inc. v. Xpedient Management Group, et al. - Case No. 2:25-cv-02101-MSN-cgc

CAUTION: This email originated from outside of BPJ. Be cautious clicking on links.

Counsel:
Attached please find the following document(s).

- PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION TO ST. PAUL FIRE AND MARINE INSURANCE COMPANY

- PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION TO XPEDIENT MANAGEMENT GROUP, LLC

- PLAINTIFF'S FIRST SET OF SPECIAL INTERROGATORIES TO ST. PAUL FIRE AND MARINE INSURANCE COMPANY

- PLAINTIFF'S FIRST SET OF SPECIAL INTERROGATORIES TO XPEDIENT MANAGEMENT GROUP, LLC

- PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION TO ST. PAUL FIRE AND MARINE INSURANCE COMPANY

- PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION TO XPEDIENT MANAGEMENT GROUP, LLC

**Claudia M. Alaniz**
*Executive Assistant to Peter J. Kennedy, Margaret C. McDonald, Bernard P. Simons & Natasha Sung*
**Reed Smith LLP** | 515 South Flower Street, Suite 4300 | Los Angeles, CA 90071 |
Main: 213.457.8000 | Fax: 213.457.8080 | Direct: 213.457.6490 | E-Mail: CAlaniz@ReedSmith.com

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

RSUSv12021