IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**AGILENT TECHNOLOGIES, INC.,**

      **Plaintiff,**

v.                                                      Case 2:25-cv-02101-MSN-cgc

**XPEDIENT MANAGEMENT GROUP, LLC and**
**ST. PAUL FIRE AND MARINE INSURANCE COMPANY,**

      **Defendants.**

---

### ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL

---

      Before the Court, by way of Order of Reference (D.E. # 97), is Plaintiff Agilent Technologies, Inc.'s Motion to Compel discovery responses filed on February 13, 2026 (D.E. # 96). The Motion seeks an order compelling Defendant St. Paul Fire and Marine Insurance Company ("St. Paul") to produce responses to the Second Set of Requests for Production and First Set of Special Interrogatories propounded on December 22, 2025. Plaintiff also requests that objections be waived and that the costs of this Motion be assessed against St. Paul. St. Paul did not file a response to the motion but filed a notice of service of the discovery responses on February 16, 2026. (D.E. # 98)

      Pursuant to Local Rule 7.2(a)(2), the non-movant shall file a response within fourteen days after service of the motion, and "[f]ailure to respond timely to any motion, other than one requesting dismissal of a claim or action, may be deemed good grounds for granting the motion." In this case, Plaintiff failed to respond to the instant motion within the fourteen days provided by the Local Rules. Accordingly, the Court finds that the motion should be GRANTED for failure

to respond.

"If the requested discovery is provided after [a motion to compel] was filed - the court must, after giving an opportunity to be heard, require the party… whose conduct necessitated the motion, the party or attorney advising that conduct, or both to pay the movant's reasonable expenses incurred in making the motion, including attorney's fees."  Fed.R.Civ.P 37(a)(5)(A)  As it is undisputed that the requested discovery was not provided until after the motion to compel was filed, Plaintiff is awarded its reasonable expenses, including attorney's fees, incurred in making this Motion.  Within seven (7) days of the entry of this order, Plaintiff shall file its affidavit of fees and expenses.  St. Paul shall have seven (7) days thereafter in which to file any response indicating circumstances which would make an award of expenses unjust. A report and recommendation on the fee award will follow.  To the extent that St. Paul noted objections in making its discovery responses, those objections are stricken as waived for failure to timely respond.

**IT IS SO ORDERED** this 25th day of February, 2026.

s/ Charmiane G. Claxton
CHARMIANE G. CLAXTON
UNITED STATES MAGISTRATE JUDGE