### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| **AGILENT TECHNOLOGIES, INC.,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | No. 2:25-cv-02101 |
| v. | * | |
| | * | JURY DEMAND |
| **XPEDIENT MANAGEMENT GROUP, LLC** | * | |
| and **ST. PAUL FIRE AND MARINE** | * | |
| **INSURANCE COMPANY,** | * | |
| | * | |
| Defendants. | * | |

| | | |
|---|---|---|
| **FACTORY MUTUAL INSURANCE** | * | |
| **COMPANY,** as subrogee of Agilent | * | |
| Technologies, Inc., | * | |
| | * | |
| Plaintiff, | * | |
| | * | No. 2:25-cv-02424 |
| v. | * | |
| | * | JURY DEMAND |
| **XPEDIENT MANAGEMENT GROUP, LLC**, | * | |
| and **ST. PAUL FIRE AND MARINE** | * | |
| **INSURANCE COMPANY,** | * | |
| | * | |
| Defendants. | * | |

### NOTICE OF FILING

COMES NOW the Defendant, St. Paul Fire and Marine Insurance Company ("St. Paul") to submit the following exhibits in support of its Response to Agilent Technologies, Inc.'s Motion to Compel [Doc 100]:

Exhibit 1   St. Paul's Response to Plaintiff Agilent Technologies, Inc.'s First Set of Requests for Admissions;

Exhibit 2   St. Paul's Response to Plaintiff Agilent Technologies, Inc.'s First Set of Special Interrogatories; and

<u>Exhibit 3</u>    St. Paul's Response to Agilent Technologies, Inc.'s Requests for Production of Documents.

Respectfully submitted,

**CARR ALLISON**

BY:  /s/ Michael J. Petherick
    **SEAN W. MARTIN, BPR #020870**
    **MICHAEL J. PETHERICK, BPR #036155**
    Attorneys for St. Paul
    633 Chestnut Street, Suite 2000
    Chattanooga, TN 37450
    (423) 648-9832 / (423) 648-9869 FAX
    swmartin@carrallison.com
    mpetherick@carrallison.com

## CERTIFICATE OF SERVICE

      I hereby certify that on February 27, 2026, I electronically filed **NOTICE OF FILING** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Elena R. Mosby
Douglas F. Halijan
Burch, Porter & Johnson PLLC
130 North Court Avenue
Memphis, TN 38103

Amber S. Finch
Margaret Clemans McDonald
Reed Smith, LLP
515 South Flower Street, Suite 4300
Los Angeles, CA 90071

Andrew B. Schrack
Butler Snow LLP
6075 Poplar Avenue, Suite 500
Memphis, TN 38119

S. Joe Wellborn
Jefferson C. Orr
Brenden T. Holbrook
Smith Cashion & Orr, PLC
3100 West End Avenue, Suite 800
Nashville, TN 37203

                                      BY: /s/ Michael J. Petherick
                                          **MICHAEL J. PETHERICK, BPR #036155**