IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| AGILENT TECHNOLOGIES, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | No. 2:25-cv-02101 |
| v. | * | |
| | * | JURY DEMAND |
| XPEDIENT MANAGEMENT GROUP, LLC | * | |
| and ST. PAUL FIRE AND MARINE | * | |
| INSURANCE COMPANY, | * | |
| | * | |
| Defendants. | * | |

| | | |
|---|---|---|
| FACTORY MUTUAL INSURANCE | * | |
| COMPANY, as subrogee of Agilent | * | |
| Technologies, Inc., | * | |
| | * | |
| Plaintiff, | * | |
| | * | No. 2:25-cv-02424 |
| v. | * | |
| | * | JURY DEMAND |
| XPEDIENT MANAGEMENT GROUP, LLC, | * | |
| and ST. PAUL FIRE AND MARINE | * | |
| INSURANCE COMPANY, | * | |
| | * | |
| Defendants. | * | |

**DEFENDANT ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S RESPONSE TO PLAINTIFF AGILENT TECHNOLOGIES, INC.'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

COMES NOW the Defendant, St. Paul Fire and Marine Insurance Company ("St. Paul"), to submit its Response to Agilent Technologies, Inc.'s Second Set of Requests for Production of Documents pursuant to *Fed. R. Civ. P.* 26 and 34.

**REQUEST NO. 16:** All Documents and Communications Concerning Memphis, Light, Gas and Water Division (MLGW) Account No. 00040-5512-1359-730 from January 1, 2023 to the

present, including but not limited to, payment records and receipts, and Documents reflecting the account holder's name and address.

> **RESPONSE:** **Objection. This request is overly broad and not proportional to the needs of this case, particularly because it seeks materials not in St. Paul's possession and control. Although St. Paul owned the Cromwell Warehouse during the time period requested, it contracted with a third-party to operate the Cromwell Warehouse and this request is broad enough to include materials possessed by that third party.**
>
> **Subject to and without waiving the foregoing objections and limitations, responsive materials in St. Paul's possession and control are contained in the Bates stamped materials produced with its Response to Plaintiff's First Set of Requests for Production of Documents and the materials produced by third parties in response to subpoenas. St. Paul will supplement this response and produce further documentation if needed in accordance with the *Federal Rules of Civil Procedure*, the Court's Scheduling Order [Doc 54], and the *Local Rules of Court*.**

**REQUEST NO. 17:** All Documents and Communications Concerning Memphis, Light, Gas and Water Division (MLGW) Account No. 00040-5512-1359-734 from January 1, 2023 to the present, including but not limited to, payment records and receipts, and Documents reflecting the account holder's name and address.

> **RESPONSE:** **Objection. This request is overly broad and not proportional to the needs of this case, particularly because it seeks materials not in St. Paul's possession and control. Although St. Paul owned the Cromwell Warehouse during the time period requested, it contracted with a third-party to operate the Cromwell Warehouse and this request is broad enough to include materials possessed by that third party.**
>
> **Subject to and without waiving the foregoing objections and limitations, responsive materials in St. Paul's possession and control are contained in the Bates stamped materials produced with its Response to Plaintiff's First Set of Requests for Production of Documents and the materials produced by third parties in response to subpoenas. St. Paul will supplement this response and produce further documentation if needed in**

accordance with the *Federal Rules of Civil Procedure*, the Court's Scheduling Order [Doc 54], and the *Local Rules of Court*.

**REQUEST NO. 18:** All Documents and Communications Concerning Memphis, Light, Gas and Water Division (MLGW) Account No. 00040-5512-1359-732 from January 1, 2023 to the present, including but not limited to, payment records and receipts, and Documents reflecting the account holder's name and address.

**RESPONSE:** Objection. This request is overly broad and not proportional to the needs of this case, particularly because it seeks materials not in St. Paul's possession and control. Although St. Paul owned the Cromwell Warehouse during the time period requested, it contracted with a third-party to operate the Cromwell Warehouse and this request is broad enough to include materials possessed by that third party.

Subject to and without waiving the foregoing objections and limitations, responsive materials in St. Paul's possession and control are contained in the Bates stamped materials produced with its Response to Plaintiff's First Set of Requests for Production of Documents and the materials produced by third parties in response to subpoenas. St. Paul will supplement this response and produce further documentation if needed in accordance with the *Federal Rules of Civil Procedure*, the Court's Scheduling Order [Doc 54], and the *Local Rules of Court*.

**REQUEST NO. 19:** All Documents and Communications Concerning Memphis, Light, Gas and Water Division (MLGW) Account No. 00040-5512-1359-729 from January 1, 2023 to the present, including but not limited to, payment records and receipts, and Documents reflecting the account holder's name and address.

**RESPONSE:** Objection. This request is overly broad and not proportional to the needs of this case, particularly because it seeks materials not in St. Paul's possession and control. Although St. Paul owned the Cromwell Warehouse during the time period requested, it contracted with a third-party to operate the Cromwell Warehouse and this request is broad enough to include materials possessed by that third party.

- 3 -

**Subject to and without waiving the foregoing objections and limitations, responsive materials in St. Paul's possession and control are contained in the Bates stamped materials produced with its Response to Plaintiff's First Set of Requests for Production of Documents and the materials produced by third parties in response to subpoenas. St. Paul will supplement this response and produce further documentation if needed in accordance with the *Federal Rules of Civil Procedure*, the Court's Scheduling Order [Doc 54], and the *Local Rules of Court*.**

**REQUEST NO. 20:** All Documents and Communications Concerning the use, purchase, rental, installation, or operation of space heaters or portable heaters at the Cromwell Warehouse from January 1, 2023 to the present.

**RESPONSE:** **Objection. This request is overly broad and not proportional to the needs of this case, particularly because it seeks materials not in St. Paul's possession and control. Although St. Paul owned the Cromwell Warehouse during the time period requested, it contracted with a third-party to operate the Cromwell Warehouse and this request is broad enough to include materials possessed by that third party.**

**Subject to and without waiving the foregoing objections and limitations, there are no materials responsive to this request in St. Paul's possession and control. To the extent there are responsive materials produced by third parties in response to Agilent's subpoenas, materials responsive to this request may be found therein. St. Paul will supplement this response and produce further documentation if needed in accordance with the *Federal Rules of Civil Procedure*, the Court's Scheduling Order [Doc 54], and the *Local Rules of Court*.**

**REQUEST NO. 21:** All Documents and Communications exchanged between You and Crowe Heating & Air Conditioning from January 1, 2023 to the present Concerning the Cromwell Warehouse.

**RESPONSE:** **There are no materials responsive to this request in St. Paul's possession and control.**

- 4 -

**REQUEST NO. 22:** All Documents and Communications exchange between You and W.A. Soefker & Sons, Inc. from January 1, 2023 to the present Concerning the Cromwell Warehouse.

      **RESPONSE:** **There are no materials responsive to this request in St. Paul's possession and control. Responsive materials in Colliers' possession and control are contained in the materials produced by Colliers in response to the subpoena served by Agilent. St. Paul will supplement this response and produce further documentation if needed in accordance with the *Federal Rules of Civil Procedure*, the Court's Scheduling Order [Doc 54], and the *Local Rules of Court*.**

**REQUEST NO. 23:** All Documents and Communications Concerning the condition of the Cromwell Warehouse from January 1, 2023 to the present, including all reports and Documents created by insurers and inspectors of any kind.

      **RESPONSE:** **Objection. This request is overly broad and not proportional to the needs of this case, particularly because it seeks materials not in St. Paul's possession and control. Although St. Paul owned the Cromwell Warehouse during the time period requested, it contracted with a third-party to operate the Cromwell Warehouse and this request is broad enough to include materials possessed by that third party.**

      **Subject to and without waiving the foregoing objections and limitations, responsive materials in St. Paul's possession and control are contained in the Bates stamped materials produced with St. Paul's Response to Agilent's First Set of Requests for Production of Documents, the materials produced by third parties in response to the subpoena served by Agilent, and the materials produced by other parties in discovery. St. Paul will supplement this response and produce further documentation if needed in accordance with the *Federal Rules of Civil Procedure*, the Court's Scheduling Order [Doc 54], and the *Local Rules of Court*.**

**REQUEST NO. 24:** All Documents and Communications evidencing all actions taken from January 1, 2023 to the present to ensure that the HVAC system serving the Cromwell Warehouse was operational, including, without limitation, Documents evidencing the dates of each

action, the identity and job title of each person involved, the nature and results of any inspections, tests, maintenance, adjustments, repairs, or replacements, any changes to thermostat settings, control sequences, or zones, any work performed by third-party contractors or vendors, any Communications regarding heat complaints or performance; and all documents, work orders, service tickets, or logs reflecting the foregoing.

      **RESPONSE:** **Objection. This request is overly broad and not proportional to the needs of this case, particularly because it seeks materials not in St. Paul's possession and control. Although St. Paul owned the Cromwell Warehouse during the time period requested, it contracted with a third-party to operate the Cromwell Warehouse and this request is broad enough to include materials possessed by that third party.**

      **Subject to and without waiving the foregoing objections and limitations, responsive materials in St. Paul's possession and control are contained in the materials produced by third parties in response to the subpoena served by Agilent and the materials produced by other parties in discovery. St. Paul will supplement this response and produce further documentation if needed in accordance with the *Federal Rules of Civil Procedure*, the Court's Scheduling Order [Doc 54], and the *Local Rules of Court*.**

**REQUEST NO. 25:** All Documents and Communications Concerning complaints about the temperature of the Cromwell Warehouse from January 1, 2023 to the present.

      **RESPONSE:** **Objection. This request is overly broad and not proportional to the needs of this case, particularly because it seeks materials not in St. Paul's possession and control. Although St. Paul owned the Cromwell Warehouse during the time period requested, it contracted with a third-party to operate the Cromwell Warehouse and this request is broad enough to include materials possessed by that third party.**

      **Subject to and without waiving the foregoing objections and limitations, the only responsive materials in St. Paul's possession and control are contained in the materials produced by third parties in response to the subpoena served by Agilent and the materials produced by other parties in discovery. St. Paul will supplement this response and produce further documentation if**

>needed in accordance with the *Federal Rules of Civil Procedure*, the Court's Scheduling Order [Doc 54], and the *Local Rules of Court.*

**REQUEST NO. 26:** All Documents and Communications that You relied on in answering Agilent's First Set of Special Interrogatories.

>**RESPONSE:** Responsive materials in St. Paul's possession and control are contained in the Bates stamped materials produced with St. Paul's Response to Agilent's First Set of Requests for Production of Documents, the materials produced by third parties in response to the subpoena served by Agilent, and the materials produced by other parties in discovery. St. Paul will supplement this response and produce further documentation if needed in accordance with the *Federal Rules of Civil Procedure*, the Court's Scheduling Order [Doc 54], and the *Local Rules of Court.*

**REQUEST NO. 27:** All Documents and Communications that You Identified in response to Agilent's First Set of Special Interrogatories.

>**RESPONSE:** Responsive materials in St. Paul's possession and control are contained in the Bates stamped materials produced with St. Paul's Response to Agilent's First Set of Requests for Production of Documents, the materials produced by third parties in response to the subpoena served by Agilent, and the materials produced by other parties in discovery. St. Paul will supplement this response and produce further documentation if needed in accordance with the *Federal Rules of Civil Procedure*, the Court's Scheduling Order [Doc 54], and the *Local Rules of Court.*

**REQUEST NO. 28:** All Documents and Communications that You relied on to answer Agilent's First Set of Requests for Admissions.

>**RESPONSE:** Responsive materials in St. Paul's possession and control are contained in the Bates stamped materials produced with St. Paul's Response to Agilent's First Set of Requests for Production of Documents, the materials produced by third parties in response to the subpoena served by Agilent, and the materials produced by other parties in discovery. St. Paul will supplement this response and produce further documentation if needed in accordance with the *Federal Rules of Civil Procedure*, the

Court's Scheduling Order [Doc 54], and the *Local Rules of Court.*

Respectfully submitted,

**CARR ALLISON**

BY: /s/ *signature*

**SEAN W. MARTIN, BPR #020870**
**MICHAEL J. PETHERICK, BPR #036155**
Attorneys for St. Paul
633 Chestnut Street, Suite 2000
Chattanooga, TN 37450
(423) 648-9832 / (423) 648-9869 FAX
swmartin@carrallison.com
mpetherick@carrallison.com

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, do hereby certify that the foregoing document has been delivered to all counsel for parties in this cause by placing a true and correct copy of same in the United States mail, postage prepaid, in a properly addressed envelope, or by hand delivering same to each such attorney as follows:

Elena R. Mosby, Esq.
Douglas F. Halijan, Esq.
Burch, Porter & Johnson, PLLC
130 North Court Ave.
Memphis, TN 38103

Amber S. Finch, Esq.
Margaret Clemans McDonald, Esq.
Reed Smith, LLP
515 South Flower St. Suite 4300
Los Angeles, CA 90071

Andrew B. Schrack, Esq.
Butler Snow LLP
6075 Poplar Ave., Suite 500
Memphis, TN 38119

S. Joe Wellborn, Esq.
Jefferson C. Orr, Esq.
Brenden T. Holbrook, Esq.
Smith Cashion & Orr, PLC
3100 West End Ave., Suite 800
Nashville, TN 37203

This 27th day of February, 2026.

BY: /s/ *signature*
**MICHAEL J. PETHERICK, BPR #036155**