# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**AGILENT TECHNOLOGIES, INC.,**

    **Plaintiff,**

v.                                                                                       Case 2:25-cv-02101-MSN-cgc

**XPEDIENT MANAGEMENT GROUP, LLC and**
**ST. PAUL FIRE AND MARINE INSURANCE COMPANY,**

    **Defendants.**

## ORDER VACATING ORDER
## GRANTING PLAINTIFF'S MOTION TO COMPEL

On February 25, 2026, the undersigned entered an order (D.E. # 99) granting Plaintiff's Motion to Compel discovery responses pursuant to Local Rule 7.2 for failure to respond to the motion within the time established for response. On February 27, 2026, Defendant St. Paul Fire and Marine Insurance Company filed a response correctly noting that the time to respond had not elapsed and requested that the Order be vacated. (D.E. # 100) For good cause shown, the order at docket entry #99 is VACATED. A hearing on the Motion to Compel will be set by further notice.

    **IT IS SO ORDERED** this 4th day of February, 2026.

                                                           s/ Charmiane G. Claxton
                                                            CHARMIANE G. CLAXTON
                                                            UNITED STATES MAGISTRATE JUDGE