UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

| | | |
|---|---|---|
| AGILENT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cv-02101-MSN-cgc |
| | ) | |
| XPEDIENT MANAGEMENT GROUP, LLC | ) | Judge Mark S. Norris |
| and ST. PAUL FIRE AND MARINE | ) | Magistrate Judge Charmiane |
| INSURANCE COMPANY, | ) | Claxton |
| | ) | |
| Defendants | ) | |
| | ) | |
| XPEDIENT MANAGEMENT GROUP, LLC., | ) | |
| | ) | |
| Cross-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | ) | |
| | ) | |
| Cross-Defendant | ) | |
| | ) | |
| FACTORY MUTUAL INSURANCE CO., as subrogee of Agilent Technologies, Inc., | ) | Case No. 2:25-cv-02424-MSN-tmp |
| | ) | JURY DEMANDED |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| XPEDIENT MANAGEMENT GROUP, LLC and ST. PAUL FIRE AND MARINE INSURANCE COMPANY | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF AGILENT TECHNOLOGIES, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS MOTION TO COMPEL DISCOVERY RESPONSES FROM DEFENDANT ST. PAUL FIRE AND MARINE INSURANCE COMPANY, TO DEEM OBJECTIONS WAIVED, AND TO RECOVER EXPENSES AND FEES (DOC. 96)**

Plaintiff Agilent Technologies, Inc. respectfully files this Unopposed Motion for Leave to File Reply in Support of Its Motion to Compel Discovery Responses from Defendant St. Paul Fire and Marine Insurance Company, to Deem Objections Waived, and to Recover Expenses and Fees (Doc. 96). Defendant filed its Response to Plaintiff's Motion to Compel on February 27, 2026. (Doc. 100.) Plaintiff requests leave to file a reply brief to clarify the status of discovery and to address certain characterizations of fact or law in Defendant's Response that bear on the relief requested. Agilent's proposed reply brief is attached hereto as Exhibit A.

Respectfully submitted this 5th day of March, 2026,

        s/ Douglas F. Halijan
        Douglas F. Halijan (BPR # 16718)
        Elena R. Mosby (BPR # 40562)
        BURCH PORTER & JOHNSON, PLLC
        130 North Court Avenue
        Memphis, TN 38103
        Telephone: 901-524-5000
        Facsimile: 901-524-5024
        dhalijan@bpjlaw.com
        emosby@bpjlaw.com

        Amber Finch (#222321) (admitted *pro hac vice*)
        Margaret C. McDonald (#307008) (admitted *pro hac vice*)
        Katherine P. Geotz (#346205) (admitted *pro hac vice*)
        REED SMITH LLP
        515 South Flower, Suite 4300
        Los Angeles, CA 90071
        Telephone: 213-457-8000

                                        Facsimile: 213-457-8080
                                        afinch@reedsmith.com
                                        mcmcdonald@reedsmith.com
                                        kgoetz@reedsmith.com

                                        *Counsel for Plaintiff Agilent Technologies, Inc.*

## CERTIFICATE OF CONSULTATION

      On March 4, 2026, I conferred with Michael Petherick, counsel for St. Paul Fire and Marine Insurance Company ("St. Paul"), via videoconference about the relief requested herein. Mr. Petherick stated that St. Paul does not oppose Agilent's motion for leave to file a reply brief.

                                        s/ Douglas F. Halijan