# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| AGILENT TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 2:25-cv-02101-MSN-cgc |
| XPEDIENT MANAGEMENT GROUP, LLC ) | |
| and ST. PAUL FIRE AND MARINE ) | Judge Mark S. Norris |
| INSURANCE COMPANY, ) | Magistrate Judge Charmaine |
| ) | Claxton |
| Defendants. ) | |
| ) | |
| XPEDIENT MANAGEMENT GROUP, LLC, ) | |
| ) | |
| Cross-Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ST. PAUL FIRE AND MARINE INSURANCE ) | |
| COMPANY ) | |
| ) | |
| Cross-Defendant, ) | |
| ) | |
| FACTORY MUTUAL INSURANCE CO., as ) | |
| subrogee of Agilent Technologies, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 2:25-cv-02424-MSN-tmp |
| XPEDIENT MANAGEMENT GROUP, LLC ) | |
| and ST. PAUL FIRE AND MARINE ) | JURY DEMANDED |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the undersigned counsel for Defendant Xpedient Management Group, LLC will take the deposition upon oral examination of Shellie Moses, in the above-captioned matter before a court reporter or such other person authorized to administer oaths and take acknowledgements of the deponent as follows:

DATE:       March 25, 2026, at 10:00 A.M. CST

DEPONENT:   Jessica Edmonds

LOCATION:   Butler Snow LLP
            6075 Poplar Avenue
            Suite 500
            Memphis, TN 38119

The deposition will be taken for all purposes and as authorized by the Federal Rules of Civil Procedure and will continue from day to day until completed. The deposition shall be recorded by stenographic means by a court reporter and may be used for the purposes of discovery or for use as evidence at trial, or both.

RESPECTFULLY SUBMITTED, this 6th day of March 2026.

/s/ William P. Thomas
William P. Thomas (MS 102209)
Andrew B. Schrack (TN 037624)
**BUTLER SNOW LLP**
6075 Poplar Ave., Ste. 500
Memphis, TN 38119
T: 901-680-7200
F: 901-680-7201
will.thomas@butlersnow.com
andrew.schrack@butlersnow.com

*Attorneys for Defendant Xpedient Management Group, LLC*

2

## CERTIFICATE OF SERVICE

   I hereby certify that on March 6, 2026 a copy of the foregoing document has been served via electronic mail and/or first-class United States Mail, postage prepaid upon the the following parties:

| | |
|---|---|
| Douglas F. Halijan<br>Elena R. Mosby<br>BURCH PORTER & JOHNSON, PLLC<br>130 North Court Avenue<br>Memphis, TN 38103<br>dhalijan@bpjlaw.com<br>emosby@bpjlaw.com | Sean W. Martin<br>Michael J. Petherick<br>Carr Allison<br>633 Chestnut Street, Suite 2000<br>Chattanooga, TN 37450<br>swmartin@carrallison.com<br>mpetherick@carrallison.com |
| Amber Finch<br>Margaret C. McDonald<br>Katherine P. Goetz<br>REED SMITH LLP<br>515 South Flower, Suite 4300<br>Los Angeles, CA  90071<br>afinch@reedsmith.com<br>mcmcdonald@reedsmith.com<br>kgoetz@reedsmith.com<br><br>*Attorneys for Plaintiff Agilent Technologies* | *Attorneys for Defendant St. Paul Fire and Marine Insurance Company*<br><br>Brenden Holbrook<br>Samuel Joseph Welborn<br>SMITH CASHION & ORR<br>3100 W End Ave., Ste. 800<br>Nashville, TN  37203<br>bholbrook@smithcashion.com<br>jwelborn@smithcashion.com<br><br>*Attorneys for Consol Plaintiff Factory Mutual Insurance Company* |

              */s/ William P. Thomas*
              WILLIAM P. THOMAS

99762753.v1