# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **AGILENT TECHNOLOGIES, INC.,**<br>      Plaintiff,<br>v.<br><br>**XPEDIENT MANAGEMENT GROUP, LLC**<br>**and ST. PAUL FIRE AND MARINE**<br>**INSURANCE COMPANY,**<br>      Defendants. | Case No. 2:25-cv-02101-MSN-cgc |
| **XPEDIENT MANAGEMENT GROUP, LLC**<br><br>      Cross-Plaintiff,<br>v.<br>**ST. PAUL FIRE AND MARINE INSURANCE**<br>**COMPANY**<br><br>      Cross-Defendant. | |

## XPEDIENT MANAGEMENT GROUP, LLC'S
## NOTICE OF INTENT TO SERVE SUBPOENA

PLEASE TAKE NOTICE that, as required by the Federal Rules of Civil Procedure 45, Defendant Xpedient Management Group, LLC, by and through its counsel of record, Butler Snow LLC, gives notice that they intend to serve their Subpoena for the depositions of Memphis Light, Gas & Water Division in the form attached hereto as Exhibit A as soon as service may be effectuated.

RESPECTFULLY SUBMITTED, this 6th day of March 2026.

> */s/William P. Thomas*
> William P. Thomas (MS 102209)
> Andrew B. Schrack (TN 037624)
> **BUTLER SNOW LLP**
> 6075 Poplar Ave., Ste. 500
> Memphis, TN 38119
> T: 901-680-7200
> F: 901-680-7201
> will.thomas@butlersnow.com
> andrew.schrack@butlersnow.com
> *Attorneys for Defendant Xpedient Management*
> *Group, LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2026 a copy of the foregoing document has been filed electronically. Notice of this filing will be served by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via electronic mail and/or first-class United States Mail, postage prepaid. Parties may access this filing through the Court's electronic filing system.

*/s/ William P. Thomas*
William P. Thomas

99890191.v1