# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| AGILENT TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:25-cv-02101-BCL-cgc |
| ) | Judge Brian C. Lea |
| XPEDIENT MANAGEMENT GROUP, LLC ) | Magistrate Judge Charmaine Claxton |
| and ST. PAUL FIRE AND MARINE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| XPEDIENT MANAGEMENT GROUP, LLC, ) | |
| ) | |
| Cross-Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ST. PAUL FIRE AND MARINE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Cross-Defendant. ) | |
| ) | |
| FACTORY MUTUAL INSURANCE ) | |
| COMPANY, as subrogee of Agilent ) | |
| Technologies, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:25-cv-02424-BCL-tmp |
| ) | |
| XPEDIENT MANAGEMENT GROUP, LLC ) | JURY DEMAND |
| and ST. PAUL FIRE AND MARINE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

1

## NOTICE OF APPEARANCE OF SAM D. JONES

COMES NOW Sam D. Jones, attorney with the firm Smith Cashion & Orr, PLC, and files this Notice of Appearance as additional counsel on behalf of Plaintiff Factory Mutual Insurance Company in the above-styled cause. Service copies of all future filings in this action should also be directed to Mr. Jones at the address below.

Respectfully submitted,

*/s/ Sam D. Jones*
S. Joe Welborn, TN BPR No. 21747
Brenden T. Holbrook, TN BPR No. 39485
Sam D. Jones, TN Bar No. 38436
SMITH CASHION & ORR, PLC
3100 West End Avenue
Suite 800 – One American Center
Nashville, TN 37203
(615) 742-8565 – Tel
jwelborn@smithcashion.com
bholbrook@smithcashion.com
sjones@smithcashion.com
*Attorneys for Plaintiff Factory Mutual Insurance Company*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 10, 2026, I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification to counsel of record to the following:

Amber S. Finch
Margaret C. McDonald
Reed Smith, LLP
515 South Flower St.
Suite 4300
Los Angeles, CA 90071
(213) 457-8000 – Tel
afinch@reedsmith.com
mcmcdonald@reedsmith.com

Katherine P. Goetz
Reed Smith, LLP
515 South Flower St.
Suite 4300
Los Angeles, CA 90071
(213) 457-8000 – Tel
kgoetz@reedsmith.com

Douglas F. Halijan
Elena R. Mosby
Burch Porter & Johnson
130 N. Court Ave.
Memphis, TN 38103
(901) 524-5000 – Tel
dhalijan@bpjlaw.com
emosby@bpjlaw.com

*Attorneys for Plaintiff Agilent Technologies, Inc.*

William P. Thomas
Andrew B. Schrack
Butler Snow, LLP
6075 Poplar Ave., Ste, 500
P.O. Box 171443
Memphis, TN 38187-1443
(901) 680-7200 – Tel
Will.Thomas@butlersnow.com
Andrew.Schrack@butlersnow.com
*Attorneys for Defendant/Cross-Plaintiff Xpedient Management Group, LLC*

Sean W. Martin
Michael J. Petherick
Carr Allison
633 Chestnut St.
Suite 2000
Chattanooga, TN 37450
(423) 648-9832 – Tel
swmartin@carrallison.com
mpetherick@carrallison.com
*Attorneys for Defendant/Cross-Defendant St. Paul Fire and Marine Insurance Company*

                     */s/ Sam D. Jones*
                     Sam D. Jones