IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| AGILENT TECHNOLOGIES, INC., ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> XPEDIENT MANAGEMENT GROUP, LLC ) <br> and ST. PAUL FIRE AND MARINE ) <br> INSURANCE COMPANY, ) <br>     Defendants. ) <br> ) | Case No. 2:25-cv-02101-BCL-cgc <br><br> Judge Brian C. Lea <br> Magistrate Judge Charmaine Claxton |
| XPEDIENT MANAGEMENT GROUP, LLC, ) <br>     Cross-Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ST. PAUL FIRE AND MARINE INSURANCE ) <br> COMPANY ) <br>     Cross-Defendant, ) <br> ) | |
| FACTORY MUTUAL INSURANCE CO., as ) <br> subrogee of Agilent Technologies, Inc., ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> XPEDIENT MANAGEMENT GROUP, LLC ) <br> and ST. PAUL FIRE AND MARINE ) <br> INSURANCE COMPANY, ) <br>     Defendants. ) <br> ) | Case No. 2:25-cv-02424-BCL-tmp <br><br> JURY DEMANDED |

**JOINT MOTION TO EXTEND CERTAIN
DEADLINES IN THE SCHEDULING ORDER**

Plaintiff Agilent Technologies, Inc. ("Agilent"), Plaintiff Factory Mutual Insurance

Company ("Factory Mutual"), and Defendants Xpedient Management Group, LLC ("Xpedient")

and St. Paul Fire and Marine Insurance Company ("St. Paul"), by and through their respective counsel, respectfully move the Court for entry of an Order extending certain deadlines contained in the Court's Scheduling Order. In support of this Motion, the Parties state as follows:

**BACKGROUND**

1. This action arises from a water intrusion event at a warehouse located at 4601 Cromwell Avenue in Memphis, Tennessee on or about January 17, 2024, (the "Cromwell Warehouse").

2. On August 27, 2025, the Court entered a Scheduling Order establishing deadlines governing expert disclosures, discovery, and dispositive motions (ECF 59).

3. Under the current Scheduling Order, Defendants' expert disclosures are due on March 17, 2026, and fact and expert discovery closes on April 17, 2026.

4. Recently, the parties exchanged additional document productions consisting of a substantial volume of electronically stored information.

5. Defendants' experts are in the process of reviewing these materials to determine the scope of their opinions and whether additional expert testimony may be necessary.

6. Given the volume of materials that must be reviewed, the parties agree that an extension of certain deadlines will allow the experts sufficient time to complete their analysis and will facilitate the orderly completion of discovery.

7. Further, among the documents recently exchanged, was a property management agreement between St. Paul and Colliers Management Services, LLC ("Colliers") relating to the Cromwell Warehouse.

8. In written discovery responses served contemporaneously with this agreement, St. Paul alleged for the first time that Colliers – not St. Paul or Xpedient – controlled the Cromwell

Warehouse under the property management agreement. St. Paul also appears to allege for the first time that Colliers was not acting as its agent in operating the Cromwell Warehouse.

9. In light of the property management agreement, coupled with St. Paul's new allegations, Agilent and Factory Mutual intend to seek leave to amend their respective operative complaints to add Colliers as a defendant to this action.

10. Last week, Plaintiffs met and conferred with Xpedient and St. Paul regarding (1) the proposed amendments to the operative complaints and (2) modifications to the scheduling order necessitated by the addition of a new party. Xpedient confirmed that it does not oppose Plaintiffs' request for leave to amend the operative complaints or to further modify the scheduling order as necessary. St. Paul anticipates providing its position on these issues by close of business today.

11. Accordingly, the parties anticipate filing later this week a joint motion to further modify the scheduling order, as well as Plaintiffs' respective motions for leave to amend pleadings.

12. The parties have met and conferred in good faith and jointly request a limited extension of the current deadlines to provide Defendants additional time to prepare their initial expert disclosures, and to allow the parties to resolve issues relating to the pleadings and any further modifications to the scheduling order.

**PROPOSED SCHEDULE**

13. The parties jointly propose extending certain deadlines in the Scheduling Order as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendants' Expert Disclosure | March 17, 2026 | April 17, 2026 |
| Close of Fact and Expert Discovery | April 17, 2026 | May 17, 2026 |
| Daubert Motions | May 15, 2026 | June 12, 2025 |

| Summary Judgment Motions | May 22, 2206 | May 29, 2026 |

### GOOD CAUSE

14. Good cause exists to extend these deadlines under Federal Rule of Civil Procedure 16(b)(4).

15. The requested extension is modest and will allow Defendants' experts sufficient time to review recently produced materials and finalize their opinions, as well as allow the parties time to complete their meet and confer regarding potential amendments to the pleadings and further modifications to the scheduling order.

16. Granting the requested extension will assist the parties in resolving the issues relating to the pleadings and current scheduling order and ensure that expert disclosures are based on a full review of the available information.

### CONCLUSION

For these reasons, the parties respectfully request that the Court enter an Order extending the deadlines in the Scheduling Order as set forth above.

Respectfully Submitted, this the 16th day of March 2026.

**BURCH PORTER & JOHNSON, PLLC**

s/ Douglas F. Halijan
Douglas F. Halijan (BPR # 16718)
Elena R. Mosby (BPR # 40562)
130 North Court Avenue
Memphis, TN 38103
dhalijan@bpjlaw.com
emosby@bpjlaw.com

~and~

**BUTLER SNOW LLP**

s/ William P. Thomas
William P. Thomas (MS 102209)
Andrew B. Schrack (TN 037624)
6075 Poplar Ave., Ste. 500
Memphis, TN 38119
will.thomas@butlersnow.com
andrew.schrack@butlersnow.com

*Counsel for Defendant Xpedient Management Group, LLC*

| | |
|---|---|
| **REED SMITH LLP** | **CARR ALLISON** |
| Amber Finch (admitted *pro hac vice*) | /s/ Michael J. Petherick |
| Margaret C. McDonald (admitted *pro hac vice*) | Sean W. Martin, BPR # 020870 |
| Katherine P. Goetz (admitted *pro hac vice*) | Michael J. Petherick, BPR # 036155 |
| 515 South Flower, Suite 4300 | 633 Chestnut Street, Ste. 2000 |
| Los Angeles, CA 90071 | Chattanooga, TN 37450 |
| afinch@reedsmith.com | swmartin@carrallison.com |
| mcmcdonald@reedsmith.com | mpetherick@carrallison.com |
| kgoetz@reedsmith.com | |
| *Counsel for Plaintiff Agilent Technologies* | *Counsel for St. Paul Fire and Marine Insurance Company* |

**SMITH CASHION & ORR**

/s/ Joseph Welborn
Brenden T. Holbrook, BPR # 39485
Samuel Joseph Welborn, BPR # 21747
3100 W End Ave., Ste. 800
Nashville, TN 37203
bholbrook@smithcashion.com
jwelborn@smithcashion.com

*Counsel for Consol Plaintiff Factory Mutual Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2026, a copy of the foregoing document has been filed electronically. Notice of this filing will be served by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via electronic mail and/or first-class United States Mail, postage prepaid. Parties may access this filing through the Court's electronic filing system.

/s/ William P. Thomas
William P. Thomas

100000164.v1