# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

|   |   |
|---|---|
| AGILENT TECHNOLOGIES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Nos. 2:25-cv-02101-BCL-cgc |
| v. ) | 2:25-cv-02424-BCL-tmp |
| ) | |
| XPEDIENT MANAGEMENT GROUP, ) | |
| LLC et. al., ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES
## IN THE SCHEDULING ORDER

Upon consideration of the parties' joint request to amend the current scheduling order, and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**. The following deadlines are amended as follows:

| Event | Deadline |
|---|---|
| Defendants' Expert Disclosure | April 17, 2026 |
| Close of Fact and Expert Discovery | May 17, 2026 |
| Daubert Motions | June 12, 2026 |
| Summary Judgment Motions | May 29, 2026 |

**SO ORDERED**, this 16th day of March 2026.

*s/Brian C. Lea*
BRIAN C. LEA
UNITED STATES DISTRICT JUDGE