**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| AGILENT TECHNOLOGIES, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 2:25-cv-02101-BCL-cgc |
| XPEDIENT MANAGEMENT GROUP, LLC | ) |
| and ST. PAUL FIRE AND MARINE | ) Judge Brian C. Lea |
| INSURANCE COMPANY, | ) Magistrate Judge Charmaine |
| | ) Claxton |
|     Defendants. | ) |
| _____ | ) |
| | ) |
| XPEDIENT MANAGEMENT GROUP, LLC, | ) |
| | ) |
|     Cross-Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ST. PAUL FIRE AND MARINE INSURANCE | ) |
| COMPANY | ) |
| | ) |
|     Cross-Defendant, | ) |
| _____ | ) |
| | ) |
| FACTORY MUTUAL INSURANCE CO., as | ) |
| subrogee of Agilent Technologies, Inc., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 2:25-cv-02424-MSN-tmp |
| XPEDIENT MANAGEMENT GROUP, LLC | ) |
| and ST. PAUL FIRE AND MARINE | ) JURY DEMANDED |
| INSURANCE COMPANY, | ) |
| | ) |
|     Defendants. | ) |

**NOTICE OF CANCELLATION OF DEPOSITION**

PLEASE TAKE NOTICE that the deposition of Jessica Edmonds previously noticed by Counsel for Defendant Xpedient Management Group, LLC for March 25, 2026 is cancelled.  The deposition will be rescheduled for a later date.

RESPECTFULLY SUBMITTED, this 17th day of March, 2026.

*/s/ William P. Thomas*
William P. Thomas (MS 102209)
Andrew B. Schrack (TN 037624)
**BUTLER SNOW LLP**
6075 Poplar Ave., Ste. 500
Memphis, TN 38119
T: 901-680-7200
F: 901-680-7201
will.thomas@butlersnow.com
andrew.schrack@butlersnow.com

*Attorneys for Defendant Xpedient Management Group, LLC*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 17, 2026 a copy of the foregoing document has been filed

electronically.  Notice of this filing will be served by operation of the Court's electronic filing

system to all parties indicated on the electronic filing receipt.  All other parties will be served via

electronic mail and/or first-class United States Mail, postage prepaid.  Parties may access this

filing through the Court's electronic filing system.

*/s/ William P. Thomas*
WILLIAM P. THOMAS

100031163.v1