# EXHIBIT 1



Burch, Porter & Johnson, PLLC
130 North Court Avenue
Memphis, TN 38103
Phone: 901.524.5000
Fax: 901.524.5024

bpjlaw.com
Federal Tax I.D. No.: 62-0512769



Agilent Technologies Inc.
5301 Stevens Creek Blvd.
Santa Clara, CA 95051
**Attention:  John Low, Associate VP**

RE:  Memphis Litigation / Xpedient Management Group, LLC, et al.

For Professional Services Rendered Through  January 31, 2026



Total Services
Total Current Charges
Previous Balance
**PAY THIS AMOUNT**

**Remittance Advice**

Payment is due and payable upon receipt. Any disbursements not included on the current invoice will be on the next invoice.

**Check Payable To**
Burch, Porter & Johnson, PLLC
Attn.: Accounts Receivable
P.O. Box 228
Memphis, Tennessee 38101-0228
If paying by check, please return this remittance page with your payment.

**eCheck/ACH & Credit/Debit Card**
Payments can be made by eCheck/ACH, Discover, MasterCard & VISA. To make a secure payment online, please  click here.
The Payment Portal can also be accessed through the Burch, Porter & Johnson homepage:   www.bpjlaw.com

*Note: Payments made by credit card will incur a 3% surcharge.  Payments made by debit card or eCheck/ACH will not incur a surcharge.*



Burch, Porter & Johnson, PLLC
130 North Court Avenue
Memphis, TN 38103
Phone: 901.524.5000
Fax: 901.524.5024

bpjlaw.com
Federal Tax I.D. No.: 62-0512769

Agilent Technologies Inc.
5301 Stevens Creek Blvd.
Santa Clara, CA 95051
**Attention:  John Low, Associate VP**

RE:  Memphis Litigation / Xpedient Management Group, LLC, et al.

For Professional Services Rendered Through  January 31, 2026

## SERVICES

| Date | Description of Services | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |

**Burch Porter & Johnson**

**SERVICES**

| Date | | Description of Services | Hours | Rate | Amount |
|------|--|------------------------|-------|------|--------|
| | | | | | |
| 01/22/2026 | DFH | Correspondence to and from M. McDonald re: St. Paul's discovery responses; correspondence to St. Paul's counsel re: same. | 0.30 | $575.00 | $172.50 |



Burch, Porter & Johnson, PLLC
130 North Court Avenue
Memphis, TN 38103
Phone: 901.524.5000
Fax: 901.524.5024
bpjlaw.com
Federal Tax I.D. No.: 62-0512769

Agilent Technologies Inc.
5301 Stevens Creek Blvd.
Santa Clara, CA 95051
**Attention:  John Low, Associate VP**



RE:  Memphis Litigation / Xpedient Management Group, LLC, et al.

For Professional Services Rendered Through  February 28, 2026

Total Services
Total Current Charges
Previous Balance
*Less Payments*
**PAY THIS AMOUNT**



**Remittance Advice**

Payment is due and payable upon receipt. Any disbursements not included on the current invoice will be on the next invoice.

**Check Payable To**
Burch, Porter & Johnson, PLLC
Attn.: Accounts Receivable
P.O. Box 228
Memphis, Tennessee 38101-0228
If paying by check, please return this remittance page with your payment.

**eCheck/ACH & Credit/Debit Card**
Payments can be made by eCheck/ACH, Discover, MasterCard & VISA. To make a secure payment online, please  click here.

The Payment Portal can also be accessed through the Burch, Porter & Johnson homepage:   www.bpjlaw.com

*Note: Payments made by credit card will incur a 3% surcharge.  Payments made by debit card or eCheck/ACH will not incur a surcharge.*



Burch, Porter & Johnson, PLLC
130 North Court Avenue
Memphis, TN 38103
Phone: 901.524.5000
Fax: 901.524.5024
bpjlaw.com
Federal Tax I.D. No.: 62-0512769



Agilent Technologies Inc.
5301 Stevens Creek Blvd.
Santa Clara, CA 95051
**Attention:  John Low, Associate VP**

RE:  Memphis Litigation / Xpedient Management Group, LLC, et al.

For Professional Services Rendered Through  February 28, 2026

## SERVICES

| Date | | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ███ | ██ | ████████ | ██ | ██ | ██ |
| ███ | ██ | ████████ | ██ | ██ | ██ |
| 02/04/2026 | DFH | Correspondence to and from M. McDonald re: St. Paul discovery and possible motion to compel; ████████ | 0.2 | $575.00 | $115.00 |
| 02/04/2026 | ERM | Confer with D. Halijan re: St. Paul's failure to respond to discovery. | 0.10 | $300.00 | $30.00 |
| 02/05/2026 | DFH | ████████ correspondence from St. Paul's counsel re: St. Paul's overdue discovery; draft of reply to St. Paul's counsel re: same; conference with E. Mosby re: same. | 0.5 | $575.00 | $287.50 |
| ███ | ██ | ████████ | ██ | ██ | ██ |
| 02/06/2026 | DFH | ████████ correspondence to and from M. Petherick re: St. Paul's discovery; ████████ | 0.3 | $575.00 | $172.50 |

# Burch Porter & Johnson

## SERVICES

| Date | | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ███ | ██ | ███ | █ | █ | █ |
| ███ | ██ | ███ | █ | █ | █ |
| ███ | ██ | ███ | █ | █ | █ |
| 02/11/2026 | DFH | Review / revise discovery letter to St. Paul; correspondence with M. McDonald re: St. Paul's failure to respond to meet-and-confer demand; conference with E. Mosby; draft of letter to St. Paul's counsel. | 1.20 | $575.00 | $690.00 |
| 02/11/2026 | ERM | ███ correspondence with M. McDonald and D. Halijan re: drafting motion to compel and requesting fees. | 0.3 | $300.00 | $90.00 |
| 02/12/2026 | DFH | ███ review and revise draft motion to compel. | 0.3 | $575.00 | $172.50 |
| 02/12/2026 | ERM | ███ motion to compel and proposed order; call with D. Halijan re: same. | 1.0 | $300.00 | $300.00 |
| 02/13/2026 | DFH | Revisions to motion to compel; preparation and organization for filing; telephone call with M. McDonald; ███ | 1.1 | $575.00 | $632.50 |
| 02/13/2026 | ERM | Revise motion to compel, memorandum of law in support, and proposed order; correspondence with D. Halijan and C. Fuller re: same. | 2.00 | $300.00 | $600.00 |
| ███ | ██ | ███ | █ | █ | █ |
| ███ | ██ | ███ | █ | █ | █ |
| ███ | ██ | ███ | █ | █ | █ |



**SERVICES**

| Date | | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ██████ | ██ | ████████████████████ | ██ | ██ | ██ |
| ██████ | ██ | ████████████████████ | ██ | ██ | ██ |
| ██████ | ██ | ████████████████████ | ██ | ██ | ██ |
| ██████ | ██ | ████████████████████ | ██ | ██ | ██ |
| ██████ | ██ | ████████████████████ | ██ | ██ | ██ |
| 02/25/2026 | DFH | ████████████ receipt and review of order from Magistrate; correspondence to and from M. McDonald re: same. | 0.4 | $575.00 | $230.00 |
| 02/25/2026 | ERM | ████████████ review Court's order on motion to compel; correspondence with D. Halijan re: same. | 0.2 | $300.00 | $60.00 |
| 02/26/2026 | DFH | ████████████ Correspondence to and from St. Paul's counsel re: status of discovery responses and St. Paul's motion to set aside order. | 0.2 | $575.00 | $115.00 |

# Burch Porter & johnson



## SERVICES

| Date | | Description of Services | Hours | Rate | Amount |
|------|------|------|------|------|------|
| 02/27/2026 | DFH | ███ Receipt and review of response by St. Paul to motion to compel; conference with E. Mosby; ███ | ███ 0.9 | $575.00 | ███ $517.50 |
| 02/27/2026 | ERM | ███ review St. Paul's response in opposition to motion to compel; analyze standards for fee affidavits; confer with D. Halijan re: same. | ███ 0.9 | $300.00 | ███ $270.00 |
| ███ | ███ | ███ | ███ | ███ | ███ |
| | | Total Professional Services | 9.5 ███ | $4,282.50 ███ | |



Burch, Porter & Johnson, PLLC
130 North Court Avenue
Memphis, TN 38103
Phone: 901.524.5000
Fax: 901.524.5024
bpjlaw.com
Federal Tax I.D. No.: 62-0512769

Agilent Technologies Inc.
5301 Stevens Creek Blvd.
Santa Clara, CA 95051
**Attention:  John Low, Associate VP**



RE:  Memphis Litigation / Xpedient Management Group, LLC, et al.

For Professional Services Rendered Through  March 18, 2026



**Remittance Advice**

Payment is due and payable upon receipt. Any disbursements not included on the current invoice will be on the next invoice.

**Check Payable To**

Burch, Porter & Johnson, PLLC
Attn.: Accounts Receivable
P.O. Box 228
Memphis, Tennessee 38101-0228
If paying by check, please return this remittance page with your payment.

**eCheck/ACH & Credit/Debit Card**

Payments can be made by eCheck/ACH, Discover, MasterCard & VISA. To make a secure payment online, please  click here.

The Payment Portal can also be accessed through the Burch, Porter & Johnson homepage:  www.bpjlaw.com

*Note: Payments made by credit card will incur a 3% surcharge.  Payments made by debit card or eCheck/ACH will not incur a surcharge.*



Burch, Porter & Johnson, PLLC
130 North Court Avenue
Memphis, TN 38103
Phone: 901.524.5000
Fax: 901.524.5024

bpjlaw.com
Federal Tax I.D. No.: 62-0512769



Agilent Technologies Inc.
5301 Stevens Creek Blvd.
Santa Clara, CA 95051
**Attention:  John Low, Associate VP**

RE:  Memphis Litigation / Xpedient Management Group, LLC, et al.

For Professional Services Rendered Through  March 18, 2026

## SERVICES

| Date | | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | ▉ | ▉ | ▉ | ▉ | ▉ |
| 03/02/2026 | DFH | Draft of reply brief; edits to same; ▉ | 2.1 | $575.00 | $1,207.50 |
| 03/02/2026 | ERM | Draft affidavit of fees; telephone call with D. Halijan re: same. | 1.40 | $300.00 | $420.00 |
| 03/03/2026 | DFH | further work on reply brief; ▉ | 0.5 | $575.00 | $287.50 |
| 03/03/2026 | ERM | Continue drafting affidavit of fees; correspondence with D. Halijan re: same; revise reply brief; draft motion for leave to file reply and proposed order | 1.70 | $300.00 | $510.00 |

# Burch Porter & Johnson

**SERVICES**

| Date | | Description of Services | Hours | Rate | Amount |
|------|---|------------------------|-------|------|--------|
| ███ | ██ | ████████ | ██ | ██ | ███ |
| 03/04/2026 | ERM | Calls with D. Halijan re: finalizing fee affidavit and filing reply brief; finalize fee affidavit for filing; ██████ | 1.0 | $300.00 | $300.00 |
| 03/05/2026 | DFH | Final edits for Leave to File Reply Brief; ███ ████████ | 0.4 | $575.00 | $230.00 |
| 03/05/2026 | ERM | Revise motion for leave to file reply, proposed order, and reply brief; correspondence with D. Halijan and C. Fuller re: same; telephone call with D. Halijan re: same. | 0.80 | $300.00 | $240.00 |
| ███ | ██ | ████████ | ██ | ██ | ███ |
| 03/06/2026 | ERM | ████████ review Court's second order vacating order on motion to compel. | 0.1 | $300.00 | $30.00 |
| ███ | ██ | ████████ | ██ | ██ | ███ |
| ███ | ██ | ████████ | ██ | ██ | ███ |



## SERVICES

| Date | | Description of Services | Hours | Rate | Amount |
|------|------|------|------|------|------|
| ███ | ██ | ████████ | ██ | ██ | ██ |
| 03/12/2026 | DFH | Preparation and organization for hearing on Motion to Compel; court appearance re: Motion to Compel. | 2.10 | $575.00 | $1,207.50 |
| ███ | ██ | ████████ | ██ | ██ | ██ |
| 03/12/2026 | ERM | Hearing on motion to compel; post-hearing conference with D. Halijan. | 1.00 | $300.00 | $300.00 |
| ███ | ██ | ████████ | ██ | ██ | ██ |
| 03/16/2026 | ERM | revise fee affidavit; correspondence with D. Halijan re: both issues. | 0.3 | $300.00 | $90.00 |
| 03/17/2026 | ERM | Revise affidavit of fees; conference with D. Halijan re: same. | 0.30 | $300.00 | $90.00 |
| ███ | ██ | ████████ | ██ | ██ | ██ |
| ███ | ██ | ████████ | ██ | ██ | ██ |
| | | Total Professional Services | 11.7 ██ | $4,912.50 | ██ |