**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

_____

| | | |
|---|---|---|
| **AGILENT TECHNOLOGIES, INC.,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:25-cv-02101-BCL-cgc** |
| | ) | |
| **XPEDIENT MANAGEMENT GROUP, LLC and** | ) | **Judge Brian C. Lea** |
| **ST. PAUL FIRE AND MARINE INSURANCE** | ) | **Magistrate Judge Charmiane Claxton** |
| **COMPANY,** | ) | |
| | ) | |
|     **Defendants** | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| **XPEDIENT MANAGEMENT GROUP, LLC.,** | ) | |
| | ) | |
|     **Cross-Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ST. PAUL FIRE AND MARINE INSURANCE** | ) | |
| **COMPANY,** | ) | |
| | ) | |
|     **Cross-Defendant** | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| **FACTORY MUTUAL INSURANCE CO., as** | ) | |
| **subrogee of Agilent Technologies, Inc.,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | **Case No. 2:25-cv-02424-BCL-tmp** |
| **v.** | ) | |
| | ) | **JURY DEMANDED** |
| **XPEDIENT MANAGEMENT GROUP, LLC and** | ) | |
| **ST. PAUL FIRE AND MARINE INSURANCE** | ) | |
| **COMPANY** | ) | |
| | ) | |
|     **Defendants** | ) | |
| | ) | |

## MOTION OF AGILENT TECHNOLOGIES, INC. FOR LEAVE TO AMEND COMPLAINT

Plaintiff Agilent Technologies, Inc. ("Agilent") respectfully moves for leave to amend its complaint for the purpose of adding Colliers Management Services - Memphis, LLC ("Colliers") as a defendant.  Pursuant to Local Rule 15.1, a signed version of the proposed Second Amended Complaint is attached hereto as Exhibit A.  Pursuant to Local Rule 7.2(a)(1)(B), a Certificate of Consultation is appended below.

Good cause exists for the amendment under Rules 15(a)(2) and 16(b) of the Federal Rules of Civil Procedure. The amendment is sought in good faith, will not unduly prejudice any party, and is warranted under the well-settled standards governing amendment and joinder.  *Id.; see also* Fed. R. Civ. P. 20 and 21.  In support of this motion, Agilent relies upon and incorporates by reference its Memorandum of Law filed contemporaneously herewith.

Agilent respectfully requests that the Court grant this Motion for Leave to Amend Complaint, permit the addition of Colliers as a defendant, and allow Agilent to file the proposed Second Amended Complaint (Exhibit A).

Dated:  March 20, 2026.

*s/ Douglas F. Halijan*
Douglas F. Halijan (BPR # 16718)
Elena R. Mosby (BPR # 40562)
Burch Porter & Johnson, PLLC
130 North Court Avenue
Memphis, TN 38103
Telephone: 901-524-5000
Facsimile: 901-524-5024
dhalijan@bpjlaw.com
emosby@bpjlaw.com

Margaret C. McDonald (*admitted pro hac vice*)
Amber Finch (*admitted pro hac vice*)
Reed Smith LLP
515 South Flower Street
Los Angeles, CA 90071
Telephone: 213-457-8000
Facsimile: 213-457-8080
mcmcdonald@reedsmith.com
afinch@reedsmith.com

*Attorneys for Plaintiff*

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.2(a)(1)(B), the undersigned conferred with counsel for Defendant Xpedient Management Group, LLC, William P. Thomas, and Plaintiff Factory Mutual Insurance Company, Joseph Wellborn, via videoconference on March 11, 2026, with each of them stating that their respective client DOES NOT oppose the relief requested in this motion to amend. Counsel also conferred with counsel for St. Paul Fire and Marine Insurance Company, Michael J. Petherick, via that same videoconference on March 11, 2026 and then during the following week by email. Mr. Petherick advised that he has been unable to obtain St. Paul's position on the motion as of this date, but will file a notice of non-opposition if his client responds that it does not oppose the relief requested subsequently.

*/s/ Douglas F. Halijan*
Douglas F. Halijan