**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| AGILENT TECHNOLOGIES, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| XPEDIENT MANAGEMENT GROUP, LLC and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | ) ) ) |
| | ) |
|     Defendants. | ) |
| | ) |
| | ) |
| XPEDIENT MANAGEMENT GROUP, LLC, | ) |
| | ) |
|     Cross-Plaintiff, | )   **Case No. 2:25-cv-02101-BCL-cgc** |
| | ) |
| v. | )   **Consolidated with** |
| | ) |
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY | )   **Case No. 2:25-cv-02424-BCL-tmp** |
| | ) |
| | )   **JURY DEMANDED** |
|     Cross-Defendant, | ) |
| | ) |
| | ) |
| FACTORY MUTUAL INSURANCE CO., as subrogee of Agilent Technologies, Inc., | ) ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| XPEDIENT MANAGEMENT GROUP, LLC and ST. PAUL FIRE AND MARINE | ) ) |
| | ) |
|     Defendants. | ) |

**PLAINTIFF FACTORY MUTUAL INSURANCE COMPANY'S
MOTION FOR LEAVE TO AMEND COMPLAINT TO ADD COLLIERS
MANAGEMENT SERVICES-MEMPHIS, LLC AS A DEFENDANT**

1

Plaintiff Factory Mutual Insurance Company ("FM"), as subrogee of Agilent Technologies, Inc. ("Agilent"), by and through undersigned counsel and pursuant to Rules 15, 16, 20 and 21 of the Federal Rules of Civil Procedure, hereby moves this Court for leave to amend its complaint to add Colliers Management Services-Memphis, LLC ("Colliers") as a defendant.

Pursuant to Local Rule 15.1, a signed version of FM's proposed Amended Complaint is attached hereto as Exhibit 1. Pursuant to Local Rule 7.2(a)(1)(B), a Certificate of Consultation is appended below. Good cause exists for the amendment under Rules 15(a)(2) and 16(b) of the Federal Rules of Civil Procedure. The amendment is sought in good faith, will not unduly prejudice any party, and is warranted under the well-settled standards governing amendment and joinder. Id.; see also Fed. R. Civ. P. 20 and 21.

In support of this motion, FM relies upon and incorporates by reference its Memorandum of Law filed contemporaneously herewith. FM respectfully requests that the Court grant this Motion for Leave to Amend Complaint, permit the addition of Colliers as a defendant, and allow FM to file the proposed Amended Complaint (Exhibit 1).

Respectfully submitted,

/s/ S. Joe Welborn
S. Joe Welborn, TN BPR No. 21747
Brenden T. Holbrook, TN BPR No. 39485
Sam D. Jones, TN BPR No. 38436
SMITH CASHION & ORR, PLC
3100 West End Avenue
Suite 800 – One American Center
Nashville, TN 37203
(615) 742-8586 – Tel
jwelborn@smithcashion.com
bholbrook@smithcashion.com
sjones@smithcashion.com
*Attorneys for Plaintiff Factory Mutual Insurance Company, as subrogee of Agilent Technologies, Inc.*

2

## CERTIFICATE OF CONSULTATION

Pursuant to LR 7.2(a)(1)(B), on March 12, 2026 undersigned counsel, counsel for Agilent, Douglas F. Halijan and Margaret C. McDonald, and counsel for Xpedient, William P. Thomas, conferred by video-conference regarding the proposed amendment to FM's complaint to add Colliers as a defendant. During the video-conference, Mr. Halijan, Ms. McDonald, and Mr. Thomas confirmed Agilent and Xpedient do not oppose FM's request for leave to amend the operative complaint to add Colliers as a defendant. On March 19, 2026, undersigned counsel conferred by email with counsel for St. Paul, Michael Petherick, about whether St. Paul would oppose FM's request for leave to amend the operative complaint to add Colliers as a defendant. On March 20, 2026, Mr. Petherick responded by email indicating that he has tried but has been unable to obtain St. Paul's position on FM's motion as of this date and therefore does not have authority to consent to the relief requested herein by FM, but will file a notice of non-opposition if his client responds that it does not oppose the relief requested subsequently.

/s/ S. Joe Welborn

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2026, I electronically filed **PLAINTIFF FACTORY MUTUAL INSURANCE COMPANY'S MOTION FOR LEAVE TO AMEND COMPLAINT TO ADD COLLIERS MANAGEMENT SERVICES-MEMPHIS, LLC AS A DEFENDANT** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Sean W. Martin
Michael J. Petherick
633 Chestnut Street, Suite 2000
Chattanooga, TN 37450
(423) 648-9832 / (423) 648-9869 FAX
swmartin@carrallison.com
mpetherick@carrallison.com

Douglas F. Halijan
Elena R. Mosby
BURCH PORTER & JOHNSON, PLLC
130 North Court Avenue
Memphis, TN 38103
dhalijan@bpjlaw.com
emosby@bpjlaw.com

William P. Thomas
Andrew B. Schrack
Butler Snow LLP
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
Will.Thomas@butlersnow.com
Andrew.Schrack@butlersnow.com

Amber Finch (admitted pro hac vice)
Margaret C. McDonald (admitted pro hac vice)
REED SMITH LLP
515 South Flower, Suite 4300
Los Angeles, CA 90071
afinch@reedsmith.com
mcmcdonald@reedsmith.com

/s/ S. Joe Welborn

3