## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| **AGILENT TECHNOLOGIES, INC.,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | No. 2:25-cv-02101 |
| v. | * | |
| | * | JURY DEMAND |
| **XPEDIENT MANAGEMENT GROUP, LLC** | * | |
| **and ST. PAUL FIRE AND MARINE** | * | |
| **INSURANCE COMPANY,** | * | |
| | * | |
| Defendants. | * | |

| | | |
|---|---|---|
| **FACTORY MUTUAL INSURANCE** | * | |
| **COMPANY, as subrogee of Agilent** | * | |
| **Technologies, Inc.,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | No. 2:25-cv-02424 |
| v. | * | |
| | * | JURY DEMAND |
| **XPEDIENT MANAGEMENT GROUP, LLC**, | * | |
| **and ST. PAUL FIRE AND MARINE** | * | |
| **INSURANCE COMPANY,** | * | |
| | * | |
| Defendants. | * | |

## DEFENDANT ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S
## NOTICE AND RESPONSE TO ORDER

COMES NOW the Defendant, St. Paul Fire and Marine Insurance Company ("St. Paul"),

to submit its Notice and Response to Order in connection with the Court's Order [D.E. 130] entered

on March 23, 2026.

On March 20, 2026, Plaintiffs Agilent Technologies, Inc. and Factory Mutual Insurance

Company filed motions seeking leave to amend to add Colliers Management Services – Memphis,

LLC as a defendant in their respective lawsuits.  [Doc 127]; [Doc 128].  In those motions, Agilent

#8664920.1

and Factory Mutual imply that, until very recently, they were not aware that Colliers managed the Cromwell Warehouse and may have been involved in the events at issue in these consolidated lawsuits. [Doc 127]; [Doc 128]. Based on the certificates of consultation in Agilent and Factory Mutual's respective motions, the Court entered an order on March 23, 2026 directing St. Paul to file a notice with the Court by March 25, 2026 stating whether it opposed Agilent and Factory Mutual being permitted to file their respective amended complaints. [Doc 130].

St. Paul disagrees with Agilent's and Factory Mutual's assertion that they lacked knowledge about Colliers and its involvement in the events giving rise to their lawsuits. In February 2025, the co-defendant, Xpedient Management Group, LLC, filed an answer in Agilent's lawsuit asserting, among other affirmative defenses, the comparative fault of Colliers. [Doc 21]. Xpedient filed an answer to Factory Mutual's complaint asserting that same affirmative defense in September 2025. [Doc 61]. Further, St. Paul and/or Xpedient identified Colliers as the management company that operated the Cromwell Warehouse in their initial disclosures served in July 2025, and St. Paul identified the agreement between St. Paul and Colliers as a document it would rely upon to support its defenses in those same disclosures. [Exhibit 1]. The record in these consolidated lawsuits reflects that both Agilent and Factory Mutual have been aware of Colliers' involvement at the Cromwell Warehouse for months. St. Paul also disagrees with certain characterizations Agilent and Factory Mutual make about St. Paul's discovery responses.

Nevertheless, and notwithstanding St. Paul's disagreement with Agilent and Factory Mutual's characterization of events and St. Paul's discovery responses, St. Paul does not oppose Agilent and Factory Mutual being granted leave to file their proposed amended complaints. St. Paul now files this notice to alert the Court and the parties of that fact in accordance with the Court's Order entered on March 23, 2026. [Doc 130].

- 2 -

Respectfully submitted,

**CARR ALLISON**

BY:_/s/ Michael J. Petherick_____
      **SEAN W. MARTIN, BPR #020870**
      **MICHAEL J. PETHERICK, BPR #036155**
      Attorneys for St. Paul
      633 Chestnut Street, Suite 2000
      Chattanooga, TN 37450
      (423) 648-9832 / (423) 648-9869 FAX
      swmartin@carrallison.com
      mpetherick@carrallison.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2026, I electronically filed **DEFENDANT ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S NOTICE AND RESPONSE TO ORDER** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Elena R. Mosby
Douglas F. Halijan
Burch, Porter & Johnson PLLC
130 North Court Avenue
Memphis, TN 38103

Amber S. Finch
Margaret Clemans McDonald
Reed Smith, LLP
515 South Flower Street, Suite 4300
Los Angeles, CA 90071

Andrew B. Schrack
Butler Snow LLP
6075 Poplar Avenue, Suite 500
Memphis, TN 38119

S. Joe Wellborn
Jefferson C. Orr
Brenden T. Holbrook
Smith Cashion & Orr, PLC
3100 West End Avenue, Suite 800
Nashville, TN 37203

      BY:_/s/ Michael J. Petherick_____
        **MICHAEL J. PETHERICK, BPR #036155**

- 3 -