## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| AGILENT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cv-02101-BCL-cgc |
| | ) | |
| XPEDIENT MANAGEMENT GROUP, LLC and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | ) ) ) | Judge Brian C. Lea Magistrate Judge Charmiane Claxton |
| | ) | |
| Defendants | ) | |
| | ) | |
| | ) | |
| | ) | |
| XPEDIENT MANAGEMENT GROUP, LLC., | ) | |
| | ) | |
| Cross-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | ) ) | |
| | ) | |
| Cross-Defendant | ) | |
| | ) | |
| | ) | |
| | ) | |
| FACTORY MUTUAL INSURANCE CO., as subrogee of Agilent Technologies, Inc., | ) ) | Case No. 2:25-cv-02424-BCL-tmp |
| | ) | JURY DEMANDED |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| XPEDIENT MANAGEMENT GROUP, LLC and ST. PAUL FIRE AND MARINE INSURANCE COMPANY | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION AND MEMORANDUM TO SUSPEND THE CURRENT
SCHEDULING ORDERS PENDING RESOLUTION OF PLAINTIFFS' MOTIONS TO
AMEND AND FOR STATUS CONFERENCE**

Plaintiff Agilent Technologies, Inc. ("Agilent"), Plaintiff Factory Mutual Insurance Company ("Factory Mutual"), Defendant Xpedient Management Group, LLC ("Xpedient"), and Defendant St. Paul Fire and Marine Insurance Company ("St. Paul"), by and through undersigned counsel, respectfully move (1) for an Order suspending the deadlines in the present Scheduling Orders pending the Court's ruling on the unopposed motions to amend filed, respectively, by Agilent and Factory Mutual (Doc. Nos. 127 and 128), and (2) for the setting of a status conference for the purpose of establishing a new scheduling order following resolution of the motions to amend. In support of this Motion, the Parties state as follows:

### BACKGROUND

The underlying facts and procedural history of these consolidated cases are set forth in the motions to amend filed by Agilent and Factory Mutual on March 20, 2026. (Doc Nos. 127 and 128). As detailed therein, both Agilent and Factory Mutual seek leave to file amended complaints adding Colliers Management Services – Memphis, LLC ("Colliers") as a defendant. The motions to amend are unopposed. (ECF Nos. 127, 128, 131.)

The present scheduling order was entered on August 27, 2025, and sets forth deadlines for the conclusion of discovery, expert disclosures, the filing of dispositive motions and pretrial motions, and a trial date of October 19, 2026 (Doc. No. 59). On March 16, 2026, the Court granted the Parties' Joint Motion to Extend Deadlines in the Scheduling Order, which extended certain discovery and disclosure deadlines for a brief period preceding the filing of the motions to amend. (Doc. No. 119).

The parties respectfully submit that good cause exists to suspend the deadlines in the present Scheduling Orders under Federal Rule of Civil Procedure 16(b)(4) until the motions to amend have been resolved.    The addition of Colliers as a party defendant will require an amendment to the present schedule to allow Colliers to first file a responsive pleading and then participate in ongoing discovery.  The parties note that the present deadline for the close of fact and expert discovery is May 17, 2026.  While a substantial amount of written discovery has been conducted, no depositions have taken place.    The parties, however, had been working cooperatively to develop a deposition schedule.  Through substantive meet and confer discussions, the parties had reached agreement on a deposition schedule, with depositions set to commence last week and continue through April.

No party will be prejudiced by a suspension of the present deadlines or, if the motions to amend are granted, by the entry of a new scheduling order that sets new deadlines for the conclusion of fact and expert discovery, the filing of dispositive motions and all pretrial motions, and a new trial date.  To the contrary, all parties will benefit from an orderly, consolidated schedule that accounts for Colliers' addition as a defendant and avoids duplicative discovery.  The parties would also work cooperatively and prepare for the Court's consideration a proposed amended scheduling order in the event this motion is granted.

## CONCLUSION

For these reasons, the parties respectfully request that the Court suspend the deadlines contained in the Court's Scheduling Orders (Doc. Nos. 59, 119) until the Court rules on Agilent's and Factory Mutual's Motions for Leave to Amend (Doc. Nos. 127 and 128).  If the Court grants these Motions, the parties further request that the Court set a status conference promptly following

3

service of the Agilent's Second Amended Complaint and Factory Mutual's Amended Complaint

on Colliers to enter a new scheduling order.

     Respectfully submitted this 27th day of March, 2026,

        *s/ Douglas F. Halijan*
        Douglas F. Halijan (BPR # 16718)
        Elena R. Mosby (BPR # 40562)
        BURCH PORTER & JOHNSON, PLLC
        130 North Court Avenue
        Memphis, TN 38103
        Telephone: 901-524-5000
        Facsimile: 901-524-5024
        dhalijan@bpjlaw.com
        emosby@bpjlaw.com

        Amber Finch (#222321) (admitted *pro hac vice*)
        Margaret C. McDonald (#307008) (admitted *pro hac vice*)
        Katherine P. Geotz (#346205) (admitted *pro hac vice*)
        REED SMITH LLP
        515 South Flower, Suite 4300
        Los Angeles, CA 90071
        Telephone: 213-457-8000
        Facsimile: 213-457-8080
        afinch@reedsmith.com
        mcmcdonald@reedsmith.com
        kgoetz@reedsmith.com

        *Counsel for Plaintiff Agilent Technologies, Inc.*

        *s/ William P. Thomas*
        William P. Thomas (MS 102209)
        Andrew B. Schrack (TN 037624)
        BUTLER SNOW LLP
        6075 Poplar Ave., Ste. 500
        Memphis, TN 38119
        will.thomas@butlersnow.com
        andrew.schrack@butlersnow.com

        *Counsel for Defendant Xpedient Management*

4

Group, LLC

_s/ Michael J. Petherick_
Michael J. Petherick, BPR # 036155
Sean W. Martin, BPR # 020870
CARR ALLISON
633 Chestnut Street, Ste. 2000
Chattanooga, TN 37450
mpetherick@carrallison.com
swmartin@carrallison.com

_Counsel for St. Paul Fire and Marine_
_Insurance Company_

_s/ Joseph Welborn_
Samuel Joseph Welborn, BPR # 21747 3100
Brenden T. Holbrook, BPR # 39485
SMITH CASHION & ORR
W. End Ave., Ste. 800
Nashville, TN 37203
jwelborn@smithcashion.com
bholbrook@smithcashion.com

_Counsel for Consol Plaintiff Factory Mutual_
_Insurance Company_

5