UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| AGILENT TECHNOLOGIES, INC., ) <br><br> Plaintiff, ) <br><br> v. ) <br><br> XPEDIENT MANAGEMENT GROUP, LLC ) <br> and ST. PAUL FIRE AND MARINE ) <br> INSURANCE COMPANY, ) <br><br> Defendants ) | Case No. 2:25-cv-02101-BCL-cgc <br><br> Judge Brian C. Lea <br> Magistrate Judge Charmiane <br> Claxton |
| XPEDIENT MANAGEMENT GROUP, LLC., ) <br><br> Cross-Plaintiff, ) <br><br> v. ) <br><br> ST. PAUL FIRE AND MARINE INSURANCE ) <br> COMPANY, ) <br><br> Cross-Defendant ) | |
| FACTORY MUTUAL INSURANCE CO., as ) <br> subrogee of Agilent Technologies, Inc., ) <br><br> Plaintiff, ) <br><br> v. ) <br><br> XPEDIENT MANAGEMENT GROUP, LLC ) <br> and ST. PAUL FIRE AND MARINE ) <br> INSURANCE COMPANY ) <br><br> Defendants. ) | Case No. 2:25-cv-02424-BCL-tmp <br><br> JURY DEMANDED |

**MOTION FOR LEAVE TO FILE REPLY TO ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S RESPONSE TO DECLARATION IN SUPPORT OF AN AWARD OF EXPENSES AND ATTORNEYS' FEES**

Plaintiff Agilent Technologies, Inc. ("Agilent" or "Plaintiff") respectfully moves for permission to file a four-page Reply, in the form attached hereto as Exhibit 1, to the brief styled "Response to Declaration in Support of an Award of Expenses and Attorneys' Fees" filed by St. Paul Fire and Marine Insurance Company on March 26, 2026 (Doc. 132).

In support hereof, Agilent states as follows:

1.    As directed by the Court at the hearing on this issue held on March 12, 2026 (and as confirmed in its subsequent Order Granting Plaintiff's Motion to Compel entered on March 20, 2026 (Doc. 129)), Agilent filed the Declaration of Douglas F. Halijan on March 19, 2026 (Doc. 126).

2.    In St. Paul's "Response" to that Declaration, St. Paul first attempts to reargue certain matters upon which the Court has already ruled in its Order Granting Agilent's Motion to Compel.  St. Paul further argues—without submitting any counter-declaration or other evidence of any sort—that the fees sought by Agilent are not "reasonable."

3.    Agilent respectfully requests the opportunity to address, very briefly, arguments that St. Paul has made about the propriety of a fee award and its various, unsupported assertions about the amount and reasonableness of the fees referenced in the Declaration submitted to the Court by counsel.  Agilent's proposed Reply is attached hereto as Exhibit 1.

<u>**CONCLUSION**</u>

Accordingly, Agilent respectfully requests that it be granted leave to file a short Reply brief addressing the issues outlined above.

Respectfully submitted,

s/ Douglas F. Halijan
Douglas F. Halijan (BPR # 16718)
Elena R. Mosby (BPR # 40562)
BURCH PORTER & JOHNSON, PLLC
130 North Court Avenue
Memphis, TN 38103
Telephone: 901-524-5000
Facsimile: 901-524-5024
dhalijan@bpjlaw.com
emosby@bpjlaw.com

Amber Finch (#222321) (admitted *pro hac vice*)
Margaret C. McDonald (#307008) (admitted *pro hac vice*)
Katherine P. Geotz (#346205) (admitted *pro hac vice*)
REED SMITH LLP
515 South Flower, Suite 4300
Los Angeles, CA 90071
Telephone: 213-457-8000
Facsimile: 213-457-8080
afinch@reedsmith.com
mcmcdonald@reedsmith.com
kgoetz@reedsmith.com

*Counsel for Plaintiff Agilent Technologies, Inc.*

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.2(a)(1)(B), the undersigned attempted to confer with counsel for Defendant St. Paul Fire and Marine Insurance Company, Michael J. Petherick, via telephone and via e-mail on the morning and afternoon of March 30, 2026 and again on the morning of March 31, 2026. As of the time of filing, Mr. Petherick has not responded to undersigned counsel's consultation requests.

*/s/ Douglas F. Halijan*
Douglas F. Halijan

3