**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **AGILENT TECHNOLOGIES, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Case No. 2:25-cv-02101-BCL-cgc** |
| | ) | |
| **XPEDIENT MANAGEMENT GROUP, LLC** | ) | **Judge Brian C. Lea** |
| **and ST. PAUL FIRE AND MARINE** | ) | **Magistrate Judge Charmiane** |
| **INSURANCE COMPANY,** | ) | **Claxton** |
| | ) | |
| Defendants | ) | |
| | ) | |
| | ) | |
| | ) | |
| **XPEDIENT MANAGEMENT GROUP, LLC.,** | ) | |
| | ) | |
| Cross-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **ST. PAUL FIRE AND MARINE INSURANCE** | ) | |
| **COMPANY,** | ) | |
| | ) | |
| Cross-Defendant | ) | |
| | ) | |
| | ) | |
| | ) | |
| **FACTORY MUTUAL INSURANCE CO., as** | ) | **Case No. 2:25-cv-02424-BCL-tmp** |
| **subrogee of Agilent Technologies, Inc.,** | ) | |
| | ) | **JURY DEMANDED** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **XPEDIENT MANAGEMENT GROUP, LLC** | ) | |
| **and ST. PAUL FIRE AND MARINE** | ) | |
| **INSURANCE COMPANY** | ) | |
| | ) | |
| Defendants. | ) | |

---

**ORDER GRANTING MOTIONS TO AMEND/CORRECT COMPLAINT BY AGILENT
TECHNOLOGIES, INC. AND FACTORY MUTUAL INSURANCE COMPANY AND
JOINT MOTION FOR STATUS CONFERENCE**

---

Before the Court are Plaintiff Agilent Technologies, Inc.'s Motion to Amend/Correct Complaint (Doc. 127) and Plaintiff Factory Mutual Insurance Company's Motion to Amend/Correct Complaint (Doc. 128) for the purpose of adding Colliers Management Services - Memphis, LLC ("Colliers") as a defendant. The motions are unopposed by both Defendants. Doc. Nos. 127, 128, 131. For good cause shown, the Court **GRANTS** the motions and Plaintiffs are hereby permitted to file their Second Amended Complaint with the Clerk of Court.

Also before the Court is the Parties' Joint Motion to Suspend the Current Scheduling Orders Pending Resolution of Plaintiffs' Motions to Amend and for Status Conference. Doc. 133. The parties note that the addition of Colliers as a party defendant will require an amendment to the present schedule to allow Colliers to first file a responsive pleading and then participate in ongoing discovery. *Id*. at 3. The pending motions to amend have now been resolved, however, the Court recognizes the parties' need for additional time following the new addition of a party defendant.

For good cause shown, the Court **GRANTS** the motion in part and **DENIES** the motion in part. The Court will hold a scheduling conference, to be set by separate order, at which the Court and the parties can discuss a new schedule that will accommodate the new defendant while moving this case forward more expeditiously. That Conference will likely result in adjustments to the deadlines. For now, though, the current schedule remains in place, even if it is possible that it will be adjusted retroactively as a result of the scheduling conference.

**SO ORDERED**, this 2nd day of April, 2026.

_s/Brian C. Lea_
BRIAN C. LEA
UNITED STATES DISTRICT JUDGE