Case 2:25-cv-02101-BCL-cgc    Document 140    Filed 04/03/26    Page 1 of 2
PageID 1130

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Tennessee

| | |
|---|---|
| AGILENT TECHNOLOGIES, INC. <br><br><br> _____ <br> *Plaintiff(s)* <br> v. <br> XPEDIENT MANAGEMENT GROUP, LLC, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, COLLIERS MANAGEMENT SERVICES – MEMPHIS, LLC <br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 2:25-cv-02101-BCL-cgc

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Colliers Management Services, LLC
c/o Mark Bradley Kornegay, Registered Agent
6363 Poplar Avenue, Suite 220, Memphis, Tennessee 38119

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Douglas F. Halijan (BPR # 16718) and Elena R. Mosby (BPR # 40562)
Burch Porter & Johnson, PLLC, 130 North Court Avenue, Memphis, TN 38103
Amber Finch and Margaret C. McDonald (Admitted Pro Hac Vice)
Reed Smith LLP, 515 South Flower Street, Los Angeles, CA 90071

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____04/03/2026_____          _____
                                                    *Signature of Clerk or Deputy Clerk*

Doc ID: 498f59fb0892716a09741c37542dd01af9bbeb0b

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:25-cv-02101-BCL-cgc

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Colliers Management Services, LLC

was received by me on *(date)*    04/06/2026

☒ I personally served the summons on the individual at *(place)*  Personal service to Mark Bradley Kornegay at
6363 Poplar Avenue, Suite 220, Memphis, TN 38119    on *(date)*   04/06/2026    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:   04/06/2026

_____
*Server's signature*

Tonya Vaulx-Johnson-Process Server
*Printed name and title*


290 High Street, Versailles, KY 40383
*Server's address*

Additional information regarding attempted service, etc:

Doc ID: 498f59fb0892716a09741c37542dd01af9bbeb0b

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
#### Western District of Tennessee

Case Number: 2:25-CV-02101-
BCL-CGC

Plaintiff:
**Agilent Technologies, Inc.**

vs.

Defendant:
**XPedient Management Group, LLC, St. Paul Fire and Marine
Insurance Company, Colliers Management Services-Memphis, LLC**

For:
N/A

Received by Veritext on the 6th day of April, 2026 at 10:03 am to be served on **Colliers Management Services, LLC C/O Mark Bradley Kornegay, Registered Agent, 6363 Poplar Avenue, Suite 220, Memphis, TN 38119.**

I, TONYA VAULX-JOHNSON, being duly sworn, depose and say that on the **6th day of April, 2026 at 11:29 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Second Amended Complaint, Exhibit A-C to: Mark Bradley Kornegay** as President for **Colliers Management Services, LLC**, at the address of: **6363 Poplar Avenue, Suite 220, Memphis, TN 38119**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 76, Sex: M, Race/Skin Color: Caucasian, Height: 5'9", Weight: 225, Hair: Grey, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 6th
day of April , 2026 by the affiant
who is personally known to me.

NOTARY PUBLIC

Brittany Dawn Rue
Notary Public, ID KYNP65685
State at Large, Kentucky
My Commission Expires on Jan. 25, 2027

**TONYA VAULX-JOHNSON**
Process Server
04/06/2026

**Date**

**Veritext
800 N Magnolia Ave
Suite 400
Orlando, FL 32803
(800) 275-7991**

Our Job Serial Number: KPM-2026003165
Ref: 8007369

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e



Doc ID: 498f59fb0892716a09741c37542dd01af9bbeb0b