## THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

AGILENT TECHNOLOGIES, INC.,
     **Plaintiff,**

     **v.**                  **Case No. 2:25-cv-02101-BCL-cgc**

XPEDIENT MANAGEMENT GROUP,
LLC and ST. PAUL FIRE AND MARINE
INSURANCE COMPANY,
     **Defendants.**

XPEDIENT MANAGEMENT GROUP,
LLC

     **Cross-Plaintiff,**
     **v.**
ST. PAUL FIRE AND MARINE
INSURANCE COMPANY

     **Cross-Defendant.**

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that Defendant Xpedient Management Group, LLC has this date served the following upon Agilent Technologies, Inc. pursuant to Federal Rule of Civil Procedures:

1.  Xpedient Management Group, LLC's Responses to Plaintiff's Second Set of Requests for Admission;

2.  Xpedient Management Group, LLC's Responses to Plaintiff's Second Set of Special Interrogatories; and

3.  Xpedient Management Group, LLC's Responses to Plaintiff's Third Set of Requests for Production of Documents.

RESPECTFULLY SUBMITTED, this 9th day of April, 2026.

/s/ William P. Thomas
William P. Thomas (MS 102209)
Andrew B. Schrack (TN 037624)
**BUTLER SNOW LLP**
6075 Poplar Ave., Ste. 500
Memphis, TN 38119
T: 901-680-7200
F: 901-680-7201
will.thomas@butlersnow.com
andrew.schrack@butlersnow.com

*Attorneys for Defendant Xpedient Management
Group, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 9, 2026 a copy of the foregoing document has been served via electronic mail and/or first-class United States Mail, postage prepaid upon the the following parties:

Douglas F. Halijan
Elena R. Mosby
BURCH PORTER & JOHNSON, PLLC
130 North Court Avenue
Memphis, TN 38103
dhalijan@bpjlaw.com
emosby@bpjlaw.com

Amber Finch
Margaret C. McDonald
Katherine P. Goetz
REED SMITH LLP
515 South Flower, Suite 4300
Los Angeles, CA  90071
afinch@reedsmith.com
mcmcdonald@reedsmith.com
kgoetz@reedsmith.com

*Attorneys for Plaintiff Agilent Technologies*

Sean W. Martin
Michael J. Petherick
Carr Allison
633 Chestnut Street, Suite 2000
Chattanooga, TN 37450
swmartin@carrallison.com
mpetherick@carrallison.com

*Attorneys for Defendant St. Paul Fire and Marine Insurance Company*

Brenden Holbrook
Samuel Joseph Welborn
SMITH CASHION & ORR
3100 W End Ave., Ste. 800
Nashville, TN  37203
bholbrook@smithcashion.com
jwelborn@smithcashion.com

*Attorneys for Consol Plaintiff Factory Mutual Insurance Company*

*/s/ William P. Thomas*

99568013.v1

3