## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| **AGILENT TECHNOLOGIES, INC.,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | No. 2:25-cv-02101 |
| v. | * | |
| | * | JURY DEMAND |
| | * | |
| **XPEDIENT MANAGEMENT GROUP, LLC** | * | |
| **and ST. PAUL FIRE AND MARINE** | * | |
| **INSURANCE COMPANY,** | * | |
| | * | |
| Defendants. | * | |

| | | |
|---|---|---|
| **FACTORY MUTUAL INSURANCE** | * | |
| **COMPANY, as subrogee of Agilent** | * | |
| **Technologies, Inc.,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | No. 2:25-cv-02424 |
| v. | * | |
| | * | JURY DEMAND |
| **XPEDIENT MANAGEMENT GROUP, LLC,** | * | |
| **and ST. PAUL FIRE AND MARINE** | * | |
| **INSURANCE COMPANY,** | * | |
| | * | |
| Defendants. | * | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF FACTORY MUTUAL INSURANCE COMPANY'S AMENDED COMPLAINT AND PLAINTIFF AGILENT TECHNOLOGIES, INC.'S SECOND AMENDED COMPLAINT

COMES NOW the Defendant, St. Paul Fire and Marine Insurance Company, to submit its

Unopposed Motion for Extension of Time to Respond to Plaintiff Factory Mutual Insurance

Company's Amended Complaint [Doc 136] and Plaintiff Agilent Technologies, Inc.'s Second

Amended Complaint [Doc 137] pursuant to *Fed. R. Civ. P.* 6(b)(1)(A).

As grounds for this motion, St. Paul would show that Factory Mutual filed its Amended

Complaint and Agilent filed its Second Amended Complaint on April 2, 2026. [Doc 136]; [Doc 137]. Pursuant to *Fed. R. Civ. P.* 15(a)(3), St. Paul's deadline to respond to Factory Mutual's Amended Complaint and Agilent's Second Amended Complaint is today, April 16, 2026. Despite the diligence of undersigned counsel, more time is needed to prepare and file a response to Factory Mutual's Amended Complaint and Agilent's Second Amended Complaint. Pursuant to *Local Rule* 7.2(a)(1)(B), undersigned counsel conferred with Agilent's counsel on April 15, 2026 and inquired about whether they opposed a 10-day extension of the deadline. Agilent does not oppose a 10-day extension of that deadline. Similarly, undersigned counsel conferred with Factory Mutual's counsel on April 16, 2026 and inquired about whether they opposed a 10-day extension of the deadline for St. Paul to respond to Factory Mutual's Amended Complaint. Factory Mutual does not oppose a 10-day extension of that deadline.

WHEREFORE, St. Paul respectfully requests that the Court enter an order granting its motion and extending the deadline for it to respond to Factory Mutual's Amended Complaint and Agilent's Second Amended Complaint by 10 days, through and including April 26, 2026.

Respectfully submitted,

CARR ALLISON

BY: /s/ Michael J. Petherick
SEAN W. MARTIN, BPR #020870
MICHAEL J. PETHERICK, BPR #036155
Attorneys for St. Paul
633 Chestnut Street, Suite 2000
Chattanooga, TN 37450
(423) 648-9832 / (423) 648-9869 FAX
swmartin@carrallison.com
mpetherick@carrallison.com

## CERTIFICATE OF CONSULTATION

Pursuant to *Local Rule* 7.2(a)(1)(B), on April 15, 2026 undersigned counsel conferred by email with Agilent's counsel, Margaret C. McDonald, about the relief requested in this motion. At that time, it was determined that the relief requested in this motion is not opposed by Agilent. On April 16, 2026, undersigned counsel conferred by email with Factory Mutual's counsel, S. Joe Welborn, about the relief requested in this motion.  At that time, it was determined that the relief requested in this motion is not opposed by Factory Mutual.

BY:  /s/ Michael J. Petherick
**MICHAEL J. PETHERICK, BPR #036155**

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2026, I electronically filed an **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF FACTORY MUTUAL INSURANCE COMPANY'S AMENDED COMPLAINT AND PLAINTIFF AGILENT TECHNOLOGIES, INC.'S SECOND AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Elena R. Mosby
Douglas F. Halijan
Burch, Porter & Johnson PLLC
130 North Court Avenue
Memphis, TN 38103

Amber S. Finch
Margaret Clemans McDonald
Reed Smith, LLP
515 South Flower Street, Suite 4300
Los Angeles, CA 90071

Andrew B. Schrack
Butler Snow LLP
6075 Poplar Avenue, Suite 500
Memphis, TN 38119

S. Joe Wellborn
Jefferson C. Orr
Brenden T. Holbrook
Smith Cashion & Orr, PLC
3100 West End Avenue, Suite 800
Nashville, TN 37203

BY:  /s/ Michael J. Petherick
**MICHAEL J. PETHERICK, BPR #036155**

- 3 -