**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION AT MEMPHIS**

| | |
|---|---|
| **AGILENT TECHNOLOGIES, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **XPEDIENT MANAGEMENT GROUP, LLC,** ) | **Case No.:  2:25-cv-02101-BCL-cgc** |
| **ST. PAUL FIRE AND MARINE INSURANCE** ) | |
| **COMPANY, COLLIERS MANAGEMENT** ) | **Judge Brian C. Lea** |
| **SERVICES – MEMPHIS, LLC,** ) | **Magistrate Judge Charmaine** |
| ) | **Claxton** |
| **Defendants,** ) | |
| ) | |
| ) | |
| ) | |
| **XPEDIENT MANAGEMENT GROUP, LLC,** ) | |
| ) | |
| **Cross-Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **ST. PAUL FIRE AND MARINE INSURANCE** ) | |
| **COMPANY and COLLIERS MANAGEMENT** ) | |
| **SERVICES – MEMPHIS, LLC,** ) | |
| ) | |
| **Cross-Defendants,** ) | |
| ) | |
| ) | |
| **FACTORY MUTUAL INSURANCE CO., as** ) | |
| **subrogee of Agilent Technologies, Inc.,** ) | |
| ) | **Consolidated with** |
| **Plaintiff,** ) | |
| ) | **Case No. 2:25-cv-02424-BCL-tmp** |
| **v.** ) | |
| ) | **JURY DEMANDED** |
| **XPEDIENT MANAGEMENT GROUP, LLC,** ) | |
| **ST. PAUL FIRE AND MARINE INSURANCE** ) | |
| **COMPANY, COLLIERS MANAGEMENT** ) | |
| **SERVICES – MEMPHIS, LLC,** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |

---

## NOTICE OF APPEARANCE

---

Peter C. Sales of Bradley Arant Boult Cummings LLP hereby enters his appearance as counsel

of record for Defendant Xpedient Management Group, LLC and requests service of all pleadings,

orders, and other filings in this case.

Respectfully submitted,

BRADLEY ARANT BOULT CUMMINGS LLP

By: /s/ *Peter C. Sales*
    Peter C. Sales (No. 25067)
    1221 Broadway, Suite 2400
    Nashville, Tennessee 37203
    P: (615) 252-2365
    F: (615) 252-6365
    psales@bradley.com

*Attorneys for Defendant Xpedient Management Group, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on April 16, 2026.

*/s/ Peter C. Sales*
Peter C. Sales