**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| AGILENT TECHNOLOGIES, INC., ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | **Case No. 2:25-cv-02101-BCL-cgc** |
| XPEDIENT MANAGEMENT GROUP, LLC ) | |
| ST. PAUL FIRE AND MARINE INSURANCE ) | **Judge Brian C. Lea** |
| COMPANY, COLLIERS MANAGEMENT ) | **Magistrate Judge Charmaine Claxton** |
| SERVICES – MEMPHIS, LLC ) | |
| ) | |
|     **Defendants.** ) | |
| ) | |
| ) | |
| XPEDIENT MANAGEMENT GROUP, LLC, ) | |
| ) | |
|     **Cross-Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| ST. PAUL FIRE AND MARINE INSURANCE ) | |
| COMPANY ) | |
| ) | |
|     **Cross-Defendant.** ) | |
| ) | |
| FACTORY MUTUAL INSURANCE CO., as ) | |
| subrogee of Agilent Technologies, Inc., ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | **Case No. 2:25-cv-02424-BCL-tmp** |
| XPEDIENT MANAGEMENT GROUP, LLC ) | |
| ST. PAUL FIRE AND MARINE INSURANCE ) | **JURY DEMANDED** |
| COMPANY and COLLIERS MANAGEMENT ) | |
| SERVICES-MEMPHIS, LLC, ) | |
| ) | |
|     **Defendants.** ) | |

**XPEDIENT MANAGEMENT GROUP, LLC'S UNOPPOSED MOTION FOR
ONE-DAY EXTENSION OF TIME TO RESPOND TO AMENDED PLEADINGS**

Defendant Xpedient Management Group, LLC ("Xpedient"), in accordance Fed. R. Civ. P. 6(b)(1)(A), submit its Unopposed Motion for Extension of Time to Respond to Plaintiff Agilent Technologies, Inc.'s ("Agilent") Second Amended Complaint and Plaintiff Factory Mutual Insurance Co.'s ("Factory Mutual") Amended Complaint.

As grounds for this motion, Xpedient would show that Agilent filed its Second Amended Complaint on April 2, 2026 [Doc. 137] and Factory Mutual filed its Amended Complaint also on April 2, 2026 [Doc. 136]. Pursuant to Fed. R. Civ. P. 15(a)(3), Xpedient's deadline to respond to Agilent's First Amended Complaint is today, April 16, 2026. Despite the diligence of undersigned counsel, more time is needed to prepare and file a response to the amended pleadings. Pursuant to Local Rule 7.2(a)(1)(B), undersigned counsel conferred with Agilent's counsel and inquired about whether they opposed a 1-day extension of the deadline for Xpedient to respond to Agilent's Second Amended Complaint and Factory Mutual's Amended Complaint. Both plaintiffs confirmed that they do not oppose a 1-day extension of that deadline.

**WHEREFORE,** Xpedient respectfully requests that the Court enter an order granting its motion and extending the deadline for it to respond to Agilent's First Amended Complaint by one day, through and including April 17, 2026.

Respectfully submitted this the 16th day of April 2026.

*/s/ Andrew B. Schrack*
William P. Thomas (MS 102209)
Andrew B. Schrack (TN 037624)
**Butler Snow LLP**
6075 Poplar Ave., Ste. 500
Memphis, TN 38119
T: 901-680-7200
F: 901-680-7201
will.thomas@butlersnow.com
andrew.schrack@butlersnow.com

*Attorneys for Defendant Xpedient Management
Group, LLC*

## CERTIFICATE OF CONSULTATION

I hereby certify that I conferred with Margaret McDonald, counsel for Agilent Technologies, Inc., and Joe Welborn, counsel for Factory Mutual Insurance Co., on April 16, 2026, via email, and they advised that neither oppose the requested relief.

*/s/ Andrew B. Schrack*
Andrew B. Schrack

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on April 16, 2026.

*/s/ Andrew B. Schrack*
Andrew B. Schrack

100433338.v1

3