**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| **AGILENT TECHNOLOGIES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **Case No. 2:25-cv-02101-BCL-cgc** |
| **XPEDIENT MANAGEMENT GROUP, LLC** | ) | |
| **ST. PAUL FIRE AND MARINE INSURANCE** | ) | **Judge Brian C. Lea** |
| **COMPANY, COLLIERS MANAGEMENT** | ) | **Magistrate Judge Charmaine Claxton** |
| **SERVICES – MEMPHIS, LLC** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |
| **XPEDIENT MANAGEMENT GROUP, LLC,** | ) | |
| | ) | |
| **Cross-Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | |
| **ST. PAUL FIRE AND MARINE INSURANCE** | ) | |
| **COMPANY** | ) | |
| | ) | |
| **Cross-Defendant.** | ) | |
| | ) | |
| **FACTORY MUTUAL INSURANCE CO., as** | ) | |
| **subrogee of Agilent Technologies, Inc.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **Case No. 2:25-cv-02424-BCL-tmp** |
| **XPEDIENT MANAGEMENT GROUP, LLC** | ) | |
| **ST. PAUL FIRE AND MARINE INSURANCE** | ) | **JURY DEMANDED** |
| **COMPANY and COLLIERS MANAGEMENT** | ) | |
| **SERVICES-MEMPHIS, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER GRANTING XPEDIENT MANAGEMENT GROUP, LLC'S
UNOPPOSED MOTION FOR ONE-DAY EXTENSION OF TIME
TO RESPOND TO AMENDED PLEADINGS**

Before the Court is Defendant Xpedient Management Group, LLC's ("Xpedient") Unopposed Motion for One-Day Extension of Time to Respond to Amend Pleadings. The deadline is April 17th, 2026.

For good cause shown, the Court GRANTS the motion.

**SO ORDERED**, this 17th day of April, 2026.

_s/Brian C. Lea_____
BRIAN C. LEA
UNITED STATES DISTRICT JUDGE
