## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| **AGILENT TECHNOLOGIES, INC.,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | No. 2:25-cv-02101 |
| v. | * | |
| | * | JURY DEMAND |
| **XPEDIENT MANAGEMENT GROUP, LLC** | * | |
| **and ST. PAUL FIRE AND MARINE** | * | |
| **INSURANCE COMPANY,** | * | |
| | * | |
| Defendants. | * | |

| | | |
|---|---|---|
| **FACTORY MUTUAL INSURANCE** | * | |
| **COMPANY, as subrogee of Agilent** | * | |
| **Technologies, Inc.,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | No. 2:25-cv-02424 |
| v. | * | |
| | * | JURY DEMAND |
| **XPEDIENT MANAGEMENT GROUP, LLC**, | * | |
| **and ST. PAUL FIRE AND MARINE** | * | |
| **INSURANCE COMPANY,** | * | |
| | * | |
| Defendants. | * | |

## ORDER GRANTING DEFENDANT ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF FACTORY MUTUAL INSURANCE COMPANY'S AMENDED COMPLAINT AND PLAINTIFF AGILENT TECHNOLOGIES, INC.'S SECOND AMENDED COMPLAINT

This matter came before the Court upon Defendant St. Paul Fire and Marine Insurance

Company's Unopposed Motion for Extension of Time to Respond to Plaintiff Factory Mutual

Insurance Company's Amended Complaint and Plaintiff Agilent Technologies, Inc.'s Second

Amended Complaint.  [Doc 149].  Upon due consideration of that motion and the record in this

case as a whole, the Court finds that the motion is well taken and should be granted.  Accordingly, it is therefore:

**ORDERED, ADJUDGED, and DECREED** that Defendant St. Paul Fire and Marine Insurance Company's Unopposed Motion for Extension of Time to Respond to Plaintiff Factory Mutual Insurance Company's Amended Complaint and Plaintiff Agilent Technologies, Inc.'s Second Amended Complaint is **GRANTED**.  The deadline for St. Paul Fire and Marine Insurance Company to respond to Plaintiff Factory Mutual Insurance Company's Amended Complaint and Plaintiff Agilent Technologies, Inc.'s Second Amended Complaint is extended from April 16, 2026 to April 26, 2026.

**SO ORDERED**, this 17th day of April, 2026.

_s/Brian C. Lea_____
BRIAN C. LEA
UNITED STATES DISTRICT JUDGE

- 2 -