**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| **AGILENT TECHNOLOGIES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **Case No. 2:25-cv-02101-BCL-cgc** |
| **XPEDIENT MANAGEMENT GROUP, LLC** | ) | |
| **ST. PAUL FIRE AND MARINE INSURANCE** | ) | **Judge Brian C. Lea** |
| **COMPANY, COLLIERS MANAGEMENT** | ) | **Magistrate Judge Charmaine Claxton** |
| **SERVICES – MEMPHIS, LLC** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |
| **XPEDIENT MANAGEMENT GROUP, LLC,** | ) | |
| | ) | |
| **Cross-Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | |
| **ST. PAUL FIRE AND MARINE INSURANCE** | ) | |
| **COMPANY** | ) | |
| | ) | |
| **Cross-Defendant.** | ) | |
| | ) | |
| **FACTORY MUTUAL INSURANCE CO., as** | ) | |
| **subrogee of Agilent Technologies, Inc.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **Case No. 2:25-cv-02424-BCL-tmp** |
| **XPEDIENT MANAGEMENT GROUP, LLC** | ) | |
| **ST. PAUL FIRE AND MARINE INSURANCE** | ) | **JURY DEMANDED** |
| **COMPANY and COLLIERS MANAGEMENT** | ) | |
| **SERVICES-MEMPHIS, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER GRANTING XPEDIENT MANAGEMENT GROUP, LLC'S
UNOPPOSED MOTION FOR LIMITED EXTENSION OF
EXPERT DESIGNATION DEADLINE**

Before the Court is Defendant Xpedient Management Group, LLC's ("Xpedient"), Unopposed Motion for Limited Extension of Expert Designation Deadline.

For good cause shown, the Court GRANTS the motion. Plaintiff's supplement is due May 1, 2026. Xpedient has until May 31, 2026 to designate its expert and serve the corresponding report.

**SO ORDERED**, this 17th day of April, 2026.

*s/Brian C. Lea*
BRIAN C. LEA
UNITED STATES DISTRICT JUDGE

2