# EXHIBIT 3



Peter C. Sales
Partner
psales@bradley.com
615.252.2365 direct

December 3, 2024

**_VIA CERTIFIED MAIL & FedEx_**

Dan G. Bush                                    St. Paul Fire and Marine Insurance
Zurich American Insurance Company              c/o Colliers International
PO Box 4034                                    1230 Peachtree Street NE
Schaumburg, IL 60168                           Suite 800
                                               Atlanta, GA 30309-3574

Re: **RESPONSE TO TENDER REQUEST DATED SEPTEMBER 17, 2024 AND
DEMAND FOR DEFENSE and INDEMNIFICATION**:

Zurich Claim:      9510198160
Named Insured:     St Paul Fire and Marine Insurance Company
Date of Loss:      01/17/2024
Regarding:         Damage to Agilent's Inventory

To whom it may concern:

Please be advised that the undersigned represent Xpedient Management Group, LLC
("XMG") and this letter is in response to your Tender Request delivered to Alan Clark and dated
September 17, 2024. As set forth more fully herein, this letter shall constitute a denial of the tender
request that Zurich American Insurance Company ("Zurich") submitted on behalf of St. Paul Fire
and Marine Insurance Company ("St. Paul"). In addition, with this letter XMG hereby demands
that St. Paul fully defend and indemnify XMG with respect to any and all claims of Agilent
Technologies, Inc. related to the flooding event (the "Incident") that occurred on January 17, 2024
at 4601 Cromwell Ave., Memphis, TN 38118 (the "Cromwell Warehouse").

As you know, XMG and St. Paul entered into that certain lease dated on or about May 19,
2023 (the "Lease") which covers certain space (which is more specifically defined in the Lease)
located at the Cromwell Warehouse. XMG's demand for defense and indemnification is made
pursuant to Section 7.08 of the Lease.

Specifically, Section 7.08 of the Lease follows:

> Subject to Section 7.04 above, and to the extent not covered by an
> insurance policy required herein, Lessor hereby agrees to indemnify
> and hold Lessee and Lessee's partners, officers, directors, employees
> harmless from and against any and all costs, damages, claims, liabilities
> and expenses (including reasonable attorney fees) suffered by or
> claimed by a third-party or by any of Lessee's employees against
> Lessee or Lessee's partners, officers, directors and employees, to the
> extent caused by (i) any negligent act or omission by Lessor or its

December 3, 2024
Page 2

employees, agents or invitees; (ii) latent defects in the Building, Premises, or Common Areas; (iii) (sic) any breach or default by Lessor in the performance or observance of its covenants or obligations under this Lease, including but not limited to costs, damages, claims, liabilities and expenses for injuries to Lessor's partners, officers, directors and employees.

With regard to the Incident that occurred on January 17, 2024, the Lease states that St. Paul "shall provide the normal utility connections with separate metering for Lessee premises to the building." *See* Lease § 4.01. The Lease also provides "Lessor warrants to Lessee that the fire system, plumbing, electrical and heating, ventilation and air conditioning systems currently serving the Leased Premises (collectively the "Mechanicals") shall be in good and working order as of the Commencement Date." *Id.*, § 5.05. St. Paul failed to comply with these material Lease terms.

In the eight months prior to the Incident, XMG communicated extensively with the Landlord's property manager ("Colliers"), and with the utility company, Memphis Light, Gas, and Water ("MLGW"), attempting to get the gas issue corrected. A table of representative communications is provided below.

| Date | From | To | Description |
|------|------|-----|-------------|
| 5/23/2023 | XMG | Colliers | Reached out to Colliers to get utilities transferred. |
| 5/23/2023 | Colliers | XMG | Colliers responded that there was one account that needed to be transferred over account ending in 730 (GAS) for suite 10. |
| 6/9/2023 | Colliers | XMG | Colliers sent e-mails stating they had not received bills for 4601 Cromwell Ave. Colliers had contacted MLGW, and they let them know that all (4) accounts had been transferred to XMG, not just the one account for suite 10. They said they were working to get the accounts back into the property owner's name. They asked that XMG send the bills to Colliers so they could get them paid. They state in the same e-mail that this is for 4601 Cromwell Suite 1, account 729 then the two other accounts 734 and 732 would be just 4601 Cromwell (No Suite Number). |
| 6/15/2023 | XMG | XMG | MLGW will not talk with XMG without a company code. |
| 7/5/2023 | XMG | Colliers | XMG asked Colliers for updates regarding the HVAC work being completed. |
| 7/6/2023 | Colliers | XMG | Colliers responded, stating they were waiting on the vendor but that the work was scheduled to start on 7/7/23 but that was just to separate out the utilities - 1 for the vacant space and one for "XMG's" side. She was still waiting for an answer back from the HVAC vendor. |
| 7/7/2023 | Colliers | XMG | Colliers notified XMG that a lift was going to be delivered so they could get the gas split and meter set. Once that was completed the HVAC work could begin. |
| 7/7/2023 | XMG | Colliers | XMG contacted MLGW and they wouldn't speak with XMG. Colliers notified that it was the only one who they would talk with. |
| 10/17/2023 | XMG | MLGW | XMG called MLGW to ask what needed to be done to keep utilities on. The MLGW rep said that the cut off notice was a mistake and that they were showing account (730) was in dispute. The representative assured XMG no services would be shut off and that |

4924-0508-9024.2

December 3, 2024
Page 2

| | | | |
|---|---|---|---|
| | | | XMG would be contacted prior to anything being shut off by MLGW. |
| 10/25/2023 | XMG | XMG | Notification that billing will be delayed for further investigation, to ensure accurate billing from MLGW. This confirmed that the account was still under review and that XMG would not need to worry about utilities being shut off. |

Unfortunately, due to St. Paul's and Collier's negligence, St. Paul failed to satisfy its obligations under the Lease to provide separately metered utility connections and St. Paul breached its warranty that the Mechanicals would be in good working order as of the Commencement Date. St. Paul's and Collier's negligence resulted in the Incident. Your claim that "[o]ur investigation shows that Xpedient failed to maintain heat to their area of the warehouse which caused the pipe to burst in only their area," is wholly unsupported by the facts. Accordingly, under Section 7.08 of the Lease, St. Paul is obligated to indemnify and defend XMG with regard to any possible liability that may exist as a result of the Incident.

At your earliest convenience, but no later than 5:00 p.m. on Friday, December 6, 2024, please confirm in writing that St. Paul accepts this demand and agrees to fully defend, indemnify, and hold XMG harmless pursuant to the Lease with respect to any and all claims by Agilent resulting from the Incident. If St. Paul fails to accept and agree to this demand to defend, indemnify, and hold XMG harmless, then XMG will pursue all available legal and equitable remedies.

XMG hereby reserves all of its available rights, claims, and remedies under the Lease and all documents, agreements, and instruments related thereto, and any other applicable agreements, contracts, or instruments, granted by any statute or regulation, at law, and in equity, and all such rights and remedies shall be cumulative and non-exclusive and may be pursued separately, successively, or concurrently in XMG's sole discretion. This letter and XMG's exercise of or failure to exercise any of its available rights, claims, and remedies shall not constitute a waiver or release of any such right, claim, or remedy. This letter does not impose any additional obligations on XMG.

Please conduct yourself accordingly.

Sincerely,

BRADLEY ARANT BOULT CUMMINGS LLP
By:
Peter C. Sales

Nate Haynes – SVP Finance – nhaynes@xpedient.com
Mike St. Denis – SVP Operations – mstdenis@xpedient.com
Dirk Updike – SRD Operations – dupdike@xpedient.com

4924-0508-9024.2