# EXHIBIT 4

Peter C. Sales
Partner
psales@bradley.com
615.252.2365 direct



December 3, 2024

***VIA CERTIFIED MAIL & FedEx***

St. Paul Fire and Marine Insurance
c/o Colliers International
1230 Peachtree Street NE
Suite 800
Atlanta, GA 30309-3574

Re: **NOTICE OF DEFAULT - Lease Agreement dated May 19, 2023 (the "Lease"), between St. Paul Fire and Marine Insurance Company ("Landlord") and Xpedient Management Group, LLC ("XMG"), pertaining to certain space (which is more specifically described in the Lease) at 4601 Cromwell Ave., Memphis, TN 38118 (the "Cromwell Warehouse").**

To whom it may concern:

Please be advised that the undersigned represent Xpedient Management Group, LLC ("XMG"). This letter constitutes written notice that Landlord is in default under the Lease.

As Landlord is well aware, there was a flooding event that occurred at the Cromwell Warehouse on January 17, 2024 (the "Incident"). The Incident allegedly resulted in XMG's client, Agilent Technologies, Inc., suffering loss associated with the flooding of the Cromwell Warehouse. The Incident was a result of Landlord and Landlord's agent, Colliers, negligence and failure to comply with the Lease terms. Specifically, the Lease states that Landlord "shall provide the normal utility connections with separate metering for Lessee premises to the building." *See* Lease § 4.01. The Lease also provides "Lessor warrants to Lessee that the fire system, plumbing, electrical and heating, ventilation and air conditioning systems currently serving the Leased Premises (collectively the "Mechanicals") shall be in good and working order as of the Commencement Date." *Id.*, § 5.05. St. Paul failed to comply with these material Lease terms.

In the eight months prior to the Incident, XMG communicated extensively with the Landlord's property manager ("Colliers"), and with the utility company, Memphis Light, Gas, and Water ("MLGW"), attempting to get the gas issue corrected. A table of representative communications is provided below.

| Date | From | To | Description |
|------|------|-----|-------------|
| 5/23/2023 | XMG | Colliers | Reached out to Colliers to get utilities transferred. |
| 5/23/2023 | Colliers | XMG | Colliers responded that there was one account that needed to be transferred over account ending in 730 (GAS) for suite 10. |
| 6/9/2023 | Colliers | XMG | Colliers sent e-mails stating they had not received bills for 4601 Cromwell Ave. Colliers had contacted MLGW, and they let them know that all (4) accounts had been transferred to XMG, not just |

December 3, 2024
Page 2

| | | | |
|---|---|---|---|
| | | | the one account for suite 10. They said they were working to get the accounts back into the property owner's name. They asked that XMG send the bills to Colliers so they could get them paid. They state in the same e-mail that this is for 4601 Cromwell Suite 1, account 729 then the two other accounts 734 and 732 would be just 4601 Cromwell (No Suite Number). |
| 6/15/2023 | XMG | XMG | MLGW will not talk with XMG without a company code. |
| 7/5/2023 | XMG | Colliers | XMG asked Colliers for updates regarding the HVAC work being completed. |
| 7/6/2023 | Colliers | XMG | Colliers responded, stating they were waiting on the vendor but that the work was scheduled to start on 7/7/23 but that was just to separate out the utilities - 1 for the vacant space and one for "XMG's" side. She was still waiting for an answer back from the HVAC vendor. |
| 7/7/2023 | Colliers | XMG | Colliers notified XMG that a lift was going to be delivered so they could get the gas split and meter set. Once that was completed the HVAC work could begin. |
| 7/7/2023 | XMG | Colliers | XMG contacted MLGW and they wouldn't speak with XMG. Colliers notified that it was the only one who they would talk with. |
| 10/17/2023 | XMG | MLGW | XMG called MLGW to ask what needed to be done to keep utilities on. The MLGW rep said that the cut off notice was a mistake and that they were showing  account (730) was in dispute. The representative assured me no services would be shut off and that XMG would be contacted prior to anything being shut off by MLGW. |
| 10/25/2023 | XMG | XMG | Notification that billing will be delayed for further investigation, to ensure accurate billing from MLGW. This confirmed that the account was still under review and that XMG would not need to worry about utilities being shut off. |

As evidenced by the above, Landlord was provided notice of its failure to provide separately metered utility services. Unfortunately, due to Landlord's and Collier's negligence, Landlord failed to satisfy its obligations under the Lease and did not provide separately metered utility connections at the time of delivery of possession, as is required by the Lease. Further, Landlord breached its warranty in the Lease that the Mechanicals would be in good working order as of the Commencement Date. Landlord's and Collier's negligence and resulting failure to comply with the Lease terms caused the Incident. This constitutes a default under the Lease.

In addition, pursuant to the Lease, Landlord promised that:

> Lessor agrees that so long as Lessee fully complies with all of the terms, covenants and conditions herein contained on Lessee's part to be kept and performed, Lessee shall and may peaceably and quietly have, hold and enjoy the Leased Premises during the term hereof without such possession being disturbed or interfered with by Lessor or by any person claiming by, through or under Lessor. Lessor further covenants and represents that Lessor has full right, title, power and authority to make, execute and deliver this Lease.

4931-1767-4752.2

December 3, 2024
Page 2

*See* Lease § 14.13. Due to Landlord's failure to comply with the terms of the Lease which required delivery of separately metered utility services upon delivery of possession, XMG's quiet enjoyment of the Cromwell Warehouse was interrupted. This interruption of the covenant of quiet enjoyment resulted in the Incident and Agilent's purported loss. This constitutes a default under the Lease.

As evidenced by the above referenced table, Landlord and Landlord's agent received numerous notices of the lack of separately metered utility services. Nevertheless, and as a result of Landlord's negligence and failure to comply with the terms of the Lease, the Incident occurred. This failure to comply with the Lease terms, the resulting Incident, and the purported loss suffered by Agilent Technologies, Inc. are incurable defaults.

XMG hereby reserves all of its available rights, claims, and remedies under the Lease and all documents, agreements, and instruments related thereto, and any other applicable agreements, contracts, or instruments, granted by any statute or regulation, at law, and in equity, and all such rights and remedies shall be cumulative and non-exclusive and may be pursued separately, successively, or concurrently in XMG's sole discretion. This letter and XMG's exercise of or failure to exercise any of his available rights, claims, and remedies shall not constitute a waiver or release of any such right, claim, or remedy. This letter does not impose any additional obligations on XMG.

Please conduct yourself accordingly.

Sincerely,

BRADLEY ARANT BOULT CUMMINGS LLP

By: _____
Peter C. Sales

cc:    Colliers Management Services-Memphis, LLC
       Attn: Industrial Leasing
       6363 Poplar Avenue, Suite 400
       Memphis, TN 38119

       Nate Haynes – SVP Finance – nhaynes@xpedient.com
       Mike St. Denis – SVP Operations – mstdenis@xpedient.com
       Dirk Updike – SRD Operations – dupdike@xpedient.com

4931-1767-4752.2