# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| **AGILENT TECHNOLOGIES, INC.,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | No. 2:25-cv-02101 |
| v. | * | |
| | * | JURY DEMAND |
| **XPEDIENT MANAGEMENT GROUP, LLC** | * | |
| **and ST. PAUL FIRE AND MARINE** | * | |
| **INSURANCE COMPANY,** | * | |
| | * | |
| Defendants. | * | |

| | | |
|---|---|---|
| **FACTORY MUTUAL INSURANCE** | * | |
| **COMPANY, as subrogee of Agilent** | * | |
| **Technologies, Inc.,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | No. 2:25-cv-02424 |
| v. | * | |
| | * | JURY DEMAND |
| **XPEDIENT MANAGEMENT GROUP, LLC**, | * | |
| **and ST. PAUL FIRE AND MARINE** | * | |
| **INSURANCE COMPANY,** | * | |
| | * | |
| Defendants. | * | |

## UNOPPOSED MOTION FOR LIMITED EXTENSION OF TIME
## OF EXPERT DESIGNATION DEADLINE

COMES NOW the Defendant, St. Paul Fire and Marine Insurance Company, to submit its

Unopposed Motion for Limited Extension of Time of Expert Designation Deadline pursuant to

*Fed. R. Civ. P.* 6(b)(1)(A).

As grounds for this motion, St. Paul would show that Defendants' expert disclosure

deadline in this matter is April 17, 2026.  [Doc 119].  The parties are in the midst of discovery and

another party was recently added to this lawsuit.  [Doc 136]; [Doc 137].  Recently, Plaintiff Agilent

#8844628.1

Technologies, Inc. stated that it would be producing additional documentation in discovery related to its damages—namely, documents related to the inventory that was stored at the Cromwell Warehouse at the time of the January 17, 2024 incident at issue.  That documentation may impact expert opinions on Agilent and Factory Mutual Insurance Company's claimed damages and St. Paul requires more time to determine if it will designate a materials/valuation expert.  For that reason, St. Paul requests the same relief requested in Defendant Xpedient Management Group, LLC's Unopposed Motion for Limited Extension of Expert Designation Deadline.  [Doc 153]. Under these circumstances, St. Paul contends that good cause exists for extending the deadline for St. Paul to disclose a materials valuation expert.  Pursuant to *Local Rule* 7.2(a)(1)(B), undersigned counsel consulted with counsel for all parties before filing this motion to determine whether any party opposes the relief requested in this motion.  No party is opposed.

**WHEREFORE,** St. Paul respectfully requests that the Court enter an order granting its motion and extending the deadline for St. Paul to disclose a materials valuation expert.

Respectfully submitted,

**CARR ALLISON**

BY: /s/ Michael J. Petherick
**SEAN W. MARTIN, BPR #020870**
**MICHAEL J. PETHERICK, BPR #036155**
Attorneys for St. Paul
633 Chestnut Street, Suite 2000
Chattanooga, TN 37450
(423) 648-9832 / (423) 648-9869 FAX
swmartin@carrallison.com
mpetherick@carrallison.com

- 2 -

## CERTIFICATE OF CONSULTATION

Pursuant to *Local Rule* 7.2(a)(1)(B), on April 16, 2026 undersigned counsel conferred by email with Agilent's counsel, Margaret C. McDonald, and Factory Mutual's counsel, S. Joe Welborn, about the relief requested in this motion. At that time, it was determined that the relief requested in this motion is not opposed by Agilent or Factory Mutual. On April 17, 2026, undersigned counsel conferred by email with Xpedient's counsel, Will Thomas and Andrew Schrack, about the relief requested in this motion. At that time, it was determined that the relief requested in this motion is not opposed by Xpedient.

BY:   /s/ Michael J. Petherick
         **MICHAEL J. PETHERICK, BPR #036155**

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2026, I electronically filed an **UNOPPOSED MOTION FOR LIMITED EXTENSION OF TIME OF EXPERT DESIGNATION DEADLINE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Elena R. Mosby
Douglas F. Halijan
Burch, Porter & Johnson PLLC
130 North Court Avenue
Memphis, TN 38103

Amber S. Finch
Margaret Clemans McDonald
Reed Smith, LLP
515 South Flower Street, Suite 4300
Los Angeles, CA 90071

Andrew B. Schrack
Butler Snow LLP
6075 Poplar Avenue, Suite 500
Memphis, TN 38119

S. Joe Wellborn
Jefferson C. Orr
Brenden T. Holbrook
Smith Cashion & Orr, PLC
3100 West End Avenue, Suite 800
Nashville, TN 37203

BY:  /s/ Michael J. Petherick
         **MICHAEL J. PETHERICK, BPR #036155**