**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| **AGILENT TECHNOLOGIES, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | |
| ) | **Case No. 2:25-cv-02101-BCL-cgc** |
| **XPEDIENT MANAGEMENT GROUP, LLC** ) | |
| **ST. PAUL FIRE AND MARINE INSURANCE** ) | **Judge Brian C. Lea** |
| **COMPANY, COLLIERS MANAGEMENT** ) | **Magistrate Judge Charmaine Claxton** |
| **SERVICES – MEMPHIS, LLC** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |
| **XPEDIENT MANAGEMENT GROUP, LLC,** ) | |
| ) | |
| **Cross-Plaintiff,** ) | |
| **v.** ) | |
| ) | |
| **ST. PAUL FIRE AND MARINE INSURANCE** ) | |
| **COMPANY** ) | |
| ) | |
| **Cross-Defendant.** ) | |
| ) | |
| **FACTORY MUTUAL INSURANCE CO., as** ) | |
| **subrogee of Agilent Technologies, Inc.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | |
| ) | **Case No. 2:25-cv-02424-BCL-tmp** |
| **XPEDIENT MANAGEMENT GROUP, LLC** ) | |
| **ST. PAUL FIRE AND MARINE INSURANCE** ) | **JURY DEMANDED** |
| **COMPANY and COLLIERS MANAGEMENT** ) | |
| **SERVICES-MEMPHIS, LLC,** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER GRANTING ST. PAUL FIRE AND MARINE INSURANCE
COMPANY'S MOTION FOR LIMITED EXTENSION OF
EXPERT DESIGNATION DEADLINE**

Before the Court is Defendant St. Paul Fire and Marine Insurance Company, Unopposed

Motion for Limited Extension of Expert Designation Deadline. Doc. 162.

For good cause shown, the Court GRANTS the motion.  St. Paul Fire and Marine Insurance

Company has until May 31, 2026, to designate its expert and serve the corresponding report.

**SO ORDERED**, this the 17th day of April, 2026.

_s/Brian C. Lea_____
BRIAN C. LEA
UNITED STATES DISTRICT JUDGE

2