**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

AGILENT TECHNOLOGIES, INC.,
     **Plaintiff,**

     **v.**

XPEDIENT MANAGEMENT GROUP,
LLC and ST. PAUL FIRE AND MARINE
INSURANCE COMPANY,
     **Defendants.**

**Case No. 2:25-cv-02101-BCL-cgc**

XPEDIENT MANAGEMENT GROUP,
LLC

     **Cross-Plaintiff,**
     **v.**
ST. PAUL FIRE AND MARINE
INSURANCE COMPANY

     **Cross-Defendant.**

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that Defendant Xpedient Management Group, LLC has this date

served their Designation of Experts pursuant to Federal Rule of Civil Procedures.

RESPECTFULLY SUBMITTED, this 17th day of April, 2026.

/s/ *Andrew B. Schrack*
William P. Thomas (MS 102209)
Andrew B. Schrack (TN 037624)
**BUTLER SNOW LLP**
6075 Poplar Ave., Ste. 500
Memphis, TN 38119
T: 901-680-7200
F: 901-680-7201
will.thomas@butlersnow.com
andrew.schrack@butlersnow.com

*Attorneys for Defendant Xpedient Management
Group, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2026 a copy of the foregoing document has been served via electronic mail on all counsel of record.


/s/ Andrew B. Schrack
Andrew B. Schrack

99568013.v1