**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS**

| | | |
|---|---|---|
| **AGILENT TECHNOLOGIES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 2:25-cv-02101-BCL-cgc** |
| | ) | |
| **XPEDIENT MANAGEMENT GROUP, LLC, ST.** | ) | **Judge Brian C. Lea** |
| **PAUL FIRE AND MARINE INSURANCE** | ) | **Magistrate Judge Charmiane Claxton** |
| **COMPANY, COLLIERS MANAGEMENT** | ) | |
| **SERVICES – MEMPHIS, LLC** | ) | |
| | ) | |
| **Defendants** | ) | |
| | ) | |
| | | |
| | ) | |
| **XPEDIENT MANAGEMENT GROUP, LLC.,** | ) | |
| | ) | |
| **Cross-Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **ST. PAUL FIRE AND MARINE INSURANCE** | ) | |
| **COMPANY,** | ) | |
| | ) | |
| **Cross-Defendant** | ) | |
| | ) | |
| | ) | |
| | | |
| **FACTORY MUTUAL INSURANCE CO., as** | ) | |
| **subrogee of Agilent Technologies, Inc.,** | ) | |
| | ) | **Consolidated with** |
| **Plaintiff,** | ) | |
| | ) | **Case No. 2:25-cv-02424-BCL-tmp** |
| v. | ) | |
| | ) | **JURY DEMANDED** |
| **XPEDIENT MANAGEMENT GROUP, LLC and** | ) | |
| **ST. PAUL FIRE AND MARINE INSURANCE** | ) | |
| **COMPANY** | ) | |
| | ) | |
| **Defendants** | ) | |
| | ) | |

**UNOPPOSED MOTION OF COLLIERS MANAGEMENT SERVICES –
MEMPHIS, LLC FOR AN EXTENSION OF TIME TO RESPOND TO THE
SECOND AMENDED COMPLAINT**

Defendant Colliers Management Services-Memphis, LLC ("Colliers"), under Fed. R. Civ. P. 6(b)(1)(A), moves the Court for an extension of time to respond to Plaintiff Agilent Technologies, Inc.'s ("Agilent") Second Amended Complaint.

In support of this motion, Colliers states that it was served with Agilent's Second Amended Complaint [Doc. 137] on April 6, 2026, and that it promptly notified its insurance carriers about the lawsuit. Both insurance carriers are reviewing coverage for this matter and have not yet reached a decision about coverage and have not appointed defense counsel. Colliers' response is due today, April 27, 2026. To protect its rights, Colliers has retained the firm of Harris Shelton Hanover Walsh, PLLC, to appear and to request an extension of time. Counsel for Colliers respectfully requests a two-week extension to respond to allow Colliers' insurance carriers additional time to determine coverage and to appoint defense counsel. The undersigned counsel has confirmed with Agilent's counsel, pursuant to Local Rule 7.2 (a)(1)(B), and they have no objection to a two-week extension for Colliers to respond to the Second Amended Complaint.

Respectfully submitted,

s/Kannon C. Conway
_____
Kannon C. Conway                      #23569
HARRIS SHELTON HANOVER WALSH, PLLC
6060 Primacy Parkway, Suite 100
Memphis, Tennessee 38119
901.525.1455
kconway@harrisshelton.com
*Attorneys for Colliers Management Services*

2

## CERTIFICATE OF CONSULTATION

I hereby certify that I consulted with Agilent's counsel pursuant to Local Rule 7.2(a)(1)(B), and they have no objection to a two week extension for Colliers to respond to the Second Amended Complaint.

s/Kannon C. Conway
Kannon C. Conway

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing notice was served via the Court's ECF system upon Elena R. Mosby, Esq., Douglas F. Halijan, Esq., Amber S. Finch, Esq., Margaret Clemans McDonald, Esq., Andrew B. Schrack, Esq., S. Joe Wellborn, Esq., Jefferson C. Corr, Esq. Brenden T. Holbrook, Esq., Sean W. Martin, Esq., and Michael J. Petherick, Esq.  this 27th day of April 2026.

s/Kannon C. Conway