Case 2:25-cv-02101-BCL-cgc    Document 173    Filed 04/30/26    Page 1 of 2
Case 2:25-cv-02101-BCL-cgc    Document 141    Filed 04/03/26    Page 1 of 2
PageID 1132
PageID 1400

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Western District of Tennessee    ▾

| | |
|---|---|
| Factory Mutual Insurance Co., as subrogee of Agilent Technologies, Inc. <br><br> *Plaintiff(s)* <br><br> v. <br><br> Xpedient Management Group, LLC, St. Paul Fire and Marine Insurance Company, and Colliers Management Services-Memphis, LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 2:25-cv-02101-BCL-cgs |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Colliers Management Services-Memphis, LLC
c/o Mark Bradley Kornegay, Reg. Agent
6363 Poplar Ave.
Suite 220
Memphis, TN 38119

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

S. Joe Welborn/Brendent T. Holbrook/Sam D. Jones
Smith Cashion & Orr, PLC
3100 West End Ave., Suite 800
Nashville, TN 37203
615-742-8555 - Tel

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____04/03/2026_____

_____
*Signature of Clerk or Deputy Clerk*

s/ Christina Max

Case 2:25-cv-02101-BCL-cgc    Document 173    Filed 04/30/26    Page 2 of 2
Case 2:25-cv-02101-BCL-cgc    Document 141    Filed 04/03/26    Page 2 of 2
PageID 1133
PageID 1491

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-02101-BCL-cgs

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Colliers Management Services- Memphis, LLC
was received by me on *(date)*   April 3, 2026   .

    ❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

    ❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❐ I served the summons on *(name of individual)*   Kannon C. Conway, Attorney   , who is
designated by law to accept service of process on behalf of *(name of organization)*   Colliers Management
Services - Memphis, LLC   on *(date)*   April 29, 2026 ; or

    ❐ I returned the summons unexecuted because _____ ; or

    ❐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   4-30-2024

                     _____
                              *Server's signature*

                S. Joe Welborn
                         *Printed name and title*
               Smith Cashion & Orr, PLC
               3100 West End Ave., Ste. 800
               Nashville, TN 37203   615-742-8555
                              *Server's address*

Additional information regarding attempted service, etc: