# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE, AT MEMPHIS

| | |
|---|---|
| **AGILENT TECHNOLOGIES, INC.,** | |
| *Plaintiff,* | |
| v. | **NO.  2:25-cv-02101-BCL-cgc** |
| **XPEDIENT MANAGEMENT GROUP, LLC, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, COLLIERS MANAGEMENT SERVICES – MEMPHIS, LLC** | |
| *Defendants* | |
| —————————————————— | |
| **XPEDIENT MANAGEMENT GROUP, LLC.,** | |
| *Cross-Plaintiff,* | |
| v. | |
| **ST. PAUL FIRE AND MARINE INSURANCE COMPANY,** | |
| *Cross-Defendant* | |
| —————————————————— | |
| **FACTORY MUTUAL INSURANCE CO.,** | |
| *Plaintiff,* | **Consolidated with** |
| v. | **NO.  2:25-cv-02424-BCL-tmp** |
| **XPEDIENT MANAGEMENT GROUP, LLC and ST. PAUL FIRE AND MARINE INSURANCE COMPANY,** | **JURY DEMANDED** |
| *Defendants* | |

## NOTICE OF APPEARANCE ON BEHALF OF
## COLLIERS MANAGEMENT SERVICES – MEMPHIS, LLC

1

Please take notice that John W. Butler and the law firm of Butler, Vines and Babb, PLLC, hereby appear on behalf of the defendant, Colliers Management Services – Memphis, LLC. All defenses under Rule 12 of Federal Rules of Civil Procedure are hereby reserved.

> */s/ John W. Butler, Esq.*
> John W. Butler, BPR #014771
> BUTLER, VINES AND BABB, P.L.L.C.
> 2701 Kingston Pike, Knoxville, TN 37919
> Phone/Fax: (865) 244-3925
> jbutler@bvblaw.com
> *Attorney for Defendant Colliers Management Services –*
> *Memphis, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of this, the foregoing document, was filed electronically through the Court's electronic filing system and has been served upon Amber S. Finch, Esq., Elena R. Mosby, Esq., Katherine Goetz, Esq., Margaret Clemans McDonald, Esq., Douglas F. Halijan, Esq., Brenden T. Holbrook, Esq., S. Joseph Wellborn, Esq., Sam D. Jones, Esq., Andrew B. Schrack, Esq., William P. Thomas, Esq., Elizabeth Th. Petras, Esq., Peter C. Sales, Esq., Michael J. Petherick, Esq., Kannon C. Conway, Esq.

This the 8th day of May, 2026.

> BY:    */s/ John W. Butler, Esq.*
> JOHN W. BUTLER