## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **AGILENT TECHNOLOGIES, INC.,** | * |
| | * |
| Plaintiff, | * |
| | *   No. 2:25-cv-02101 |
| v. | * |
| | *   JURY DEMAND |
| **XPEDIENT MANAGEMENT GROUP, LLC,** | * |
| **ST. PAUL FIRE AND MARINE INSURANCE** | * |
| **COMPANY, and COLLIERS** | * |
| **MANAGEMENT SERVICES – MEMPHIS,** | * |
| **LLC,** | * |
| | * |
| Defendants. | * |

| | |
|---|---|
| **FACTORY MUTUAL INSURANCE** | * |
| **COMPANY, as subrogee of Agilent** | * |
| **Technologies, Inc.,** | * |
| | * |
| Plaintiff, | * |
| | *   No. 2:25-cv-02424 |
| v. | * |
| | *   JURY DEMAND |
| **XPEDIENT MANAGEMENT GROUP, LLC,** | * |
| **ST. PAUL FIRE AND MARINE INSURANCE** | * |
| **COMPANY, and COLLIERS** | * |
| **MANAGEMENT SERVICES – MEMPHIS,** | * |
| **LLC,** | * |
| | * |
| Defendants. | * |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO XPEDIENT MANAGEMENT GROUP LLC'S CROSS CLAIMS

COMES NOW the Defendant, St. Paul Fire and Marine Insurance Company, to submit its

Unopposed Motion for Extension of Time to Respond to Defendant Xpedient Management Group,

LLC's cross claims asserted in its Answer to Factory Mutual's Amended Complaint and Cross

Claim [Doc 157] and Defendant Xpedient Management Group, LLC's Answer to Agilent's Second Amended Complaint and Cross Claim [Doc 158] pursuant to *Fed. R. Civ. P.* 6(b)(1)(A).

As grounds for this motion, St. Paul would show that Xpedient filed both cross claims on April 17, 2026. [Doc 157]; [Doc 158]. Pursuant to *Fed. R. Civ. P.* 12(a)(1)(B), St. Paul's deadline to respond to Xpedient's Cross Claims is today, May 8, 2026. Despite the diligence of undersigned counsel, more time is needed to prepare and file a response to Xpedient's cross claims. Pursuant to *Local Rule* 7.2(a)(1)(B), undersigned counsel conferred with Xpedient's counsel on May 5, 2026, and inquired about whether they opposed a 21-day extension of the deadline. Xpedient does not oppose a 21-day extension of that deadline.

**WHEREFORE,** St. Paul respectfully requests that the Court enter an order granting its motion and extending the deadline for it to respond to Xpedient's cross claims by 21 days, through and including May 29, 2026.

Respectfully submitted,

**CARR ALLISON**

BY:  /s/ Michael J. Petherick

  **SEAN W. MARTIN, BPR #020870**
  **MICHAEL J. PETHERICK, BPR #036155**
  Attorneys for St. Paul
  633 Chestnut Street, Suite 2000
  Chattanooga, TN 37450
  (423) 648-9832 / (423) 648-9869 FAX
  swmartin@carrallison.com
  mpetherick@carrallison.com

## CERTIFICATE OF CONSULTATION

Pursuant to *Local Rule* 7.2(a)(1)(B), on May 5, 2026, undersigned counsel conferred by email with Xpedient's counsel, William P. Thomas, about the relief requested in this motion. On May 6, 2026, Mr. Thomas advised that Xpedient does not oppose the relief requested in this motion.

BY:   /s/ Michael J. Petherick
**MICHAEL J. PETHERICK, BPR #036155**

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2026, I electronically filed an **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO XPEDIENT MANAGEMENT GROUP LLC'S CROSS CLAIMS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Elena R. Mosby
Douglas F. Halijan
Burch, Porter & Johnson PLLC
130 North Court Avenue
Memphis, TN 38103

Amber S. Finch
Margaret Clemans McDonald
Reed Smith, LLP
515 South Flower Street, Suite 4300
Los Angeles, CA 90071

Andrew B. Schrack
Butler Snow LLP
6075 Poplar Avenue, Suite 500
Memphis, TN 38119

S. Joe Wellborn
Jefferson C. Orr
Brenden T. Holbrook
Smith Cashion & Orr, PLC
3100 West End Avenue, Suite 800
Nashville, TN 37203

Kannon C. Conway
Harris Shelton Hanover Walsh, PLLC
6060 Primacy Parkway, Suite 100
Memphis, Tennessee 38119

John W. Butler
Butler, Vines & Babb
2701 Kingston Pike,
Knoxville, TN 37919

BY:_/s/ Michael J. Petherick_____
    **MICHAEL J. PETHERICK, BPR #036155**