**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE, AT MEMPHIS**

| | |
|---|---|
| **AGILENT TECHNOLOGIES, INC.,** | |
| *Plaintiff,* | |
| v. | **NO.  2:25-cv-02101-BCL-cgc** |
| **XPEDIENT MANAGEMENT GROUP, LLC, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, COLLIERS MANAGEMENT SERVICES – MEMPHIS, LLC** | |
| *Defendants* | |
| _____ | |
| **XPEDIENT MANAGEMENT GROUP, LLC.,** | |
| *Cross-Plaintiff,* | |
| v. | |
| **ST. PAUL FIRE AND MARINE INSURANCE COMPANY,** | |
| *Cross-Defendant* | |
| _____ | |
| **FACTORY MUTUAL INSURANCE CO.,** | |
| *Plaintiff,* | **Consolidated with** |
| v. | **NO.  2:25-cv-02424-BCL-tmp** |
| **XPEDIENT MANAGEMENT GROUP, LLC and ST. PAUL FIRE AND MARINE INSURANCE COMPANY,** | **JURY DEMANDED** |
| *Defendants* | |

**UNOPPOSED MOTION OF COLLIERS MANAGEMENT SERVICES –**
**MEMPHIS, LLC FOR SECOND EXTENSION OF TIME TO RESPOND TO THE**
**SECOND AMENDED COMPLAINT**

1

Defendant Colliers Management Services-Memphis, LLC ("Colliers"), under Fed. R. Civ. P. 6(b)(1)(A), moves the Court for a second extension of time to respond to Plaintiff Agilent Technologies, Inc.'s ("Agilent") Second Amended Complaint.

In support of this motion, Colliers states that it was served with Agilent's Second Amended Complaint [Doc. 137] on April 6, 2026, and that it promptly notified its insurance carriers who have diligently been reviewing coverage for this matter. To protect its rights in the interim, Colliers retained the firm of Harris Shelton Hanover Walsh, PLLC, to appear and request an extension to allow the carriers time to determine coverage and to appoint defense counsel. On April 27, 2026, Colliers filed a Motion for Extension of Time to File Answer [Doc. 169] and the same date the Court entered a text Order granting Colliers an extension until Monday, May 11, 2026 [Doc. 170].

On May 8, 2026, the undersigned counsel was retained by a carrier to defend Colliers, one business day before the current deadline for Colliers to answer. It is impossible for undersigned counsel to get up to speed and file an Answer for Colliers in 1 day. Over 170 pleadings have been filed to date and the Second Amended Complaint itself contains 181 factually detailed paragraphs spanning 35 pages, plus voluminous exhibits.

For the above stated grounds, undersigned counsel respectfully requests an additional two-week extension to answer the Second Amended Complaint. Pursuant to Local Rule 7.2 (a)(1)(B), undersigned counsel has conferred with counsel for plaintiff and co-defendants, and none object to the requested two-week extension. Colliers anticipates filing a motion to substitute undersigned counsel for attorney Kannon Conway and allow him to withdraw from representation of Colliers shortly.

2

Respectfully submitted,

*/s/ John W. Butler, Esq.*
John W. Butler, BPR #014771
BUTLER, VINES AND BABB, P.L.L.C.
2701 Kingston Pike, Knoxville, TN 37919
Phone/Fax: (865) 244-3925
jbutler@bvblaw.com
*Attorney for Defendant Colliers Management Services –*
*Memphis, LLC*

## CERTIFICATE OF CONSULTATION

I hereby certify that I consulted with Agilent's counsel and counsel for the co-defendants pursuant to Local Rule 7.2(a)(1)(B), and they have no objection to a two-week extension for Colliers to respond to the Second Amended Complaint.

BY:    */s/ John W. Butler, Esq.*
JOHN W. BUTLER

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of this, the foregoing document, was filed electronically through the Court's electronic filing system and has been served upon Amber S. Finch, Esq., Elena R. Mosby, Esq., Katherine Goetz, Esq., Margaret Clemans McDonald, Esq., Douglas F. Halijan, Esq., Brenden T. Holbrook, Esq., S. Joseph Wellborn, Esq., Sam D. Jones, Esq., Andrew B. Schrack, Esq., William P. Thomas, Esq., Elizabeth Th. Petras, Esq., Peter C. Sales, Esq., Michael J. Petherick, Esq., Kannon C. Conway, Esq.

This the 11th day of May, 2026.

BY:    */s/ John W. Butler, Esq.*
JOHN W. BUTLER

3