# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE, AT MEMPHIS

| | |
|---|---|
| **AGILENT TECHNOLOGIES, INC.,** | |
| *Plaintiff,* | |
| v. | **NO.  2:25-cv-02101-BCL-cgc** |
| **XPEDIENT MANAGEMENT GROUP, LLC, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, COLLIERS MANAGEMENT SERVICES – MEMPHIS, LLC** | |
| *Defendants* | |
| **XPEDIENT MANAGEMENT GROUP, LLC.,** | |
| *Cross-Plaintiff,* | |
| v. | |
| **ST. PAUL FIRE AND MARINE INSURANCE COMPANY,** | |
| *Cross-Defendant* | |
| **FACTORY MUTUAL INSURANCE CO.,** | |
| *Plaintiff,* | **Consolidated with** |
| v. | **NO.  2:25-cv-02424-BCL-tmp** |
| **XPEDIENT MANAGEMENT GROUP, LLC, ST. PAUL FIRE AND MARINE INSURANCE COMPANY and COLLIERS MANAGEMENT SERVICES-MEMPHIS, LLC,** | **JURY DEMANDED** |
| *Defendants* | |

## COLLIERS MANAGEMENT SERVICES – MEMPHIS, LLC
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. Rule 7.1(a) Colliers Management Services – Memphis, LLC ("Colliers") submits that its parent company is Wilkinson & Snowden, Inc., a Tennessee corporation.

Respectfully submitted,

*/s/ John W. Butler, Esq.*
John W. Butler, BPR #014771
BUTLER, VINES AND BABB, P.L.L.C.
2701 Kingston Pike, Knoxville, TN 37919
Phone/Fax: (865) 244-3925
jbutler@bvblaw.com
*Attorney for Defendant Colliers Management Services –*
*Memphis, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of this, the foregoing document, was filed electronically through the Court's electronic filing system and has been served upon Amber S. Finch, Esq., Elena R. Mosby, Esq., Katherine Goetz, Esq., Margaret Clemans McDonald, Esq., Douglas F. Halijan, Esq., Brenden T. Holbrook, Esq., S. Joseph Wellborn, Esq., Sam D. Jones, Esq., Andrew B. Schrack, Esq., William P. Thomas, Esq., Elizabeth Th. Petras, Esq., Peter C. Sales, Esq., Michael J. Petherick, Esq., Kannon C. Conway, Esq.

This the 15th day of May, 2026.

BY:    */s/ John W. Butler, Esq.*
JOHN W. BUTLER

2