**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| AGILENT TECHNOLOGIES, INC., <br>     Plaintiff, <br><br> v. <br><br> XPEDIENT MANAGEMENT GROUP, LLC and <br> ST. PAUL FIRE AND MARINE INSURANCE <br> COMPANY, and COLLIERS MANAGEMENT <br> SERVICES – MEMPHIS, LLC <br>     Defendants. <br> _____ <br><br> XPEDIENT MANAGEMENT GROUP, LLC, <br>     Cross-Plaintiff, <br><br> v. <br><br> ST. PAUL FIRE AND MARINE INSURANCE <br> COMPANY, and COLLIERS MANAGEMENT <br> SERVICES – MEMPHIS, LLC <br>     Cross-Defendants, <br> _____ <br><br> FACTORY MUTUAL INSURANCE CO., as <br> subrogee of Agilent Technologies, Inc., <br>     Plaintiff, <br><br> v. <br><br> XPEDIENT MANAGEMENT GROUP, LLC, ST. <br> PAUL FIRE AND MARINE <br> INSURANCE COMPANY, and COLLIERS <br> MANAGEMENT SERVICES – MEMPHIS, LLC <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 2:25-cv-02101-BCL-cgc <br> ) <br> ) Judge Brian C. Lea <br> ) Magistrate Judge Charmaine Claxton <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 2:25-cv-02424-BCL-tmp <br> ) <br> ) JURY DEMANDED <br> ) <br> ) |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE
TO WITHDRAW AS COUNSEL OF RECORD**

Before the Court is Plaintiff Agilent Technologies, Inc.'s ("Plaintiff") Unopposed Motion to Withdraw as Counsel of Record, requesting that attorney Elena R. Mosby be allowed to withdraw as counsel for Plaintiff.  The motion represents that Ms. Mosby is leaving her employment with Burch, Porter & Johnson, PLLC, but that attorney Douglas F. Halijan, of the same firm, and Amber Finch, Margaret C. McDonald, and Katherine Goetz, of Reed Smith LLP, will remain as counsel for Plaintiff.  Therefore, for good cause shown, the Motion is **GRANTED**, and Ms. Mosby is hereby released of further representation of Plaintiff.

**IT IS SO ORDERED**, this 18th day of May, 2026.

_s/Brian C. Lea_
BRIAN C. LEA
UNITED STATES DISTRICT JUDGE