**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| **AGILENT TECHNOLOGIES, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | **Case No. 2:25-cv-02101-BCL-cgc** |
| **XPEDIENT MANAGEMENT GROUP, LLC** ) | |
| **ST. PAUL FIRE AND MARINE INSURANCE** ) | **Judge Brian C. Lea** |
| **COMPANY, COLLIERS MANAGEMENT** ) | **Magistrate Judge Charmaine Claxton** |
| **SERVICES – MEMPHIS, LLC** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |
| **XPEDIENT MANAGEMENT GROUP, LLC,** ) | |
| ) | |
| **Cross-Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **ST. PAUL FIRE AND MARINE INSURANCE** ) | |
| **COMPANY** ) | |
| ) | |
| **Cross-Defendant.** ) | |
| ) | |
| **FACTORY MUTUAL INSURANCE CO., as** ) | |
| **subrogee of Agilent Technologies, Inc.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | **Case No. 2:25-cv-02424-BCL-tmp** |
| **XPEDIENT MANAGEMENT GROUP, LLC** ) | |
| **ST. PAUL FIRE AND MARINE INSURANCE** ) | **JURY DEMANDED** |
| **COMPANY and COLLIERS MANAGEMENT** ) | |
| **SERVICES-MEMPHIS, LLC,** ) | |
| ) | |
| **Defendants.** ) | |

PLEASE TAKE NOTICE that Defendant Xpedient Management Group, LLC served the

following to all counsel of record in this matter on May 28, 2026:

1. Xpedient Management Group, LLC"'s Responses to St. Paul Fire and Marine Insurance Company's First Set of Interrogatories; and

2. Xpedient Management Group, LLC"'s Responses to St. Paul Fire and Marine Insurance Company's First Set of Requests for Production of Documents.

RESPECTFULLY SUBMITTED, this 28th day of May, 2026.

/s/ Willliam P. Thomas
William P. Thomas (MS 102209)
Andrew B. Schrack (TN 037624)
**BUTLER SNOW LLP**
6075 Poplar Ave., Ste. 500
Memphis, TN 38119
T: 901-680-7200
F: 901-680-7201
will.thomas@butlersnow.com
andrew.schrack@butlersnow.com

*Attorneys for Defendant Xpedient Management Group, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2026 a copy of the foregoing document has been served via electronic mail on all counsel of record.

/s/ William P. Thomas
William P. Thomas

99568013.v1

2