## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| **AGILENT TECHNOLOGIES, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | **Case No. 2:25-cv-02101-BCL-cgc** |
| **XPEDIENT MANAGEMENT GROUP, LLC** ) | |
| **and ST. PAUL FIRE AND MARINE** ) | **Judge Brian C. Lea** |
| **INSURANCE COMPANY,** ) | **Magistrate Judge Charmaine** |
| ) | **Claxton** |
| **Defendants.** ) | |
| ) | |
| ) | |
| **XPEDIENT MANAGEMENT GROUP, LLC,** ) | |
| ) | |
| **Cross-Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **ST. PAUL FIRE AND MARINE INSURANCE** ) | |
| **COMPANY** ) | |
| ) | |
| **Cross-Defendant,** ) | |
| ) | |
| ) | |
| **FACTORY MUTUAL INSURANCE CO., as** ) | |
| **subrogee of Agilent Technologies, Inc.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | **Case No. 2:25-cv-02424-MSN-tmp** |
| **XPEDIENT MANAGEMENT GROUP, LLC** ) | |
| **and ST. PAUL FIRE AND MARINE** ) | **JURY DEMANDED** |
| **INSURANCE COMPANY,** ) | |
| ) | |
| **Defendants.** ) | |

## AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the undersigned counsel for Defendant Xpedient Management Group, LLC will take the deposition upon oral examination of Chuck Plesofsky, in the above-captioned matter before a court reporter or such other person authorized to administer oaths and take acknowledgements of the deponent as follows:

DATE:                July 14, 2026 at 10:00 A.M. CST

DEPONENT:            Chuck Plesofsky

LOCATION:            Butler Snow LLP
                     6075 Poplar Avenue
                     Suite 500
                     Memphis, TN 38119

The deposition will be taken for all purposes and as authorized by the Federal Rules of Civil Procedure and will continue from day to day until completed. The deposition shall be recorded by stenographic means by a court reporter and may be used for the purposes of discovery or for use as evidence at trial, or both.

RESPECTFULLY SUBMITTED, this 1st day of June, 2026.

/s/ William P. Thomas
William P. Thomas (MS 102209)
Andrew B. Schrack (TN 037624)
**BUTLER SNOW LLP**
6075 Poplar Ave., Ste. 500
Memphis, TN 38119
T: 901-680-7200
F: 901-680-7201
will.thomas@butlersnow.com
andrew.schrack@butlersnow.com

*Attorneys for Defendant Xpedient Management Group, LLC*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2026 a copy of the foregoing document has been filed electronically.  Notice of this filing will be served by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served via electronic mail and/or first-class United States Mail, postage prepaid.  Parties may access this filing through the Court's electronic filing system.

/s/ William P. Thomas
WILLIAM P. THOMAS

100965999.v1

3