AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Tennessee  ▾

| | |
|---|---|
| Agilent Technologies, Inc. | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   2:25-cv-02101 |
| Xpedient Management Group, LLC et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

St. Paul Fire and Marine Insurance Company                                    .

Date:     06/05/2026

/s/ Sean W. Martin
*Attorney's signature*

Sean W. Martin, BPR #036155
*Printed name and bar number*
633 Chestnut Street, Suite 2000, Chattanooga, TN
37450

*Address*

swmartin@carrallison.com
*E-mail address*

(423) 648-9832
*Telephone number*

(423) 648-9869
*FAX number*