## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **AGILENT TECHNOLOGIES, INC.,** | * |
| | * |
| Plaintiff, | * |
| | *    No. 2:25-cv-02101 |
| v. | * |
| | *    JURY DEMAND |
| **XPEDIENT MANAGEMENT GROUP, LLC,** | * |
| **ST. PAUL FIRE AND MARINE** | * |
| **INSURANCE COMPANY, and COLLIERS** | * |
| **MANAGEMENT SERVICES – MEMPHIS,** | * |
| **LLC,** | * |
| | * |
| Defendants. | * |
| | * |

| | |
|---|---|
| **XPEDIENT MANAGEMENT GROUP, LLC,** | * |
| | * |
| Cross-Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **ST. PAUL FIRE AND MARINE INSURANCE,** | * |
| **COMPANY and COLLIERS MANAGEMENT** | * |
| **SERVICES – MEMPHIS, LLC,** | * |
| | * |
| Cross-Defendants. | * |
| | * |

| | |
|---|---|
| **FACTORY MUTUAL INSURANCE** | * |
| **COMPANY, as subrogee of Agilent** | * |
| **Technologies, Inc.,** | * |
| | * |
| Plaintiff, | * |
| | *    No. 2:25-cv-02424 |
| v. | * |
| | *    JURY DEMAND |
| **XPEDIENT MANAGEMENT GROUP, LLC**, | * |
| **and ST. PAUL FIRE AND MARINE** | * |
| **INSURANCE COMPANY, and COLLIERS** | * |
| **MANAGEMENT SERVICES – MEMPHIS,** | * |
| **LLC,** | * |
| | * |
| Defendants. | * |

## UNOPPOSED MOTION TO WITHDRAW

COMES NOW Michael J. Petherick, pursuant to *Local Rule* 83.5, to submit his Motion to Withdraw.

As grounds for this motion, undersigned counsel would show that he is leaving the law firm Carr Allison, P.C.  As such, he desires to withdraw from representing Defendant St. Paul Fire and Marine Insurance Company in this matter.  Sean W. Martin and the law firm of Carr Allison, P.C. shall remain as counsel of record for St. Paul in this matter.  Pursuant to *Local Rule* 7.2(a)(1)(B), before filing this motion, undersigned counsel conferred with counsel for all parties. The motion is unopposed.

**WHEREFORE,** undersigned counsel respectfully requests that the Court enter an order permitting him to withdraw as counsel of record for St. Paul in this matter and relieving him from any further duties related to the same.

Respectfully submitted,

**CARR ALLISON**

BY:_/s/ Michael J. Petherick_____
    **SEAN W. MARTIN, BPR #020870**
    **MICHAEL J. PETHERICK, BPR #036155**
    Attorneys for St. Paul
    633 Chestnut Street, Suite 2000
    Chattanooga, TN 37450
    (423) 648-9832 / (423) 648-9869 FAX
    swmartin@carrallison.com
    mpetherick@carrallison.com

## CERTIFICATE OF CONSULTATION

Pursuant to *Local Rule* 7.2(a)(1)(B), on June 4, 2026, undersigned counsel conferred with counsel for all parties, Margaret Clemans McDonald, S. Joe Welborn, William P. Thomas, and John W. Butler, about the relief requested in this motion.  The motion is unopposed.

BY:   /s/ Michael J. Petherick
**MICHAEL J. PETHERICK, BPR #036155**

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2026, I electronically filed an **UNOPPOSED MOTION TO WITHDRAW** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Douglas F. Halijan
Burch, Porter & Johnson PLLC
130 North Court Avenue
Memphis, TN 38103

Amber S. Finch
Margaret Clemans McDonald
Reed Smith, LLP
515 South Flower Street, Suite 4300
Los Angeles, CA 90071

Andrew B. Schrack
Butler Snow LLP
6075 Poplar Avenue, Suite 500
Memphis, TN 38119

S. Joe Wellborn
Jefferson C. Orr
Brenden T. Holbrook
Smith Cashion & Orr, PLC
3100 West End Avenue, Suite 800
Nashville, TN 37203

John W. Butler
Butler, Vines & Babb
2701 Kingston Pike,
Knoxville, TN 37919

BY:  /s/ Michael J. Petherick
**MICHAEL J. PETHERICK, BPR #036155**