## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **AGILENT TECHNOLOGIES, INC.,** * | |
| * | |
| Plaintiff, * | |
| * | No. 2:25-cv-02101 |
| v. * | |
| * | JURY DEMAND |
| **XPEDIENT MANAGEMENT GROUP, LLC,** * | |
| **ST. PAUL FIRE AND MARINE** * | |
| **INSURANCE COMPANY, and COLLIERS** * | |
| **MANAGEMENT SERVICES – MEMPHIS,** * | |
| **LLC,** * | |
| * | |
| Defendants. * | |
| * | |
| **XPEDIENT MANAGEMENT GROUP, LLC,** * | |
| * | |
| Cross-Plaintiff, * | |
| * | |
| v. * | |
| * | |
| **ST. PAUL FIRE AND MARINE INSURANCE,** * | |
| **COMPANY and COLLIERS MANAGEMENT** * | |
| **SERVICES – MEMPHIS, LLC,** * | |
| * | |
| Cross-Defendants. * | |
| * | |
| **FACTORY MUTUAL INSURANCE** * | |
| **COMPANY, as subrogee of Agilent** * | |
| **Technologies, Inc.,** * | |
| * | |
| Plaintiff, * | |
| * | No. 2:25-cv-02424 |
| v. * | |
| * | JURY DEMAND |
| **XPEDIENT MANAGEMENT GROUP, LLC**, * | |
| **and ST. PAUL FIRE AND MARINE** * | |
| **INSURANCE COMPANY, and COLLIERS** * | |
| **MANAGEMENT SERVICES – MEMPHIS,** * | |
| **LLC,** * | |
| * | |
| Defendants. * | |

## <u>ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW</u>

This matter came before the Court upon Michael J. Petherick's Unopposed Motion to Withdraw as counsel for Defendant St. Paul Fire and Marine Insurance Company. [Doc 195]. The motion represents that Mr. Petherick is leaving his employment with Carr Allison, P.C., but that Sean W. Martin of Carr Allison, P.C. shall remain as counsel of record for St. Paul in this matter. Upon due consideration of that motion and the record in this case as a whole, the Court finds that the motion is well taken and should be granted.  Accordingly, it is therefore:

**ORDERED, ADJUDGED, and DECREED** that Michael J. Petherick's Unopposed Motion to Withdraw is **GRANTED.** Michael J. Petherick is hereby released of further representation of St. Paul in this matter.

**It is so ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**