**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| **AGILENT TECHNOLOGIES, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | |
| ) | **Case No. 2:25-cv-02101-BCL-cgc** |
| **XPEDIENT MANAGEMENT GROUP, LLC** ) | |
| **ST. PAUL FIRE AND MARINE INSURANCE** ) | **Judge Brian C. Lea** |
| **COMPANY, COLLIERS MANAGEMENT** ) | **Magistrate Judge Charmaine Claxton** |
| **SERVICES – MEMPHIS, LLC** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |
| **XPEDIENT MANAGEMENT GROUP, LLC,** ) | |
| ) | |
| **Cross-Plaintiff,** ) | |
| **v.** ) | |
| ) | |
| **ST. PAUL FIRE AND MARINE INSURANCE** ) | |
| **COMPANY** ) | |
| ) | |
| **Cross-Defendant.** ) | |
| ) | |
| **FACTORY MUTUAL INSURANCE CO., as** ) | |
| **subrogee of Agilent Technologies, Inc.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | |
| ) | **Case No. 2:25-cv-02424-BCL-tmp** |
| **XPEDIENT MANAGEMENT GROUP, LLC** ) | |
| **ST. PAUL FIRE AND MARINE INSURANCE** ) | **JURY DEMANDED** |
| **COMPANY and COLLIERS MANAGEMENT** ) | |
| **SERVICES-MEMPHIS, LLC,** ) | |
| ) | |
| **Defendants.** ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that Defendant Xpedient Management Group, LLC served their

First Set of Discovery Requests to Colliers International Group, Inc. to all counsel of record in this

matter on June 10, 2026.

RESPECTFULLY SUBMITTED, this 10th day of June, 2026.

*/s/ Willliam P. Thomas*
William P. Thomas (MS 102209)
Andrew B. Schrack (TN 037624)
**BUTLER SNOW LLP**
6075 Poplar Ave., Ste. 500
Memphis, TN 38119
T: 901-680-7200
F: 901-680-7201
will.thomas@butlersnow.com
andrew.schrack@butlersnow.com

*Attorneys for Defendant Xpedient Management
Group, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2026 a copy of the foregoing document has been served
via electronic mail on all counsel of record.

*/s/ William P. Thomas*
William P. Thomas

99568013.v1

2