**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| **AGILENT TECHNOLOGIES, INC.,**<br>    **Plaintiff,**<br>    **v.**<br><br>**XPEDIENT MANAGEMENT GROUP, LLC**<br>**and ST. PAUL FIRE AND MARINE**<br>**INSURANCE COMPANY,**<br><br>    **Defendants.** | **Case No. 2:25-cv-02101-BCL-cgc**<br><br>**Judge Brian C. Lea**<br>**Magistrate Judge Charmaine Claxton** |
| **XPEDIENT MANAGEMENT GROUP, LLC**<br><br>    **Cross-Plaintiff,**<br>    **v.**<br>**ST. PAUL FIRE AND MARINE INSURANCE**<br>**COMPANY**<br><br>    **Cross-Defendant.** | |

**XPEDIENT MANAGEMENT GROUP, LLC'S
NOTICE OF INTENT TO SERVE SUBPOENA**

PLEASE TAKE NOTICE that, as required by the Federal Rules of Civil Procedure 45, Defendant Xpedient Management Group, LLC, by and through its counsel of record, Butler Snow LLC, gives notice that they intend to serve Memphis Light, Gas & Water Division with the Subpoena Duces Tecum in the form attached hereto as Exhibit A as soon as service may be effectuated.

RESPECTFULLY SUBMITTED, this 10th day of June 2026.

/s/William P. Thomas
William P. Thomas (MS 102209)
Andrew B. Schrack (TN 037624)
**BUTLER SNOW LLP**
6075 Poplar Ave., Ste. 500
Memphis, TN 38119
T: 901-680-7200
F: 901-680-7201
will.thomas@butlersnow.com
andrew.schrack@butlersnow.com
*Attorneys for Defendant Xpedient Management
Group, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 10, 2026 a copy of the foregoing document has been filed electronically.  Notice of this filing will be served by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served via electronic mail and/or first-class United States Mail, postage prepaid.  Parties may access this filing through the Court's electronic filing system.

*/s/ William P. Thomas*
William P. Thomas

101120098.v1