## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE, AT MEMPHIS

| | |
|---|---|
| **AGILENT TECHNOLOGIES, INC.,** | |
| *Plaintiff,* | |
| v. | **NO.   2:25-cv-02101-BCL-cgc** |
| **XPEDIENT MANAGEMENT GROUP, LLC, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, COLLIERS MANAGEMENT SERVICES – MEMPHIS, LLC** | |
| *Defendants* | |
| ———————————————— | |
| **XPEDIENT MANAGEMENT GROUP, LLC.,** | |
| *Cross-Plaintiff,* | |
| v. | |
| **ST. PAUL FIRE AND MARINE INSURANCE COMPANY,** | |
| *Cross-Defendant* | |
| ———————————————— | |
| **FACTORY MUTUAL INSURANCE CO.,** | |
| *Plaintiff,* | **Consolidated with** |
| v. | **NO.   2:25-cv-02424-BCL-tmp** |
| **XPEDIENT MANAGEMENT GROUP, LLC and ST. PAUL FIRE AND MARINE INSURANCE COMPANY,** | **JURY DEMANDED** |
| *Defendants* | |

## JOINT MOTION TO EXTEND DEADLINE FOR COLLIERS MANAGEMENT SERVICES – MEMPHIS, LLC TO RESPOND TO XPEDIENT MANAGEMENT GROUP, LLC'S CROSS-CLAIM

1

COME NOW Defendant/Cross-Defendant Colliers Management Services – Memphis, LLC ("Colliers") and Defendant/Cross-Plaintiff Xpedient Management Group, LLC ("Xpedient"), by and through their respective undersigned counsel, and jointly move this Court pursuant to Fed. R. Civ. P. 6(b)(1)(A) for an extension of time for Colliers to respond to Xpedient's Cross-Claim.

In support of this Joint Motion, the parties respectfully state as follows:

1.      Under the current schedule, Colliers' deadline to respond to Xpedient's Cross-Claim is June 10, 2026.

2.      Counsel for Colliers was recently retained to defend Colliers in this consolidated action on May 8, 2026.

3.      Colliers requires additional time to finalize its responsive pleading to Xpedient's Cross-Claim, owing to the volume of the pleadings and discovery produced to date, as well as the recent retention of undersigned counsel.

4.      Counsel for Colliers and counsel for Xpedient met and conferred regarding this scheduling matter, and Xpedient has agreed to a brief extension of Colliers' deadline.

5.      The parties have agreed to extend Colliers' deadline to respond to the Cross-Claim to June 29, 2026.

6.      This extension is sought in good faith, will not prejudice any party, and will not disrupt the remaining deadlines.

**WHEREFORE**, Colliers and Xpedient respectfully request that the Court enter the attached Proposed Order granting this Joint Motion and extending the deadline for Colliers to respond to Xpedient's Cross-Claim through and including June 29, 2026.

2

*/s/ John W. Butler, Esq.*
John W. Butler, BPR #014771
Grant E. Mitchell, BPR #036878
BUTLER, VINES AND BABB, P.L.L.C.
2701 Kingston Pike
Knoxville, TN 37919
Phone/Fax: (865) 244-3925
jbutler@bvblaw.com
gmitchell@bvblaw.com
*Attorney for Defendant Colliers Management Services –*
*Memphis, LLC*


*/s/ William P. Thomas*
William P. Thomas, MS #102209
Andrew B. Schrack, BPR #037624
BUTLER SNOW LLP
6075 Poplar Ave., Ste 500
Memphis, TN 38119
(901) 680-7200
will.thomas@butlersnow.com
andrew.schrack@butlersnow.com

Peter C. Sales, No. 25067
Elizabeth T. Petras, No. 42070
1221 Broadway, Ste 2400
Nashville, TN 37203
(615) 252-2365
psales@bradley.com
bpetras@bradley.com

*Attorneys for Defendant Xpedient Management*
*Group, LLC*


## CERTIFICATE OF CONSULTATION

I hereby certify that I consulted with all counsel pursuant to Local Rule 7.2(a)(1)(B), and they have no objection to the extension requested for Colliers to respond to Xpedient Management Group, LLC's Cross-Claim.

BY:    */s/ John W. Butler, Esq.*
JOHN W. BUTLER

3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and exact copy of this, the foregoing document, was filed electronically through the Court's electronic filing system and has been served upon Amber S. Finch, Esq., Elena R. Mosby, Esq., Katherine Goetz, Esq., Margaret Clemans McDonald, Esq., Douglas F. Halijan, Esq., Brenden T. Holbrook, Esq., S. Joseph Wellborn, Esq., Sam D. Jones, Esq., Andrew B. Schrack, Esq., William P. Thomas, Esq., Elizabeth Th. Petras, Esq., Peter C. Sales, Esq., Sean W. Martin, Esq., Kannon C. Conway, Esq.

This the 10th day of June, 2026.


BY:    */s/ John W. Butler, Esq.*
         JOHN W. BUTLER

4