# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE, AT MEMPHIS

| | |
|---|---|
| **AGILENT TECHNOLOGIES, INC.,** | |
| *Plaintiff,* | |
| v. | **NO.   2:25-cv-02101-BCL-cgc** |
| **XPEDIENT MANAGEMENT GROUP, LLC, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, COLLIERS MANAGEMENT SERVICES – MEMPHIS, LLC** | |
| *Defendants* | |
| _____ | |
| **XPEDIENT MANAGEMENT GROUP, LLC.,** | |
| *Cross-Plaintiff,* | |
| v. | |
| **ST. PAUL FIRE AND MARINE INSURANCE COMPANY,** | |
| *Cross-Defendant* | |
| _____ | |
| **FACTORY MUTUAL INSURANCE CO.,** | |
| *Plaintiff,* | **Consolidated with** |
| v. | **NO.   2:25-cv-02424-BCL-tmp** |
| **XPEDIENT MANAGEMENT GROUP, LLC and ST. PAUL FIRE AND MARINE INSURANCE COMPANY,** | **JURY DEMANDED** |
| *Defendants* | |

**[PROPOSED] ORDER GRANTING MOTION TO EXTEND DEADLINE FOR COLLIERS MANAGEMENT SERVICES – MEMPHIS, LLC TO RESPOND TO XPEDIENT MANAGEMENT GROUP, LLC'S CROSS-CLAIM**

1

Before the Court is the Joint Motion of Defendant/Cross-Defendant Colliers Management Services – Memphis, LLC ("Colliers") and Defendant/Cross-Plaintiff Xpedient Management Group, LLC ("Xpedient") to extend the deadline for Colliers to respond to Xpedient's Cross-Claim.

For good cause shown, the Court **GRANTS** the Joint Motion. Colliers shall have up to and including June 29, 2026, to file its response to Xpedient's Cross-Claim.

**IT IS SO ORDERED**, this _____ day of _____, 2026.

_____
BRIAN C. LEA
UNITED STATES DISTRICT JUDGE

2