# EXHIBIT A

**Dianne Caldwell**

---

| | |
|---|---|
| **From:** | John Butler |
| **Sent:** | Friday, May 15, 2026 4:22 PM |
| **To:** | McDonald, Margaret C.; Will Thomas; Michael Petherick; Joe Welborn |
| **Cc:** | Andrew Schrack; Kannon Conway; Doug Halijan; Finch, Amber S.; Christi Fuller; Tricia Nichols; Sean Martin; Goetz, Katie; Dianne Caldwell; Grant Mitchell |
| **Subject:** | RE: Agilent v. Xpedient, et al. Case No. 2:25-cv-02101-BCL-cgc [IWOV-BUTLERSNOW.FID9280157] |
| | |
| **Categories:** | Actionstep |

Margaret,

I reluctantly approve with the caveat referenced previously.  Have a good weekend.

Thanks,

*John W. Butler*

Attorney at Law
Butler, Vines and Babb, P.L.L.C.
2701 Kingston Pike
Knoxville, TN 37919
Phone: (865) 244-3925; Fax: (865) 637-3385
See my Virtual Business Card

 

NOTICE: This email contains confidential or privileged information. If you believe you have received it in error, please notify Butler, Vines and Babb, P.L.L.C., and immediately delete this message without copying or disclosing it. Any communication from this office should be considered informational only, and should not be relied or acted upon until a formal attorney-client relationship is established via a signed written agreement.

---

**From:** McDonald, Margaret C. <MCMcDonald@reedsmith.com>
**Sent:** Friday, May 15, 2026 3:52 PM
**To:** John Butler <JButler@bvblaw.com>; Will Thomas <Will.Thomas@butlersnow.com>; Michael Petherick <mpetherick@carrallison.com>; Joe Welborn <JWelborn@smithcashion.com>
**Cc:** Andrew Schrack <Andrew.Schrack@butlersnow.com>; Kannon Conway <kconway@harrisshelton.com>; Doug Halijan <dhalijan@bpjlaw.com>; Finch, Amber S. <AFinch@ReedSmith.com>; Christi Fuller <cfuller@bpjlaw.com>; Tricia Nichols <Tricia.Nichols@butlersnow.com>; Sean Martin <swmartin@carrallison.com>; Goetz, Katie <KGoetz@reedsmith.com>; Dianne Caldwell <DCaldwell@bvblaw.com>; Grant Mitchell <gmitchell@bvblaw.com>
**Subject:** RE: Agilent v. Xpedient, et al. Case No. 2:25-cv-02101-BCL-cgc [IWOV-BUTLERSNOW.FID9280157]

Hi John,

Thank you for getting back to us.  Agilent has no objection to Colliers moving to amend again for good cause.  We have revised (c)(1) of the proposed scheduling order, attached in redline, to clarify that it applies to Xpedient's expert disclosures as to its crossclaims against Colliers.  We would appreciate if everyone would confirm that we have their consent to file the revised order.

Kind regards,

Maisie

**Margaret C. McDonald**
Partner
*She/Her/Hers*

mcmcdonald@reedsmith.com
D: +1 213 457 8187

**Reed Smith**
515 South Flower Street
Suite 4300
Los Angeles, CA 90071
T: +1 213 457 8000
F: +1 213 457 8080
**reedsmith.com**

**From:** John Butler <JButler@bvblaw.com>
**Sent:** Friday, May 15, 2026 12:34 PM
**To:** McDonald, Margaret C. <MCMcDonald@reedsmith.com>; Will Thomas <Will.Thomas@butlersnow.com>; Michael Petherick <mpetherick@carrallison.com>; Joe Welborn <JWelborn@smithcashion.com>
**Cc:** Andrew Schrack <Andrew.Schrack@butlersnow.com>; Kannon Conway <kconway@harrisshelton.com>; Doug Halijan <dhalijan@bpjlaw.com>; Finch, Amber S. <AFinch@ReedSmith.com>; Christi Fuller <cfuller@bpjlaw.com>; Tricia Nichols <Tricia.Nichols@butlersnow.com>; Sean Martin <swmartin@carrallison.com>; Goetz, Katie <KGoetz@reedsmith.com>; Dianne Caldwell <DCaldwell@bvblaw.com>; Grant Mitchell <gmitchell@bvblaw.com>
**Subject:** RE: Agilent v. Xpedient, et al. Case No. 2:25-cv-02101-BCL-cgc [IWOV-BUTLERSNOW.FID9280157]

==External E-Mail - FROM John Butler (JButler@bvblaw.com) <jbutler@bvblaw.com>==

Counsel,

The email below this afternoon only included the Motion, not the Order.  This is the version we received last night.  I will do my best to get up to speed, and knew it was a lot of documents, but was unaware until I received the Motion that apparently there are over 18,000 pages identified to date.  I am obviously uncomfortable with the time crunch, but will agree with the understanding that there will be no objections if I need to move to amend again for good cause.

As to the Order, I am unclear about (c) (1) and (2).  Can we clarify that (1) applies to Xpedient's expert disclosures as to crossclaims against Colliers as well as Plaintiff's expert disclosures?

Thanks,

*John W. Butler*
Attorney at Law
Butler, Vines and Babb, P.L.L.C.
2701 Kingston Pike
Knoxville, TN 37919
Phone: (865) 244-3925; Fax: (865) 637-3385
See my Virtual Business Card