**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE, AT MEMPHIS**

| | |
|---|---|
| **AGILENT TECHNOLOGIES, INC.,** | |
| *Plaintiff,* | |
| v. | **NO.  2:25-cv-02101-BCL-cgc** |
| **XPEDIENT MANAGEMENT GROUP, LLC, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, COLLIERS MANAGEMENT SERVICES – MEMPHIS, LLC** | |
| *Defendants* | |
| **XPEDIENT MANAGEMENT GROUP, LLC.,** | |
| *Cross-Plaintiff,* | |
| v. | |
| **ST. PAUL FIRE AND MARINE INSURANCE COMPANY,** | |
| *Cross-Defendant* | |
| **FACTORY MUTUAL INSURANCE CO.,** | |
| *Plaintiff,* | **Consolidated with** |
| v. | **NO.  2:25-cv-02424-BCL-tmp** |
| **XPEDIENT MANAGEMENT GROUP, LLC and ST. PAUL FIRE AND MARINE INSURANCE COMPANY,** | **JURY DEMANDED** |
| *Defendants* | |

**CORRECTED NOTICE OF APPEARANCE ON BEHALF OF
COLLIERS MANAGEMENT SERVICES – MEMPHIS, LLC**

1

Please take notice that Grant E. Mitchell, along with existing counsel of record John W. Butler and the law firm of Butler, Vines and Babb, PLLC, hereby enters an appearance on behalf of the defendant, Colliers Management Services – Memphis, LLC. All defenses under Rule 12 of Federal Rules of Civil Procedure are hereby reserved.

*/s/ Grant E. Mitchell, Esq.*
Grant E. Mitchell, BPR #036878
BUTLER, VINES AND BABB, P.L.L.C.
2701 Kingston Pike, Knoxville, TN 37919
Phone/Fax: (865) 244-3945
gmitchell@bvblaw.com
*Attorney for Defendant Colliers Management Services –*
*Memphis, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of this, the foregoing document, was filed electronically through the Court's electronic filing system and has been served upon Amber S. Finch, Esq., Elena R. Mosby, Esq., Katherine Goetz, Esq., Margaret Clemans McDonald, Esq., Douglas F. Halijan, Esq., Brenden T. Holbrook, Esq., S. Joseph Wellborn, Esq., Sam D. Jones, Esq., Andrew B. Schrack, Esq., William P. Thomas, Esq., Elizabeth Th. Petras, Esq., Peter C. Sales, Esq., Michael J. Petherick, Esq., Kannon C. Conway, Esq.

This the 11th day of June, 2026.

BY:    */s/ Grant E. Mitchell, Esq.*
         GRANT E. MITCHELL

2