**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE, AT MEMPHIS**

| | |
|---|---|
| **AGILENT TECHNOLOGIES, INC.,** | |
| *Plaintiff,* | |
| v. | **NO.  2:25-cv-02101-BCL-cgc** |
| **XPEDIENT MANAGEMENT GROUP, LLC, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, COLLIERS MANAGEMENT SERVICES – MEMPHIS, LLC** | |
| *Defendants* | |
| | |
| **XPEDIENT MANAGEMENT GROUP, LLC.,** | |
| *Cross-Plaintiff,* | |
| v. | |
| **ST. PAUL FIRE AND MARINE INSURANCE COMPANY,** | |
| *Cross-Defendant* | |
| | |
| **FACTORY MUTUAL INSURANCE CO.,** | |
| *Plaintiff,* | **Consolidated with** |
| v. | **NO.  2:25-cv-02424-BCL-tmp** |
| **XPEDIENT MANAGEMENT GROUP, LLC and ST. PAUL FIRE AND MARINE INSURANCE COMPANY,** | **JURY DEMANDED** |
| *Defendants* | |

**ORDER**

The Court is in receipt of cross-defendant Colliers Management Services-Memphis LLC's motion for enlargement of deadlines by 90 days (Doc. 206). All agree that Colliers has shown good cause for some enlargement of the deadlines, but Plaintiffs argue that ninety days is too much and that 30-45 days would be more fitting. Doc. 211.  Given that Colliers was recently named, that Colliers' counsel is newly retained, the volume of discovery to date, the potential need to retain experts, and the certain need to get up to speed on a complex dispute that the other parties have been litigating since January 2025, the Motion is **GRANTED** to the extent that the deadlines and other remaining dates  in this case will be extended by 60 days, as reflected in a scheduling order to follow this Order.

       **SO ORDERED**, this 17th day of June, 2026.

*s/Brian C. Lea*  
BRIAN C. LEA  
UNITED STATES DISTRICT JUDGE