**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| **AGILENT TECHNOLOGIES, INC., et al.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 2:25-cv-02101-BCL-cgc** |
| ) | |
| **XPEDIENT MANAGEMENT GROUP, LLC,** ) | **Judge Brian C. Lea** |
| **et al.** ) | **Magistrate Judge Charmaine** |
| ) | **Claxton** |
| **Defendants.** ) | |
| ) | **JURY DEMANDED** |

_____

**XPEDIENT MANAGEMENT GROUP, LLC'S POSITION ON ST. PAUL FIRE AND
MARINE INSURANCE COMPANY'S MOTION TO DISMISS CROSS-CLAIM**
_____

Xpedient contends that the Motion to Dismiss Cross-Claim (Doc. 36) has been mooted by subsequent events. The motion was directed to Xpedient's original crossclaim. Thereafter, following amendment of the pleadings, Xpedient filed its operative Answer and Crossclaim (Doc. 157), which asserts updated claims against St. Paul Fire and Marine Insurance Company and Colliers Management Services – Memphis, LLC. St. Paul thereafter filed an Answer to the operative crossclaim (Doc. 191) rather than renewing or reasserting its Rule 12 motion. Accordingly, the pleading that was the subject of Doc. 36 has been superseded, and the issues raised by that motion no longer require adjudication. Xpedient respectfully submits that the Court should terminate Doc. 36 as moot.

Respectfully submitted this the 25th day of June 2026.

/s/ William P. Thomas
William P. Thomas (MS 102209)
Andrew B. Schrack (TN 037624)
**BUTLER SNOW LLP**
6075 Poplar Ave., Ste. 500
Memphis, TN 38119
T: 901-680-7200
F: 901-680-7201
will.thomas@butlersnow.com
andrew.schrack@butlersnow.com

*Attorneys for Defendant Xpedient Management
Group, LLC*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 25, 2026 a copy of the foregoing document has been filed electronically.  Notice of this filing will be served by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

*/s/ William P. Thomas*
WILLIAM P. THOMAS