**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS**

| | | |
|---|---|---|
| AGILENT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cv-02101-BCL-cgc |
| | ) | |
| XPEDIENT MANAGEMENT GROUP, LLC, ST. | ) | Judge Brian C. Lea |
| PAUL FIRE AND MARINE INSURANCE | ) | Magistrate Judge Charmiane Claxton |
| COMPANY, and COLLIERS MANAGEMENT | ) | |
| SERVICES – MEMPHIS, LLC | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| XPEDIENT MANAGEMENT GROUP, LLC., | ) | |
| | ) | |
| Cross-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ST. PAUL FIRE AND MARINE INSURANCE | ) | |
| COMPANY, and COLLIERS MANAGEMENT | ) | |
| SERVICES – MEMPHIS, LLC, | ) | |
| | ) | |
| Cross-Defendants. | ) | |
| _____ | ) | |
| | ) | |
| FACTORY MUTUAL INSURANCE CO., as | ) | Case No. 2:25-cv-02424-BCL-tmp |
| subrogee of Agilent Technologies, Inc., | ) | |
| | ) | JURY DEMANDED |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| XPEDIENT MANAGEMENT GROUP, LLC, ST. | ) | |
| PAUL FIRE AND MARINE INSURANCE | ) | |
| COMPANY, and COLLIERS MANAGEMENT | ) | |
| SERVICES – MEMPHIS, LLC, | ) | |
| | ) | |
| Defendants. | | |

**NOTICE OF AGILENT TECHNOLOGIES, INC.'S POSITION
CONCERNING ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S
MOTION TO DISMISS CROSS-CLAIM BY XPEDIENT MANAGEMENT GROUP, LLC**

Plaintiff Agilent Technologies, Inc. ("Agilent"), by and through counsel, submits this Notice regarding its position on the status of St. Paul Fire and Marine Insurance Company's Motion to Dismiss Cross-Claim by Xpedient Management Group, LLC (Doc. 36). On June 25, 2026, Xpedient filed a Notice regarding its position stating that St. Paul's motion has been mooted by subsequent events and should be terminated as moot (Doc. 217). Agilent agrees with Xpedient's position, as stated in the above-referenced Notice, that said motion has been mooted by subsequent events and should be terminated or denied on that basis.

Respectfully submitted this 26th day of June, 2026.

s/ Douglas F. Halijan
Douglas F. Halijan (BPR # 16718)
BURCH PORTER & JOHNSON, PLLC
130 North Court Avenue
Memphis, TN 38103
Telephone: 901-524-5000
Facsimile: 901-524-5024
dhalijan@bpjlaw.com

Amber Finch (#222321) (*pro hac vice*)
Margaret C. McDonald (#307008) *pro hac vice*)
Katherine P. Geotz (#346205) (*pro hac vice*)
REED SMITH LLP
515 South Flower, Suite 4300
Los Angeles, CA 90071
Telephone: 213-457-8000
Facsimile: 213-457-8080
afinch@reedsmith.com
mcmcdonald@reedsmith.com
kgoetz@reedsmith.com

*Counsel for Plaintiff Agilent Technologies, Inc.*

2