## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **AGILENT TECHNOLOGIES, INC.,** | * |
| | * |
| Plaintiff, | *   No. 2:25-cv-02101-BCL-cgc |
| | * |
| v. | * |
| | *   Judge Brian C. Lea |
| **XPEDIENT MANAGEMENT GROUP, LLC and** | *   Magistrate Judge Charmaine |
| **ST. PAUL FIRE AND MARINE INSURANCE** | * |
| **COMPANY, and COLLIERS MANAGEMENT** | * |
| **SERVICES – MEMPHIS, LLC** | * |
| | * |
| Defendants. | * |
| | * |
| | * |
| **XPEDIENT MANAGEMENT GROUP, LLC,** | * |
| | * |
| Cross-Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **ST. PAUL FIRE AND MARINE INSURANCE** | * |
| **COMPANY, and COLLIERS MANAGEMENT** | * |
| **SERVICES – MEMPHIS, LLC** | * |
| | * |
| Cross- Defendants. | * |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

COMES NOW Brittany N. Lezu with the law firm of Carr Allison, P.C. to enter an appearance as counsel for St. Paul Fire and Marine Insurance Company, in substitution of Stephen L. Muhonen, who shall no longer be counsel of record in this matter. Sean W. Martin will remain an attorney of record in this matter.

#9599056.1

Respectfully submitted,

**CARR ALLISON**

BY: _____

**SEAN W/ MARTIN, BPR #020870**
**BRITTANY N. LEZU, BPR #043144**
*Attorneys St. Paul Fire and Marine*
*Insurance Company*
633 Chestnut Street, Suite 2000
Chattanooga, TN 37450
(423) 648-9832 / (423) 648-9869 FAX
swmartin@carrallison.com
blezu@carrallison.com

2

#9599056.1

## CERTIFICATE OF SERVICE

I hereby certify that on __July 2__, 2026, I electronically filed **NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL** with the Clerk of Court using the CM/ECF system which will automatically send an email notification of such filing to the following attorneys of record:

Amber S. Finch, Esq.
Katherine Goetz, Esq.
Margaret C. McDonald, Esq.
Reed Smith, LLP
515 South Flower, Suite 4300
Los Angeles, CA 90071

William P. Thomas, Esq.
Andrew B. Schrack, Esq.
Butler Snow, LLP
6075 Poplar Avenue, Suite 500
Memphis, TN 38119

Peter C. Sales, Esq.
Elizabeth Thea Petras, Esq.
Brandley Arant Boult Cummings
1221 Broadway Suite 2400
Nashville, TN 37203

Douglas F. Halijan, Esq.
Burch, Porter & Johnson PLLC
130 North Court Avenue
Memphis, TN 38103

S. Joe Welborn, Esq.
Smith Cashion & Orr, PLC
3100 West End Avenue, Suite 800
Nashville, TN 37203

John W. Butler, Esq.
Grant E. Mitchell, Esq.
Butler, Vines and Babb, PLLC
2701 Kingston Pike
Kingston, TN 37919

This __2__ day of __July__, 2026.

BY: _____
       **SEAN W. MARTIN, BPR #020870**
       **BRITTANY N. LEZU, BPR #043144**

#9599056.1