# Exhibit A

DocuSign Envelope ID: D824C860-10EC-4895-A4C2-430E33D18C6E

## MEMORANDUM CONFIRMING TERM

THIS MEMORANDUM, made as of this ___18___ day of October, 2023 by and between **ST. PAUL FIRE AND MARINE INSURANCE COMPANY**, a Connecticut corporation ("Lessor") and **XPEDIENT MANAGEMENT GROUP, LLC**, a Tennessee limited liability company ("Lessee"),

W I T N E S S E T H:

WHEREAS, Lessor and Lessee entered into the Standard Commercial Lease, dated May 19, 2023 for the Leased Premises located within Corporate Park, physically located at 4601 Cromwell Rd., Building 20, Memphis, Shelby County, TN 38118, consisting of 45,720 SF (the "Leased Premises"). Words defined in the Standard Commercial Lease have the same meanings in this Memorandum.

NOW, THEREFORE, in consideration of the covenants in the Standard Commercial Lease, Lessor and Lessee agree as follows:

1.      Lessor and Lessee hereby confirm that:

   (a)   The Commencement Date under the Standard Commercial Lease is hereby agreed to be defined as **June 1, 2023**;

   (b)   The Expiration Date under the Standard Commercial Lease is hereby agreed to be defined as **May 31, 2026**;

   (c)   The Rent Commencement Date of the Standard Commercial Lease is hereby agreed to be defined as **June 1, 2023**. Lessee will follow the rent schedule for the Primary Term, payable in advance, without demand, deduction or right of set off, on the first day of each calendar month, as outlined below:



2.      Renewal Option; Section 16.04 of the Standard Commercial Lease:  For clarification, Lessee will notify Lessor in writing of its intention to renew no later than nine (9) months prior to the Expiration Date of the Lease, which notice date shall be defined as **August 31, 2025**.

Lessee hereby confirms that:

   (a)   All commitments, representations and assurances made to induce Lessee to enter into the Standard Commercial Lease have been fully satisfied;

   (b)   All Improvement Work to the Building and within the Leased Premises to be constructed or installed by Lessor has been completed and furnished in accordance with Paragraph 16.03 of the Standard Commercial Lease to the satisfaction of the Lessee; and

   (c)   Lessee has accepted and is in full and complete possession of the Leased Premises.

This Memorandum shall be binding upon and inure to the benefit of Lessor and Lessee and their permitted successors and assigns under the Lease.  The Standard Commercial Lease is in full force and effect.

Should Lessee fail to return this fully Memorandum Confirming Term document to Lessor within ten (10) days of its delivery to Lessee, all terms contained in this Memorandum Confirming Term shall be deemed to have been accepted by Lessee for all purposes under this Agreement.

*(Signature Page to Follow)*

DocuSign Envelope ID: D824C860-10EC-4805-A4C2-430E33D18C6E

*Signature page: Memorandum Confirming Term —Xpedient Management Group, LLC*

IN WITNESS WHEREOF, Lessor and Lessee have executed this Memorandum as of the date first hereinabove written.

AGREED TO:

**LESSOR**

**ST. PAUL FIRE AND MARINE INSURANCE COMPANY,** a Connecticut corporation

By: _Connie Miller_ _____     Date: _11/22/2023_____

Name: Connie Miller
Title:   Authorized Representative

**LESSEE**

**XPEDIENT MANAGEMENT GROUP, LLC**, a Tennessee limited liability company

By: _____     Date: _10/20/2023_____
          jwhite@xpedient.com
Name: _____

Its: ___CEO_____