**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **AGILENT TECHNOLOGIES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:25-cv-02101-BCL-cgc** |
| | ) | |
| **XPEDIENT MANAGEMENT GROUP, LLC** | ) | **Judge Brian C. Lea** |
| **and ST. PAUL FIRE AND MARINE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendants** | ) | |

## ORDER

Defendant Xpedient Management Group, LLC filed a cross-claim against Defendant St. Paul Fire and Marine Insurance Company on February 24, 2025. Doc. 26. In March 2025, St. Paul moved to dismiss the cross-claim. Doc. 36. One year later, after some procedural jockeying, Xpedient filed a new crossclaim against St. Paul and Colliers Management Services-Memphis, LLC. Doc. 157. The Motion to address the original cross-claim remains pending.

The judge originally assigned to this case when it was filed in January 2025, the Hon. Mark Norris, transferred it to the undersigned in March 2026. Docs. 3, 113. After reviewing the docket, the undersigned ordered the parties to state their positions concerning "whether the pending Motion" to dismiss the cross-claim "has continuing significance or has instead been mooted by subsequent events." Doc. 316. Only Xpedient and Agilent met the deadline, and both took the position that the Motion should be denied as moot. Docs. 217, 218.

St. Paul's Motion to Dismiss (Doc. 36) is **DENIED AS MOOT**, for two independently sufficient reasons. First, St. Paul's failure to state its position when ordered is a waiver, or at minimum a forfeiture, of any objection to dismissal of the Motion--a fact only underscored by St. Paul's decision to answer the new cross-claim instead of reasserting a motion to dismiss (Doc. 191). Second, "[t]he general rule is that filing an amended complaint moots pending motions." *Crawford v. Tilley*, 15 F.4th 752, 759 (6th Cir. 2021).  The Court sees no reason, and has been provided no reason, to depart from that general rule in the context of St. Paul's motion to dismiss a now-superseded cross-claim.

**SO ORDERED**, this 2nd day of April, 2026.

*s/Brian C. Lea*
BRIAN C. LEA
UNITED STATES DISTRICT JUDGE

2