**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| AGILENT TECHNOLOGIES, INC., <br>     Plaintiff, | ) <br> ) <br> ) | |
| v. | ) <br> ) | |
| XPEDIENT MANAGEMENT GROUP, LLC and <br> ST. PAUL FIRE AND MARINE INSURANCE <br> COMPANY, and COLLIERS MANAGEMENT <br> SERVICES – MEMPHIS, LLC <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 2:25-cv-02101-BCL-cgc <br><br> Judge Brian C. Lea <br> Magistrate Judge Charmaine Claxton |
| XPEDIENT MANAGEMENT GROUP, LLC, <br>     Cross-Plaintiff, | ) <br> ) <br> ) <br> ) | |
| v. | ) <br> ) | |
| ST. PAUL FIRE AND MARINE INSURANCE <br> COMPANY, and COLLIERS MANAGEMENT <br> SERVICES – MEMPHIS, LLC <br>     Cross-Defendants, | ) <br> ) <br> ) <br> ) <br> ) | |
| FACTORY MUTUAL INSURANCE CO., as <br> subrogee of Agilent Technologies, Inc., <br>     Plaintiff, | ) <br> ) <br> ) <br> ) | |
| v. | ) <br> ) | Case No. 2:25-cv-02424-BCL-tmp |
| XPEDIENT MANAGEMENT GROUP, LLC, ST. <br> PAUL FIRE AND MARINE <br> INSURANCE COMPANY, and COLLIERS <br> MANAGEMENT SERVICES – MEMPHIS, LLC <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) | JURY DEMANDED |

**UNOPPOSED MOTION TO RESCHEDULE TRIAL DATE**

COMES NOW Plaintiff Factory Mutual Insurance Company ("Factory Mutual"), by and

through undersigned counsel, and hereby files this Unopposed Motion to Reschedule Trial Date.

1

On August 27, 2025, this Court entered its Scheduling Order setting this case for a 7-10 day jury trial commencing on October 19, 2026. (Doc. 59.) Since that time, this Court has rescheduled the trial date on two occasions. First, when the parties jointly moved (Doc. 182) to set aside the deadlines and trial date in the Scheduling Order after Plaintiffs filed their amended complaints adding Colliers Management Services – Memphis, LLC ("Colliers") as a defendant, and the Court entered its First Amended Scheduling Order setting this case for trial on May 3, 2027. (Doc. 185).  Second, when Colliers moved (Doc. 206) to extend the deadlines and trial date to give its recently retained counsel time to get up to speed on this dispute, and the Court entered its Second Amended Scheduling Order on June 17, 2026 setting this case for a 9 to 12 day jury trial, beginning on July 19, 2027 (Doc. 214).

Unfortunately, Factory Mutual's lead trial counsel, Samuel Joseph Welborn and Brenden H. Holbrook, have an irreconcilable conflict with the July 19, 2027 trial date as they already have a jury trial scheduled for July 20-23 and 26, 2027 in Marshall County Circuit Court, Kentucky, in the matter of *AES Asset Acquisition Corporation d/b/a Clean Earth of Calvert City, et al. v. Mike Morgan Industrial, LLC, et al.*, 25-CI-00091. A true and accurate copy of the Scheduling Order entered on March 30, 2026 by Judge Andrea Moore in the Kentucky state court proceeding is attached hereto as **Exhibit 1**.

Because of all of the moving pieces that need to be in place for a trial, the decision to grant a motion to reschedule or continue a trial is within the broad discretion of the Court. *I.L. through Taylor v. Knox Co. Bd. of Education,* 257 F.Supp.3d 946, 995 (E.D. Tenn. 2017) (*citing Morris v. Slappy,* 461 U.S. 1, 11-12 (1983). While the trial date in this case has been rescheduled in the past, this was needed to provide sufficient time for discovery relative to the addition of a new party

2

(Colliers). Other than joining in the joint motion (Doc. 182) due to such practical concerns, Factory Mutual has not filed any prior request to reschedule or continue the trial date.

Factory Mutual files this Motion within twenty-one (21) days of the Court's June 17, 2026 Order, which scheduled the trial in this matter for July 19, 2027. This Motion is not being made for the purposes of delay, and no prejudice will result to any party if the trial dates are rescheduled from July 19, 2027, to a date in June 2027.

The undersigned counsel has conferred with all counsel of record, and all counsel of record have indicated that they do not oppose this Motion and that they and their clients are available for trial during the month of June 2027. Undersigned counsel has also conferred with all counsel of record about rescheduling the trial of this case to take place during the month of August 2027. Counsel for Defendants Xpedient Management Group, LLC, St. Paul Fire and Marine Insurance Company and Colliers  Management Services – Memphis, LLC have all indicated they and their clients are available for trial during the month of August, 2027, and do not oppose rescheduling the trial of this case to take place during the month of August 2027. Counsel for Agilent Technologies, Inc. has indicated that their client requests that any continuance of the trial be for as short an amount of time as possible given the age of the case, but defers to the Court's schedule and preferences on the timing of trial.

WHEREFORE, Factory Mutual respectfully requests that this Court enter the attached Order granting Factory Mutual's Motion to Reschedule Trial Date and reschedule this matter for trial on a date in June 2027.

Respectfully submitted

*S/ Samuel Joseph Welborn*
Samuel Joseph Welborn, BPR # 21747
Brenden T. Holbrook, BPR # 39485
Sam Jones, BPR# 38436
SMITH CASHION & ORR

3

3100 W. End Ave., Ste. 800
Nashville, TN 37203
jwelborn@smithcashion.com
bholbrook@smithcashion.com
sjones@smithcashion.com

*Counsel for Consolidated Plaintiff Factory
Mutual Insurance Company*

## CERTIFICATE OF SERVICE

I, Samuel Joseph Welborn, do hereby certify that I have this day filed the above and foregoing document with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

SO CERTIFIED, this the 7th day of July 2026

/s/ Samuel Joseph Welborn
Samuel Joseph Welborn

4