# EXHIBIT 1

Entered    25-CI-00091    03/30/2026    Tiffany Fralicx Griffith, Marshall Circuit Clerk

**COMMONWEALTH OF KENTUCKY**
**MARSHALL COUNTY CIRCUIT COURT**
**DIVISION 1**
**CIVIL ACTION NO. 25-CI-00091**

**FACTORY MUTUAL INSURANCE**                          **PLAINTIFFS**
**COMPANY and AES ASSET**
**ACQUISITION CORPORATION d/b/a**
**CLEAN EARTH OF CALVERT CITY**

**v.**

**MIKE MORGAN INDUSTRIAL, LLC**                      **DEFENDANTS**
**and EQUIPMENTSHARE.COM, INC**

### <u>AGREED SCHEDULING ORDER</u>

As evidenced by the signatures of counsel for the Parties hereto, the Parties agree to the

following Scheduling Order and hereby set the following schedule deadlines and trial dates for

this case:

1. Parties to complete all fact discovery by October 30, 2026.

2. Parties with affirmative claims to disclose expert witnesses by December 18, 2026.

3. Rebuttal expert witnesses disclosures by February 5, 2027.

4. Expert discovery, including depositions, to be completed by April 2, 2027.

5. Motions to Exclude Experts/Dispositive Motions shall be filed by April 23, 2027.

6. A Pre-Trial Conference will be held on April 27, 2027 at 2:00 PM local time.

7. A separate date will be set by the Court after the Pre-Trial Conference to permit hearing

   on any outstanding Motions for Summary Judgment or other outstanding Motions prior

   to trial.

1

Entered    25-CI-00091    03/30/2026    Tiffany Fralicx Griffith, Marshall Circuit Clerk

8.  This case is set for a Jury Trial on July 20-23, 2027 and July 26, 2027. Trial shall commence each day at 9:00 AM local time unless otherwise ordered by the Court.

It is so **ORDERED** this the _____



/s/ JUDGE ANDREA MOORE
electronically signed
3/30/2026 1:55:08 PM CT

HONORABLE ANDREA L. MOORE

APPROVED FOR ENTRY:

*/s/ S. Joe Welborn* _____
Vic L. McConnell (KY Bar No. 91684)
S. Joe Welborn (TN Bar No. 21747) (*pro hac vice*)
Smith Cashion & Orr, PLC
3100 West End Avenue
Suite 800 – One American Center
Nashville, Tennessee 37203
(615) 742-8565 – Tel
vmcconnell@smithcashion.com
jwelborn@smithcashion.com
*Attorneys for Plaintiffs Factory Mutual Insurance Company and*
*AES Asset Acquisition  Corporation d/b/a Clean Earth of Calvert City*


*/s/ Steven B. Lowery* _____
Steven B. Lowery
Reminger Co., LPA
730 West Main Street
Suite 300
Louisville, KY 40202
(502) 625-7306 – Office Tel.
(703) 517-9480 – Cell
(502) 589-5436 – Fax
SLowery@reminger.com
*Attorney for Defendant Mike Morgan*
*Industrial, LLC*

*/s/ Brad A. Fraser* _____
Brad A. Fraser
Leitner, Williams, Dooley
& Napolitan, PLLC
900 S. Gay Street
Suite 1800 – Riverview Tower
Knoxville, TN 37072

2

(865) 342-4904
Brad.fraser@leitnerfirm.com
*Attorney for Defendant Equipmentshare.com, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that service of the above and foregoing was made by United States Mail, postage prepaid, and/or via electronic mail to the following parties on this 27th of March, 2026.

Steven B. Lowery
Reminger Co., LPA
730 West Main Street
Suite 300
Louisville, KY 40202
(502) 625-7306 – Office Tel.
(703) 517-9480 – Cell
(502) 589-5436 – Fax
SLowery@reminger.com
*Attorney for Defendant Mike Morgan Industrial, LLC*

Brad A. Fraser
Leitner, Williams, Dooley
& Napolitan, PLLC
900 S. Gay Street
Suite 1800 – Riverview Tower
Knoxville, TN 37072
(865) 342-4904
Brad.fraser@leitnerfirm.com
*Attorney for Defendant Equipmentshare.com, Inc.*

/s/ S. Joe Welborn

3

2291B072-3EB1-4521-85BC-699FFF9B0BD1 : 000003 of 000003

OAGR : 000003 of 000003