# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESETERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

AGILENT TECHNOLOGIES, INC.,　　　　　}
　　　　　　　　　　　　　　　　　　　}
　　　*Plaintiff*,　　　　　　　　　　　}
　　　　　　　　　　　　　　　　　　　}
v.　　　　　　　　　　　　　　　　　　}
　　　　　　　　　　　　　　　　　　　}
XPEDIENT MANAGEMENT GROUP, LLC,　　　}
ST. PAUL FIRE AND MARINE INSURANCE　}
COMPANY, and COLLIERS　　　　　　　　}
MANAGEMENT SERVICES - MEMPHIS,　　　}
LLC,　　　　　　　　　　　　　　　　　}
　　　　　　　　　　　　　　　　　　　}
　　　*Defendants*,　　　　　　　　　　}
　　　　　　　　　　　　　　　　　　　}
　　　　　　　　　　　　　　　　　　　}
XPEDIENT MANAGEMENT GROUP, LLC,　　　}
　　　　　　　　　　　　　　　　　　　}
　　　*Cross-Plaintiff*,　　　　　　　　}
　　　　　　　　　　　　　　　　　　　}
v.　　　　　　　　　　　　　　　　　　}　　　**No. 2:25-cv-02101**
　　　　　　　　　　　　　　　　　　　}
ST. PAUL FIRE AND MARINE INSURANCE　}　　**Consolidated with**
COMPANY,　　　　　　　　　　　　　　}　　**No. 2:25-cv-02424**
　　　　　　　　　　　　　　　　　　　}
　　　*Cross-Defendant*,　　　　　　　　}
　　　　　　　　　　　　　　　　　　　}
　　　　　　　　　　　　　　　　　　　}
FACTORY MUTUAL INSURANCE　　　　　　}
COMPANY, as Subrogee of AGILENT　　　}
TECHNOLOGIES, INC.,　　　　　　　　　}
　　　　　　　　　　　　　　　　　　　}
　　　*Plaintiff*,　　　　　　　　　　　}
　　　　　　　　　　　　　　　　　　　}
v.　　　　　　　　　　　　　　　　　　}
　　　　　　　　　　　　　　　　　　　}
XPEDIENT MANAGEMENT GROUP, LLC　　　}
and ST. PAUL FIRE AND MARINE　　　　}
INSURANCE COMPANY,　　　　　　　　　}
　　　　　　　　　　　　　　　　　　　}
　　　*Defendants*.　　　　　　　　　　}

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Plaintiff Agilent Technologies, Inc. and shows this Court and all counsel that Wade H. Scofield II of the law firm Burch, Porter & Johnson, PLLC represents it in this cause of action, and requests that the Clerk of this Court include Mr. Scofield as a person to be noticed. Plaintiff notes that Douglas F. Halijan, also of the law firm Burch, Porter & Johnson, PLLC, as well as Amber S. Finch and Margaret C. McDonald of the law firm Reed Smith, LLP continue as counsel for Plaintiff.

Respectfully submitted,

/s/ Wade H. Scofield II
Douglas F. Halijan (No. 016718)
Wade H. Scofield II (No. 038971)
BURCH, PORTER & JOHNSON, PLLC
130 N. Court Avenue
Memphis, Tennessee 38103
T: (901) 524-5000
F: (901) 524-5024
dhalijan@bpjlaw.com
wscofield@bpjlaw.com

Amber S. Finch (CA No. 222321)*
Margaret C. McDonald (CA No. 307008)*
REED SMITH, LLP
515 S. Flower Street, Suite 4300
Los Angeles, California 90071
T: (213) 457-8000
F: (213) 457-8080
afinch@reedsmith.com
mmcdonald@reedsmith.com

*Counsel for Plaintiff*

*Admitted pro hac vice*

2

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned counsel, hereby certify that a true and correct version of this instrument was served as required by the Federal Rules of Civil Procedure on July 14. 2026.

/s/ Wade H. Scofield II
Wade H. Scofield II