## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| AGILENT TECHNOLOGIES, INC., et al. | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **Case No. 2:25-cv-02101-BCL-cgc** |
| | ) |
| XPEDIENT MANAGEMENT GROUP, LLC, | ) **Judge Brian C. Lea** |
| et al. | ) **Magistrate Judge Charmaine** |
| | ) **Claxton** |
| **Defendants.** | ) |
| | ) **JURY DEMANDED** |

---

## FIFTH AMENDED NOTICE OF 30(b)(6) DEPOSITION OF
## MEMPHIS LIGHT, GAS & WATER DIVISION

---

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the *Federal Rules of Civil Procedure*, the undersigned counsel for Defendant Xpedient Management Group, LLC ("Xpedient") will conduct the deposition upon oral examination of the 30(b)(6) representative of Memphis Light, Gas & Water Division ("MLGW") before a court reporter or such other person authorized to administer oaths and take acknowledgements of the deponent as follows:

DATE:           July 31, 2026 at 9:00 A.M. CST

DEPONENT:    Memphis Light, Gas & Water Division.

LOCATION:    Burch, Porter & Johnson, PLLC
130 North Court Avenue
Memphis, TN  38103

MLGW is required to designate one or more employees, officers, directors, managing agents, or other persons who consent to testify on its behalf as to matters known or reasonably available to MLGW.

The deposition shall continue for the time permitted under the *Federal Rules of Civil Procedure*, including any adjournment thereof with testimony recorded by stenographic means. The deposition is being taken for pre-trial discovery, for use at trial, and for all other purposes as may be permitted by law.

Examination is requested on matters listed in **"Exhibit A"** attached hereto.

You are invited to attend and participate.  All or a portion of the deposition may be recorded by video.

Respectfully submitted this the 27th day of July, 2026.

*/s/ William P. Thomas*
William P. Thomas (MS 102209)
Andrew B. Schrack (TN 037624)
**BUTLER SNOW LLP**
6075 Poplar Ave., Ste. 500
Memphis, TN 38119
T: 901-680-7200
F: 901-680-7201
will.thomas@butlersnow.com
andrew.schrack@butlersnow.com

*Attorneys for Defendant Xpedient Management Group, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2026 a copy of the foregoing document has been filed

electronically.  Notice of this filing will be served by operation of the Court's electronic filing

system to all parties indicated on the electronic filing receipt.  All other parties will be served via

electronic mail and/or first-class United States Mail, postage prepaid.  Parties may access this filing

through the Court's electronic filing system.


*/s/ William P. Thomas*
WILLIAM P. THOMAS

## EXHIBIT "A"

## DEFINITIONS

**A.** "MLGW" means Memphis Light, Gas and Water Division and/or its affiliates, subsidiaries, divisions, departments, and their directors, managers, officers, employees, agents, representatives, investigators, consultants, and attorneys.

**B.** "Xpedient" means Defendant Xpedient Management Group, LLC.

**C.** "St. Paul" means St. Paul Fire and Marine Insurance Company.

**D.** "Colliers" means Colliers International Group, Inc. and/or its affiliates, subsidiaries, divisions, departments, predecessors, successors, and their directors, managers, officers, employees, agents, and/or representatives.

**E.** "Cromwell Warehouse" means the warehouse located at 4601 Cromwell Avenue, Memphis, Tennessee 38118.

**F.** "Communication" or "Communications" shall mean any transmission of information of any kind, orally, electronically, in writing, or in any other manner, at any time or place and under any circumstances whatsoever.

**G.** "Person" or "Persons" shall mean, without limitation, any natural person, company, firm, syndicate, sole proprietorship, partnership, corporation, limited liability company, limited liability partnership, joint venture, association, trust, financial institution, governmental body or agency, and all past and present officers, directors, employees, partners, members, agents, and representatives, along with all other Persons acting or purporting to act on such Person's behalf.

**H.** "Relevant Period" means May 1, 2023 through February 29, 2024.

**I.** "Account 730" means MLGW Account No. 00131-5328-1359-730.

**J.** "Account 729" means MLGW Account No. 00131-5328-1359-729.

**K.** "Account 732"  means MLGW Account No. 00131-5328-1359-732.

**L.** Account 734" means MLGW Account No. 00131-5328-1359-734.

## TOPICS FOR EXAMINATION

1. The process in effect during 2023 and 2024 for initiating or activating natural gas service for a commercial customer, including: applications, inspections, approvals, permits, and/or procedures.

2. The identification, creation, maintenance, and meaning of all documents, notes, recordings, and data produced in response to the subpoena in this matter.

3. The circumstances surrounding the MLGW notes listed below, including the identity of the MLGW employee who entered each note, the meaning of any abbreviations or codes used, the action taken (if any) in response to the note, and whether any follow-up was required:

| Note # | Date | Bates Range |
|---|---|---|
| 62391711 | 5/23/23 | MLGW 00620 |
| 62602682 | 6/9/23 | MLGW 00623-00624 |
| 64334281 | 10/9/23 | MLGW 00625 |
| 64694110 | 11/1/23 | MLGW 00626-0627 |
| 64760470 | 11/7/23 | MLGW 00628 |
| 64779738 | 11/7/23 | MLGW 00629 |

4. The circumstances surrounding the following service orders including who requested each service order, what work was performed, whether the service order was completed, canceled, or closed without completion, and the reason for such status:

| Service Order # | Date | Bates Range |
|---|---|---|
| 45616574 | 5/25/23 | MLGW 00660-00662 |
| 45616576 | 5/25/23 | MLGW 00663-00665 |
| 45620097 | 5/26/23 | MLGW 00666-00668 |
| 45616564 | 5/25/23 | MLGW 00721-00723 |
| 46328313 | 10/10/23 | MLGW 00724-00725 |
| 46328314 | 10/10/23 | MLGW 00726-00728 |
| 46328301 | 10/10/23 | MLGW 00672-00674 |
| 46328299 | 10/10/23 | MLGW 00669-00671 |
| 46337802 | 10/10/23 | MLGW 00675-00677 |

| 46337797 | 10/11/23 | MLGW 00444-00445 |
| 46384224 | 10/26/23 | MLGW 00447-00448 |
| 46384224 | 10/26/23 | MLGW 00472 |
| 46384221 | 10/26/23 | MLGW 00678-00681 |
| 46438130 | 11/13/23 | MLGW 00450-00451 |
| 46975717 | 5/1/24 | MLGW 00700-00701 |
| 46609773 | 1/18/24 | MLGW 00482-00486 |
| 46751639 | 2/26/24 | MLGW 00455-00456 |
| 46975705 | 5/1/24 | MLGW 00463-00464 |
| 47180574 | 6/25/24 | MLGW 00519 |

5. The process for changing, correcting, or updating a service address, suite designation, or account designation associated with an existing gas meter, including: approvals of property owner, inspections, applications, permits, and/or procedures.

6. The procedures required when a warehouse is subdivided into new suites and separate metering is requested, including any inspections or approvals required from the property owner.

7. All activity on Account No. 730 from May 1, 2023 until December 31, 2024, including but not limited to status codes, meter status, service orders generated, connect orders, disconnect orders, and/or account status changes.

8. All activity on Account No. 729 from May 1, 2023 until December 31, 2024, including but not limited to status codes, meter status, service orders generated, connect orders, disconnect orders, and/or account status changes.

9. All activity on Account No. 732 from May 1, 2023 until December 31, 2024, including but not limited to status codes, meter status, service orders generated, connect orders, disconnect orders, and/or account status changes.

10. All activity on Account No. 734 from May 1, 2023 until December 31, 2024, including but not limited to status codes, meter status, service orders generated, connect orders, disconnect orders, and/or account status changes.

11. The history of service addresses, suite numbers, and account designations in MLGW's system for 4601 Cromwell Avenue, including when any changes were made, who requested the change, and what documentation supported the change.

12. MLGW billing for Account No. 730 including gas charges associated with Meter #1001533 that first appeared on Xpedient's bill dated December 11, 2023, including when MLGW determined that Meter #1001533 served Suite 10 versus Suite 1, and the basis for that determination.

13. MLGW billing for Account No. 729 including gas charges associated with Meter #1001533 that appeared on Xpedient's bills from July 19, 2023 until October 23, 2023, including when MLGW determined that Meter #1001533 served Suite 10 versus Suite 1, and the basis for that determination.

14. All work orders, permits, service orders, connect orders, pressure tests, inspections and/or any other activity related to MLGW Meter #1001533, including any failed inspections, incomplete service orders, or conditions that prevented unlocking or activation.

15. Any communications, including recorded calls, emails, service requests, or field notes, between MLGW and Colliers or St. Paul relating to gas service, meter status, suite designation, or activation at 4601 Cromwell during the Relevant Period.

16. As of any date between May 19, 2023 and January 17, 2024, identify any conditions, requirements, or actions that had to be completed before Meter #1001533 could be unlocked to provide gas service, and identify which person or entity MLGW's records reflect was responsible for completing those conditions.

17. Whether at any time between May 19, 2023 and January 17, 2024 Meter #1001533 was eligible for unlocking or activation under MLGW policy, and if so: the date of eligibility, the reason it was eligible, the person or entity MLGW notified, and the method of notification.

18. Any request, instruction, or communication to disconnect, lock, or deactivate gas service at 4601 Cromwell from January 1, 2022 through January 17, 2024, including the identity of the requesting party.

101836323.v1