**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS**

| | | |
|---|---|---|
| AGILENT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cv-02101-BCL-cgc |
| | ) | |
| XPEDIENT MANAGEMENT GROUP, LLC, ST. | ) | Judge Brian C. Lea |
| PAUL FIRE AND MARINE INSURANCE | ) | Magistrate Judge Charmiane Claxton |
| COMPANY, and COLLIERS MANAGEMENT | ) | |
| SERVICES – MEMPHIS, LLC | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |
| | | |
| XPEDIENT MANAGEMENT GROUP, LLC., | ) | |
| | ) | |
| Cross-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ST. PAUL FIRE AND MARINE INSURANCE | ) | |
| COMPANY, and COLLIERS MANAGEMENT | ) | |
| SERVICES – MEMPHIS, LLC, | ) | |
| | ) | |
| Cross-Defendants. | ) | |
| _____ | ) | |
| | ) | |
| FACTORY MUTUAL INSURANCE CO., as | ) | Case No. 2:25-cv-02424-BCL-tmp |
| subrogee of Agilent Technologies, Inc., | ) | |
| | ) | JURY DEMANDED |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| XPEDIENT MANAGEMENT GROUP, LLC, ST. | ) | |
| PAUL FIRE AND MARINE INSURANCE | ) | |
| COMPANY, and COLLIERS MANAGEMENT | ) | |
| SERVICES – MEMPHIS, LLC, | ) | |
| | ) | |
| Defendants. | | |

## STIPULATION REGARDING MEDIATOR

COME NOW the parties, Plaintiff Agilent Technologies, Inc., Plaintiff Factory Mutual Insurance Company, Defendant and Cross-Plaintiff Xpedient Management Group, LLC, Defendant and Cross-Defendant St. Paul Fire and Marine Insurance Company, and Defendant and Cross-Defendant Colliers Management Services – Memphis, LLC, by and through undersigned counsel, and file this Stipulation regarding their joint agreement to use Darryl D. Gresham, Esq. as the mediator herein pursuant to Rule 5.4(c) of the ADR Plan of the U.S. District Court for the Western District of Tennessee.  The mediation will be held on or before October 20, 2026 as required by the Second Amended Scheduling Order entered by the Court on June 17, 2026.

Respectfully submitted this 3rd day of August, 2026.

*s/ Douglas F. Halijan*
Douglas F. Halijan (BPR # 16718)
BURCH PORTER & JOHNSON, PLLC
130 North Court Avenue
Memphis, TN 38103
Telephone: 901-524-5000
Facsimile: 901-524-5024
dhalijan@bpjlaw.com

Amber Finch (#222321) (*pro hac vice*)
Margaret C. McDonald (#307008) *pro hac vice*)
Katherine P. Geotz (#346205) (*pro hac vice*)
REED SMITH LLP
515 South Flower, Suite 4300
Los Angeles, CA 90071
Telephone: 213-457-8000
Facsimile: 213-457-8080
afinch@reedsmith.com
mcmcdonald@reedsmith.com
kgoetz@reedsmith.com

*Counsel for Plaintiff Agilent Technologies, Inc.*

2

*/s/S. Joe Welborn*

S. Joe Welborn
Smith Cashion & Orr, PLC
3100 West End Ave., Suite 800
Nashville, TN  37203
T: 615.742.8586
F: 615.742.8556
jwelborn@smithcashion.com

*Counsel for Plaintiff Factory Mutual Insurance Company*

*/s/ William P. Thomas*

William P. Thomas
Andrew B. Schrack
Butler Snow LLP
6075 Poplar Avenue, Suite 500
Memphis, TN  38119
T: 901.680.7200
will.thomas@butlersnow.com
andrew.schrack@butlersnow.com

Peter C. Sales
Elizabeth Thea Petras
Bradley Arant Boult Cummings LLP
1221 Broadway, Suite 2400
Nashville, TN 37203
psales@bradley.com
bpetras@bradley.com

*Counsel for Defendant and Cross-Plaintiff Xpedient Management Group, LLC*

*/s/ Sean W. Martin*

Sean W. Martin
Brittany Nichole Lezu
Carr Allison
633 Chestnut Street, Suite 2000
Chattanooga, TN  37450
T: 423.648.9832
swmartin@carrallison.com
blezu@carrallison.com

*Counsel for Defendant and Cross-Defendant St. Paul Fire and Marine Insurance Company*

3

*/s/ John W. Butler*
John W. Butler
Butler, Vines and Babb, PLLC
2701 Kingston Pike
Knoxville, TN 37919
T: 865-244-3925
jbutler@bvblaw.com

*Counsel for Defendant and Cross-Defendant*
*Colliers Management Services – Memphis, LLC*