**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| AGILENT TECHNOLOGIES, INC., <br>     Plaintiff, | ) <br> ) <br> ) | |
| v. | ) <br> ) | |
| XPEDIENT MANAGEMENT GROUP, LLC and <br> ST. PAUL FIRE AND MARINE INSURANCE <br> COMPANY, and COLLIERS MANAGEMENT <br> SERVICES – MEMPHIS, LLC <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 2:25-cv-02101-BCL-cgc <br><br> Judge Brian C. Lea <br> Magistrate Judge Charmaine Claxton |
| _____ | ) <br> ) | |
| XPEDIENT MANAGEMENT GROUP, LLC, <br>     Cross-Plaintiff, | ) <br> ) <br> ) | |
| v. | ) <br> ) | |
| ST. PAUL FIRE AND MARINE INSURANCE <br> COMPANY, and COLLIERS MANAGEMENT <br> SERVICES – MEMPHIS, LLC <br>     Cross-Defendants, | ) <br> ) <br> ) <br> ) | |
| _____ | ) <br> ) | |
| FACTORY MUTUAL INSURANCE CO., as <br> subrogee of Agilent Technologies, Inc., <br>     Plaintiff, | ) <br> ) <br> ) <br> ) | |
| v. | ) <br> ) | Case No. 2:25-cv-02424-BCL-tmp |
| XPEDIENT MANAGEMENT GROUP, LLC, ST. <br> PAUL FIRE AND MARINE INSURANCE <br> COMPANY, and COLLIERS MANAGEMENT <br> SERVICES – MEMPHIS, LLC <br>     Defendants. | ) <br> ) <br> ) | JURY DEMANDED |

**JOINT STIPULATION OF FACTS**

Plaintiff Agilent Technologies, Inc. ("Agilent"), Plaintiff Factory Mutual Insurance Company, as subrogee of Agilent Technologies, Inc. ("Factory Mutual"), Defendant and Cross-Plaintiff Xpedient Management Group, LLC ("Xpedient"), Defendant and Cross-Defendant St. Paul Fire and Marine Insurance Company ("St. Paul"), and Defendant and Cross-Defendant Colliers Management Services – Memphis, LLC ("Colliers") (collectively, the "Parties"), by and through their respective undersigned counsel, hereby submit this Joint Stipulation of Facts (the "Stipulation") and state as follows:

WHEREAS, this consolidated action arises out of a water intrusion event at the warehouse facility located at 4601 Cromwell Avenue, Memphis, Tennessee 38118 (the "Cromwell Warehouse"), on or about January 17, 2024(the "Water Intrusion Event");

WHEREAS, St. Paul owns the Cromwell Warehouse, and in or around June 2004, St. Paul and Colliers entered into a Management and Leasing Agreement pursuant to which Colliers acted as St. Paul's property manager with respect to the Cromwell Warehouse (the "Management and Leasing Agreement");

WHEREAS, in or around May 2023, St. Paul and Xpedient entered into a commercial lease agreement for an approximately 45,000-square-foot sub-portion of the Cromwell Warehouse (the "Lease Agreement");

WHEREAS, the Parties wish to narrow the issues in dispute, conserve the resources of the Parties and the Court, avoid unnecessary discovery, and dispense with proof of undisputed facts at trial;

NOW, THEREFORE, the Parties, by and through their respective undersigned counsel, hereby stipulate and agree, for all purposes in this consolidated action, including at trial and in any pretrial or post-trial proceeding, as follows:

1.      Colliers entered into the Management and Leasing Agreement with St. Paul on or about June 1, 2004.

2.      A true and correct copy of the Management and Leasing Agreement was produced by St. Paul in this action bearing Bates numbers St. Paul000264 through St.Paul000296.

3.      From June 1, 2004 through the date of this stipulation, Colliers acted as St. Paul's property manager for the Cromwell Warehouse.

4.      From May 1, 2023 through the date of this stipulation, Colliers acted as St. Paul's agent with respect to the management of the Cromwell Warehouse.

5.      Colliers sought and obtained St. Paul's approval for the gas-split work at the Cromwell Warehouse on July 14, 2023.

6.      From January 1, 2023, no freeze-related water intrusion, pipe-burst, or sprinkler-activation incident occurred at the Cromwell Warehouse prior to the January 17, 2024 Water Intrusion Event.

7.      In 2024, the only freeze-related event that occurred at a Colliers-managed property, beyond the Water Intrusion Event at the Cromwell Warehouse, occurred at a property located on Crestview Road in Memphis on or about January 18, 2024 in connection with the same winter storm.

8.      Between January 1, 2023 and December 31, 2024, Colliers did not maintain a formal written policy specifically addressing freeze-protection measures for the Cromwell Warehouse or for managed properties generally.

9.      The facts set forth in Paragraphs 1 through 8 above are deemed established for all purposes in this consolidated action, need not be proven at trial, and no Party shall offer evidence or argument contrary to these stipulated facts.

10.      This Stipulation is limited to the facts expressly set forth herein.


IT IS SO STIPULATED.


DATED: August 4, 2026                    Respectfully submitted,

*s/ Margaret C. McDonald*
Amber Finch (#222321) (admitted *pro hac vice*)
Margaret C. McDonald (#307008) (admitted *pro hac vice*)
Katherine P. Goetz (#346205) (admitted *pro hac vice*)
REED SMITH LLP
515 South Flower, Suite 4300
Los Angeles, CA 90071
Telephone: 213-457-8000
Facsimile: 213-457-8080
afinch@reedsmith.com
mcmcdonald@reedsmith.com
kgoetz@reedsmith.com

Douglas F. Halijan (BPR # 16718)
BURCH PORTER & JOHNSON, PLLC
130 North Court Avenue
Memphis, TN 38103
Telephone: 901-524-5000
Facsimile: 901-524-5024
dhalijan@bpjlaw.com

*Attorneys for Plaintiff Agilent Technologies, Inc.*

*/s/ S. Joe Welborn*
S. Joe Welborn
Smith Cashion & Orr, PLC
3100 West End Ave., Suite 800
Nashville, TN  37203
T: 615.742.8586
F: 615.742.8556
jwelborn@smithcashion.com

*Attorneys for Plaintiff Factory Mutual Insurance Company*

/s/ *William P. Thomas*
William P. Thomas
Andrew B. Schrack
Butler Snow LLP
6075 Poplar Avenue, Suite 500
Memphis, TN  38119
T: 901.680.7200
will.thomas@butlersnow.com
andrew.schrack@butlersnow.com

Peter C. Sales
Elizabeth Thea Petras
Bradley Arant Boult Cummings LLP
1221 Broadway, Suite 2400
Nashville, TN 37203
psales@bradley.com
bpetras@bradley.com

*Attorneys for Defendant and Cross-Plaintiff
Xpedient Management Group, LLC*

/s/ *John W. Butler*
John W. Butler
Butler, Vines and Babb, PLLC
2701 Kingston Pike
Knoxville, TN 37919
T: 865-244-3925
jbutler@bvblaw.com

*Attorney for Defendant and Cross-Defendant
Colliers Management Services – Memphis, LLC*

/s/ *Sean W. Martin*
Sean W. Martin
Brittany Nichole Lezu
Carr Allison
633 Chestnut Street, Suite 2000
Chattanooga, TN  37450
T: 423.648.9832
swmartin@carrallison.com
blezu@carrallison.com

*Attorneys for Defendant and Cross-Defendant St.
Paul Fire and Marine Insurance Company*