**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

**AGILENT TECHNOLOGIES, INC.,**                                    **PLAINTIFF**

**VS**                                    **CASE NO. 2:25-cv-02101-BCL-cgc**

**XPEDIENT MANAGEMENT GROUP, LLC,
ST.PAUL FIRE AND MARINE INSURANCE COMPANY,
COLLIERS MANAGEMENT SERVICES-MEMPHIS, LLC**          **DEFENDANTS**

**EXPEDIENT MANAGEMENT GROUP, LLC,**          **CROSS PLAINTIFF**

**VS**

**ST PAUL FIRE AND MARINE INSURANCE COMPANY**     **CROSS-DEFENDANTS**
**and COLLIERS MANAGEMENT SERVICES-MEMPHIS, LLC**

**FACTORY MUTUAL INSURANCE CO., AS
SUBROGEE OF AGILENT TECHNOLOGIES, Inc.**          **PLAINTIFF**

**V.**

**XPEDIENT MANAGEMENT GROUP, LLC
and ST. PAUL FIRE AND MARINE INSURANCE COMPANY
and COLLIERS MANAGEMENT SERVICES-MEMPHIS, LLC**     **DEFENDANTS**

**NOTICE OF CANCELLATION OF DEPOSITION**

PLEASE TAKE NOTICE that the deposition of Stephen T. Hopper previously noticed by

Counsel for Defendant Xpedient Management Group, LLC for September 29, 2026 is cancelled.

The deposition will be rescheduled for a later date.

RESPECTFULLY SUBMITTED, this 7th day of August, 2026.

/s/ William P. Thomas
William P. Thomas (MS 102209)
Andrew B. Schrack (TN 037624)
**BUTLER SNOW LLP**
6075 Poplar Ave., Ste. 500
Memphis, TN 38119
T: 901-680-7200
F: 901-680-7201
will.thomas@butlersnow.com
andrew.schrack@butlersnow.com

*Attorneys for Defendant Xpedient Management Group, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2026, a copy of the foregoing document has been filed electronically. Notice of this filing will be served by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via electronic mail and/or first-class United States Mail, postage prepaid. Parties may access this filing through the Court's electronic filing system.

/s/ William P. Thomas
WILLIAM P. THOMAS

100031212.v1

2