**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| **AGILENT TECHNOLOGIES, INC., et al.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 2:25-cv-02101-BCL-cgc** |
| ) | |
| **XPEDIENT MANAGEMENT GROUP, LLC,** ) | **Judge Brian C. Lea** |
| **et al.** ) | **Magistrate Judge Charmaine** |
| ) | **Claxton** |
| **Defendants.** ) | |
| ) | **JURY DEMANDED** |

---

**AMENDED NOTICE OF 30(b)(6) DEPOSITION OF
COLLIERS INTERNATIONAL GROUP, INC.**

---

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the *Federal Rules of Civil Procedure*, the undersigned counsel for Defendant Xpedient Management Group, LLC will conduct the deposition upon oral examination of the 30(b)(6) representative of Colliers International Group, Inc. ("Colliers") before an officer authorized by law to administer oaths. The deposition will take place on August 17, 2026 at 10:00 a.m. at the offices of Butler Snow LLP located at 6075 Poplar Avenue, Suite 500, Memphis, Tennessee 38119.

Colliers is required to designate one or more officers, directors, managing agents, or other persons who consent to testify on its behalf as to matters known or reasonably available to Colliers.

The deposition shall continue for the time permitted under the *Federal Rules of Civil Procedure*, including any adjournment thereof with testimony recorded by stenographic means. The deposition is being taken for pre-trial discovery, for use at trial, and for all other purposes as may be permitted by law.

Examination is requested on matters listed in **"Exhibit A"** attached hereto.

You are invited to attend and participate. All or a portion of the deposition may be recorded by video.

Respectfully submitted this the 7th day of August, 2026.

> */s/ William P. Thomas*
> William P. Thomas (MS 102209)
> Andrew B. Schrack (TN 037624)
> **BUTLER SNOW LLP**
> 6075 Poplar Ave., Ste. 500
> Memphis, TN 38119
> T: 901-680-7200
> F: 901-680-7201
> will.thomas@butlersnow.com
> andrew.schrack@butlersnow.com
>
> *Attorneys for Defendant Xpedient Management Group, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2026 a copy of the foregoing document has been filed electronically. Notice of this filing will be served by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via electronic mail and/or first-class United States Mail, postage prepaid. Parties may access this filing through the Court's electronic filing system.

> */s/ William P. Thomas*
> WILLIAM P. THOMAS

**EXHIBIT "A"**

**DEFINITIONS**

A. **"Colliers"** means Colliers International Group, Inc., Colliers International Memphis, Colliers Management Services, and any related entity, affiliate, subsidiary, property management division, employee, agent, or representative acting on behalf of St. Paul Fire and Marine Insurance Company with respect to the Cromwell Warehouse.

B. **"St. Paul"** means St. Paul Fire and Marine Insurance Company, including its agents, property managers, representatives, and employees.

C. **"Xpedient"** means Xpedient Management Group, LLC, including its employees and representatives.

D. **"Cromwell Warehouse"** means the warehouse property located at 4601 Cromwell Avenue, Memphis, Tennessee 38118, including all suites, subdivisions, and any portion thereof occupied by Xpedient from May 23, 2023 to the present.

E. **"Warehouse Lease"** means the Standard Commercial Lease between St. Paul and Xpedient dated May 19, 2023, including all amendments, exhibits, and attachments.

F. **"Suite" or "Suite Numbering"** means any numbering, addressing, or designation of interior or exterior portions of the Cromwell Warehouse, including but not limited to Suite 1, Suite 2, Suite 10, or any other designation used at any time.

G. **"MLGW"** means Memphis Light, Gas and Water Division.

H. **"Soefker"** means Soefker Services or any contractor or vendor performing HVAC or related services at the Cromwell Warehouse.

I. **"Water Intrusion Event" or "Incident"** means the pipe failure and resulting water intrusion occurring on or about January 17–18, 2024.

J. **"Gas Service"** means natural gas utility service to the Cromwell Warehouse or any portion thereof.

K. **"HVAC system"** means the heating, ventilation, and air conditioning systems serving the Cromwell Warehouse or the portion leased to Xpedient.

L. **"Fire Protection System"** means the sprinkler system, associated piping, risers, hydrants, valves, and related fire suppression components serving the Cromwell Warehouse.

**INSTRUCTIONS**

1. The designated witness(es) must be prepared to testify fully and completely regarding information known or reasonably available to Colliers.

2. If Colliers designates more than one witness, Colliers shall specify the topics for which each witness is designated.

3. The testimony shall include information obtained through review of documents, communications with current or former employees, and any investigation conducted by or on behalf of Colliers.

**MATTERS FOR EXAMINATION**

Colliers shall designate one or more representatives to testify regarding the following:

1. Knowledge regarding the obligation of St. Paul in the Warehouse Lease to provide normal utility service connections with separate metering to the warehouse area leased by Xpedient.

2. Knowledge regarding St. Paul's warranty to Xpedient in the Warehouse Lease that the fire system, plumbing, electrical, and HVAC systems were in good working order as of the Commencement Date of the Warehouse Lease.

3. The scope of Colliers' decision-making authority for repairs or improvements at the Cromwell Warehouse, whether approval was required from St. Paul, and the process required for any such approval.

4. All work performed to divide or subdivide the warehouse space occupied by Xpedient.

5. All work performed and actions taken to establish gas connection to the portion of the warehouse leased by Xpedient.

6. All communications with Xpedient regarding establishing utilities at the Cromwell Warehouse.

7. All communications with Xpedient regarding suite numbering.

8. The history of suite numbering at the Cromwell Warehouse.

9. The history of occupancy at the Cromwell Warehouse from 2005 to the present.

10. All communications with MLGW regarding the Cromwell Warehouse, including gas service, account setup, metering, or disconnection.

11. All work performed with or by Soefker at the Cromwell Warehouse from May of 2023 until December 31, 2024.

12. Responsibility for repairs following the Water Intrusion Event.

4

13. The substance and scope of repairs following the Water Intrusion Event.

14. Payment for repairs performed following the Water Intrusion Event.

15. Repairs to any HVAC system during the term of the Warehouse Lease.

16. All dates, from the inception of the Warehouse Lease until the present, during which the space occupied by Xpedient had functioning gas service.

17. The first date after May 23, 2023 on which the HVAC system in the warehouse space leased by Xpedient was in good working order.

18. The physical numbering of suites and addresses for the space occupied by Xpedient from May 19, 2023 to the present.

19. The history of suite numbering at the Cromwell Warehouse.

20. The Fire Protection System at the Cromwell Warehouse, including design, configuration, maintenance, inspections, inspection reporting, deficiencies, recommendations, repairs, corrective actions, and areas served.

21. Knowledge of whether the Fire Protection System serving the space occupied by Xpedient extended into portions of the building not occupied by Xpedient.

22. Colliers' general responsibility for inspection, maintenance, and oversight of the Fire Protection System at the Cromwell Warehouse.

23. Any communication with Xpedient regarding minimum temperature restrictions for the warehouse space Xpedient occupied.

24. Any communication with Xpedient regarding precautions or responsibilities concerning the Fire Protection System.

25. Any communication with Xpedient regarding the type of Fire Protection System at the Cromwell Warehouse.

26. Measures taken to provide temporary heat to the Cromwell Warehouse during the January 17–18, 2024 freeze event.

27. Any knowledge that MLGW disconnected gas service at the Cromwell Warehouse between May 23, 2023 and January 30, 2024 due to failure to pay the MLGW bill, including the identity of any person who requested or authorized such disconnection.

28. All communications between Colliers and Security Fire Protection Co., Inc. concerning the Fire Protection System, freeze protection, inspections, deficiencies, repairs, recommendations, or the January 2024 Water Intrusion Event.

29. Colliers' policies, procedures, and practices concerning winterization of the Cromwell Warehouse, including freeze prevention measures, monitoring of building temperature, and protection of plumbing and fire sprinkler systems during freezing weather.

30. All communications between Colliers and St. Paul concerning utilities, HVAC, gas service, fire protection, plumbing, winterization, repairs, maintenance, or the January 2024 Water Intrusion Event.

31. Colliers' actions and communications following discovery of frozen pipes, loss of heat, burst pipes, or water intrusion during January 2024, including vendor selection, emergency response, mitigation efforts, and communications with tenants.

102025710.v1