## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

**AGILENT TECHNOLOGIES, INC.,**                                            **PLAINTIFF**

**VS**                                             **CASE NO. 2:25-cv-02101-BCL-cgc**

**XPEDIENT MANAGEMENT GROUP, LLC,**
**ST.PAUL FIRE AND MARINE INSURANCE COMPANY,**
**COLLIERS MANAGEMENT SERVICES-MEMPHIS, LLC**          **DEFENDANTS**

**EXPEDIENT MANAGEMENT GROUP, LLC,**          **CROSS PLAINTIFF**

**VS**

**ST PAUL FIRE AND MARINE INSURANCE COMPANY**     **CROSS-DEFENDANTS**
**and COLLIERS MANAGEMENT SERVICES-MEMPHIS, LLC**

**FACTORY MUTUAL INSURANCE CO., AS**
**SUBROGEE OF AGILENT TECHNOLOGIES, Inc.**          **PLAINTIFF**

**V.**

**XPEDIENT MANAGEMENT GROUP, LLC**
**and ST. PAUL FIRE AND MARINE INSURANCE COMPANY**
**and COLLIERS MANAGEMENT SERVICES-MEMPHIS, LLC**          **DEFENDANTS**

---

### SECOND AMENDED NOTICE OF DEPOSITION
---

PLEASE TAKE NOTICE that the undersigned counsel for Defendant Xpedient Management Group, LLC will take the deposition upon oral examination of Shellie Moses, in the above-captioned matter before a court reporter or such other person authorized to administer oaths and take acknowledgements of the deponent as follows:

DATE:                    August 18, 2026, at 10:00 A.M. CST

DEPONENT:          Shellie Moses

LOCATION:        Butler Snow LLP
                 6075 Poplar Avenue
                 Suite 500
                 Memphis, TN 38119

The deposition will be taken for all purposes and as authorized by the Federal Rules of

Civil Procedure and will continue from day to day until completed. The deposition shall be

recorded by stenographic means by a court reporter and may be used for the purposes of

discovery or for use as evidence at trial, or both.  Zoom will be provided for those not attending

in person.

RESPECTFULLY SUBMITTED, this 7th day of August 2026.

*/s/ William P. Thomas*
William P. Thomas (MS 102209)
Andrew B. Schrack (TN 037624)
**BUTLER SNOW LLP**
6075 Poplar Ave., Ste. 500
Memphis, TN 38119
T: 901-680-7200
F: 901-680-7201
will.thomas@butlersnow.com
andrew.schrack@butlersnow.com

*Attorneys for Defendant Xpedient Management
Group, LLC*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 7, 2026 a copy of the foregoing document has been filed electronically.  Notice of this filing will be served by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served via electronic mail and/or first-class United States Mail, postage prepaid.  Parties may access this filing through the Court's electronic filing system.

/s/ William P. Thomas
WILLIAM P. THOMAS

102025480.v1