**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE, AT MEMPHIS**

| | |
|---|---|
| **AGILENT TECHNOLOGIES, INC.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**XPEDIENT MANAGEMENT GROUP, LLC, et al.,**<br><br>*Defendants* | **NO. 2:25-cv-02101-BCL-cgc**<br><br>**Consolidated with**<br><br>**NO. 2:25-cv-02424-BCL-tmp**<br><br>**JURY DEMANDED** |

**COLLIERS MANAGEMENT SERVICES – MEMPHIS, LLC**
**NOTICE OF DEPOSITION OF AGILENT TECHNOLOGIES, INC.**
**PURSUANT TO FED. R. CIV. P. 30(b)(6)**

COMES Colliers Management Services – Memphis, LLC and hereby gives notice of the intent to take the deposition of Xpedient Management Group, LLC on the same date and same topics as set forth in the *Notice of 30(b)(6) Deposition of Agilent Technologies, Inc.* from Defendant St. Paul Fire and Marine Insurance Company, served on September 17, 2026, and in the *Amended Notice of 30(b)(6) Deposition of Agilent Technologies, Inc.* from Defendant Xpedient Management Group, LLC, served on September 14, 2026.

Respectfully submitted,

***/s/ Grant E. Mitchell***

John W. Butler, BPR #014771
Grant E. Mitchell, BPR #036878
BUTLER, VINES AND BABB, P.L.L.C.
2701 Kingston Pike, Knoxville, TN 37919
Phone/Fax: (865) 244-3925
jbutler@bvblaw.com & gmitchell@bvblaw.com
*Attorneys for Defendant Colliers Management Services – Memphis, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2026, I caused a copy of the above and foregoing document to be served on all counsel by CM/ECF and/or electronic mail.

Amber S. Finch, Esq.
Katherine Goetz, Esq.
Margaret C. McDonald, Esq.
Reed Smith, LLP
515 South Flower, Suite 4300
Los Angeles, CA 90071
(213) 457-8000
afinch@reedsmith.com
kgoetz@reedsmith.com
mcmcdonald@reedsmith.com

*Attorneys for Plaintiff Agilent Technologies, Inc.*

Douglas F. Halijan, Esq.
Burch, Porter & Johnson PLLC
130 North Court Avenue
Memphis, TN 38103
(901) 524-5000
dhalijan@bpjlaw.com

*Attorney for Plaintiff Agilent Technologies, Inc.*

William P. Thomas, Esq.
Andrew B. Schrack, Esq.
Butler Snow LLP
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
(901) 680-7200
will.thomas@butlersnow.com
andrew.schrack@butlersnow.com

*Attorneys for Defendant and Cross-Plaintiff Xpedient Management Group, LLC*

Sean W. Martin, Esq.
Brittany N. Lezu, Esq.
Carr Allison
633 Chestnut Street, Suite 2000
Chattanooga, TN 37450
(423) 648-9832
swmartin@carrallison.com
blezu@carrallison.com

*Attorney for Defendant and Cross-Defendant St. Paul Fire and Marine Insurance Company*

S. Joe Welborn, Esq.
Smith Cashion & Orr, PLC
3100 West End Ave., Suite 800
Nashville, TN 37203
(615) 742-8586
jwelborn@smithcashion.com

*Attorneys for Plaintiff Factory Mutual Insurance Company*

Peter C. Sales, Esq.
Elizabeth Thea Petras, Esq.
Bradley Arant Boult Cummings
1221 Broadway Suite 2400
Nashville, TN 37203
(615) 252-2365
psales@bradley.com
bpetras@bradley.com

*Attorneys for Defendant and Cross-Plaintiff Xpedient Management Group, LLC*

***/s/ Grant E. Mitchell***