**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

**AGILENT TECHNOLOGIES, INC., PLAINTIFF**

**VS CASE NO. 2:25-cv-02101-BCL-cgc**
**JURY DEMAND**

**XPEDIENT MANAGEMENT GROUP, LLC,**
**ST. PAUL FIRE AND MARINE INSURANCE COMPANY,**
**COLLIERS MANAGEMENT SERVICES-MEMPHIS, LLC DEFENDANTS**

---

**XPEDIENT MANAGEMENT GROUP, LLC, CROSS-PLAINTIFF**

**VS**

**ST. PAUL FIRE AND MARINE INSURANCE COMPANY CROSS-DEFENDANTS**
**and COLLIERS MANAGEMENT SERVICES-MEMPHIS, LLC**

---

**FACTORY MUTUAL INSURANCE CO., AS**
**SUBROGEE OF AGILENT TECHNOLOGIES, INC. PLAINTIFF**

**V.**

**XPEDIENT MANAGEMENT GROUP, LLC**
**and ST. PAUL FIRE AND MARINE INSURANCE COMPANY**
**and COLLIERS MANAGEMENT SERVICES-MEMPHIS, LLC DEFENDANTS**

---

**XPEDIENT MANAGEMENT GROUP, LLC'S MOTION FOR SUMMARY JUDGMENT**

---

Defendant Xpedient Management Group, LLC ("Xpedient"), pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, respectfully moves for summary judgment as to claims asserted by Plaintiffs Agilent Technologies, Inc. ("Agilent") and Factory Mutual Insurance Co. ("Factory Mutual").

1. Plaintiffs failed to timely provide written notice of claim of a claim as required by the Master Operating Services Agreement Section 12(C)(e);

2. Alternatively, any damages from Product Losses arising from the January 17, 2024 occurrence are limited to $1,000,000, regardless of the legal theory asserted pursuant to the MOSA Section 12(C)(c);

3. Plaintiffs are barred from recovering consequential and indirect expense categories pursuant to MOSA Section 6(B); and

4. Xpedient is entitled to summary judgment on the recklessness component of Agilent's Count IV and Factory Mutual's Count IV gross-negligence claim.

5. The grounds for this motion are set forth in Xpedient's accompanying Memorandum of Law and Statement of Undisputed Material Facts, and the following exhibits:

**Exhibit 1** – Master Operating Services Agreement for Logistics Services between Xpedient Management Group, LLC and Agilent Technologies, Inc.

**Exhibit 2** – Memphis Site Operating Agreement between Xpedient Management Group, LLC and Agilent Technologies, Inc., dated May 15, 2023.

**Exhibit 3** – January 19–25, 2024 Agilent Internal Emails Regarding Water Damage and Affected Inventory (ATI_000470–ATI_000472).

**Exhibit 4** – February 7, 2024 Agilent Water Damage Notice / Internal Correspondence (ATI_004077–ATI_004078).

**Exhibit 5** – June 7, 2024 Agilent Notice of Claim (ATI_011131–ATI_011132).

**Exhibit 6** – June 24, 2024 Xpedient Response to Agilent Notice of Claim (XMG_0352).

**Exhibit 7** – May 3, 2023 Agilent–Xpedient Emails Regarding Review and Redlining of MOSA and SOA (XMG_3343–XMG_3344).

**Exhibit 8** – May 9, 2023 Xpedient Response to Agilent MOSA/SOA Redlines and Attached Contract Redlines (XMG_2733–XMG_2801).

**Exhibit 9** – Agilent Contract Summary Sheet Regarding Xpedient External Storage Agreement (ATI_006892–ATI_006893).

**Exhibit 10** – April 22–24, 2024 Agilent Internal Emails Regarding Anticipated Recoveries from Xpedient and Insurance (ATI_012818–ATI_012820).

**Exhibit 11** – April 23, 2024 Agilent Financial Presentation Regarding Water-Damage Loss and Recoveries (including ATI_011537).

**Exhibit 12** – April 22–23, 2024 Agilent Internal Emails Regarding Inventory Loss and Anticipated Recovery from Xpedient and Insurance (ATI_011061–ATI_011062).

**Exhibit 13** – Expert Report of Kevin M. Grudzien Regarding Agilent and Factory Mutual Damages.

**Exhibit 14** – Defendant Colliers Management Services – Memphis, LLC's Answers and Responses to Xpedient Management Group, LLC's First Set of Discovery Requests.

**Exhibit 15** – January 4, 2024 Security Fire Report.

**WHEREFORE,** Xpedient respectfully requests that the Court grant this Motion for Summary Judgment and award such other and further relief as the Court deems just and proper.

Respectfully submitted,

*/s/ William P. Thomas*
William P. Thomas (MS Bar No. 102209)
Andrew B. Schrack (BPR No. 037624)
BUTLER SNOW LLP
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
Telephone: (901) 680-7200
will.thomas@butlersnow.com
andrew.schrack@butlersnow.com

*Attorneys for Xpedient Management Group, LLC*

**CERTIFICATE OF SERVICE**

I certify that on September 21, 2026 the foregoing was filed through the Court's CM/ECF system, which sent notice to all counsel of record.

/s/ *William P. Thomas*
William P. Thomas