# EXHIBIT "1"

# (FILED UNDER SEAL)