# EXHIBIT "2"

# (FILED UNDER SEAL)