# EXHIBIT “3”

## (FILED UNDER SEAL)