# EXHIBIT “4”

# (FILED UNDER SEAL)