# EXHIBIT “5”

## (FILED UNDER SEAL)