Ready to Xceed. Together.

June 24, 2024

Agilent Technologies, Inc.
5301 Stevens Creek Boulevard
Santa Clara, California 95051

RE: Agilent's Notice of Claim Pursuant to Master Operating Services Agreement

Dear Mr. Low,

We are in receipt of your "Notice of Claim" letter dated June 7, 2024.

Our insurers, AIG and their adjuster representatives at Engle Martin, have been in contact with Agilent's FM Global insurance group. We have provided the "Notice of Claim" letter to AIG and Engle Martin and they are working with FM Global to conduct a joint inspection of the product to gain alignment on the values in question.

Xpedient is committed to working through this situation following the terms and conditions outlined in the Master Operating Services Agreement and Site Operating Agreement we have in place for the Cromwell Ave facility in Memphis, TN.

Sincerely,

John White
CEO
Xpedient Management Group, LLC

Cc:

Christopher Nicols - Christopher.Nichols@aig.com

Alan Clark - aclark@englemartin.com

Peter C. Sales - psales@bradley.com

EXHIBIT "6"