**From:** Adam Sepanski </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=304D7094277A4E3992A92504569D7F63-ASEPANSKI>
**Sent:** Wednesday, May 3, 2023 4:32 PM
**To:** chris.mulryan@agilent.com
**Subject:** RE: Agilent SOA Memphis 2023 v4 CM Redlined

---

Thanks Chris,

#1 – No problem
#2 – We haven't priced into this business any transportation, and the only way we'd cancel it is if you are in breach of payment. Shipping 200-700 pallets back would probably kill our profit so I don't think leadership will go for this.
#3 – We will likely not have an issue with using your WMS, with two caveats. First, if we're accepting inventory liability, we typically have to have pretty tight controls on the book of record. Otherwise (and we've seen this happen), Agilent could be making inventory changes and then we are on the hook for inventory discrepancies that we didn't cause. At the speed of this deal and trying to get it done quickly, is Agilent willing to forego inventory liability (meaning we aren't responsible if inventory goes missing unless it's known to be caused by us)? The other option is to keep our WMS as book of record and do dual entry in your system as well, then we have our book of record to reconcile off of to validate that we have or haven't lost any inventory.

Also, without having seen or used your system, if the process ends up taking more time than expected, we just want to make sure that Agilent understands this and that it may incur additional hourly charges if we require additional labor for system work, scanning, etc.

Looking forward to getting final feedback!

xpedient LOGISTICS

**Adam Sepanski**
Senior Director of Solutions
(704) 724-2454
asepanski@xpedient.com

www.xpedient.com

This communication may contain confidential and/or privileged information. If it has been sent to you in error, please contact the sender for instructions concerning return or destruction, and do not use or disclose the contents to others.

---

**From:** chris.mulryan@agilent.com <chris.mulryan@agilent.com>
**Sent:** Wednesday, May 3, 2023 4:58 PM
**To:** Adam Sepanski <asepanski@xpedient.com>
**Subject:** Agilent SOA Memphis 2023 v4 CM Redlined

CAUTION: This email originated from OUTSIDE of the organization. Never click on a link or open attachments if it originated outside the Xpedient Network unless you know the content is safe.

Hey Adam,

EXHIBIT
"7"

I'm meeting my Legal and Procurement team tomorrow at 9:00 AM CST to review all redlines, but I wanted to send this over as a first draft. I was assigned the SOA, and Legal/Procurement are redlining the MOSA.

My key topics are as follows:

1. Change the effective date to when we sign the agreement
2. For the cost to ship our product to the main warehouse, I recommended that we pay if we terminate the agreement, you pay if you terminate the agreement.
3. Agilent's WMS through SAP is preferred vs XMG's.
   a. We'll provide a scan gun, loaded modules, charging base, training, etc.

There are a few other small changes, but they're thematically related to the list above.

I'll have more formal feedback tomorrow after the call with the Lawyer, but I wanted to keep you in copy for now.

Thanks,

Chris

**Chris Mulryan**
Logistics Process Manager, Americas
OFS/Global Supply Chain and Logistics
Agilent Technologies, Inc.
M: +1 216 496 2558 | Chris.Mulryan@agilent.com

Agilent
Trusted Answers