# EXHIBIT "9"

# (FILED UNDER SEAL)