# EXHIBIT “10”

## (FILED UNDER SEAL)