# EXHIBIT "11"

## (FILED UNDER SEAL)