# EXHIBIT "12"

## (FILED UNDER SEAL)