# EXHIBIT "13"

## (FILED UNDER SEAL)