# Wet Fire Sprinkler System Inspection Report

**Location Code:** QBNPUUU

**Contact:** Shellie Moses

**Contact Address:** 4601 Cromwell Ave
Memphis, TN 38118-6310

**Phone:**

**Email:** SHELLIE.MOSES@COLLIERS.COM

**Property Evaluated:** Corp Park - Bldg F @ Cromwell Ave
(Assembly)
4601 Cromwell Ave
Memphis, TN 38118-6310

**Description:** Wet (Sprinkler Inspection )

**Work Order:** SV2312211105@@1

**Company:** Security Fire Protection Co., Inc.

**Address:** 4495 S Mendenhall Road
Memphis, TN 38141

**Company Phone:** 901-362-6250

**Inspector:** Grant Johnson
NOT REQUIRED

**Date of Work:** 1/4/2024

**Frequency:** Annual

**Tag:** M50338

---

## Deficiency Summary

EXHIBIT
"15"

Security Fire 0147

**Status:** Open

d. Do escutcheons and cover plates for recessed, flush, and concealed sprinklers generally appear to be installed?

MULTIPLE ESCUTCHEON RINGS ARE MISSING IN EAST OFFICE AREA. SEE ATTATCHED PICTURES

*See attachment below






























## General Comments

*These items are outside the regular scope of the required inspection and are not the result of an engineering review. This information is not intended to be all-inclusive but rather a list of items discovered as a by-product of the required inspection.*

RECOMMEND MAINTAINING PROPER TEMPERATURE AT A MINIMUM OF 40°F DURING THE WINTER MONTHS

UPON ARRIVAL AND DEPARTURES MULTIPLE DD’S WERE IN TROUBLE ON THE FACP

Security Fire Protection Co., Inc.
4495 S Mendenhall Road
Memphis, TN 38141
Phone: 901-362-6250

# Wet Fire Sprinkler System Inspection Report

Tag: M50338
Inspection Frequency: Annual
Property Being Evaluated:
Corp Park - Bldg F @ Cromwell Ave (Assembly)
Owner:
Shellie Moses
Owner's Phone Number:
Property Address:
4601 Cromwell Ave, Memphis, TN, 38118-6310

**1. General**

A. **(To be filled out by the Owner or Owner's Representative)**

Has the Owners section been answered on another inspection report that will be submitted with this inspection report? ☑ Yes ☐ No

B. **(To be answered by the inspector)**

a. Is System in service upon arrival? ☑ Yes ☐ No

b. Was the alarm panel free of alarm and trouble signals upon arrival? (If no, please explain in comments) ☐ Yes ☑ No ☐ N/A

c. Does there appear to be proper clearance between the top of all storage and the sprinkler deflector? ☑ Yes ☐ No ☐ N/A

d. Does it appear that visible exterior openings are protected against the entrance of cold air? ☑ Yes ☐ No ☐ N/A

**2. Control Valves**

a. Do Control Valves appear to be free of damage/leaks? ☑ Yes ☐ No

| Control Valves: | No. of Valves: | Type: | Additional Info: | Easily Accessible? | Signs? | Valve in proper position? | Secured? | Supervision Operational? |
|---|---|---|---|---|---|---|---|---|
| City Connection | 1 | Other | Roadway | ☑ Yes ☐ No | ☐ Yes ☐ No ☑ N/A | ☑ Yes ☐ No | ☐ Yes ☐ No ☑ N/A | ☐ Yes ☐ No ☑ N/A |
| System | 2 | Wall PIV | | ☑ Yes ☐ No | ☐ Yes ☐ No ☑ N/A | ☑ Yes ☐ No | ☑ Yes ☐ No ☐ N/A | ☑ Yes ☐ No ☐ N/A |
| System | 2 | Other | Alarm Line/ Lever | ☑ Yes ☐ No | ☐ Yes ☐ No ☑ N/A | ☑ Yes ☐ No | ☑ Yes ☐ No ☐ N/A | ☐ Yes ☐ No ☑ N/A |

**3. Water Supplies**

a. Water Supply Source ☑ City ☐ Private
☐ Pressure Fire Pump & Tank ☐ Pressure Fire Pump & City ☐ Pressure Fire Pump & Pond

| Main Drain | Main Drain Pipe Size | Static Pressure Before | Flow Pressure | Static Pressure After | Main Drain Valve Location | Time to Restore Pressure | Results |
|---|---|---|---|---|---|---|---|
| 1 | 2” | 71 | 64 | 70 | @Riser | 2s | ☐ Pass ☐ Fail ☑ N/A |
| 2 | 2” | 71 | 64 | 70 | @Riser | 2s | ☐ Pass ☐ Fail ☑ N/A |

**4. Tanks, Pumps, Fire Dept. Connections**

a. Appears that the F.D.C. is in satisfactory condition, couplings free, caps or plugs in place and check valves tight? ☑ Yes ☐ No ☐ N/A

b. Are fire department connections visible, accessible, and identification sign(s) in place? ☑ Yes ☐ No ☐ N/A

c. Do fire pumps, gravity, surface and pressure tanks appear to be in good external condition and properly maintained? ☐ Yes ☐ No ☑ N/A

d. Has the five years hydrostatic test been performed on piping from the fire department connection to the fire department check valve ☐ Yes ☐ No ☑ N/A

e. Date: N/A

**5. Wet Systems**

| System # | Make | Model | Size (inches) | Location/Description |
|---|---|---|---|---|
| 1 | Rasco | E | 4” | Riser Room |
| 2 | Rasco | E | 4l | Riser Room |

**Security Fire Protection Co., Inc.**
4495 S Mendenhall Road
Memphis, TN 38141
Phone: 901-362-6250

a. Do Valve and Trim appear to be free of damage/leaks and in good condition? ☑ Yes ☐ No ☐ N/A
b. Have all control valves been fully operated and returned to their normal position? ☑ Yes ☐ No ☐ N/A
c. Is the Hydraulic Name Plate, if required, securely attached and legible? ☑ Yes ☐ No ☐ N/A
d. Are there anti-freeze system(s) at this location? ☐ Yes ☑ No ☐ N/A

**6. Alarms**

a. Did the water motor gong operate during testing? ☑ Yes ☐ No ☐ N/A
b. Did the electric alarms operate during testing? ☑ Yes ☐ No ☐ N/A

| System | Time |
|---|---|
| 1 | 38 sec |
| 2 | 41 sec |

d. Did the supervisory alarms operate during testing? ☑ Yes ☐ No ☐ N/A
e. Was the alarm panel clear of alarm and trouble signals upon departure? (If no, please explain in comments) ☐ Yes ☑ No ☐ N/A

**7. Systems, Sprinklers, and Piping (Inspected at the ground level)**

a. Do all gauges appear to be in good condition and read within normal range? ☑ Yes ☐ No ☐ N/A
b. Are all of the gauges dated within 5 years or compared to a calibrated gauge? ☑ Yes ☐ No ☐ N/A
c. Do sprinklers generally appear to be free of damage, corrosion, paint, loading and visible obstruction, and appear to be installed in the correct orientation? ☑ Yes ☐ No ☐ N/A
d. Do escutcheons and cover plates for recessed, flush, and concealed sprinklers generally appear to be installed? ☐ Yes ☑ No ☐ N/A
e. Are extra sprinklers available on the premises in a head cabinet, along with the appropriate head wrench? ☑ Yes ☐ No ☐ N/A
f. Is a list of the installed sprinkler kept in the spare head cabinet? ☐ Yes ☐ No ☑ N/A
Make/Model of Heads: —
g. Does the exterior condition of the fire sprinkler system appear to be satisfactory? ☑ Yes ☐ No ☐ N/A
h. Have all dry sprinklers been replaced or a sample tested based on the appropriate interval? ☐ Yes ☐ No ☑ N/A
Install or last sample test date: N /A
i. Have all QR heads been replaced or a sample tested based on the appropriate interval? ☐ Yes ☐ No ☑ N/A
Install or last sample test date: N/A
j. Have all SR heads known to be more than 50 years old been replaced or a sample tested? ☐ Yes ☐ No ☑ N/A
Install or last sample test date: N/A
k. Have all heads known to be more than 75 Years old been replaced or sample tested? ☐ Yes ☐ No ☑ N/A
Install or last sample test date: N/A
l. Do all known high-temp and sprinklers subject to harsh conditions appear to be less than 5 years old? ☐ Yes ☐ No ☑ N/A
Install or last sample test date: N/A
m. Do all visible pipe supports/hangers and seismic bracing appear to be in good condition? ☑ Yes ☐ No ☐ N/A
n. Does the hose valve(s) on the sprinkler system appear to be in satisfactory condition? ☐ Yes ☐ No ☑ N/A

**8. Observations**

*These items are outside the regular scope of the required inspection and are not the result of an engineering review. This information is not intended to be all-inclusive but rather a list of items discovered as a by-product of the required inspection.*

Please see the summary section at the top of the form for the comments.

**9. Adjustments or Corrections Made:**

**10. List Changes in the Occupancy Hazard or Fire Protection Equipment, as Advised by the Owner in Section 1A**

**11. Inspector Information:**

Test Verification:
Inspected By: Grant Johnson
Inspector Signature: [signature]

Inspector License: NOT REQUIRED
Date of Work: 1/4/2024

**Inspection Notes**

Security Fire 0151

**Security Fire Protection Co., Inc.**
4495 S Mendenhall Road
Memphis, TN 38141
Phone: 901-362-6250



**Security Fire Protection Co., Inc.**
4495 S Mendenhall Road
Memphis, TN 38141
Phone: 901-362-6250



**Security Fire Protection Co., Inc.**
4495 S Mendenhall Road
Memphis, TN 38141
Phone: 901-362-6250




Security Fire 0154

**Security Fire Protection Co., Inc.**
4495 S Mendenhall Road
Memphis, TN 38141
Phone: 901-362-6250



**Security Fire Protection Co., Inc.**
4495 S Mendenhall Road
Memphis, TN 38141
Phone: 901-362-6250



**Security Fire Protection Co., Inc.**
4495 S Mendenhall Road
Memphis, TN 38141
Phone: 901-362-6250



**Security Fire Protection Co., Inc.**
4495 S Mendenhall Road
Memphis, TN 38141
Phone: 901-362-6250



**Security Fire Protection Co., Inc.**
4495 S Mendenhall Road
Memphis, TN 38141
Phone: 901-362-6250



**Security Fire Protection Co., Inc.**
4495 S Mendenhall Road
Memphis, TN 38141
Phone: 901-362-6250



**Security Fire Protection Co., Inc.**
4495 S Mendenhall Road
Memphis, TN 38141
Phone: 901-362-6250



**Security Fire Protection Co., Inc.**
4495 S Mendenhall Road
Memphis, TN 38141
Phone: 901-362-6250



**Security Fire Protection Co., Inc.**
4495 S Mendenhall Road
Memphis, TN 38141
Phone: 901-362-6250



**Security Fire Protection Co., Inc.**
4495 S Mendenhall Road
Memphis, TN 38141
Phone: 901-362-6250



**Security Fire Protection Co., Inc.**
4495 S Mendenhall Road
Memphis, TN 38141
Phone: 901-362-6250



**Security Fire Protection Co., Inc.**
4495 S Mendenhall Road
Memphis, TN 38141
Phone: 901-362-6250

