**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| AGILENT TECHNOLOGIES, INC.,<br>Plaintiff,<br><br>v.<br><br>XPEDIENT MANAGEMENT GROUP, LLC and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, and COLLIERS MANAGEMENT SERVICES – MEMPHIS, LLC<br>Defendants. | ) | Case No. 2:25-cv-02101-BCL-cgc<br><br>Judge Brian C. Lea<br>Magistrate Judge Charmaine Claxton |
| XPEDIENT MANAGEMENT GROUP, LLC,<br>Cross-Plaintiff,<br><br>v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, and COLLIERS MANAGEMENT SERVICES – MEMPHIS, LLC<br>Cross-Defendants, | ) | |
| FACTORY MUTUAL INSURANCE CO., as subrogee of Agilent Technologies, Inc.,<br>Plaintiff,<br><br>v.<br><br>XPEDIENT MANAGEMENT GROUP, LLC, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, and COLLIERS MANAGEMENT SERVICES – MEMPHIS, LLC<br>Defendants. | ) | Case No. 2:25-cv-02424-BCL-tmp<br><br>JURY DEMANDED |

**JOINT MOTION TO EXTEND CERTAIN NON-TRIAL, DISCOVERY-RELATED DEADLINES**

Plaintiff Agilent Technologies, Inc. (“Agilent”), Plaintiff Factory Mutual Insurance Company (“Factory Mutual”), Defendant and Cross-Plaintiff Xpedient Management Group, LLC

("Xpedient"), and Defendants and Cross-Defendants St. Paul Fire and Marine Insurance Company ("St. Paul") and Colliers Management Services – Memphis, LLC ("Colliers"), by and through their respective counsel, jointly move to extend certain discovery deadlines and to extend the mediation deadline by one day. The parties are not seeking to extend any of the trial-related dates – only deadlines related to the conclusion of discovery and mediation. In support of this Motion, the parties jointly state as follows:

## BACKGROUND

1. This action arises from a water intrusion event at a warehouse located in Memphis, Tennessee on or about January 17, 2024, which is alleged to have destroyed over $9 million of Agilent's inventory. (Doc. 137, ¶ 77.) The warehouse is owned by St. Paul and has been managed by Colliers since 2004. (Id., ¶¶ 25, 42.) Beginning in 2023, a sub-portion of the warehouse was leased to Xpedient, a third-party logistics company, for the storage of Agilent's inventory. (Id., ¶¶ 25, 29-31, 35.) Factory Mutual was Agilent's property insurer at the time of the loss and paid Agilent for certain of its damages sustained as a result of the event. (Doc. 136, ¶ 49.).

2. On June 17, 2026, after the Plaintiffs' Motion to Amend to add Colliers as a defendant was granted by the Court, the Court entered an Amended Scheduling Order establishing deadlines for mediation, fact and expert discovery, and the filing of Daubert motions, motions *in limine* and potentially dispositive motions (Doc. 214). This Amended Scheduling Order set the trial date in this matter for May 3, 2027.

3. Thereafter, in a Second Amended Scheduling Order, the Court granted the motion of Colliers for a short extension of certain discovery deadlines and the trial date given its recent entry in the case. This Second Amended Scheduling Order reset the trial date to July 19, 2027.

4. Immediately following the entry of the Second Amended Scheduling Order, co-plaintiff Factory Mutual moved for a short resetting of the trial date in light of a previously-set trial on the same date in another matter. The Court granted that motion and entered the Third Amended Scheduling Order on July 8, 2026 (Doc. 228), resetting the trial date to August 9, 2027. The Third Amended Scheduling Order did not modify any of the other deadlines referenced above; instead, only the trial date itself and the date of the final pre-trial conference were extended.

5. Thus, under the present Third Amended Scheduling Order, the deadline for completion of expert depositions is December 8, 2026, the deadline for filing Daubert Motions is January 4, 2027, the deadline for filing dispositive motions is January 11, 2027, and the deadline for completing the parties agreed-upon mediation is November 18, 2026.

6. The parties now seek a brief extension of the deadlines for expert depositions, Daubert motions, and dispositive motions, and to also extend the deadline for their mediation by one day,[1] without any adjustment to the trial date or trial-related deadlines.

**GOOD CAUSE**

7. The parties respectfully submit that good cause exists pursuant to Federal Rule of Civil Procedure 16(b)(4) for extending certain deadlines in the Third Amended Scheduling Order.

8. The parties have been actively and diligently engaging in fact and expert discovery. These activities include the exchange of extensive written discovery, third party discovery, expert disclosures, and the production of documents. Since discovery began, tens of thousands of pages of documents have been produced by the plaintiffs, defendants, and third parties. As of today, ten (10) fact witness depositions have been concluded with others scheduled. Moreover, nine expert reports, and several rebuttal reports, have been exchanged between the parties.

---

[1] The deadline for filing Motions *in Limine* is May 10, 2027

9. The parties have also engaged a mediator, John Griffin in Nashville, Tennessee, and are preparing to mediate this multi-party matter.

10. Because of the volume of discovery, and difficulties with scheduling certain witness depositions and counsel availability given the number of parties and lawyers involved, the conclusion of fact and expert discovery has taken longer than expected.

11. In addition, within the past two weeks, the parties have learned that two insurance carriers for certain defendants dispute the priority and applicability of certain insurance coverage relevant herein and are preparing to file immediately a declaratory judgment action concerning that coverage dispute.

12. The parties intend to proceed with the mediation required by the Scheduling Order, but seek to postpone that date to November 19, 2026 to allow more time to complete discovery and so that more may be determined about the above-referenced declaratory judgment action. The parties also seek an extension of the deadlines for completing discovery, including expert discovery in particular, and certain motion deadlines until after the mediation date for the sake of efficiency and cost.

13. Specifically, the parties jointly request that the following deadlines be extended as follows:

| | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| ADR Deadline | November 18, 2026 | November 19, 2026 |
| Conclusion of Expert Depositions | December 11, 2026 | January 25, 2027 |
| Filing of Daubert Motions | January 4, 2027 | May 10, 2027 [current Motion *in Limine* deadline] |
| Filing of Dispositive Motions | January 11, 2027 | February 1, 2027 |

14. The parties do not seek any extension of any trial-related deadline and note that the deadlines subject to this motion were all set relative to a May 2027 trial date and were not adjusted

when the trial was reset to August 9, 2027. The parties agree that neither plaintiffs nor defendants will be prejudiced by the entry of an order resetting the above deadlines and, instead, that all parties will benefit from the extensions sought.

## CONCLUSION

For these reasons, the parties respectfully request that the Court enter an Order extending the deadlines set forth above. Pursuant to the Local Rules, a proposed order is being submitted to the Court via email contemporaneously with the filing of this motion.

Respectfully submitted this 13th day of October, 2026,

*s/ Douglas F. Halijan*
Douglas F. Halijan (BPR # 16718)
BURCH PORTER & JOHNSON, PLLC
130 North Court Avenue
Memphis, TN 38103
Telephone: 901-524-5000
Facsimile: 901-524-5024
dhalijan@bpjlaw.com

Amber Finch (#222321) (admitted *pro hac vice*)
Margaret C. McDonald (#307008) (admitted *pro hac vice*)
REED SMITH LLP
515 South Flower, Suite 4300
Los Angeles, CA 90071
Telephone: 213-457-8000
Facsimile: 213-457-8080
afinch@reedsmith.com
mcmcdonald@reedsmith.com

*Counsel for Plaintiff Agilent Technologies, Inc.*

*S/ Joseph Welborn*
Samuel Joseph Welborn, BPR # 21747 3100
Brenden T. Holbrook, BPR # 39485
SMITH CASHION & ORR
W. End Ave., Ste. 800

Nashville, TN 37203
jwelborn@smithcashion.com
bholbrook@smithcashion.com

*Counsel for Plaintiff Factory Mutual Insurance Company*

*s/ William P. Thomas*
William P. Thomas (MS 102209)
Andrew B. Schrack (TN 037624)
BUTLER SNOW LLP
6075 Poplar Ave., Ste. 500
Memphis, TN 38119
will.thomas@butlersnow.com
andrew.schrack@butlersnow.com

*Counsel for Defendant and Cross-Plaintiff Xpedient Management Group, LLC*

*s/ Michael J. Petherick*
Michael J. Petherick, BPR # 036155
Sean W. Martin, BPR # 020870
CARR ALLISON
633 Chestnut Street, Ste. 2000
Chattanooga, TN 37450
mpetherick@carrallison.com
swmartin@carrallison.com

*Counsel for Defendant and Cross-Defendant St. Paul Fire and Marine Insurance Company*

*s/ John W. Butler*
John W. Butler, BPR # 014771
BUTLER, VINES AND BABB, P.L.L.C.
2701 Kingston Pike
Knoxville, TN 37919
jbutler@bvblaw.com

*Counsel for Defendant and Cross-Defendant Colliers Management Services – Memphis, LLC*