**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| AGILENT TECHNOLOGIES, INC.,<br>Plaintiff,<br><br>v.<br><br>XPEDIENT MANAGEMENT GROUP, LLC, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, and COLLIERS MANAGEMENT SERVICES – MEMPHIS, LLC,<br>Defendants. | Case No. 2:25-cv-02101-BCL-cgc<br><br>Judge Brian C. Lea<br>Magistrate Judge Charmaine Claxton |
| XPEDIENT MANAGEMENT GROUP, LLC,<br>Cross-Plaintiff,<br><br>v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY and COLLIERS MANAGEMENT SERVICES – MEMPHIS, LLC,<br>Cross-Defendants. | |
| FACTORY MUTUAL INSURANCE CO., as subrogee of Agilent Technologies, Inc.,<br>Plaintiff,<br><br>v.<br><br>XPEDIENT MANAGEMENT GROUP, LLC, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, and COLLIERS MANAGEMENT SERVICES – MEMPHIS, LLC,<br>Defendants. | Case No. 2:25-cv-02424-BCL-tmp<br><br>JURY DEMANDED |

**<u>FACTORY MUTUAL INSURANCE COMPANY'S MOTION AND INCORPORATED MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR LEAVE TO FILE A RESPONSE IN EXCESS OF THE COURT'S 20 PAGE LIMIT IN RELATION TO XPEDIENT MANAGEMENT GROUP, LLC'S MOTION FOR SUMMARY JUDGMENT</u>**

**COMES NOW** Plaintiff, Factory Mutual Insurance Company ("Factory Mutual"), as subrogee of Agilent Technologies, Inc. ("Agilent"), by and through undersigned counsel, and respectfully moves this Court for Leave to File a Response in Opposition to Defendant Xpedient Management Group, LLC's ("Xpedient") Motion for Summary Judgment [Doc. 259] in Excess of the Court's 20-Page Limit. In support of this Motion, Factory Mutual states as follows:

1. On September 21, 2026, Xpedient filed a Motion for Summary Judgment and Memorandum of Law in Support of its Motion (the "Motion") seeking summary judgment as to all claims asserted by Agilent. Xpedient relies on multiple independent legal and factual grounds arising from the January 2024 water intrusion and freezing loss event at the warehouse located at 4601 Cromwell Avenue in Memphis, Tennessee (the "Warehouse") and the Master Operating Services Agreement ("MOSA").

2. Xpedient's Motion presents numerous substantial and distinct issues. These issues include, but are not limited to: the enforceability and application of the MOSA's contractual notice provision; the date on which the contractual notice period commenced; whether the contractual notice requirements were satisfied, waived, or otherwise rendered unenforceable; the application of the MOSA's limitation of liability provision; whether Xpedient's conduct constitutes gross negligence or reckless misconduct; and whether certain categories of damages are recoverable.

3. Factory Mutual must address an extensive number of issues in its response in opposition to Xpedient's Motion. Factory Mutual must consider multiple, separate contractual provisions, applicable Tennessee law, and Rule 56 of the Federal Rules of Civil Procedure. Factory Mutual must also consider the substantial evidentiary record developed throughout discovery, including multiple witnesses' deposition testimony, documentary evidence, and voluminous

communications concerning the warehouse's heating system, natural gas service, fire sprinkler system, and the circumstances surrounding the loss.

4. Additionally, Factory Mutual's memorandum opposing Xpedient's Motion must address legal and factual issues specific to its status as Agilent's property insurer and subrogated plaintiff, including the timing of Factory Mutual's receipt of notice of the loss and the application of Xpedient's asserted contractual defenses to Factory Mutual's claims.

5. Under Local Rule 56.1(b), the non-moving party's memorandum opposing summary judgment may not exceed 20 pages without prior without prior Court approval.

6. Given the number and complexity of the independent grounds for summary judgment presented by Xpedient, Factory Mutual respectfully submits that a modest enlargement of the permitted memorandum length not in excess of 30 pages is warranted to permit a complete and meaningful response, without sacrificing the clarity of the arguments or the specificity of the supporting record citations.

7. Factory Mutual seeks this relief in good faith, not for purposes of delay, and will endeavor to present its arguments as concisely as the issues reasonably permit.

8. Granting Factory Mutual's requested relief will not unfairly prejudice Xpedient, but will facilitate the orderly presentation and consideration of the legal and factual issues raised on Xpedient's Motion.

9. Furthermore, counsel for Factory Mutual has conferred with all counsel or record regarding the relief requested by the instant motion and there is no opposition to the relief requested.

**WHEREFORE**, Plaintiff Factory Mutual respectfully requests this Court enter an Order granting it leave to file a memorandum in opposition to Xpedient's Motion for Summary Judgment

that exceeds the 20-page limit, but not in excess of 30 pages, together with such other relief as the Court deems just and appropriate.

Respectfully submitted,

*/s/ S. Joe Welborn*
S. Joe Welborn, TN BPR No. 21747
SMITH CASHION & ORR, PLC
3100 West End Avenue
Suite 800 – One American Center
Nashville, TN 37203
(615) 742-8565 – Tel
jwelborn@smithcashion.com
*Attorney for Plaintiff Factory Mutual Insurance Company*

**CERTIFICATE OF CONSULTATION**

Pursuant to LR 7.2(a)(1)(B), on October 15, 2026, undersigned counsel certifies that he consulted with counsel for Defendant Xpedient Management Group, LLC, counsel for Plaintiff Agilent Technologies, Inc., counsel for Defendant Colliers Management Services-Memphis, LLC, and counsel for Defendant St. Paul Fire and Marine Insurance Company, regarding the relief requested in this Motion. Counsel for all parties have advised that they do not oppose the relief requested herein.

BY: /s/ S. Joe Welborn
S. Joe Welborn, TN BPR No. 21747

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2026, I have served a true and correct copy of the foregoing pleading to the following via electronic mail:

Amber S. Finch
Margaret C. McDonald
Katherine P. Goetz
Reed Smith, LLP
515 South Flower St.
Suite 4300
Los Angeles, CA 90071
(213) 457-8000 – Tel
afinch@reedsmith.com
mcmcdonald@reedsmith.com
kgoetz@reedsmith.com

Douglas F. Halijan
Elena R. Mosby
Burch Porter & Johnson
130 N. Court Ave.
Memphis, TN 38103
(901) 524-5000 – Tel
dhalijan@bpjlaw.com
emosby@bpjlaw.com

*Attorneys for Plaintiff Agilent Technologies, Inc.*

John Butler
Grant E. Mitchell
Butler, Vines and Babb, PLLC
2701 Kingston Pike
Knoxville, Tennessee 37919
(865) 244 – 3945 – Tel
jbutler@bvblaw.com
gmitchell@bvblaw.com
*Attorney for Defendant Colliers Management Services – Memphis, LLC*

William P. Thomas
Andrew B. Schrack
Butler Snow, LLP
6075 Poplar Ave., Ste, 500
P.O. Box 171443
Memphis, TN 38187-1443
(901) 680-7200 – Tel
Will.Thomas@butlersnow.com
Andrew.Schrack@butlersnow.com
*Attorneys for Defendant/Cross-Plaintiff Xpedient Management Group, LLC*

Sean W. Martin
Carr Allison
633 Chestnut St.
Suite 2000
Chattanooga, TN 37450
(423) 648-9832 – Tel
swmartin@carrallison.com
*Attorneys for Defendant/Cross-Defendant St. Paul Fire and Marine Insurance Company*

*/s/ S. Joe Welborn*
S. Joe Welborn