**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| AGILENT TECHNOLOGIES, INC.,<br>Plaintiff,<br><br>v.<br><br>XPEDIENT MANAGEMENT GROUP, LLC, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, and COLLIERS MANAGEMENT SERVICES – MEMPHIS, LLC,<br>Defendants. | Case No. 2:25-cv-02101-BCL-cgc<br><br>Judge Brian C. Lea<br>Magistrate Judge Charmaine Claxton |
| XPEDIENT MANAGEMENT GROUP, LLC,<br>Cross-Plaintiff,<br><br>v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY and COLLIERS MANAGEMENT SERVICES – MEMPHIS, LLC,<br>Cross-Defendants. | |
| FACTORY MUTUAL INSURANCE CO., as subrogee of Agilent Technologies, Inc.,<br>Plaintiff,<br><br>v.<br><br>XPEDIENT MANAGEMENT GROUP, LLC, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, and COLLIERS MANAGEMENT SERVICES – MEMPHIS, LLC,<br>Defendants. | Case No. 2:25-cv-02424-BCL-tmp<br><br>JURY DEMANDED |

**FACTORY MUTUAL INSURANCE COMPANY'S MOTION AND INCORPORATED MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR LEAVE TO FILE A STATEMENT OF ADDITIONAL MATERIAL FACTS IN EXCESS OF FIVE PAGES IN RESPONSE TO XPEDIENT MANAGEMENT GROUP, LLC'S MOTION FOR SUMMARY JUDGMENT**

**COMES NOW** Plaintiff, Factory Mutual Insurance Company ("Factory Mutual"), as subrogee of Agilent Technologies, Inc. ("Agilent"), by and through undersigned counsel, and respectfully moves this Court for Leave to File a Statement of Additional Facts in Relation to Defendant Xpedient Management Group, LLC's ("Xpedient") Motion for Summary Judgment [Doc. 259] in Excess of the Court's 5-Page Limit. In support of this Motion, Factory Mutual states as follows:

1. On September 21, 2026, Xpedient filed a Motion for Summary Judgment and Memorandum of Law in Support of its Motion (the "Motion"), and a Separate Statement of Undisputed Fact seeking summary judgment as to all claims asserted by Agilent. Xpedient relies on multiple independent legal and factual grounds arising from the January 2024 water intrusion and freezing loss event at the warehouse located at 4601 Cromwell Avenue in Memphis, Tennessee (the "Warehouse") and the Master Operating Services Agreement ("MOSA").

2. Factory Mutual must address an extensive number of factual issues in its response in Xpedient's Motion and Statement of Undisputed Material Facts. Factory Mutual must also consider the substantial evidentiary record developed throughout discovery, including multiple witnesses' deposition testimony, documentary evidence, and voluminous communications concerning the Warehouse's heating system, natural gas service, fire sprinkler system, and the circumstances surrounding the loss.

4. Under Local Rule 56.1(b), the non-moving party's statement of additional facts shall not exceed 5 pages without prior Court approval.

6 Factory Mutual seeks leave to file a statement of additional material facts not exceeding 10 pages.

7. Factory Mutual's requested additional pages are reasonably necessary due to the factual complexities of this case. Factory Mutual respectfully submits that a modest enlargement of the permitted statement of additional facts length is warranted to permit a complete statement of additional facts, without conceding any fact supported by the record.

7. Factory Mutual seeks this relief in good faith, not for purposes of delay, and will endeavor to present its additional facts as concisely as the facts reasonably permit.

8. Granting Factory Mutual's requested relief will not unfairly prejudice Xpedient, but will facilitate the orderly presentation and consideration of the additional factual issues in Xpedient's Statement of Undisputed Facts and Factory Mutual's Response in Opposition to Xpedient's Motion for Summary Judgment.

9. Furthermore, counsel for Factory Mutual has conferred with all counsel or record regarding the relief requested by the instant motion and there is no opposition to the relief requested.

**WHEREFORE**, Plaintiff Factory Mutual respectfully requests this Court enter an Order granting it leave to file an additional statement of facts in relation to Xpedient's Motion for Summary Judgment and Statement of Undisputed Fact that exceeds the 5-page limit, but not in excess of 10 pages, together with such other relief as the Court deems just and appropriate.

Respectfully submitted,

*/s/ S. Joe Welborn*
S. Joe Welborn, TN BPR No. 21747
SMITH CASHION & ORR, PLC
3100 West End Avenue
Suite 800 – One American Center
Nashville, TN 37203
(615) 742-8565 – Tel
jwelborn@smithcashion.com
*Attorney for Plaintiff Factory Mutual Insurance Company*

## CERTIFICATE OF CONSULTATION

Pursuant to LR 7.2(a)(1)(B), on October 15, 2026, undersigned counsel certifies that he consulted with counsel for Defendant Xpedient Management Group, LLC, counsel for Plaintiff Agilent Technologies, Inc., counsel for Defendant Colliers Management Services-Memphis, LLC, and counsel for Defendant St. Paul Fire and Marine Insurance Company, regarding the relief requested in this Motion. Counsel for all parties have advised that they do not oppose the relief requested herein.

BY: /s/ S. Joe Welborn
S. Joe Welborn, TN BPR No. 21747

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2026, I have served a true and correct copy of the foregoing pleading to the following via electronic mail:

Amber S. Finch
Margaret C. McDonald
Katherine P. Goetz
Reed Smith, LLP
515 South Flower St.
Suite 4300
Los Angeles, CA 90071
(213) 457-8000 – Tel
afinch@reedsmith.com
mcmcdonald@reedsmith.com
kgoetz@reedsmith.com

Douglas F. Halijan
Elena R. Mosby
Burch Porter & Johnson
130 N. Court Ave.
Memphis, TN 38103
(901) 524-5000 – Tel
dhalijan@bpjlaw.com
emosby@bpjlaw.com

*Attorneys for Plaintiff Agilent Technologies, Inc.*

John Butler
Grant E. Mitchell

William P. Thomas
Andrew B. Schrack
Butler Snow, LLP
6075 Poplar Ave., Ste, 500
P.O. Box 171443
Memphis, TN 38187-1443
(901) 680-7200 – Tel
Will.Thomas@butlersnow.com
Andrew.Schrack@butlersnow.com
*Attorneys for Defendant/Cross-Plaintiff Xpedient Management Group, LLC*

Sean W. Martin
Carr Allison
633 Chestnut St.
Suite 2000
Chattanooga, TN 37450
(423) 648-9832 – Tel
swmartin@carrallison.com
*Attorneys for Defendant/Cross-Defendant St. Paul Fire and Marine Insurance Company*

Butler, Vines and Babb, PLLC
2701 Kingston Pike
Knoxville, Tennessee 37919
(865) 244 – 3945 – Tel
jbutler@bvblaw.com
gmitchell@bvblaw.com
*Attorney for Defendant Colliers Management Services – Memphis, LLC*

*/s/ S. Joe Welborn*
S. Joe Welborn