**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

**AGILENT TECHNOLOGIES, INC., PLAINTIFF**

**VS CASE NO. 2:25-cv-02101-BCL-cgc**

**XPEDIENT MANAGEMENT GROUP, LLC,**
**ST.PAUL FIRE AND MARINE INSURANCE COMPANY,**
**COLLIERS MANAGEMENT SERVICES-MEMPHIS, LLC DEFENDANTS**

---

**EXPEDIENT MANAGEMENT GROUP, LLC, CROSS PLAINTIFF**

**VS**

**ST PAUL FIRE AND MARINE INSURANCE COMPANY CROSS-DEFENDANTS**
**and COLLIERS MANAGEMENT SERVICES-MEMPHIS, LLC**

---

**FACTORY MUTUAL INSURANCE CO., AS**
**SUBROGEE OF AGILENT TECHNOLOGIES, Inc. PLAINTIFF**

**V.**

**XPEDIENT MANAGEMENT GROUP, LLC**
**and ST. PAUL FIRE AND MARINE INSURANCE COMPANY**
**and COLLIERS MANAGEMENT SERVICES-MEMPHIS, LLC DEFENDANTS**

---

**XPEDIENT MANAGEMENT GROUP, LLC'S PROPOSED AMENDED RESPONSES TO REQUESTS FOR ADMISSION NOS. 2 AND 5 OF AGILENT'S FIRST SET OF REQUESTS FOR ADMISSION**

---

Defendant Xpedient Management Group, LLC ("Xpedient"), subject to the Court granting leave under Federal Rule of Civil Procedure 36(b), proposes to substitute the following amended responses for its prior responses to Requests for Admission Nos. 2 and 5 of Agilent's First Set of Requests for Admission. All other responses remain unchanged.

**REQUEST NO. 2:** Admit that at least sixty days (60) prior to the Water Intrusion Event, You knew the gas meter at the Cromwell Warehouse was locked.

**AMENDED RESPONSE:** Denied. Xpedient admits that Crowe Heating & Air inspected the HVAC equipment at the Cromwell Warehouse on November 16, 2023, and subsequently issued

EXHIBIT "A"

an invoice indicating that the gas meter was locked and that the system could not be tested until the gas was unlocked. Zachary Livingston testified that he did not learn the outcome of Crowe's inspection or that the gas meter was locked until he received Crowe's invoice by email on December 1, 2023. Based on the information presently available, Xpedient denies that it knew the gas meter was locked at least sixty days before the January 17, 2024 Water Intrusion Event. Xpedient admits it was aware of the locked meter by December 1, 2023.

**REQUEST NO. 5:** Admit that at the time of the Water Intrusion Event, no portable heaters were located in or near the subsection of the Cromwell Warehouse leased to You.

**AMENDED RESPONSE:** Denied. Xpedient admits that portable electric heaters were present at the Cromwell Warehouse before the Water Intrusion Event, including a small portable heater that Zachary Livingston used in his office within Xpedient's leased premises during the cold weather immediately preceding the incident. Livingston testified that there were two small plug-in infrared heaters in the building and that he operated one in his office. Xpedient therefore withdraws its prior admission that no portable heaters were located in its leased premises. Livingston's testimony does not establish whether any portable heater was operating at the precise moment of the Water Intrusion Event or the precise location or operating status of the second heater.

This the 19th day of October 2026.

Respectfully submitted,

*/s/ William P. Thomas*
William P. Thomas (MS 102209)
Andrew B. Schrack (TN 037624)
BUTLER SNOW LLP
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
Telephone: (901) 680-7200
will.thomas@butlersnow.com
Andrew.schrack@butlersnow.com

Counsel for Xpedient Management Group, LLC

**CERTIFICATE OF CONSULTATION**

Pursuant to Local Rule 7.2(a)(1)(B), I certify that on October 16, 2026 I consulted with counsel for all parties by email and on October 19, 2026 by phone concerning this motion. Counsel would not indicate whether they would oppose the motion or not.

*/s/ William P. Thomas*
William P. Thomas

**CERTIFICATE OF SERVICE**

I certify that on October 19, 2026, I served the foregoing motion and its exhibits on all counsel of record through the electronic filing system.

/*s/ William P. Thomas*
William P. Thomas