IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

AGILENT TECHNOLOGIES, INC. )
Plaintiff, ) Case No.
vs. ) 2:25-CV-02101
XPEDIENT MANAGEMENT ) (BCL)(CGC)
GROUP, LLC, et al., )
Defendants. )

---

XPEDIENT MANAGEMENT GROUP, )
LLC, )
Cross-Plaintiff, )
vs. )
ST. PAUL FIRE AND MARINE )
INSURANCE COMPANY and )
COLLIERS MANAGEMENT )
SERVICES - MEMPHIS, LLC, )
Cross-Defendants. )

---

ORAL AND VIDEOTAPED DEPOSITION OF

ZACHARY LIVINGSTON

September 16, 2026

Reported By: SUSAN ASHE, CER

Job No.: 10200460

EXHIBIT "C"

Wednesday, September 16, 2026

10:14 a.m. Eastern Daylight Time

Oral and videotaped deposition of ZACHARY LIVINGSTON, taken on behalf of the Plaintiff, beginning at 10:14 a.m., on Wednesday, September~16, 2026, at the law offices of Reed Smith LLP, 1301 K~Street, Northwest, Washington, D.C., before Susan Ashe, Certified Electronic Reporter and a Notary Public in the District of Columbia.

APPEARANCE OF COUNSEL:

On behalf of the Plaintiff Agilent Technologies:

REED SMITH LLP
BY: MARGARET C. McDONALD, ESQ.
515 South Flower Street, Suite 4300
Los Angeles, California 90071
(213) 457-8000
mcmcdonald@reedsmith.com

- and -

BRADLEY ARANT BOULT CUMMINGS LLP
BY: PETER C. SALES, ESQ. (Via Zoom)
BY: ELIZABETH T. PETRAS, ESQ. (Via Zoom)
1221 Broadway, Suite 2400
Nashville, Tennessee 37203
(615) 244-2582
psales@bradley.com
bpetras@bradley.com

APPEARANCE OF COUNSEL (Continued):

On behalf of the Defendant Xpedient Management Group, LLC and the Witness:
BUTLER SNOW
BY: WILLIAM P. THOMAS, ESQ.
1020 Highland Colony Parkway, Suite 1400
Ridgeland, Mississippi 39157
(601) 948-5711
will.thomas@butlersnow.com

On behalf of the Defendant Factory Mutual Insurance Company:
SMITH CASHION & ORR, PLC
BY: S. JOE WELBORN, ESQ. (Via Zoom)
3100 West End Avenue, Suite 800
Nashville, Tennessee 37203
(615) 742-8555
jwelborn@smithcashion.com

APPEARANCE OF COUNSEL (Continued):

On behalf of the Defendant Colliers Management
Services - Memphis, LLC:

BUTLER, VINES AND BABB, PLLC
BY: JOHN BUTLER, ESQ.
2701 Kingston Pike
Knoxville, Tennessee 37919
(865) 637-3531
jbutler@bvblaw.com

On behalf of the Defendant St. Paul Fire and
Marine Insurance Company:

CARR ALLISON
BY: SEAN W. MARTIN, ESQ. (Via Zoom)
633 Chestnut Street, Suite 2000
Chattanooga, Tennessee 37450
(423) 648-9832
swmartin@carrallison.com

ALSO PRESENT:

Melissa Black, Esq.
In-House Counsel
Agilent Technologies, Inc.

David Armstrong, Videographer

going to hand you what was previously marked as Exhibit 164. If you could just take a moment to look it over.

(Whereupon, Plaintiff Exhibit 164, previously marked, was presented to the witness.)

MR. THOMAS: Do you have any extra copies?

MS. McDONALD: There should be multiple.

MR. THOMAS: Oh, okay.

MS. McDONALD: Sorry. It should be three there.

MR. THOMAS: Take one, Zach, and hand me the others.

WITNESS: Oh, I'm sorry. I didn't realize there was two.

(Witness reading.)

A. Yeah.

**Q. Is this the invoice you're referring to?**

A. Yes.

**Q. Okay. And they emailed this to you on December 1, 2023?**

A. Correct.

**Q. Okay. And then that first sentence says:**

**Let us know if we need to**

**you about the outcome of that inspection?**
A. I don't remember.
**Q. And did you report the outcome of that inspection to Mr. Davis or anyone else at Xpedient?**
A. I don't remember -- I don't even think I knew the outcome.
**Q. Until you received that December 1 invoice?**
A. Until I received the invoice, yeah.
**Q. Okay. And that was on December 1, 2023. Correct?**
A. Correct.
**Q. Okay. Do you recall having any communications with Crowe when they came out on November 16, 2023?**
A. I don't recall any.
**Q. Okay. And besides contacting Crowe to undertake the HVAC inspection, did you contact any other HVAC vendors?**
A. I don't remember any other HVACs that I asked to come and look out at it.
**Q. Okay. And was it generally Xpedient's protocol that you were supposed to contact multiple vendors to get bids before proceeding with work?**
A. Yeah. You would get bid on -- bid on

MS. McDONALD: "Part of the
building's HVAC," that was the end of the
question.
COURT REPORTER: Thank you.
(Pause.)
BY MS. McDONALD:
**Q. Okay. Let me reask the question.**
**So sitting here today, do you have any recollection whether at that point in time -- so, prior to the water intrusion event -- you understood that there were multiple devices capable of providing heat on the warehouse floor?**
A. I know there were two small handheld infrared -- or, not handheld, but small infrared heaters that were left over inside the building that you could plug into the wall.
**Q. And did you test those at all before the water intrusion event?**
A. One of them.
**Q. Did it work?**
A. Yes.
**Q. Did you have it running prior to the water intrusion event?**
MR. THOMAS: Object to form.
A. What do you mean by "running"?

**Q. Did you have it turned on and generating heat prior to the water intrusion event?**
A. I -- when I was there, I would turn it on as a means of comfort and put it on my desk.
**Q. Was this just like a space heater?**
A. Yes.
**Q. Okay. And was this something that you found at the building, or it was something you brought to the building?**
A. I found it.
**Q. Where do you find it?**
A. Storage -- storage locker, like a storage office area.
**Q. And approximately how big -- is it okay if I call it a "space heater"?**
A. Um-hum.
**Q. Would you agree that it was a space heater?**
A. Yeah.
**Q. Okay. How big was the space heater?**
A. It just literally looked like a cooking wok that you would turn on its side and put a plug in, and it was made of aluminum on the middle. And then you'd plug it in, and it'd turned red.
**Q. Okay. And when did you start using the**

**space heater at the Cromwell warehouse?**
A. I can't confirm what time I started using it.
**Q. And you had it plugged in and operating in the office space where you worked. Is that correct?**
A. Correct.
**Q. Did you have a space heater operating anywhere else in the warehouse?**
A. No.
**Q. Okay. Besides the space heater that you had running in the warehouse, are you aware of any other space heaters being located anywhere in the warehouse?**
A. No.
**Q. Okay. And you understood that Xpedient only leased a portion of the Cromwell warehouse, correct?**
A. Correct.
**Q. Do you know if there were any space heaters on the other side of the warehouse prior to the water intrusion event, the unoccupied side?**
A. I do not.
MS. McDONALD: Okay. And then, I'm going to hand you what was previously marked as Exhibit 165.

CERTIFICATE

I, SUSAN ASHE, a Certified Electronic Reporter and Notary Public, hereby certify that the foregoing is a true and accurate transcript of the deposition of said witness, who was first duly sworn by me on the date and place hereinbefore set forth.

I FURTHER CERTIFY that I am neither attorney nor counsel, nor related to or employed by any of the parties to the action in which this deposition was taken, and further that I am not a relative or employee of any attorney or counsel employed in this action, nor am I financially interested in this case.

Dated this 24th day of September 2026.

______________________________

Susan Ashe, Notary Public
of the District of Columbia

My commission expires: May 14, 2028.

Zachary Livingston

Agilent Technologies, Inc. vs. Xpedient Management Group, LLC

DECLARATION UNDER PENALTY OF PERJURY

Case Name: Agilent Technologies, Inc. vs. Xpedient Management Group, LLC

Date of Deposition: 09/16/2026

Job No.: 10200460

I, ZACHARY LIVINGSTON, hereby certify under penalty of perjury under the laws of the State of District of Columbia that the foregoing is true and correct.

Executed this 8 day of October, 2026, at 7:30 am.

[signature]
ZACHARY LIVINGSTON

NOTARIZATION (If Required)

State of ________________

County of ________________

Subscribed and sworn to (or affirmed) before me on this _____ day of ____________, 20__, by________________________, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: ________________________________ (Seal)

Page 348

www.aptusCR.com

DEPOSITION ERRATA SHEET

Page _____ Line ______ Reason ______

From ________________________ to ________________________

Page _____ Line ______ Reason ______

From ________________________ to ________________________

Page _____ Line ______ Reason ______

From ________________________ to ________________________

Page _____ Line ______ Reason ______

From ________________________ to ________________________

Page _____ Line ______ Reason ______

From ________________________ to ________________________

Page _____ Line ______ Reason ______

From ________________________ to ________________________

Page _____ Line ______ Reason ______

From ________________________ to ________________________

Page _____ Line ______ Reason ______

From ________________________ to ________________________

Page _____ Line ______ Reason ______

From ________________________ to ________________________

Page _____ Line ______ Reason ______

From ________________________ to ________________________

_______ Subject to the above changes, I certify that the transcript is true and correct

_______ No changes have been made. I certify that the transcript is true and correct.

______________________________
ZACHARY LIVINGSTON