# EXHIBIT 1

Filed Under Seal