# EXHIBIT 2

Filed Under Seal