# EXHIBIT 3

Filed Under Seal