# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

AGILENT TECHNOLOGIES, INC., PLAINTIFF

VS CASE NO. 2:25-cv-02101-BCL-cgc

XPEDIENT MANAGEMENT GROUP, LLC
AND ST.PAUL FIRE AND MARINE DEFENDANTS

---

EXPEDIENT MANAGEMENT GROUP, LLC, CROSS PLAINTIFF

V
ST PAUL FIRE AND MARINE CROSS-DEFENDANT
INSURANCE COMPANY

---

FACTORY MUTUAL INSURANCE CO., AS
SUBROGEE OF AGILENT PLAINTIFF
TECHNOLOGIES, Inc.,
V.
XPEDIENT MANAGEMENT GROUP, LLC
And ST. PAUL FIRE AND MARINE
INSURANCE COMPANY DEFENDANTS

*********************************************

DEPOSITION OF CHUCK PLESOFSKY
TAKEN AT THE LAW OFFICE OF
BUTLER SNOW
2065 POPLAR AVE, SUITE 500
MEMPHIS, TN
JULY 14, 2026
BEGINNING AT APPROXIMATELY 10:00 A.M.

**********************************************

Certified Court Reporter:
Maggie Fair #1016
1003 Augusta Drive
Oxford, MS 38655

**A. Two or three times to estimate the gas piping and check on my guys.**

Q. And what about with the RTU 103-unit replacement? Did you go out there additional times in connection with that?

**A. No, we had a construction crew do that.**

Q. And with the additional work that Soefker performed in, you know, January, February, March, April of 2024, did you also go out to the warehouse again?

**A. Not that I recall. Maybe I did. I don't remember.**

Q. And do you have any recollection of what the cost ended up being for the plumbing repairs?

**A. I don't.**

Q. And how did you first learn about the January 17, 2024, water intrusion event?

**A. I believe I got a call from Shellie on that, that told me there was water spraying in the building.**

Q. Do you have any understanding of what caused the event?

**A. Frozen pipe.**

Q. And how did you come to that understanding?

**A. The pipes froze and burst.**

Q. But who told you that?

**A. My plumbers. They have photos of it.**

Q. Were your plumbers asked to investigate the cause of the event?

**A. No, it was apparent.**

Q. And the pipes froze due to the freezing temperatures, is that right?

**A. Yes.**

Q. And the repair work that you performed at the warehouse after the event was that work that you were hired by Colliers to do or by Xpedient or some combination of the two?

**A. I don't remember who that bill went to.**

Q. Was there ever any confusion between Colliers and Xpedient as to who was responsible for Soefkers bill, that you can recall?

**A. I don't recall.**

Q. And if you could look at Exhibit 22, again. The first page of that exhibit. So it's Bates stamped WAS 00015.

**A. I'm looking at what now, on this page?**