# EXHIBIT 8

Filed Under Seal