# EXHIBIT 9

Filed Under Seal