# EXHIBIT 10

Filed Under Seal