# EXHIBIT 11

provincial or local taxes, levies, duties, fees or other charges now or hereafter assessed that are levied or based on or related to any of the ~~Services, the~~ Products~~, supplies and/~~ or ~~materials~~Customer Equipment provided ~~or~~ to ~~be provided by~~ XMG under this Agreement but shall not include any income taxes based solely on or measured by the income of XMG. XMG shall be responsible for paying directly any social security or withholding, unemployment, employee insurance assessments/premiums, worker's compensation assessments/premiums or similar taxes required by the jurisdiction in which its employees are employed.

D. Products. The products and materials for which the Services are to be performed shall be those goods manufactured, sold or distributed by or on behalf of Customer (the "Products"). Customer shall always be the owner of the Products. In addition to the foregoing, all Products and Customer Equipment must be: (i) clearly marked or tagged as Customer Property; (ii) held as personal property and not allowed to become a fixture to real property; (iii) kept free of liens and encumbrances; ~~(iv) kept separate from other materials, tools or property of XMG or held by XMG; and (v~~and (iv) kept only at the Facility unless otherwise authorized in writing by Customer. The Products and Customer Equipment will, at all times, constitute bailed property. Customer shall be responsible for marking or tagging Customer Property.

~~E.~~

~~F.~~

Formatted: Indent: Left: 0.5", Hanging: 0.5"

Formatted: Indent: Left: 1", No bullets or numbering

**10. Cooperation in Operations** Both Parties will act in good faith and cooperate in all matters relating to the Services provided by XMG for Customer under this Agreement.

**11. Performance Metrics; Customer Systems Effect**

A. Metrics. Performance metrics, if any, are set by the Parties and are set forth in the applicable Site Operating Agreement.

B. Effect of Customer Systems. If Customer retains control over the operation of, or from time to time itself continues to control, operate, or manage, any portion of the Services (collectively referred to as "Customer Management"), or specifies that certain support services, hardware, software, or other equipment which will be used to provide the Services be obtained from a specific party, be it Customer, an affiliate of Customer, or a designated third party vendor to Customer, or specifies the party which obtains, repairs, maintains, or supports the aforesaid hardware, software, or other equipment (collectively referred to as "Support Designation"), then to the degree that Customer Management or Support Designation impedes XMG's ability to perform the Services or materially impedes the accurate measurement of XMG's performance, Customer will not hold XMG responsible for any applicable performance criteria regarding the Services and will have no action against XMG for any alleged failure to perform the Services or meet metrics set for that performance.

The Parties acknowledge that Customer employees or agents may have access to XMG's warehouse management system module ("WMS") with the ability to make inventory adjustments affecting the inventory status of the Products at a Facility. Customer agrees not to make any such adjustments without XMG's prior written consent. If such adjustments are inadvertently made without prior written notification and XMG identifies an inventory discrepancy, Customer shall cooperate with XMG in any such reconciliation. If XMG can reasonably demonstrate that any unaccounted-for Products were attributable to any Customer adjustments, XMG shall not be responsible for the associated loss.

**12. Inventory: Loss, Reconciliation and Claims**

A. Records Reports. XMG shall maintain complete records of the Products received by XMG showing quantities received and shipped, inventory on hand, damaged or lost Products. The Parties agree that the Site Operating Agreement shall designate -the book of record for the purposes of this Agreement.

B. Inventory Accounting. Upon commencement of the Services, XMG shall conduct 1 (one) physical inventory of all Products received by XMG. Thereafter, XMG shall conduct periodic cycle counting according to the Site Operating Agreement. XMG will undertake additional physical inventories or cycle counts as reasonably requested by Customer at Customer's expense. Customer's duly authorized representatives shall have the right to be present at any physical inventory and, upon reasonable notice, shall have the right to visit, observe, and inspect each Facility, the Products and to inspect inventory records during XMG's normal business hours at such times and on such dates as are mutually agreed to by the Parties.

After XMG has completed a physical inventory (other than the initial inventory) or complete cycle count of all Products at each Facility, inventory shortages or overages shall be determined mutually by XMG and Customer – by netting the dollar amount of shortages and overages across all commodity groupings of Products at the time of the physical inventory or the final year-end cycle count reconciliation ("Final Cycle Count Reconciliation").

C. Inventory Loss.

(a) Loss of or Damage to Products. Subject to the limitations set forth herein, XMG shall be responsible for the Replacement Cost (defined as Customer's actual Product manufacturing cost or acquisition cost to replace the lost or damaged Products at their pre-loss condition, less salvage value, if any) of lost or damaged Products under its exclusive care, custody and control if the loss or damage was caused by XMG's failure to exercise such care as a reasonably careful person would exercise under like circumstances. However, XMG is not responsible for lost or damaged Products if the loss or damage could not have been avoided by the exercise of such care. Customer acknowledges that some damage or loss to Customer's Products at each Facility may occur during the performance of the Services. Accordingly, Customer agrees that XMG shall be entitled to a loss allowance as otherwise set forth in a Site Operating Agreement ("Allowance") which must be exceeded prior to XMG being liable for any damage, loss or shortages of Customer's Products.

(b) Products are not insured by XMG against loss or injury however caused.

(c) Limitation of Liability for Loss or Damage to Products. XMG's maximum liability to Customer arising out of or related to loss or damage to Products ("Product Losses") shall not exceed ~~the greater of: the value of the Products stored at the Facility at the time of the loss or~~ one million dollars ($1,000,000) per occurrence, two million dollars ($2,000,000) annually, or five million dollars ($5,000,000) in total over the life of this Agreement("Limit"). The Parties, which are both sophisticated commercial organizations negotiating at arm's length, jointly acknowledge and agree they have negotiated a commercially reasonable Limit that is not unreasonably disproportionate to the value of the Products and the Fees charged and that reasonably reflect the Parties' respective business interests.

**Commented [AS11]:** Our limit is $1M

**Commented [C(U12]:** Are these limits acceptable?