# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

AGILENT TECHNOLOGIES, INC.,

Plaintiff,

vs. Case No. 2:25-CV-02101-bcl-cgc

XPEDIENT MANAGEMENT GROUP, LLC,
ST. PAUL FIRE AND MARINE INSURANCE
COMPANY, AND COLLIERS MANAGEMENT
SERVICES - MEMPHIS, LLC,

Defendants.

---

XPEDIENT MANAGEMENT GROUP, LLC,

Cross-Plaintiff,

vs.

ST. PAUL FIRE AND MARINE INSURANCE
COMPANY and COLLIERS MANAGEMENT
SERVICES - MEMPHIS, LLC,

Cross-Defendants.

---

(Caption continued on page 2.)

Deposition of

NATHANIEL HAYNES
Individually and 30(b)(6)

September 3, 2026

10:00 a.m.

Reported by:
Julie Lyle, RPR, LCR
Job No. 10199263

**and unit heaters and other heating capabilities in the Cromwell warehouse all ran on gas, correct?**

MR. THOMAS: Are you asking him now?

MS. McDONALD: Yeah, now.

MR. THOMAS: Okay.

THE WITNESS: Yeah. Sure.

BY MS. McDONALD:

**Q. And you also agree that if the gas line is locked, that HVAC system, unit heater, and other heating systems within the Cromwell warehouse would not generate heat, correct?**

A. If there's no heat flowing to the building --

MR. THOMAS: Gas.

THE WITNESS: -- or there's no gas flowing to the building, there will be no heat in the building.

BY MS. McDONALD:

**Q. Okay. Thank you.**

**Are you aware of anyone from Xpedient ever telling anyone at Agilent that the HVAC system, unit heaters, or other heating sources at the Cromwell warehouse were not in good working order prior to the water-intrusion event?**

A. Not that I'm aware of. It's not a requirement in the contract.