# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

AGILENT TECHNOLOGIES, INC.,

Plaintiff,

vs. Case No. 2:25-CV-02101-bcl-cgc

XPEDIENT MANAGEMENT GROUP, LLC,
ST. PAUL FIRE AND MARINE INSURANCE
COMPANY, AND COLLIERS MANAGEMENT
SERVICES - MEMPHIS, LLC,

Defendants.

---

XPEDIENT MANAGEMENT GROUP, LLC,

Cross-Plaintiff,

vs.

ST. PAUL FIRE AND MARINE INSURANCE
COMPANY and COLLIERS MANAGEMENT
SERVICES - MEMPHIS, LLC,

Cross-Defendants.

---

(Caption continued on page 2.)

Deposition of

JAMIE DAVIS
Individually and 30(b)(6)

September 1, 2026

10:00 a.m.

Reported by:
Julie Lyle, RPR, LCR
Job No. 10199288

**air-conditioning systems being in good working order means that it must be in good condition and fully functional?**
MR. BUTLER: Object to the form.
THE WITNESS: I'm sorry. What was the question again? I'm sorry.
BY MS. McDONALD:
**Q. So what do you understand right here where it says, "The HVAC system must be in good working order"?**
A. That it should be in good working order.
**Q. Okay. And that means fully functional, to your --**
A. Fully functional, yes. Correct.
**Q. And then I'll represent to you that the commencement date is June 1, 2023.**
**And it's your testimony, correct, that the HVAC system was not in good working order as of June 1, 2023, correct?**
MR. THOMAS: Object to form.
THE WITNESS: I knew that we couldn't have the PMs done because they were working on the roof and what I believed to be the AC.
BY MS. McDONALD:
**Q. Okay. So is it correct, then, that as of**

**June 21, 2023, it was your understanding that the HVAC system at the Cromwell warehouse was not in good working order?**

MR. THOMAS: Object to form.

THE WITNESS: Again, I --

BY MS. McDONALD:

**Q. That it wasn't fully functional, correct?**

A. Yes. That would be my understanding.

**Q. Okay. Just so we're clear, so as of June 1, 2023, it was your understanding that the HVAC system was not fully functional, correct, at the Cromwell warehouse?**

A. Yes. But specifically that the AC unit wasn't fully functional because that's what I saw them working on, or what I believed to be the AC units on the roof.

**Q. And how is that different from the HVAC system more generally?**

A. Well, so there's -- you know, there's heating, air-conditioning, and duct unit. I didn't know exactly what they were doing with the AC unit, but I knew that they were working on it. I knew that they were working on the roof. I didn't know exactly what they were doing with it, though. I just knew that the AC couldn't be PM'd.