# EXHIBIT AA

EXPERT WITNESS SUPPLEMENTAL REPORT

of

Kevin M. Grudzien

Agilent Technologies, Inc. v. Xpedient Management Group, LLC and St. Paul Fire and Marine Insurance Company

AND

Factory Mutual Insurance Company, as subrogee of Agilent Technologies, Inc. v. Xpedient Management Group, LLC and St. Paul Fire and Marine Insurance Company

In the United States District Court for the Western District of Tennessee

Case No. 2:25-cv-02101-MSN-cgc
Consolidated with
Case No. 2:25-cv-02424-MSN-tmp

Prepared by:

Kevin M. Grudzien
Managing Director
Pyxis Group, LLC

## Introduction

This report is supplemental to my report dated February 17, 2026 ("first report"). The addition of Colliers Management Services – Memphis, LLC, the property manager for the Cromwell Warehouse, as a defendant does not alter our findings in the previous report dated February 17, 2026, or in this report.

## My Background

A full version of my curriculum vitae is included as Exhibit C to this report, which outlines all of my experience, publications, and speaking experience. I am being compensated at an hourly rate of $310 for my work connected with this matter. My compensation is not contingent on the outcome of this litigation.

## Summary of Opinions

My opinions are based on the information provided and reviewed to date. This information is listed in the "Documentation Reviewed" section included in my first report and the "Additional Documentation Reviewed" section at the end of this report. Based upon my review of the available information, it is my opinion that as of September 28, 2026, Agilent and Factory Mutual suffered damages of $6,470,241 and $6,038,183, respectively, as a result of the January 17, 2024, water intrusion event at the Cromwell Warehouse. Below, I have outlined the damages that have been supplemented following my first report.

### *Site Operating Agreement Payments to Xpedient*

Agilent continued to make payments to Xpedient, following my first report. As shown in Schedule 2, these payments total $1,118,632 through May 1, 2026.

*Interest (Agilent)*

I have been asked by counsel to calculate statutory prejudgment interest accrued on the damages of $5,196,220 from July 16, 2024, through the date of my report, September 28, 2026.[1] As shown on Schedule 7 of Exhibit A, this amount totals $1,274,021.

*Interest (Factory Mutual)*

I have been asked by counsel to calculate statutory prejudgment interest on the damages of $5,122,533 as of the date of my report, September 28, 2026. As shown in Schedule 3 of Exhibit B, this amount totals $915,650.

In summary, I arrive at a total calculated damages for Agilent and Factory Mutual of $6,470,241 and $6,038,183, respectively, for the period between January 17, 2024, and September 28, 2026.

I understand that discovery in this case is still ongoing. I reserve the right to supplement or amend my opinion to address additional deposition testimony and evidence that becomes available.

**Additional Documentation Reviewed**

- Xpedient Logistics Invoices from February 2026 through May 2026 and proof of payment

Signed September 28, 2026

_______________________________

Kevin M. Grudzien

[1] July 16, 2024 is the date on which Agilent provided notice of its claim to St. Paul. Agilent provided notice to Xpedient prior to this date, and this calculation is not intended to limit Agilent's right to recover interest from Xpedient for any earlier period.