# EXHIBIT A

| | |
|---|---|
| **From:** | Adam Sepanski </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=304D7094277A4E3992A92504569D7F63-ASEPANSKI> |
| **Sent:** | Friday, April 21, 2023 1:37 PM |
| **To:** | Jagjeevan Singh <jagjeevan.singh@agilent.com> |
| **Cc:** | choo_chon-leong@agilent.com; chris.mulryan@agilent.com |
| **Subject:** | Xpedient RFP response for Memphis |
| **Attach:** | Agilent Xpedient Memphis Overflow 04-21-23.pdf; RFP_Memphis external storage space Appendix 4_Response Template -XMG Response.xlsx |

---

Agilent team,

I have received an out of office message from the below email. As we want to make sure we can submit our documents today before the deadline, I am attaching them to this email.

We are happy to submit to the Ariba platform if someone can walk us through this. When I log into the platform, none of the documents or upload tasks are showing up any longer (I could see them earlier in the week).

Attach is our Appendix 4 Response Template, and a PDF presentation outlining our terms and conditions. Please note the slide that discusses the deviations between the RFP and what we are proposing.

If there are any questions, please let me know.

Thank you,
Adam

xpedient LOGISTICS

**Adam Sepanski**
Senior Director of Solutions
(704) 724-2454
asepanski@xpedient.com

www.xpedient.com

This communication may contain confidential and/or privileged information. If it has been sent to you in error, please contact the sender for instructions concerning return or destruction, and do not use or disclose the contents to others.

---

**From:** Adam Sepanski
**Sent:** Friday, April 21, 2023 12:50 PM
**To:** Jagjeevan Singh <jagjeevan.singh@agilent.com>
**Cc:** choo_chon-leong@agilent.com; chris.mulryan@agilent.com
**Subject:** RE: Doc3940985549 - Agilent e-Sourcing Event_Memphis external storage space_RFP_Freight and Logistics_Q2FY23

Hello Jagjeevan,

I am trying to upload our pricing response and when I log into Ariba it no longer shows any of the documents or upload

Nate Haynes
Exhibit
191
J. Lyle 09.03.26

fields like it did when we signed up.

Can I submit our pricing and proposal to you directly? We want to make sure we have it to you today as it was the deadline.

Thanks,
Adam

**Adam Sepanski**
Senior Director of Solutions
(704) 724-2454
asepanski@xpedient.com

www.xpedient.com

This communication may contain confidential and/or privileged information. If it has been sent to you in error, please contact the sender for instructions concerning return or destruction, and do not use or disclose the contents to others.

**From:** Jagjeevan Singh <s4system-prod+AgilentTechnologies.Doc3940985549@ansmtp.ariba.com>
**Sent:** Thursday, April 20, 2023 9:33 AM
**To:** Adam Sepanski <asepanski@xpedient.com>
**Subject:** Doc3940985549 - Agilent e-Sourcing Event_Memphis external storage space_RFP_Freight and Logistics_Q2FY23

**CAUTION: This email originated from OUTSIDE of the organization. Never click on a link or open attachments if it originated outside the Xpedient Network unless you know the content is safe.**

# Agilent Technologies

Dear Participant,

This is a gentle reminder that RFP responses are **due tomorrow i.e. 21th April.**

Make sure to submit your valuable responses before the deadline.

Reach out in case of any concern/query.

Regards,
Jagjeevan Singh

You are receiving this email because your customer, Agilent Technologies, has identified you as the appropriate contact for this correspondence. If you are not the correct contact, please contact Agilent Technologies.

Agilent Technologies sourcing site, Event Doc3940985549: Agilent e-Sourcing Event_Memphis external storage space_RFP_Freight and Logistics_Q2FY23, Realm: AgilentTechnologies, Message ID: MSG363519460, Click Here

---

Offices | Data Policy | Contact Us | Customer Support

Powered by SAP Ariba


Agilent
Agilent
Overflow Warehouse
Memphis, TN
April 21, 2023
xpedient
LOGISTICS

XMG_3755

xpedient

# Overview

Overview:

- Agilent currently has a facility in Memphis that will be no longer available
- Agilent requires an agile, quick solution to storing approximately 400 pallets of current inventory, plus 200(+) additional pallets over time (expanding rapidly)
- Volume is sporadic and can generally be handled by one person
- Pallets are 7' tall and can not be double stacked (target floor storage)
- 10-12 SKUs, low complexity
- Minimal system requirements
- Outbound back to DC as needed
- Cost is a large consideration

Target:

- Class B/C Building in Memphis
- 3 year term minimum with possible extension
- 30,000 – 45,000 square feet floor storage with potential to rack
- Ideal startup is End of Q2/Q3

xpedient

# Real Estate




- 4601 Cromwell Rd, close proximity to Agilent
- 3 Year term minimum
- 45,000 sqft
- 6,000 sqft of office
- Class C
- 22' Clear
- Cheapest $ per sqft in market
- Cosmetically inferior but no leaks were detected during rain and floor is in good condition
- Would require some TI (cleaning, bathroom update, 2 dock packages)





xpedient

# Commercialization

4601 Cromwell Rd

## Fixed Costs

| Activity | Unit of Measurement | Rate |
|---|---|---|
| Fixed cost | $/Month | **$37,824** |

$453,890 per year

## Variable Costs

| Activity | Unit of Measurement | Rate |
|---|---|---|
| Labor (excluding Manager) | $/Hour | $27.00 |
| Overtime and holidays | $/Hour (min. 4 hours on weekend and holidays) | 150% of applicable rate |
| Additional MHE as needed | Cost + Margin | Cost + 10% margin |
| Payment of non-standard supplies or services | Cost + Margin | Cost + 10% margin |

Assumes:

- **FINAL PRICING SUBJECT TO CHANGE BASED ON REAL ESTATE AVAILABILITY**
- See next slide for assumptions and terms

xpedient

# Commercial Assumptions

**FINAL PRICING SUBJECT TO CHANGE BASED ON REAL ESTATE AVAILABILITY AND PRICING**

Assumes:

- 3% annual increases on Fixed Costs
- Annual market review for hourly wages, with ability for surge pay quarterly if necessary
- A working manager who will handle all site operations (management, system, CSR, handling)
  - Backup option would need to be agreed on – preference is Agilent employee who is also part-time Xpedient employee (clock out at Agilent / clock in at Xpedient)
- No handling to be charged as long as hours stay under 40 per week (additional hourly charge will apply after this)
- Pulling or recording batch #s is out of scope
- Implementation of XWMS (real-time web access to inventory, daily inbound/outbound/inventory reports)
  - Does not include any WMS customizations or scanners (if we need to scan lot #s)
- Assumes 4,300 pallets of total throughput annually
- 3 year deal (minimum)
- Startup paid as incurred (estimated at $17K - training, travel, janitorial supplies) – See next slide
- Includes Rent, Equipment, Management, Insurance, Overhead, and XWMS
- Shipping supplies (pallets, wrap, banding, etc.) at cost plus if required
- Standard Xpedient terms and conditions

xpedient

# Startup

- Startup billed as incurred
- Plan is 4 weeks of fly-in management support
- $1,807 charged per week if Manager is hired prior to lease commencement
- 4 weeks of hourly labor assistance will be billed at startup (not included in $16.8K total)

| Startup | | |
|---|---|---|
| Offsite Travel | $ | 6,456 |
| Permanent Staff Training | $ | 3,615 |
| Facility Setup | $ | 5,100 |
| Contingency | $ | 510 |
| **Sub Total** | **$** | **15,681** |
| Management Fee | $ | 1,180 |
| Total Startup Cost | **$** | **16,861** |

xpedient

# Deviations from RFP

The following items are changes in our proposal from the RFP:

- Building is 45,000 square feet with 22' clear height (vs 30,000 square feet and 30' clear height)
- Building security will be limited to intrusion detection (motion sensors) and cameras; no security personnel on-site
- Pallet racking is out of scope for the startup (can be added later at additional cost)
- Scanning or recording individual box labels is out of scope for startup. This requires additional system setup and hardware which will need separate pricing. Manual recording of these identifiers will require additional hourly labor charges.
- Proposal is based on Xpedient contract, if RFP agreement is to be used, it will require substantial redlines.

xpedient

# Next Steps

- Acceptance of pricing and commercialization - Agilent
- Contract negotiation - Both
- Lease negotiation (in parallel with contract) – Xpedient
- Job posting for working manager is in progress - Xpedient
- Contract signing - Both
- Initiate hiring, training, and equipment purchase – Xpedient
- Go-Live




XMG_3763

xpedient LOGISTICS

# Xpedient Customers

Giti
IMPERIAL BRANDS
nokian TYRES
YOKOHAMA
Continental
Solar JinKO
ATTURO
SPIRIT
SPIRITHALLOWEEN.COM
VISION
TEMPEST TELECOM SOLUTIONS
Fountain Tire
SUMMIT SUPPLY LLC
Division of Multi Machine Inc
DISCOUNT TIRE
FALKEN
DHPACE
Everything Doors Since 1926

# Xpedient Leadership

- Owners are active in the business and will participate in the operations
- Leadership team has decades of logistics experience



**John White**
- CEO and Managing Member
- 30 years of logistics experience
- Supply chain manager and operations lead for Goodyear, Walmart, Home Depot



**John Curry**
- COO and Xpedient Member
- 20 years of logistics experience
- Supply chain manager for Michelin, Discount Tire, Home Depot, Sherwin Williams



**Mike St. Denis**
- Senior Vice President, Operations
- 20 years of logistics experience
- Warehousing and transportation manager for Fountain Tire, Nissan, CAT, 7-Eleven



**Adam Sepanski**
- Senior Director, Solution Design
- 15 years of tire logistics experience
- Warehousing and transportation manager for Continental Tire



**Nate Haynes**
- Vice President, Finance
- 14 years of supply chain finance experience
- Supply chain modeling and improvement projects for Michelin, Goodyear, Yokohama, Discount Tire



**Alicia Lyle**
- Project Manager
- 7 years of experience
- IT and Operational project management for Norfolk Southern

# Xpedient Solutions and Locations



## Xpedient Spectrum of Engagement

| | | | |
|---|---|---|---|
| Labor | Non-supervised Labor (Temp Agency) | Supervised Labor | Managed Operations |
| Real Estate | Customer Building | Xpedient Building | Xpedient Multi-Tenant Operation |
| Transportation | Customer Managed | Xpedient Facilitates Bidding | Xpedient Managed |

| | | | | | |
|---|---|---|---|---|---|
| Value | Logistics Experience | Project Management | Economies of Scale | Network Studies | Dedicated Deliveries |

Low Involvement ← → High Involvement

xpedient
LOGISTICS

Adam Sepanski
Xpedient Management Group LLC.
200 North Point Drive Suite 100
Coppell, Texas 75019
704-724-2454
asepanski@xpedient.com
www.Xpedient.com

Agilent

REQUEST FOR PROPOSAL RESPONSE FORM

| | K | L | M | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | Request for Proposal |
| 2 | | | | | | | | | Version 2.0 |
| 3 | | | | | | | | | Last Reviewed: June 1, 2022 |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |

| | A | B | C |
|---|---|---|---|
| 1 | | SUPPLIER KEY DATA AND FINANCIAL INFORMATION | |
| 2 | | Supplier Contact Information | |
| 3 | | Supplier: | Xpedient |
| 4 | | RFP Point of Contact Name: | Adam Sepanski |
| 5 | | Email Address: | asepanski@xpedient.com |
| 6 | | Telephone Number: | 704-724-2454 |
| 7 | | Company/Financial Information | |
| 8 | | Total number of employees | 550 |
| 9 | | Annual Revenue ($USD) | N/A |
| 10 | | Primary business and markets | US & Canada; automotive and consumer goods |
| 11 | | Length of time in such business | 10 years |
| 12 | | Is the supplier company a wholly or partly government-owned company? | no |
| 13 | | If the answer to the previous question is "yes," is more than 50% of the company's stock owned by a government entity? | |
| 14 | | Business License/Tax Registration Number | |
| 15 | | Operating Income as % of Net Revenue | |
| 16 | | Total Assets $K (including intangible assets) | |
| 17 | | Intangible Assets $K | |
| 18 | | Total Liabilities $K | |
| 19 | | Operating Cash Flow (positive or negative) | |
| 20 | | Does your company have a Service Organization Controls 2 report? | |
| 21 | | If available, please provide your Dun & Bradstreet Live Report or provide your D&B number and rating below. | |
| 22 | | D&B Number | |
| 23 | | D&B Rating | |
| 24 | | If you are completing on behalf of a subsidiary company, provide your parent company details below. | |
| 25 | | Parent Company Name | |
| 26 | | Street Address | |
| 27 | | City | |
| 28 | | Postal Code | |
| 29 | | Country | |
| 30 | | Website | |
| 31 | | Quality | |
| 32 | | Is your company ISO certified? | Yes |
| 33 | | If yes, please list ISO certifications. | ISO 9001 |
| 34 | | If no, does your company have a formal and current Quality Management System that is available upon request? | |
| 35 | | Does your company have a formal and current business continuity/disaster recovery plan(s) in place that are available upon request? (Note: These plans should address both recovery of production capacity, product recall / withdrawal, and continuity of service.) | Yes, depending on location |
| 36 | | Ethics | |
| 37 | | Agilent's relationships with suppliers are of great strategic importance. Common sense, good judgment, and the highest standards of integrity will be used in working with our | |
| 38 | | Supplier will conduct its business with the highest ethical standards and meet the requirements as set forth in Agilent's Supplier Code of Conduct: https://www.agilent.com/supplier/Agilent_Supplier_Code_of_Conduct.pdf | Yes |
| 39 | | Supplier will comply with all applicable (global and local) anti-corruption laws, rules, and regulations, including the U.S. Foreign Corrupt Practices Act, the UK Bribery Act and those enacted under the OECD Convention on Combating Bribery of Foreign Public Officials in International Business Transactions. | Yes |
| 40 | | Neither supplier, nor any persons acting on supplier's behalf, have made nor will make or offer to make any payment, loan, reward advantage, gift or benefit of any kind, directly or indirectly to any third party, including any employee, officer, or representative of any governmental entity or instrumentality or to any foreign political party or candidate, to exert improper influence on a business decision; | Yes |
| 41 | | Supplier and any persons acting on supplier's behalf are free of any conflict of interest with Agilent; | Yes |

| | A | B | C |
|---|---|---|---|
| 42 | | Supplier and any persons acting on supplier's behalf warrant and represent to Agilent that no portion of any payments received from Agilent will be paid directly or indirectly to any third parties who are employees of or have any business or official interest in the affairs of Agilent; | Yes |
| 43 | | Does supplier company have a Code of Conduct / Standards of Business Conduct that governs ethical practices and behaviors of doing business and complying with international and local laws? | Yes |
| 44 | | Are employees required to be trained and/or certify to the Code of Conduct? | Yes |
| 45 | | If yes, how often? | Upon hiring |
| 46 | | Suppliers will update information provided in this questionnaire as necessary. If supplier fails to update the information provided or if the information provided is false, Agilent may immediately terminate any business agreement with the supplier with cause. | |
| 47 | | **Sustainability** | |
| 48 | 1. | Does your company have internal program to manage sustainability impact? | No |
| 49 | 1.a. | If yes, please provide information on internal program to manage sustainability impact and attach evidence. | |
| 50 | 2. | Does your company have goals and targets for reduction of sustainability impacts? | No |
| 51 | 2.a. | If yes, provide information on sustainability goals and targets of your company and attach evidence. | |
| 52 | 3. | Has your company received a sustainability ranking/rating in the last year? | No |
| 53 | 3.a. | If yes, provide information on name and respective ranking/ratings received by the company in the last year and attach evidence. | |
| 54 | 4. | Does your company require key suppliers to manage sustainability impact? | No |
| 55 | 4.a. | If yes, please provide more information on how company is working with key suppliers to manage sustainability impacts and attach evidence. | |
| 56 | 5. | Select all applicable sustainability initiatives which your company participates: | ☐ UN Sustainable Development Goals (UN SDG) |
| 57 | | | ☐ Carbon Disclosure Project (CDP) |
| 58 | | | ☐ Robesco SAM Corporate Sustainability assessment |
| 59 | | | ☐ EcoVadis |
| 60 | | | ☐ Other similar initiatives |
| 61 | 5.a. | Please provide information on company's performance in above ( question 5) selected sustainability initiative and attach evidence | |
| 62 | | **Supplier Diversity** | |
| 63 | | Is your company a small or diverse business? | No |
| 64 | | If yes, please indicate diversity status. | |
| 65 | | Is your company certified as a small or diverse business? | |
| 66 | | If yes, please provide certification credentials. | |
| 67 | | **Legal and Regulatory** | |
| 68 | | Has supplier company filed for any bankruptcy protection within the last 5 years? | No |
| 69 | | If yes, list filing type and date. | |
| 70 | | Has the supplier company or any director, officer, employee, agent or affiliate of supplier company ever had a criminal or civil judgment or penalty settled, imposed, or alleged that relates to bribery, corruption or fraud? | No |
| 71 | | If yes, please describe. | |
| 72 | | Is your organization currently involved in any claims and/or litigation? | |
| 73 | | If Yes, please provide details. | |
| 74 | | Are there any current legal actions or outstanding statutory requirements that may cause a disruption in your supply? | |
| 75 | | If yes, please provide details. | |
| 76 | | **Terms and Conditions** | |
| 77 | | **The Agilent Terms and Conditions included in this RFP shall be made a part of and govern any Purchase Order and/or Contract, resulting from this Request for Proposal.** | |
| 78 | | Supplier confirms acceptance of the Agilent Terms and Conditions to govern any Purchase Order and/or Contract, resulting from this Request for Proposal. If no, supplier must attach document with requested changes. | Yes |
| 79 | | Supplier confirms acceptance and compliance with the Agilent Supplier Code of Conduct | Yes |
| 80 | | Supplier confirms acceptance of the Agilent Data Processing Agreement. If no, supplier must attach document with requested changes. | Yes |
| 81 | | How do you comply with data transfer requirements, Binding Corporate Rules, Standard Contractual Clauses or data localization in country? | Dependent on agreement |

| | A | B | C |
|---|---|---|---|
| 82 | | Please list the countries in which you will store or process personal data. | USA |
| 83 | | Please provide a copy or URL of your privacy policy | |
| 84 | | Have all your employees been trained in data protection and privacy? If not, state why not. | |

| | A | B |
|---|---|---|
| 1 | | |
| 2 | | **Question** |
| 3 | | **[This section should list questions which are required to determine the supplier's capability to meet the project requirements and objectives.]** |
| 4 | 1 | Please provide minimum & maximum storage capacity of the location for Agilent. (by sqft and useble storage height) |
| 5 | 2 | Provide warehouse location proposed for Agilent and estimated driving time and distance from Agilent RLC-America at 5050 East Holmes Road, Suite 105, Memphis TN 38118 |
| 6 | 3 | Please describe security processes in place (physical security at contact center, card-based access, safety at the racking area etc.) |
| 7 | 4 | Please provide implementation proposal include timeline and key milestones |
| 8 | 5 | Please share the business continuity plan for the proposed location |
| 9 | 6 | Please provide the list of operation reports avaible for Agilent storage operation. |
| 10 | 7 | |
| 11 | 8 | |
| 12 | 9 | |
| 13 | 10 | |
| 14 | 11 | |
| 15 | 12 | |
| 16 | 13 | |
| 17 | 14 | |
| 18 | 15 | |
| 19 | 16 | |
| 20 | 17 | |
| 21 | 18 | |
| 22 | 19 | |
| 23 | 20 | |
| 24 | 21 | |
| 25 | 22 | |
| 26 | 23 | |
| 27 | 24 | |
| 28 | 25 | |
| 29 | 26 | |
| 30 | 27 | |
| 31 | 28 | |

XMG_3773

| | C |
|---|---|
| 1 | BUSINESS/TECHNICAL REQUIREMENTS |
| 2 | Response |
| 3 | |
| 4 | 45,000 square feet; 22' clear height |
| 5 | 4601 Cromwell Rd, <10 minute drive |
| 6 | Locked and armed doors, motion detectors, cameras |
| 7 | Require 4-6 weeks from contract signing to go-live. Biggest bottleneck is hiring of manager. |
| 8 | For personnel, we have 2 options. One is to have an Agilent employee also hired as an Xpedient employee. When continuity is required, the Agilent employee would clock out of Agilent and clock into Xpedient to perform the work at the facility. The second is to provid Agilent the ability, with prior notice, to operate at the facility on a limited basis until we can resume operations. |
| 9 | We can provide any reasonable reporting requested. |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |
| 31 | |

| | A | B | C |
|---|---|---|---|
| 1 | Performance Measures | | |
| 2 | | Question | Response |
| 3 | 1 | What metrics are provided for key performance indicators? (TAT for each transaction/order, Inventory Acuracy, etrc) | We can provide any KPI reasonably requested. |
| 4 | 2 | What are the performance targets and associated penalties with fees at risk? | TBD on performance targets, we are not willing to put fees at risk on this project. |

| | A | B |
|---|---|---|
| 1 | | |
| 2 | | Question |
| 3 | 1 | How many years has your firm been in business? |
| 4 | 2 | Provide details of your market position, industry awards or recognition relative to the scope requirements. |
| 5 | 3 | Provide examples of client experience/case studies with emphasis on similar activities, geographies and scale. |

| | C |
|---|---|
| 1 | Experience |
| 2 | Response |
| 3 | 10 years |
| 4 | We have over 15 locations around US & Canada. We were recognized by Continental Tire as 3PL partner of the year for 3 years. |
| 5 | This will be our 5th similarly sized operation where we operate with 1 working manager in a stand alone facility. As long as our customer understands the limitation we feel it's a great opportunity to be cost effective for a small operation. |

| | A | B |
|---|---|---|
| 1 | | |
| 2 | | Question |
| 3 | 1 | Provide the total number of employees at your firm. |
| 4 | 2 | What is the average tenure of your employees? |
| 5 | 3 | Provide your attrition statistics for the past three years |
| 6 | 4 | How do you ensure your resources are developing and retaining skills to support leading-edge requirements? |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |

| | C |
|---|---|
| 1 | Resource Model |
| 2 | Response |
| 3 | 550 |
| 4 | 2.2 Years |
| 5 | N/A |
| 6 | Xpedient has continuous improvement training, best practice sharing workshops, and annual leadership meetings with all site managers. |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | Fees Element | Unit of Measure | Rate/Cost(USD) | Unit | Annual fees (USD) | | No | Question |
| 4 | Space Rental | USD per month | $ 37,824.00 | 1 | ~~$ 453,888.00~~ | | 1 | Please share the validity period of the fees proposed. |
| 5 | Ultilities | USD per sqft | N/A | | | | 2 | Please share renewal terms of fees (E.g. escalation factors, CPI indicies, percentage cap for future increases) |
| 6 | Transaction fee | USD per transaction | N/A | | | | 3 | Please share if there is any early termination liability to Agilent |
| 7 | Others(Please specify below) | | | | | | 4 | Please share if your company would engage Agilent for cost optimization intiatives/projects? |
| 8 | Hourly labor (excluding manager) | USD per hour | $27 | as needed | | | | |
| 9 | Payment of non-standard supplies or services | USD as required | Cost plus 10% margin | as needed | | | | |
| 10 | | | | | | | | |
| 11 | **Total Cost** | | | | | | | |

| | I |
|---|---|
| 1 | |
| 2 | |
| 3 | Response |
| 4 | 30 days, pending final real estate availability and pricing |
| 5 | 3% annual increase of monthly fixed costs on anniversary of effective date. Hourly labor will be reviewed and adjusted annually to align with local labor market conditions, with reviews quarterly for potential surg |
| 6 | This is a 3 year term, terminating early would require repayment of all outstanding costs. |
| 7 | We are very interested in assisting Agilent with cost cutting measures. |
| 8 | |
| 9 | |
| 10 | |
| 11 | |

| | J | K |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | e pay if necessary | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |