# EXHIBIT F

**From:** Jamie Davis <jdavis@xpedient.com>
**Sent:** Monday, November 13, 2023 11:59 AM
**To:** Mike St. Denis <mstdenis@xpedient.com>; Zachary Livingston <zlivingston@xpedient.com>
**Subject:** RE: Agilent VP Visit

Hi Mike,

I contacted Shelli Moses from Colliers and she had someone there within a couple hours, same day.

The thunderstorm was very heavy, and we didn't know there was a leak until that morning. It was located on the roof, where the ladder access is and we believe it was something that happened when they were finishing the roofing. No damage was done to product or facility. I believe this will be fixed by end of this week and will follow up with Shellie to be sure.

Thanks,

xpedient LOGISTICS

**Jamie Davis**
Director of Operations
(757) 355-2071
jdavis@xpedient.com

www.xpedient.com

Click here to book a meeting with me

**Ready to Xceed. Together.**

Visit us on

**From:** Mike St. Denis <mstdenis@xpedient.com>
**Sent:** Monday, November 13, 2023 11:52 AM
**To:** Zachary Livingston <zlivingston@xpedient.com>; Jamie Davis <jdavis@xpedient.com>
**Subject:** Re: Agilent VP Visit

What's the process in the event of a leak moving forward?

Were any cartons damaged?

Jamie Davis
Exhibit
167
J. Lyle 09.01.26

xpedient
LOGISTICS

**Mike St. Denis**
Senior Vice President Operations
(609) 685-4930
mstdenis@xpedient.com

www.xpedient.com

Click Here to Book a Meeting with Me

Ready to Xceed. Together.

Visit us on

This message is intended only for the named recipients. This message may contain information that is privileged, confidential or exempt from disclosure under applicable law. Any dissemination or copying of this message by anyone other than a named recipient is strictly prohibited. If you are not a named recipient or an employee or agent responsible for delivering this message to a named recipient, please notify us immediately, and permanently destroy this message and any copies you may have.

---

**From:** Zachary Livingston <zlivingston@xpedient.com>
**Date:** Friday, November 10, 2023 at 11:39 AM
**To:** Mike St. Denis <mstdenis@xpedient.com>, Nate Haynes <nhaynes@xpedient.com>, Matt Tullio <MTullio@xpedient.com>, Jamie Davis <jdavis@xpedient.com>
**Subject:** Agilent VP Visit

All-
Just a recap on the VP Visit:

The dock was cleared, and all inventory was put away, excepting a staged outbound load for today. Agilent was able to walk around the building and view the inventory. Inventory tracking was discussed, where I shared we have an internal document to track all the product.

Security was brought up where I showed the motion sensors, cameras and security personnel.

He mentioned how product will be placed as FIFO, and should be shipped by batch, which i will be trained on. He liked the layout of the building and mentioned that the inventory should be receding in the future. HE did not mind that I work alone, and I mentioned to him I bring in extra hands when I need them.

The only concern was water leaking from our roof access. We had a big rainstorm last night and the leak went onto the floor further than I have seen before. It reached one pallet and VP mentioned that we cannot have that happen. We are already working fixing the leak now with the landlord. This leak was brought up with Agilent Memphis before, so this repair will be on their radar now, but we will have a plan to fix it in the near future.

As far as operations, security, and inventory control we were quite impressive to him. Things were clean, neat and organized. Again, the only concern was the water leak.

xpedient
LOGISTICS

**Zachary Livingston**

Safety Manager

(801) 441-9790

zlivingston@xpedient.com

www.xpedient.com

**Ready to Xceed. Together.**

Visit us on

This message is intended only for the named recipients. This message may contain information that is privileged, confidential or exempt from disclosure under applicable law. Any dissemination or copying of this message by anyone other than a named recipient is strictly prohibited. If you are not a named recipient or an employee or agent responsible for delivering this message to a named recipient, please notify us immediately, and permanently destroy this message and any copies you may have.