# EXHIBIT G

**From:** Mashburn, Tim <Tim.Mashburn@colliers.com>
**Sent:** Friday, May 19, 2023 11:31 AM
**To:** Adam Sepanski <asepanski@xpedient.com>; Austin Fahy <Afahy@cresa.com>
**Cc:** Nate Haynes <nhaynes@xpedient.com>
**Subject:** Re: Construction details for insurance

---

**CAUTION: This email originated from OUTSIDE of the organization. Never click on a link or open attachments if it originated outside the Xpedient Network unless you know the content is safe.**

Concrete Tilt
EPDM Roof
.26gpm/2,000 sprinkler

Get Outlook for iOS

---

**From:** Adam Sepanski <asepanski@xpedient.com>
**Sent:** Friday, May 19, 2023 11:28:02 AM
**To:** Mashburn, Tim <Tim.Mashburn@colliers.com>; Austin Fahy <Afahy@cresa.com>
**Cc:** Nate Haynes <nhaynes@xpedient.com>
**Subject:** Construction details for insurance

Tim,

Insurance is asking some building related questions.

Can you advise on:

- construction of walls (tilt up?)
- roofing (built up roofing "BUR"?)
- Sprinkler type and details?

xpedient LOGISTICS

**Adam Sepanski**
Senior Director of Solutions
(704) 724-2454
asepanski@xpedient.com

www.xpedient.com

This communication may contain confidential and/or privileged information. If it has been sent to you in error, please contact the sender for instructions concerning return or destruction, and do not use or disclose the contents to others.

Nate Haynes
Exhibit
193
J. Lyle 09.03.26