# EXHIBIT I

**From:** Jamie Davis via monday.com <notifications@monday.com>
**Sent:** Wednesday, October 18, 2023 8:02 AM
**To:** Zachary Livingston <zlivingston@xpedient.com>
**Subject:** [New update] HVAC Inspection - Roof work still being completed. I was given a date of 9/20/23 for work...

---

**CAUTION: This email originated from OUTSIDE of the organization. Never click on a link or open attachments if it originated outside the Xpedient Network unless you know the content is safe.**

xpedient LOGISTICS

JD

Jamie Davis wrote an update on

**HVAC Inspection**

Agilent- Memphis > Facility

18 Oct 07:00

Roof work still being completed. I was given a date of 9/20/23 for work to be completed. Will aim at scheduling HVAC Inspection by November 10th.

Like | Reply on monday.com

Reply to this email and it will magically appear in monday

Not interested in receiving email notifications when someone writes an update on an Item you're subscribed to? Unsubscribe

You can also manage your overall email notification settings

Jamie Davis
Exhibit
162
J. Lyle 09.01.26

Made with ❤ by monday.com

Want to manage your work on the go?
Download the monday.com mobile app

Download on the App Store
GET IT ON Google Play