# EXHIBIT K

**From:** CROWE HEATING AND AIR <noreply@swipesimple.com>
**Sent:** Tuesday, January 9, 2024 3:20 PM
**To:** Accounting <Accounting@xpedient.com>
**Subject:** Receipt from CROWE HEATING AND AIR (Transaction #10769718-6442)

You don't often get email from noreply@swipesimple.com. Learn why this is important

**CAUTION: This email originated from OUTSIDE of the organization. Never click on a link or open attachments if it originated outside the Xpedient Network unless you know the content is safe.**

CROWE SERVICES

# CROWE HEATING AND AIR

6391 FERRELL DR, MEMPHIS, TN 38134

| | |
|---|---|
| Transaction # | 10769718-6442 |
| Date | 01/09/2024 3:18 PM |
| Result | Approved |
| Auth Code | 281823 |
| Transaction Method | Keyed |
| Transaction Type | Sale |
| Cardholder Name | Xpedient Management Group |
| Card | XXXX-XXXXXX-X2252 |
| Card Type | Amex |

| | |
|---|---|
| 1 × Quick Item | $125.00 |

166

Jamie Davis
Exhibit
166
J. Lyle 09.01.26

XMG_3563

| | |
|---|---|
| Subtotal | $125.00 |
| Total | **$125.00** |
| method | Key Entered |
| mid | XXXXXXXX9125 |
| tid | 001 |

Contact # 901-413-5361 Office

Receipt sent via SwipeSimple, powered by CardFlight

© CardFlight, Inc. 2024