# EXHIBIT L

**From:** Jamie Davis <jdavis@xpedient.com>
**Sent:** Wednesday, March 27, 2024 6:56 AM
**To:** Dirk Updike <dupdike@xpedient.com>; Nate Haynes <nhaynes@xpedient.com>
**Subject:** RE: Cromwell Incident Report

Hi Dirk,

Sorry it took so long to get back to you. A lot of events and history to read through. I agree with the below and think it's a solid account of what occurred.

Thanks,

xpedient LOGISTICS

**Jamie Davis**
Director of Operations
(757) 355-2071
jdavis@xpedient.com

www.xpedient.com

Click here to book a meeting with me

Ready to Xceed. Together.

Visit us on

TODAY'S SAFETY CAN GUARANTEE TOMORROW'S FUTURE

**From:** Dirk Updike <dupdike@xpedient.com>
**Sent:** Monday, March 25, 2024 7:45 PM
**To:** Jamie Davis <jdavis@xpedient.com>; Nate Haynes <nhaynes@xpedient.com>
**Subject:** FW: Cromwell Incident Report

@Jamie Davis can you review the below and let me know if you agree with assessment.

Thank you,

xpedient LOGISTICS

**Dirk Updike**
Senior Director of Operations
(612) 207-3472

Dirk Updike Exhibit
186
J. Lyle 09.02.26

Dupdike@xpedient.com
www.xpedient.com

TODAY'S SAFETY CAN GUARANTEE TOMORROW'S FUTURE

Ready to Xceed. Together.

Visit us on

This message is intended only for the named recipients. This message may contain information that is privileged, confidential or exempt from disclosure under applicable law. Any dissemination or copying of this message by anyone other than a named recipient is strictly prohibited. If you are not a named recipient or an employee or agent responsible for delivering this message to a named recipient, please notify us immediately, and permanently destroy this message and any copies you may have.

Hello Christy,

The below is in response to the letter received by Xpedient March 21, 2024. Please note, at this time the situation and root cause are still under investigation. Below are the details that we know at this time incorporated in the requested timeline format.

1. Xpedient Logistics procured facility located at 4601 Cromwell Ave in May 2023. At that time, we reached out to Colliers to get utilities transferred to Xpedient.
2. June 2024 - Colliers informed Xpedient all utilities had been transferred after Colliers spoke with MLGW.
3. July 2023 - Colliers communicated to Xpedient they would be splitting the gas line to add a second meter so Xpedient would have an independent meter. Prior to split, it was one meter for the whole facility (Xpedient only leases a portion of the facility.
    a. Gas was capped, turned off and locked during the split process.
        i. Gas was not turned back on upon completion.
4. October 2023 - Xpedient received a cut off notice to utilities.
    a. Xpedient reached out to Landlord for support.
    b. Colliers formally requested to move utilities back to Colliers when speaking with MLGW.
5. October 2023 - Xpedient reached out to MLGW to discuss cut off notice and was informed by MLGW it was a mistake. MLGW assured Xpedient that utilities would not be turned off and if they would, a representative would reach out before any services were turned off.
6. December 2023 - Xpedient worked with HVAC provider to see if they could support in setting up the gas service.
7. January 17th, 2024 around 9 PM Xpedient was made aware we had a water line leak within facility.
    a. Both domestic and sprinkler lines had frozen and burst. The pressure from the water freezing lead to water leaking out over product and flooding the office.
8. January 18th, 2024 Xpedient reached out to MLGW and Landlord to discuss the situation and how to get gas on within the facility.
9. January 2024 – Xpedient called Colliers and MLGW several times to get guidance on how to get gas line unlocked. Many times, met with little to no information from MLGW.
10. February 2024 - Xpedient after several conversations with the Landlord, HVAC provider and MLGW was given instructions of how to move forward. At that time, Xpedient went through the following processes per requirements from MLGW.
    a. Pressure Test
    b. Permit Shelby County

   c. Green Tagged for approval
   d. Permit Submission to MLGW
   e. Formal request MLGW to unlock gas line
11. February 2024 - Xpedient sent Continuous Improvement Manager to Memphis to setup process for sort, segregations and reporting to Agilent.
12. On February 26th, 2024, Xpedient contacted MLGW requesting gas to be unlocked after completing required steps. Steps that were completed months ago as well.
    a. MLGW stated on phone they would have someone out same day.
13. Service was not completed on February 26th, 2024. Xpedient then proceeded to call and follow up weekly. Xpedient has also reached out to Colliers to see if they can support with getting MLGW out to site. Xpedient has inquired about expedited service with MLGW and been told that service is not offered and that the department responsible is "understaffed and busy."
14. March 2024 (Current) – Gas is not unlocked at facility. Xpedient has hired legal team to help support reaching out to MLGW to unlock gas line. Xpedient has also reached out to the Memphis area Vice President of Property Management at Colliers.

Below are the items that have been completed post incident.

1. Sprinkler system fully repaired.
2. Domestic water fully repaired.
3. Ceiling fully replaced.
4. Bottom of drywall removed and replaced.
5. Office painted.
6. Lighting will be repaired week of 3/25/2024.
7. Humified has been placed in facility.
8. Space heaters on site for if/when the facility gets cold per direction of Colliers.
9. Moved all pallets per Agilent request.
10. Initial sort completed on damaged pallets as requested by Agilent.
11. Floor of warehouse has been cleaned with scrubber.
12. Mold test completed and submitted per Agilent request.
13. Team of 8-10 temps on site daily for sort and segregation.
14. Xpedient supplying sort information to Agilent daily.

Please note, in response to your question regarding winterization of the sprinkler system, Xpedient is not aware of actions taken to winterize the sprinkler system.

Thank you,

xpedient LOGISTICS

**Dirk Updike**
Senior Director of Operations
(612) 207-3472
Dupdike@xpedient.com
www.xpedient.com

TODAY'S SAFETY CAN GUARANTEE TOMORROW'S FUTURE

**Ready to Xceed. Together.**

Visit us on

This message is intended only for the named recipients. This message may contain information that is privileged, confidential or exempt from disclosure under applicable law. Any dissemination or copying of this message by anyone other than a named recipient is strictly prohibited. If you are not a named recipient or an employee or agent responsible for delivering this message to a named recipient, please notify us immediately, and permanently destroy this message and any copies you may have.