# EXHIBIT M

**In the Matter of:**

AGILENT TECHNOLOGIES, INC.

vs

XPEDIENT MANAGEMENT GROUP, ET AL.

---

*TECHNOLOGIES, INC., AGILENT*

*September 29, 2026*

---

eDeposition.COM

844.533.DEPO

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

AGILENT TECHNOLOGIES, INC., PLAINTIFF

VS CASE NO. 2:25-CV-02101-BCL-CGC

XPEDIENT MANAGEMENT GROUP, LLC AND
ST. PAUL FIRE AND MARINE, COLLIERS
MANAGEMENT SERVICES-MEMPHIS, INC. DEFENDANTS

---

XPEDIENT MANAGEMENT GROUP, LLC, CROSS-PLAINTIFF

VS.

ST PAUL FIRE AND MARINE INSURANCE COMPANY CROSS-
COLLIERS MANAGEMENT SERVICES-MEMPHIS LLC DEFENDANT

---

FACTORY MUTUAL INSURANCE CO., AS
SUBROGEE OF AGILENT TECHNOLOGIES, INC. PLAINTIFF

VS.

XPEDIENT MANAGEMENT GROUP, LLC And
ST. PAUL FIRE AND MARINE INSURANCE
COMPANY COLLIERS MANAGEMENT
SERVICES-MEMPHIS, LLC DEFENDANTS

30(b)(6) DEPOSITION OF AGILENT TECHNOLOGIES, INC.
BY AND THROUGH ITS DESIGNEE CHEE-BENG LIM

Taken at the Burch Porter & Johnson, PLLC
130 North Court Avenue, Memphis, Tennessee
On Tuesday, September 29, 2026,
beginning at approximately 10:00 a.m.

REPORTED BY:

THERESA S. LUMLEY, RPR, CSR
Ethoscribe Deposition Services
d/b/a eDeposition
Post Office Box 14148
Jackson, Mississippi 39236
Main: (601) 326-7888
Toll Free: (844) 533-DEPO
tlumley@edeposition.com

APPEARANCES:

MARGARET C. McDONALD, ESQUIRE
Reed Smith
515 South Flower Street, Suite 4300
Los Angeles, California 90071
Telephone: (213) 457-8187
Email: Mcmcdonald@reedsmith.com

DOUGLAS F. HALIJAN, ESQUIRE
Burch Porter Johnson
130 North Court Avenue
Memphis, Tennessee 38103
Telephone: (901) 524-5123
Facsimile: (901) 524-5024
Email: Dhalijan@bpjlaw.com

JOHN LOW, ESQUIRE
Agilent Technologies, Inc.
6346 Briar Rose Drive
Houston, Texas 77057-2712
Telephone: (512) 332-8224

PRESENT AND REPRESENTING THE PLAINTIFF,
AGILENT TECHNOLOGIES, INC.

WILLIAM P. (WILL) THOMAS, ESQUIRE
Butler Snow, LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, Mississippi 39157
Telephone: (601) 985-4432
Facsimile: (601) 985-4500
Email: Will.thomas@butlersnow.com

PRESENT AND REPRESENTING THE
DEFENDANT/CROSS-PLAINTIFF,
XPEDIENT MANAGEMENT GROUP, LLC

JOHN W. BUTLER, ESQUIRE (VIA ZOOM)
Butler, Vines & Babb
2701 Kinston Pike
Knoxville, Tennessee 37919
Email: Jbutler@bvblaw.com

PRESENT AND REPRESENTING THE DEFENDANT,
COLLIERS MANAGEMENT SERVICES-MEMPHIS

ALSO PRESENT: (Continued)

SEAN W. MARTIN, ESQUIRE (VIA ZOOM)
BRITTANY LEZU, ESQUIRE (VIA ZOOM)
Carr Allison
633 Chestnut Street, Suite 2000
Chattanooga, Tennessee 37450
Telephone: (423) 648-9834
Facsimile: (423) 648-9869
Email: Swmartin@carrallison.com

PRESENT AND REPRESENTING THE DEFENDANT, ST. PAUL FIRE AND MARINE INSURANCE COMPANY

SAM JONES, ESQUIRE (VIA ZOOM)
Smith Cashion & Orr, PLC
One American Center
3100 West End Avenue, Suite 800
Nashville, Tennessee 37203
Telephone: (615) 742-8567
Facsimile: (615) 742-8556
Email: Sjones@smithcashion.com

PRESENT AND REPRESENTING THE DEFENDANT, FACTORY MUTUAL INSURANCE COMPANY

ALSO PRESENT:
Daniel Conrad, Zoom Host (Via Zoom)

STIPULATION

It is hereby stipulated and agreed by and between the parties hereto, through their respective attorneys of record, that this deposition may be taken at the time and place hereinbefore set forth, by Theresa S. Lumley, Court Reporter and Notary Public, pursuant to the Federal Rules of Civil Procedure, as amended;

That the formality of READING AND SIGNING is specifically NOT WAIVED;

That all objections, except as to the form of the questions and the responsiveness of the answers, are reserved until such time as this deposition, or any part thereof, may be used or is sought to be used in evidence.

---

Q. All right. I would like to mark the deposition notice as Exhibit 1 and then ask you if you've seen it before.

MR. HALIJAN: Will, are you marking that Exhibit 1?

MR. THOMAS: I'm sorry. Thank you for that. 212?

(Off-the-record discussion.)

BY MR. THOMAS:

Q. I'm handing you what's been marked as Exhibit 212.

(Exhibit No. 212 was marked.)

BY MR. THOMAS:

Q. Can you tell me if you've seen this before?

**A. Yes.**

Q. And do you understand that in this deposition, you're answering on behalf of Agilent for the topics in this deposition notice?

**A. Yes.**

Q. So this is not your personal deposition. You're here speaking as if you were Agilent.

**A. Yes.**

Q. And I would like you to tell me what

**asking them for a root cause, what happened.**

Q. And Agilent's position is that the February 7 question about what happened is the notice of claim in this case?

**A. Yes.**

Q. So why provide another notice of claim on June the 7th of 2024?

**A. We actually did initiate e-mail giving them data information, and this is one of those asking for, again, more information about what happened.**

Q. Do you know why Agilent didn't say Agilent's second notice of claim or supplemental notice of claim?

**A. As in...**

Q. Well, it seems like what I understand from you is that Agilent's position is on February the 7th, there was a notice of claim pursuant to the Master Operating Services Agreement; is that correct?

**A. February 7th?**

Q. Yes, sir.

**A. Yes.**

Q. So that's your position?

**A. Yes.**

Q. So why write another one on June the 7th of 2024?

**A. This was --**

MS. McDONALD: Object as to form.

**A. This was really a follow-up with our earlier notices to Xpedient.**

THE COURT REPORTER: "This is really a"... I'm sorry?

**THE WITNESS: Follow-up.**

BY MR. THOMAS:

Q. And you would agree with me that the June 7th, 2024, notice of claim does not refer back to the February 7th, what you contend now is a notice of claim, correct?

MS. McDONALD: Object as to form.

BY MR. THOMAS:

Q. Does it?

MS. McDONALD: Same objection.

**A. We did say that Agilent continues to seek information relating to the incident.**

BY MR. THOMAS:

Q. Okay. My question was: Does this letter refer back to the February 7th, what you're now contending was a notice of claim?

MS. McDONALD: Objection as to form.

tips?
A. **No.**
Q. Were the undamaged tips segregated at the Cromwell warehouse after the event?
A. **Yes.**
Q. Were the undamaged tips tested before they went to the Holmes Road after the event?
A. **Yes.**
Q. And at any point prior to November 1, 2024, did Agilent know that the gas line serving the Cromwell warehouse was locked from at least the time Agilent and Xpedient entered into the agreements through the time of the water intrusion event on January 17, 2024?
A. **Was Agilent aware?**
Q. (Nods head.)
A. **No.**
Q. At any point prior to November 1, 2024, was Agilent aware that the HVAC systems at the Cromwell warehouse were unable to generate heat from at least May 15, 2023, through the time of the event on January 17, 2024?
A. **No.**
MS. McDONALD: I don't have any other questions.

CERTIFICATE OF COURT REPORTER

I, THERESA S. LUMLEY, Court Reporter and Notary Public, in and for the County of Copiah, State of Mississippi, hereby certify that the foregoing pages contain a true and correct transcript of the testimony of the witness, as taken by me at the time and place heretofore stated, and later reduced to typewritten form by computer-aided transcription under the supervision, to the best of my skill and ability.

I further certify that I placed the witness under oath to truthfully answer all questions in this matter under the authority vested in me by the State of Mississippi.

I further certify that I am not in the employ, or related to, any counsel or party in this matter, and have no interest, monetary or otherwise, in the final outcome of the proceedings.

State of Mississippi
Theresa Grace Lumley, Notary Public
Copiah County
My Commission Expires 5/10/2028
My Commission Number 19528

Witness my signature and seal, this the 10th day of October, 2026.

Theresa Lumley

______________________________

Theresa S. Lumley, CSR #1231