# EXHIBIT N

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

AGILENT TECHNOLOGIES, INC., PLAINTIFF

VS CASE NO. 2:25-CV-02101-BCL-CGC

XPEDIENT MANAGEMENT GROUP, LLC
AND ST.PAUL FIRE AND MARINE
COLLIERS MANAGEMENT SERVICES-MEMPHIS INC
DEFENDANTS

---

EXPEDIENT MANAGEMENT GROUP, LLC, CROSS PLAINTIFF

V
ST PAUL FIRE AND MARINE CROSS-DEFENDANT
INSURANCE COMPANY
COLLIERS MANAGEMENT SERVICES-MEMPHIS LLC

---

FACTORY MUTUAL INSURANCE CO., AS
SUBROGEE OF AGILENT PLAINTIFF
TECHNOLOGIES, Inc.,
V.
XPEDIENT MANAGEMENT GROUP, LLC
And ST. PAUL FIRE AND MARINE
INSURANCE COMPANY
COLLIERS MANAGEMENT SERVICES-MEMPHIS LLC
DEFENDANTS

***********************************************
DEPOSITION OF JESSICA EDMONDS
TAKEN AT THE LAW OFFICE OF
BUTLER SNOW
6075 POPLAR AVE, STE 500
Memphis, TN 38103
AUGUST 19, 2026
BEGINNING AT APPROXIMATELY 10:00 A.M.
************************************************

Certified Court Reporter:
Maggie Fair #1016
1003 Augusta Drive
Oxford, MS 38655

APPEARANCES:

Present and representing the Plaintiff:
Agilent Technologies, Inc.
Margaret C McDonald, Esq.
Reed Smith LLP
Mcmcdonald@reedsmtih.com

Present and Representing the Defendant:
Xpedient Management Group, LLC
William Thomas, Esq.
Butler Snow LLP
6075 Poplar Ave., Ste 500
Memphis TN 38119
Will.thomas@butlersnow.com

Present and Representing the Defendant:
Colliers Management
John Butler, Esq.
Grant Mitchell, Esq. Via Zoom
Butler, Vines & Babb
2701 Kinston Pike
Knoxville, Tennessee 37919
Jbutler@bvblaw.com

Present by Zoom and Representing Factory Mutual Insurance Co.
Joe Welborn, Esq.
Jwelborn@smithcashion.com

Present by Zoom and Representing St. Paul Fire and Marine Insurance Company
Brittany Lezu, Esq.
Carr Allison
Swmartin@carrallison.com

Peter Sales, Esq.
Xpedient in-house counsel

**supervised by a senior property manager.**

Q. Okay. And how long were you a property manager assistant?

**A. From 2001 until when I started -- not 2001, sorry.**

Q. 2021?

**A. 2021 until 2024, in I believe October of 2024.**

Q. Okay. And then after that you became an assistant property manager?

**A. An assistant property manager.**

Q. And can you describe your responsibilities as a property manager assistant for the role that you held from 2021 to about October 2024?

**A. Sure. I would just assist the property manager in their duties. So I was working alongside them helping them obtain bids for work that they needed. Um- I would call MLGW if we needed any accounts turned over, um- or if anything was going on with the accounts. I was the main one to contact with MLGW. I helped with budgets. I contacted tenants if we had any work going on at the property, I would reach out to tenants letting them know. The**

**A. Possibly, but, I don't recall specifically.**
Q. Do you have any recollection of Dirk ever telling you that the gas meter was locked?
BY MR. BUTLER: Object to the form.
**A. I don't recall, no.**
Q. Okay. Did he ever tell you that there was no working heat in Xpedient's portion of the Cromwell Warehouse from the HVAC system or the unit heaters?
**A. No.**
Q. Prior to the event, do you have any recollection of Mr. Davis ever telling you there was no working heat in the HVAC system or unit heaters at the Cromwell Warehouse?
**A. No.**
Q. Do you have any recollection of Mr. Davis, prior to the water intrusion event, ever telling you that the gas meter was locked?
**A. No.**
Q. Do you have any recollection of Mr.-- or Mr. Updike or anyone from Xpedient, for that matter, telling you that they were having difficulties getting the gas meter unlock?
**A. No.**

**A. Correct. Yes.**
Q. And is that your understanding as of today?
**A. Yes.**
Q. And it's your testimony correct that between October to the day of the water intrusion event no one at Xpedient that you are aware ever complained to you or anyone else at Colliers to your knowledge about the lack of heat in the building; correct?
**A. Correct.**
Q. And to your understanding between October through the time of the water intrusion event no one at Xpedient made any complaints to Colliers about their inability to get the gas meter unlocked or get the gas flowing into their space; correct?
**A. Correct.**
BY MS. MCDONALD: Okay. I don't have any further questions right now.
BY MR. THOMAS: I guess it's my turn.
EXAMINATION BY MR. THOMAS:
Q. Ms. Edmonds, I'm Will Thomas. We met for the first time today; correct?
**A. Yes.**

COURT REPORTER'S CERTIFICATE

STATE OF MISSISSIPPI

COUNTY OF LAFAYETTE

I, Margaret B. Fair, CCR #1016, Court Reporter and Notary Public, in and for the County of Lafayette, State of Mississippi, hereby certify that the foregoing pages contain a true and correct transcript of the testimony of the witness, as taken by me at the time and place heretofore stated, and later reduced to typewritten form by computer-aided transcription under my supervision, to the best of my skill and ability.

I further certify that I placed the witness under oath to truthfully answer all questions in this matter under the authority vested in me by the State of Mississippi.

I further certify that I am not in the employ of, or related to, any counsel or party in this matter, and have no interest, monetary or otherwise, in the final outcome of the proceedings.

I further certify that this transcript is the work product of this court reporting agency and any unauthorized reproduction and/or transfer of it will be in violation.

Margaret B Fair

★ STATE OF MISSISSIPPI ★
MARGARET BROWN FAIR, NOTARY PUBLIC
LAFAYETTE COUNTY
MY COMMISSION EXPIRES MAY 2, 2028
COMMISSION NUMBER 471658

____________________
Margaret B. Fair
Court Reporter
1003 Augusta Drive
Oxford, MS 38655
Mbfair.courtreporter@gmail.com