# EXHIBIT O

**From:** Dirk Updike <dupdike@xpedient.com>
**Sent:** Monday, February 5, 2024 10:21 AM
**To:** Mike St. Denis <mstdenis@xpedient.com>; Nate Haynes <nhaynes@xpedient.com>
**Cc:** Jamie Davis <jdavis@xpedient.com>
**Subject:** RE: TIPS update - Cromwell

---

Understood.

Thank You,

xpedient LOGISTICS

**Dirk Updike**
Senior Director of Operations
(612) 207-3472
Dupdike@xpedient.com
www.xpedient.com

TODAY'S SAFETY CAN GUARANTEE TOMORROW'S FUTURE

**Ready to Xceed. Together.**

Visit us on

This message is intended only for the named recipients. This message may contain information that is privileged, confidential or exempt from disclosure under applicable law. Any dissemination or copying of this message by anyone other than a named recipient is strictly prohibited. If you are not a named recipient or an employee or agent responsible for delivering this message to a named recipient, please notify us immediately, and permanently destroy this message and any copies you may have.

---

**From:** Mike St. Denis <mstdenis@xpedient.com>
**Sent:** Monday, February 5, 2024 10:20 AM
**To:** Dirk Updike <dupdike@xpedient.com>; Nate Haynes <nhaynes@xpedient.com>
**Cc:** Jamie Davis <jdavis@xpedient.com>
**Subject:** Re: TIPS update - Cromwell

Yeah we need to huddle before we can provide any answers, so make sure that call is just about clarifying what they want.

xpedient LOGISTICS

**Mike St. Denis**
Senior Vice President Operations
(609) 685-4930
mstdenis@xpedient.com
www.xpedient.com

TODAY'S SAFETY CAN GUARANTEE TOMORROW'S FUTURE

Ready to Xceed. Together.

Visit us on

This message is intended only for the named recipients. This message may contain information that is privileged, confidential or exempt from disclosure under applicable law. Any dissemination or copying of this message by anyone other than a named recipient is strictly prohibited. If you are not a named recipient or an employee or agent responsible for delivering this message to a named recipient, please notify us immediately, and permanently destroy this message and any copies you may have.

**From:** Dirk Updike <dupdike@xpedient.com>
**Date:** Monday, February 5, 2024 at 11:17 AM
**To:** Nate Haynes <nhaynes@xpedient.com>, Mike St. Denis <mstdenis@xpedient.com>
**Cc:** Jamie Davis <jdavis@xpedient.com>
**Subject:** RE: TIPS update - Cromwell

Sounds good. When I talk to Chris later today, I will get his expectation on what a CA in their world.

I will also make sure my message is same as we discussed Friday with Zach. I also plan to have Jamie on call with me.

Thank You,

xpedient LOGISTICS

**Dirk Updike**
Senior Director of Operations
(612) 207-3472
Dupdike@xpedient.com
www.xpedient.com

TODAY'S SAFETY CAN GUARANTEE TOMORROW'S FUTURE

Ready to Xceed. Together.

Visit us on

This message is intended only for the named recipients. This message may contain information that is privileged, confidential or exempt from disclosure under applicable law. Any dissemination or copying of this message by anyone other than a named recipient is strictly prohibited. If you are not a named recipient or an employee or agent responsible for delivering this message to a named recipient, please notify us immediately, and permanently destroy this message and any copies you may have.

**From:** Nate Haynes <nhaynes@xpedient.com>
**Sent:** Monday, February 5, 2024 10:15 AM
**To:** Mike St. Denis <mstdenis@xpedient.com>; Dirk Updike <dupdike@xpedient.com>
**Cc:** Jamie Davis <jdavis@xpedient.com>
**Subject:** RE: TIPS update - Cromwell

Yes we have a legal call this afternoon. What do they define as "corrective action?"

xpedient LOGISTICS
**Nate Haynes**
Senior Vice President Finance
(614) 596-2335
nhaynes@xpedient.com

www.xpedient.com

TODAY'S SAFETY CAN GUARANTEE TOMORROW'S FUTURE

Ready to Xceed. Together.

Visit us on

This message is intended only for the named recipients. This message may contain information that is privileged, confidential or exempt from disclosure under applicable law. Any dissemination or copying of this message by anyone other than a named recipient is strictly prohibited. If you are not a named recipient or an employee or agent responsible for delivering this message to a named recipient, please notify us immediately, and permanently destroy this message and any copies you may have.

---

**From:** Mike St. Denis <mstdenis@xpedient.com>
**Sent:** Monday, February 5, 2024 11:13 AM
**To:** Dirk Updike <dupdike@xpedient.com>; Nate Haynes <nhaynes@xpedient.com>
**Cc:** Jamie Davis <jdavis@xpedient.com>
**Subject:** Re: TIPS update - Cromwell

I think we need Legal to weigh in here....

Nate?

xpedient LOGISTICS

**Mike St. Denis**
Senior Vice President Operations
(609) 685-4930
mstdenis@xpedient.com
www.xpedient.com

TODAY'S SAFETY CAN GUARANTEE TOMORROW'S FUTURE

Ready to Xceed. Together.

Visit us on

This message is intended only for the named recipients. This message may contain information that is privileged, confidential or exempt from disclosure under applicable law. Any dissemination or copying of this message by anyone other than a named recipient is strictly prohibited. If you are not a named recipient or an employee or agent responsible for delivering this message to a named recipient, please notify us immediately, and permanently destroy this message and any copies you may have.

---

**From:** Dirk Updike <dupdike@xpedient.com>
**Date:** Monday, February 5, 2024 at 11:00 AM
**To:** Mike St. Denis <mstdenis@xpedient.com>, Nate Haynes <nhaynes@xpedient.com>
**Cc:** Jamie Davis <jdavis@xpedient.com>
**Subject:** FW: TIPS update - Cromwell

Good Morning,

Please see request for information below form Agilent. My responses are below as well. Please let me know your thoughts.

1. Incident proper – Can you please articulate what happened on site on the date of impact?
   a. Xpedient was notified via our security camera system of motion on the day of the incident. Upon reviewing live video, we noticed the Fire Department was on site and once our representative arrived, we discovered there was a water leak within the facility. At that time, all water was shut off to the building, stopping the leak.
2. Corrective actions –
   a. What repairs have occurred so far?

Demo has been completed and damaged office material has been removed
Repair parts have been ordered
Expected repair time is 3-4 weeks to get systems back up and running

1. Note-Water is currently off until systems are repaired

   b. What is the facility corrective actions?

Currently working with Landlord on establishing all facts to complete a proper Corrective Action

   c. Are there any concerns with the continued operations at the Cromwell site?

No concerns currently. The landlord has hired a Fire Watch for non-business hours. This service checks the site once every hour through the night and on the weekends.

Thank You,

xpedient LOGISTICS

**Dirk Updike**
Senior Director of Operations
(612) 207-3472
Dupdike@xpedient.com
www.xpedient.com

TODAY'S SAFETY CAN GUARANTEE TOMORROW'S FUTURE

**Ready to Xceed. Together.**

Visit us on

This message is intended only for the named recipients. This message may contain information that is privileged, confidential or exempt from disclosure under applicable law. Any dissemination or copying of this message by anyone other than a named recipient is strictly prohibited. If you are not a named recipient or an employee or agent responsible for delivering this message to a named recipient, please notify us immediately, and permanently destroy this message and any copies you may have.