# EXHIBIT P

St. Paul Fire and Marine Insurance Company
385 Washington Street
St. Paul, MN 55102

To: Holly Lozada, Risk Management 651.310.8827 / hlozada@travelers.com
Karen Phillips, Risk Management 860.277.4966 / kfphilli@travelers.com
Bob Cowley, Controller, 651.310.2159 / rcowley@travelers.com

From: Shellie Moses

Subject: Incident Report

Date: January 18, 2024

1) Description of Incident:
Date: January 17, 2024
Time: approximately 8:30 p.m.
Exact Location: Xpedient, 4601 Cromwell, suites 1-6, Memphis, TN

Description of sequence of events and apparent resulting injuries and/or Damage:

At 8:47 p.m., central station notified me of a fire alarm/water flow incident. Fire department was called. Shortly after, Jamie Davis from Xpedient contacted me to let me know they had busted water pipes in their space.

2) Action Taken:
Security Fire Protection was dispatched and, upon arrival, confirmed burst water pipes (both fire/sprinkler and domestic water). At that time, they shut down the fire/sprinkler system and also turned off the domestic water to the space.

Toured the property today. The vacant side of the building showed no signs of water damage. Met with tenant, reached out to our security company (Phelps Security) for a fire watch, coordinated with the fire/sprinkler company (Security Fire) to assess damages and quote repairs to the sprinkler system, then reached out to a disaster recovery company for clean up (ServiceMaster by Cornerstone).

Security Fire will be on site January 22-23 to make their assessment. ServiceMaster has been on site and will make recommendations for repairs and clean up to the damaged office portion of the building.

Police Called? ____ Fire Dept. Called? __X__ Ambulance Called? ____

3) Names and phone numbers of injured parties and witnesses:
Jamie Davis, Xpedient. 4601 Cromwell, Memphis, TN Cell# 757 355-2071

4) Name/contact and phone number of Management Company:Shellie Moses, Property Manager for Colliers Management Services – Memphis, LLC.
Office 901 312-5752 cell 901 508-6909