# EXHIBIT R

**Moses, Shellie**

**From:** Dirk Updike <dupdike@xpedient.com>
**Sent:** Monday, March 18, 2024 10:45 AM
**To:** Moses, Shellie
**Subject:** RE: 4601 Cromwell

Hey Shellie,

Thank you for the call today and the help getting things straightened out. Sounds like most of the issue with MLGW Gas came from when the lines got split per our discussion. Also as discussed, the non-gas utilities per MLGW were switched to St. Paul on October 9th by Jessica. I know your team is working on getting that all straightened out.

Xpedient's plan for tonight is to get 4 space heaters setup in the warehouse, 10-20 feet clear of any items as suggested.

As of this morning, our temp readers had warehouse at 52 degrees.

Thank you,

xpedient
LOGISTICS

**Dirk Updike**
Senior Director of Operations
(612) 207-3472
Dupdike@xpedient.com
www.xpedient.com

TODAY'S SAFETY CAN GUARANTEE TOMORROW'S FUTURE

**Ready to Xceed. Together.**

Visit us on

**From:** Moses, Shellie <Shellie.Moses@colliers.com>
**Sent:** Monday, March 18, 2024 9:28 AM

EXHIBIT
147

**To:** Dirk Updike <dupdike@xpedient.com>
**Subject**: RE: 4601 Cromwell

**CAUTION: This email originated from OUTSIDE of the organization. Never click on a link or open attachments if it originated outside the Xpedient Network unless you know the content is safe.**

Dirk,

I think the balance is security deposit but that may be a separate issue.

Gas meter contact said that we should reach out to the meter shop – then he said he would call and let me know what he learns. According to their records, the gas is on to the meter but it just hasn't been unlocked. If he (Luke) can get it resolved with the meter folks, there should be someone from MLGW over there in the next hour or so.

Luke will let me know what he learns so I'll circle back.

Thanks

**Shellie Moses, CPM©, RPA**
Property Manager | Memphis
shellie.moses@colliers.com
TN Lic. 479332 MS Lic. S-47461
Direct: +1 901 312 5752 | Cell: +1 901 508 6909 | Fax: +1 901 312 5750
6363 Poplar Avenue, Suite 400 | Memphis, TN 38119 | USA

**From:** Dirk Updike <dupdike@xpedient.com>
**Sent:** Monday, March 18, 2024 9:20 AM
**To:** Moses, Shellie <Shellie.Moses@colliers.com>
**Subject:** RE: 4601 Cromwell

Good Morning,

Thank you for info below. This doesn't sound right at all. I've literally called 10 times and never heard this. Below you will see we have no payments open on our account except for the last one which is gas but the bill is under review....

MLGW

My Bills | Pay on Account | My Payments ▾

## My Bills

View a list of your active or archived bills.

If you have more than one bill, check the "Pay" box for the bills you want to pay. Enter payment informatio
bill, enter the payment information and click the "Pay" button.

Click the "Action" button for a bill to view the bill or its payment summary, archive or activate the bill, or ad

**Please Note:**

***If you wish to pay an amount different from amount due, click inside make your changes before proceeding.**

****If you <u>don't have a bill</u> yet, click on "Pay On Account" tab to make a**

*****To schedule a payment <u>after due date</u> click on "Pay On Account" a incur.**

**Account:** All active accounts

**Bill type:** Active

Go

**Select all**

**Pay** **Account Number 0013153281359734 - 4601 CROMWELL AV - Payment for $0.00 is due**
****If payment is less than amount due, a late fee may incur.**

**Pay** **Account Number 0013153281359729 - 4601 CROMWELL AV STE 1 - Payment for $0.00 i**
****If payment is less than amount due, a late fee may incur.**

**Pay** **Account Number 0013153281359732 - 4601 CROMWELL AV - Payment for $0.00 is due**
****If payment is less than amount due, a late fee may incur.**

**Pay** **Account Number 0013153281359730 - 4601 CROMWELL AV STE 10 - Payment for $15,3**
****If payment is less than amount due, a late fee may incur.**

| | | | |
|---|---|---|---|
| Xpedient Logistics, Llc | 4601 Cromwell Av Ste 10, Memphis | 0013153281359730 | Not Enrolled |

Previous 1 Next

Thank you,

xpedient LOGISTICS

Dirk Updike
Senior Director of Operations
(612) 207-3472
Dupdike@xpedient.com
www.xpedient.com

TODAY'S SAFETY CAN GUARANTEE TOMORROW'S FUTURE

**Ready to Xceed. Together.**

Visit us on

**From:** Moses, Shellie <Shellie.Moses@colliers.com>
**Sent:** Monday, March 18, 2024 9:14 AM
**To:** Dirk Updike <dupdike@xpedient.com>
**Subject:** 4601 Cromwell

CAUTION: This email originated from OUTSIDE of the organization. Never click on a link or open attachments if it originated outside the Xpedient Network unless you know the content is safe.

Dirk,

Per MLGW there was a disconnect on 2/22 due to non-payment of your bill. Have you paid the outstanding utilities? If not that would be your first step.

It looks like the meter has been unlocked – but the account is off for the non-payment.

Let me know what you learn.

**Shellie Moses, CPM©, RPA**
Property Manager | Memphis
shellie.moses@colliers.com
TN Lic. 479332 MS Lic. S-47461
Direct: +1 901 312 5752 | Cell: +1 901 508 6909 | Fax: +1 901 312 5750
6363 Poplar Avenue, Suite 400 | Memphis, TN 38119 | USA