# EXHIBIT S

Agilent Technologies, Inc.
5301 Stevens Creek Blvd
Santa Clara, CA 95051

800 227 9770 telephone
302 993 8954 facsimile
www.agilent.com

**Agilent Technologies**

March 21, 2024

Mike St. Denis
Xpedient Logistics
100 Crescent Court, Ste 700
Dallas, TX 75201

Dear Mike,

Thank you for the information you have provided during the last few months in order to piece together the cause of the water damage to Agilent product stored at the facility located at 4601 Cromwell Ave in Memphis.

At this time Agilent is requesting a final report signed by an executive member of Xpedient leadership that will summarize all of the information and learnings that have been revealed during our calls and emails in a single document / report.

The report should include a timeline of the events that predate and lead up to the incident, explanation of the incident itself and cause, as well as the response and subsequent actions and steps that have occurred.

Agilent requests that in listing the timeline events, Xpedient please include information regarding (1) reasons for lack of heat / gas to the building and efforts to enable heat/gas prior to the damage event; (2) whether there was any "winterization" or preparation of the fire suppression system in the months leading up to the event; (3) what actions were taken to prepare the warehouse in advance of the cold front that came through Memphis over the January 22, 2024 time frame; and (4) the subsequent actions and steps that have occurred to remediate the water damage (including efforts to enable heat / gas to the building).

Agilent would like to receive the report by March 27, 2024. Could you please let us know if you foresee any issue in meeting this requested deadline?

Sincerely,

Christy McDaniel
AVP, Americas Logistics
Agilent Technologies, Inc.