# EXHIBIT T

**From:** Mike St. Denis[mstdenis@xpedient.com]
**Sent:** Fri 3/29/2024 9:10:05 PM (UTC)
**To:** MCDANIEL,CHRISTY (Agilent USA)[christy.mcdaniel@agilent.com]
**Cc:** LIM,CHEE-BENG (Agilent SGP)[chee-beng.lim@agilent.com]; MULRYAN,CHRIS (Agilent USA)[chris.mulryan@agilent.com]; Nate Haynes[nhaynes@xpedient.com]
**Subject:** Re: Cromwell Incident Report
**Attachment:** Xpedient-Agilent 032924.pdf

External Sender - Use caution opening files, clicking links, or responding to requests.

Hi Christy

Please see attached. As discussed if we could set up a call for the week after next to discuss that would be much appreciated.

All the best,

xpedient
LOGISTICS

**Mike St. Denis**
Senior Vice President Operations
(609) 685-4930
mstdenis@xpedient.com
www.xpedient.com

TODAY'S SAFETY CAN GUARANTEE TOMORROW'S FUTURE

**Ready to Xceed. Together.**

Visit us on

This message is intended only for the named recipients. This message may contain information that is privileged, confidential or exempt from disclosure under applicable law. Any dissemination or copying of this message by anyone other than a named recipient is strictly prohibited. If you are not a named recipient or an employee or agent responsible for delivering this message to a named recipient, please notify us immediately, and permanently destroy this message and any copies you may have.

---

**From:** christy.mcdaniel@agilent.com <christy.mcdaniel@agilent.com>
**Date:** Thursday, March 21, 2024 at 5:20 PM
**To:** Mike St. Denis <mstdenis@xpedient.com>
**Cc:** chee-beng.lim@agilent.com <chee-beng.lim@agilent.com>, chris.mulryan@agilent.com <chris.mulryan@agilent.com>
**Subject:** Cromwell Incident Report

**CAUTION: This email originated from OUTSIDE of the organization. Never click on a link or open attachments if it originated outside the Xped[illegible] you know the content is safe.**

Nate Haynes
Exhibit
200
J. Lyle 09.03.26

Hi Mike,

Please see the attached letter we discussed requesting a detailed report of the incident at the Cromwell Warehouse in Memphis. Please let me know if you have any questions or concerns.

Best,
Christy

**Christy McDaniel**

AVP, Americas Logistics

Agilent Technologies

T: +1 512.332.8275 | Christy.McDaniel@Agilent.com
www.agilent.com

xpedient
LOGISTICS

March 29, 2024

Dear Christy,

We acknowledge receipt of your letter dated March 21, 2024, requesting a detailed report on the timeline of events leading to the water damage at our Memphis, TN warehouse, where XL provides warehousing services.

We understand the gravity of this situation and share Agilent's need for answers. To that extent we are working with the building property management company and local utility company on the timeline of events.

In response to this incident, we have initiated a claim with our warehouse legal liability insurance carrier. Their expertise will be invaluable in assessing the timeline of events and responsibilities outlined in the agreement between XL and AG. It is crucial at this juncture for Xpedient and Agilent's respective insurance and/or risk management groups to collaborate closely to address this matter effectively.

Xpedient is currently in the process of supporting Agilent in sorting and segregating products in the warehouse for salvage determination. We have been instructed by our insurance company to submit invoices to Agilent for insurance claim reimbursement for the cost of sort and segregation process. We will provide a separate monthly invoice for the costs we incur until Xpedient and Agilent mutually agree the process is completed.

Finally, we are actively taking measures to prevent any further water damage at the facility.

Please let me know if you'd like to discuss further and how we can put our respective risk resources in contact.

Thank you,

Mike St. Denis
SVP Operations
Xpedient Logistics

100 CRESCENT COURT
SUITE 700
DALLS, TX 752011