# EXHIBIT U

**From:** Clark, Alan <aclark@englemartin.com>
**Sent:** Wednesday, February 7, 2024 8:45 AM
**To:** Nate Haynes <nhaynes@xpedient.com>
**Subject:** RE: Warehouse Contents damage/loss - DOL: 1/17/2024 - Memphis, TN

**CAUTION: This email originated from OUTSIDE of the organization. Never click on a link or open attachments if it originated outside the Xpedient Network unless you know the content is safe.**

Nate:

Are you located at the warehouse location in Memphis, TN?

Is there another contact we need to be reaching out to?

Thanks,

Engle Martin

Alan J Clark
Sr. Executive General Adjuster

Atlanta, GA
O: 678-553-4426
M: 478-463-6539
TF: 800.818.5619
aclark@englemartin.com

Mailing Address
5565 Glenridge Connector | Suite 900
Atlanta, Georgia 30342
www.englemartin.com

Richard Funnell, Qualified Manager,
CA License #2E75338
Expiration: 5/31/2024
Engle Martin CA License #2E53373
Expiration: 5/31/24

Florida License #P090355 Expiration:
02/29/2024

Submit a claim

---

**From:** Nate Haynes <nhaynes@xpedient.com>
**Sent:** Tuesday, February 6, 2024 8:01 AM
**To:** Clark, Alan <aclark@englemartin.com>
**Cc:** Mike St. Denis <mstdenis@xpedient.com>; Dirk Updike <dupdike@xpedient.com>; Christopher.Nichols@aig.com; Laura Anderson <laura.anderson@aon.com>
**Subject:** RE: Warehouse Contents damage/loss - DOL: 1/17/2024 - Memphis, TN

*EXTERNAL*

Alan,
See attached inventory reports / receipts as of date of loss. Also, see attached file with estimated or potentially damaged inventory and value.

We do not have an official claim/demand from our customer, Agilent Technologies, for the damage. They are in the process of establishing what inventory can be salvaged.

Customer agreement and lease agreement are attached as well.

Would like to get you up-to-speed with sequence of events leading up to date of loss. Next best times are 2/8/24 from 4-5p ET or 2/9/24 from 9-1130a ET.

Thanks!

xpedient LOGISTICS
**Nate Haynes**
Senior Vice President Finance
(614) 596-2335
nhaynes@xpedient.com

www.xpedient.com

TODAY'S SAFETY CAN GUARANTEE TOMORROW'S FUTURE

**Ready to Xceed. Together.**

Visit us on

This message is intended only for the named recipients. This message may contain information that is privileged, confidential or exempt from disclosure under applicable law. Any dissemination or copying of this message by anyone other than a named recipient is strictly prohibited. If you are not a named recipient or an employee or agent responsible for delivering this message to a named recipient, please notify us immediately, and permanently destroy this message and any copies you may have.

---

**From:** Clark, Alan <aclark@englemartin.com>
**Sent:** Tuesday, January 23, 2024 8:25 PM
**To:** Nate Haynes <nhaynes@xpedient.com>
**Subject:** Warehouse Contents damage/loss - DOL: 1/17/2024 - Memphis, TN

CAUTION: This email originated from OUTSIDE of the organization. Never click on a link or open attachments if it originated outside the Xpedient Network unless you know the content is safe.

Nate:
I will be the adjuster assigned to handle the above claim matter (5717815902us) on behalf of your insurer, reporting to Mr. Christopher Nichols.
Please provide the following claim documents to my attention:

- Warehouse receipts for the damaged contents
- Warehouse Contract with owner(s) of damaged contents
- Lease/Rental agreement for warehouse location
- Invoicing for damaged contents
- Claimant(s) information
- On Hands Inventory for affected contents

Let me know if you have any questions.

Thanks,

Engle Martin

Alan J Clark
Sr. Executive General Adjuster

Atlanta, GA
O: 678-553-4426
M: 478-463-6539
TF: 800.818.5619
aclark@englemartin.com

Mailing Address
5565 Glenridge Connector | Suite 900
Atlanta, Georgia 30342
www.englemartin.com

Richard Funnell, Qualified Manager,
CA License #2E75338
Expiration: 5/31/2024
Engle Martin CA License #2E53373
Expiration: 5/31/24

Florida License #P090355 Expiration:
02/29/2024

Submit a claim