# EXHIBIT V

| | |
|---|---|
| **From:** | Ernie Neumann <eneumann@xpedient.com> |
| **Sent:** | Thursday, February 29, 2024 11:48 AM |
| **To:** | chris.mulryan@agilent.com; victoria.durden@agilent.com |
| **Cc:** | Dirk Updike <dupdike@xpedient.com>; Zachary Livingston <zlivingston@xpedient.com> |
| **Subject:** | Re: Baseline Pallet Inspection |
| **Attach:** | IMG_7187.jpg; IMG_7186.jpg; IMG_7185.jpg; IMG_7184.jpg; IMG_7183.jpg; IMG_7182.jpg; IMG_7181.jpg; IMG_7180.jpg |

Agilent team,

As communicated yesterday, this morning we completed the inspection for the initial two pallets, please see attached pictures.

We have segregated them in accordance with Agilent's sorting instructions and documented our findings of each case with the provided Damage Assessment Record Form.

Please review and provide feedback, once we receive your feedback, we will be able to continue with completing the inspections for the remaining 23 pallets that were previously communicated.

Later today or first thing in the morning w will send out to the wider group our detail sorting project plan for the remaining 305 affected pallets.

Thanks,

xpedient LOGISTICS

Ernie Neumann
Continuous Improvement Manager
(770) 241-0035
eneumann@xpedient.com
www.xpedient.com

TODAY'S SAFETY CAN GUARANTEE TOMORROW'S FUTURE

Ready to Xceed. Together.

Visit us on

This message is intended only for the named recipients. This message may contain information that is privileged, confidential or exempt from disclosure under applicable law. Any dissemination or copying of this message by anyone other than a named recipient is strictly prohibited. If you are not a named recipient or an employee or agent responsible for delivering this message to a named recipient, please notify us immediately, and permanently destroy this message and any copies you may have.

---

**From:** Ernie Neumann
**Sent:** Wednesday, February 28, 2024 5:37 PM
**To:** chris.mulryan@agilent.com <chris.mulryan@agilent.com>; victoria.durden@agilent.com <victoria.durden@agilent.com>
**Cc:** Dirk Updike <dupdike@xpedient.com>; Zachary Livingston <zlivingston@xpedient.com>
**Subject:** Baseline Pallet Inspection

Agilent team,

I wanted to inform everyone that we were not able to inspect the first two pallets today due to the timing of the pallet delivery.

Pallets did not arrive until a little after 5pm this evening, however we used that time to get all the required PPE and train the two temps on the process.

We will immediately start first thing in the morning and then Dirk and I will provide a timeline and labor requirement for the initial 300+ affected pallets.

Please see attached pictures of the three starting inspection stations...

Thanks,

xpedient LOGISTICS

**Ernie Neumann**
Continuous Improvement Manager
(770) 241-0035
eneumann@xpedient.com
www.xpedient.com

TODAY'S SAFETY CAN GUARANTEE TOMORROW'S FUTURE

**Ready to Xceed. Together.**

Visit us on

This message is intended only for the named recipients. This message may contain information that is privileged, confidential or exempt from disclosure under applicable law. Any dissemination or copying

of this message by anyone other than a named recipient is strictly prohibited. If you are not a named recipient or an employee or agent responsible for delivering this message to a named recipient, please notify us immediately, and permanently destroy this message and any copies you may have.