# EXHIBIT W

## Filed Under Seal