# EXHIBIT X

## Filed Under Seal