# EXHIBIT Y

## Filed Under Seal