# EXHIBIT Z

## Filed Under Seal