**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

**AGILENT TECHNOLOGIES, INC., PLAINTIFF**

**VS CASE NO. 2:25-cv-02101-BCL-cgc**

**XPEDIENT MANAGEMENT GROUP, LLC,**
**ST.PAUL FIRE AND MARINE INSURANCE COMPANY,**
**COLLIERS MANAGEMENT SERVICES-MEMPHIS, LLC DEFENDANTS**

---

**EXPEDIENT MANAGEMENT GROUP, LLC, CROSS PLAINTIFF**

**VS**

**ST PAUL FIRE AND MARINE INSURANCE COMPANY CROSS-DEFENDANTS**
**and COLLIERS MANAGEMENT SERVICES-MEMPHIS, LLC**

---

**FACTORY MUTUAL INSURANCE CO., AS**
**SUBROGEE OF AGILENT TECHNOLOGIES, Inc. PLAINTIFF**

**V.**

**XPEDIENT MANAGEMENT GROUP, LLC**
**and ST. PAUL FIRE AND MARINE INSURANCE COMPANY**
**and COLLIERS MANAGEMENT SERVICES-MEMPHIS, LLC DEFENDANTS**

---

# AMENDED NOTICE OF DEPOSITION

---

PLEASE TAKE NOTICE the undersigned counsel for Defendant Xpedient Management Group, LLC will take the deposition upon oral examination of William E. Koffel in the above-captioned matter before a court reporter or such other person authorized to administer oaths and take acknowledgements of the deponent as follows:

DATE: November 24, 2026 at 10:00 A.M. CST

DEPONENT: William E. Koffel

LOCATION: Conducted via Zoom videoconference.
Zoom instructions will be provided prior to the deposition.

The deposition will be taken for all purposes and as authorized by the Federal Rules of Civil Procedure and will continue from day to day until completed. The deposition shall be recorded by stenographic means by a court reporter and may be used for the purposes of discovery or for use as evidence at trial, or both. The deposition will be conducted remotely via secure web-based video or internet video conference technology.

PLEASE TAKE FURTHER NOTICE that the Deponent should produce the documents requested in the attached Schedule "A" no later than seven (7) days prior to the November 24, 2026 deposition or on or before November 17, 2026.

RESPECTFULLY SUBMITTED, this 21st day of October, 2026.

*_/s/ William P. Thomas_*
William P. Thomas (MS 102209)
Andrew B. Schrack (TN 037624)
**BUTLER SNOW LLP**
6075 Poplar Ave., Ste. 500
Memphis, TN 38119
T: 901-680-7200
F: 901-680-7201
will.thomas@butlersnow.com
andrew.schrack@butlersnow.com

*Attorneys for Defendant Xpedient Management Group, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2026 a copy of the foregoing document has been filed electronically. Notice of this filing will be served by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via electronic mail and/or first-class United States Mail, postage prepaid. Parties may access this filing through the Court's electronic filing system.

*/s/ William P. Thomas*
WILLIAM P. THOMAS

## EXHIBIT A

## DOCUMENTS TO BE PRODUCED

The witness is requested to produce the following documents and materials no later than seven (7) calendar days before the deposition, to the extent not previously produced:

1. Retention Agreement. Any retention agreement, engagement letter, or other document setting forth the terms of your retention and compensation in this matter.

2. Time Records and Invoices. All records reflecting the time spent by you or others working under your direction in this matter, including billing statements, invoices, time entries, and records of time incurred but not yet billed.

3. Documents Provided by Counsel. Any documents or materials provided to you by counsel that you considered in forming your opinions and that have not previously been produced in this litigation.

4. Work Papers. All work papers, calculations, spreadsheets, analyses, and other materials prepared or generated by you or persons working under your direction in connection with your opinions in this matter.

5. Notes. All notes made by you in connection with your investigation, analysis, or formulation of opinions in this matter.

6. Documents Not Produced. Any documents or materials you considered in forming your opinions and that have not previously been produced in this litigation.

7. Prior Expert Testimony. An updated list of all cases in which you have testified as an expert at trial or by deposition during the preceding four (4) years, identifying the case name, court, case number, and date and nature of testimony, to the extent not previously disclosed pursuant to Federal Rule of Civil Procedure 26(a)(2)(B)(v).

8. Publications. An updated list of all publications authored by you during the preceding ten (10) years, to the extent not previously disclosed pursuant to Federal Rule of Civil Procedure 26(a)(2)(B)(iv).

These requests exclude draft expert reports and disclosures protected by Federal Rule of Civil Procedure 26(b)(4)(B) and attorney-expert communications protected by Rule 26(b)(4)(C), except to the extent such communications fall within the exceptions expressly provided in Rule 26(b)(4)(C)(i)–(iii).

103157333.v1