**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

**AGILENT TECHNOLOGIES, INC., PLAINTIFF**

**VS CASE NO. 2:25-cv-02101-BCL-cgc**

**XPEDIENT MANAGEMENT GROUP, LLC,**
**ST.PAUL FIRE AND MARINE INSURANCE COMPANY,**
**COLLIERS MANAGEMENT SERVICES-MEMPHIS, LLC DEFENDANTS**

---

**EXPEDIENT MANAGEMENT GROUP, LLC, CROSS PLAINTIFF**

**VS**

**ST PAUL FIRE AND MARINE INSURANCE COMPANY CROSS-DEFENDANTS**
**and COLLIERS MANAGEMENT SERVICES-MEMPHIS, LLC**

---

**FACTORY MUTUAL INSURANCE CO., AS**
**SUBROGEE OF AGILENT TECHNOLOGIES, Inc. PLAINTIFF**

**V.**

**XPEDIENT MANAGEMENT GROUP, LLC**
**and ST. PAUL FIRE AND MARINE INSURANCE COMPANY**
**and COLLIERS MANAGEMENT SERVICES-MEMPHIS, LLC DEFENDANTS**

---

**XPEDIENT MANAGEMENT GROUP, LLC'S MOTION AND INCORPORATED MEMORANDUM OF LAW FOR LEAVE TO FILE A CONSOLIDATED REPLY IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT IN EXCESS OF THE SEVEN-PAGE LIMIT**

---

Defendant Xpedient Management Group, LLC ("Xpedient") respectfully moves, pursuant to Local Rule 56.1(c), for leave to file a single consolidated reply memorandum of no more than fifteen (15) substantive pages in further support of its Motion for Summary Judgment (Doc. No. 248). The requested enlargement is warranted because Xpedient must address two separately filed opposition memoranda from Agilent Technologies, Inc. ("Agilent") and Factory Mutual

Insurance Company ("Factory Mutual") in one reply. In support of this motion and incorporated memorandum, Xpedient states:

1. On September 21, 2026, Xpedient filed its Motion for Summary Judgment (Doc. No. 248), supporting memorandum (Doc. No. 259), and Statement of Undisputed Material Facts (Doc. No. 260). The motion seeks rulings concerning the parties' contractual notice-of-claim requirement, the $1 million per-occurrence liability limitation, claims of gross negligence or recklessness, and specified categories of damages.

2. On October 19, 2026, Factory Mutual filed its own opposition memorandum (Doc. No. 267), and Agilent separately filed its opposition memorandum (Doc. No. 271). Although the two plaintiffs assert claims arising from the same occurrence, they are separate litigants represented by separate counsel, and each filed a distinct brief containing factual and legal arguments that Xpedient must address.

3. Local Rule 56.1(c) permits a summary-judgment reply without leave but limits the moving party's reply memorandum to seven pages absent prior Court approval. Xpedient seeks leave to file one consolidated reply memorandum of no more than fifteen (15) substantive pages, exclusive of the caption, signature block, and certificates as provided by Local Rule 7.1(d).

4. Good cause exists for the limited enlargement. The ordinary seven-page limit would require Xpedient to address two independently prepared opposition briefs, their different arguments, and the related contract and record issues in an unduly compressed presentation. A single consolidated fifteen-page reply will give the Court a more useful, organized treatment of the issues than repetitive or fragmented briefing.

5. Counsel for Xpedient conferred with counsel for all parties regarding the requested enlargement. All parties other than Agilent have indicated that they do not oppose the motion. Counsel for Agilent inquired as to the number of additional pages Xpedient intended to request, and Xpedient's counsel promptly provided that information. As of the filing of this motion, Agilent's counsel had not advised whether Agilent opposes the requested relief.

WHEREFORE, Xpedient respectfully requests that the Court grant leave to file one consolidated reply memorandum in further support of its Motion for Summary Judgment (Doc. No. 248), not exceeding fifteen (15) substantive pages notwithstanding the seven-page limit in Local Rule 56.1(c), and grant such other relief as the Court deems appropriate.

This the 23rd day of October 2026.

Respectfully submitted,

*/s/ William P. Thomas*

William P. Thomas (MS 102209)
Andrew B. Schrack (TN 037624)
BUTLER SNOW LLP
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
Telephone: (901) 680-7200
will.thomas@butlersnow.com
Andrew.schrack@butlersnow.com

Counsel for Xpedient Management Group, LLC

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.2(a)(1)(B), I certify that on October 23, 2026, I consulted with counsel for all parties by email concerning this motion. Counsel for all parties other than Agilent indicated that they do not oppose the requested relief. Counsel for Agilent inquired as to the number of pages Xpedient sought, and I provided that information. As of the filing of this motion, counsel for Agilent had not indicated whether Agilent opposes the requested relief.

*/s/ William P. Thomas*
William P. Thomas

## CERTIFICATE OF SERVICE

I certify that on October 23, 2026, I served the foregoing motion on all counsel of record through the electronic filing system.

*/s/ William P. Thomas*
William P. Thomas

103262117.v1