# EXHIBIT A

**Douglas F. Halijan**

| | |
|---|---|
| **From:** | Will Thomas <Will.Thomas@butlersnow.com> |
| **Sent:** | Friday, October 23, 2026 1:41 PM |
| **To:** | Douglas F. Halijan; 'Sean Martin'; 'Joe Welborn'; 'Margaret C. McDonald'; 'John Butler'; 'Grant Mitchell'; 'Dianne Caldwell' |
| **Cc:** | Brittany Lezu; Tricia Nichols |
| **Subject:** | RE: Agilent v. Xpedient-Motion for Add'l Page on Reply |

Don't know yet but I'm responding to two different responses . . . how about 8 additional pages? I should be able to get it done in 15 total.

Thanks,
Will

**William P. Thomas**
**Butler Snow LLP**
D: (601) 985-4432 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Will.Thomas@butlersnow.com | vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube

---

**From:** Douglas F. Halijan <dhalijan@bpjlaw.com>
**Sent:** Friday, October 23, 2026 12:25 PM
**To:** Will Thomas <Will.Thomas@butlersnow.com>; 'Sean Martin' <swmartin@carrallison.com>; 'Joe Welborn' <JWelborn@smithcashion.com>; 'Margaret C. McDonald' <MCMcDonald@reedsmith.com>; 'John Butler' <JButler@bvblaw.com>; 'Grant Mitchell' <gmitchell@bvblaw.com>; 'Dianne Caldwell' <DCaldwell@bvblaw.com>
**Cc:** Brittany Lezu <blezu@carrallison.com>; Tricia Nichols <Tricia.Nichols@butlersnow.com>
**Subject:** RE: Agilent v. Xpedient-Motion for Add'l Page on Reply

Will, what is the request? How many additional pages beyond the 7 pages allowed under LR 56.1 are you seeking?

Douglas F. Halijan
Member

Phone: (901) 524-5123
Email: dhalijan@bpjlaw.com

Burch, Porter & Johnson, PLLC
130 North Court Ave, Memphis, TN 38103
www.bpjlaw.com

This message is being sent on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain

information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

---

**From:** Will Thomas <Will.Thomas@butlersnow.com>
**Sent:** Friday, October 23, 2026 11:20 AM
**To:** 'Sean Martin' <swmartin@carrallison.com>; 'Joe Welborn' <JWelborn@smithcashion.com>; Douglas F. Halijan <dhalijan@bpjlaw.com>; 'Margaret C. McDonald' <MCMcDonald@reedsmith.com>; 'John Butler' <JButler@bvblaw.com>; 'Grant Mitchell' <gmitchell@bvblaw.com>; 'Dianne Caldwell' <DCaldwell@bvblaw.com>
**Cc:** Brittany Lezu <blezu@carrallison.com>; Tricia Nichols <Tricia.Nichols@butlersnow.com>
**Subject:** Agilent v. Xpedient-Motion for Add'l Page on Reply

**EXTERNAL** This email originated from outside of Burch, Porter & Johnson, PLLC **Do not click links or open attachments unless you recognize the sender and know that the content is safe.**

I'm planning to file a motion seeking additional pages on my reply in further support of summary judgment. Please let me know if I may file it unopposed?

**William P. Thomas**
**Butler Snow LLP**
D: (601) 985-4432 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Will.Thomas@butlersnow.com | vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.