**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

**AGILENT TECHNOLOGIES, INC., PLAINTIFF**

**VS CASE NO. 2:25-cv-02101-BCL-cgc**

**XPEDIENT MANAGEMENT GROUP, LLC,
ST.PAUL FIRE AND MARINE INSURANCE COMPANY,
COLLIERS MANAGEMENT SERVICES-MEMPHIS, LLC DEFENDANTS**

---

**EXPEDIENT MANAGEMENT GROUP, LLC, CROSS PLAINTIFF**

**VS**

**ST PAUL FIRE AND MARINE INSURANCE COMPANY CROSS-DEFENDANTS
and COLLIERS MANAGEMENT SERVICES-MEMPHIS, LLC**

---

**FACTORY MUTUAL INSURANCE CO., AS
SUBROGEE OF AGILENT TECHNOLOGIES, Inc. PLAINTIFF**

**V.**

**XPEDIENT MANAGEMENT GROUP, LLC
and ST. PAUL FIRE AND MARINE INSURANCE COMPANY
and COLLIERS MANAGEMENT SERVICES-MEMPHIS, LLC DEFENDANTS**

---

## NOTICE OF CANCELLATION OF DEPOSITIONS

---

PLEASE TAKE NOTICE that the following depositions are cancelled and will be rescheduled for a future date.

1. Doc. 279 Amended Notice of Deposition of Stephen T. Hopper for December 8, 2026;

2. Doc. 280 Amended Notice of Deposition of William E. Koffel for November 24, 2026;

3. Doc. 281 Notice of Deposition of Kevin Grudizen for November 12, 2026; and

4. Doc. 282 Notice of Deposition of Jessica Chiaruttini for November 18, 2026.

RESPECTFULLY SUBMITTED, this 28th day of October, 2026.

*/s/ William P. Thomas*
William P. Thomas (MS 102209)
Andrew B. Schrack (TN 037624)
**BUTLER SNOW LLP**
6075 Poplar Ave., Ste. 500
Memphis, TN 38119
T: 901-680-7200
F: 901-680-7201
will.thomas@butlersnow.com
andrew.schrack@butlersnow.com

*Attorneys for Defendant Xpedient Management Group, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2026, a copy of the foregoing document has been filed electronically. Notice of this filing will be served by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via electronic mail and/or first-class United States Mail, postage prepaid. Parties may access this filing through the Court's electronic filing system.

*/s/ William P. Thomas*
WILLIAM P. THOMAS

103340660.v1