IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

AGILENT TECHNOLOGIES, INC.,

Plaintiff,

vs. Case No. 2:25-CV-02101-bcl-cgc

XPEDIENT MANAGEMENT GROUP, LLC,
ST. PAUL FIRE AND MARINE INSURANCE
COMPANY, AND COLLIERS MANAGEMENT
SERVICES - MEMPHIS, LLC,

Defendants.

---

XPEDIENT MANAGEMENT GROUP, LLC,

Cross-Plaintiff,

vs.

ST. PAUL FIRE AND MARINE INSURANCE
COMPANY and COLLIERS MANAGEMENT
SERVICES - MEMPHIS, LLC,

Cross-Defendants.

---

(Caption continued on page 2.)

Deposition of

JAMIE DAVIS
Individually and 30(b)(6)

September 1, 2026

10:00 a.m.

Reported by:
Julie Lyle, RPR, LCR
Job No. 10199288

FACTORY MUTUAL INSURANCE CO., as
subrogee of Agilent Technologies, Inc.,

Plaintiff,

vs.

XPEDIENT MANAGEMENT GROUP, LLC,
ST. PAUL FIRE AND MARINE INSURANCE
COMPANY and COLLIERS MANAGEMENT
SERVICES - MEMPHIS, LLC,

Defendants.

APPEARANCES:

For the Plaintiff, Agilent Technologies, Inc.:

Ms. Margaret C. McDonald
Reed Smith
515 South Flower Street, Suite 4300
Los Angeles, CA 90071
(213)457-8000
mcmcdonald@reedsmith.com

For the Defendant and Cross-Plaintiff, Xpedient
Management Group, LLC:

Mr. William P. Thomas
Butler Snow LLP
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
(901)680-7200
will.thomas@butlersnow.com

Mr. Peter C. Sales
Bradley Arant Boult Cummings LLP
1221 Broadway, Suite 2400
Nashville, TN 37203
psales@bradley.com

APPEARANCES: (Continued)

For the Defendant and Cross-Defendant, Colliers Management Services - Memphis, LLC:

Mr. John W. Butler
Mr. Grant Mitchell
Butler, Vines and Babb, PLLC
2701 Kingston Pike
Knoxville, TN 37919
(865)244-3925
jbutler@bvblaw.com
gmitchell@bvblaw.com

For the Defendant and Cross-Defendant, St. Paul Fire and Marine Insurance Company:

Ms. Brittany Nichole Lezu (via Zoom)
Carr Allison
633 Chestnut Street, Suite 2000
Chattanooga, TN 37450
(423)648-9832
blezu@carrallison.com

For the Plaintiff, Factory Mutual Insurance Company:

Mr. S. Joe Welborn
Smith Cashion & Orr, PLC
3100 West End Avenue, Suite 800
Nashville, TN 37203
(615)742-8586
jwelborn@smithcashion.com

I N D E X

TESTIMONY OF JAMIE DAVIS

| | |
|---|---|
| Examination By Ms. McDonald | 7 |
| Examination By Mr. Butler | 256 |
| Examination By Mr. Welborn | 323 |
| Examination By Ms. Lezu | 342 |

E X H I B I T S

| | | |
|---|---|---|
| Exhibit 155 | Copy of LinkedIn profile for Jamie Davis, 8/24/26 | 35 |
| Exhibit 156 | Master Operating Services Agreement, XMG2566-2602 | 43 |
| Exhibit 157 | 5/24/23 email, XMG2808-2812 | 97 |
| Exhibit 158 | Email exchange, XMG3048-3052 | 101 |
| Exhibit 159 | Email exchange, XMG3021-3025 | 107 |
| Exhibit 160 | Email exchange, XMG0030-0035 | 121 |
| Exhibit 161 | Email exchange, XMG0646-648 | 130 |
| Exhibit 162 | 10/18/23 email, XMG3065-3066 | 186 |
| Exhibit 163 | 11/15/23 email chain, XMG3101-3102 | 191 |
| Exhibit 164 | Email chain, XMG14629-1430 | 199 |
| Exhibit 165 | 1/9/23 email, XMG3792-3793 | 206 |
| Exhibit 166 | 1/9/24 receipt from Crowe Heating, XMG 3563 | 207 |
| Exhibit 167 | Email exchange, XMG3081-3083 | 208 |

at that time.
**Q. What's the general procedure for getting preventative maintenance done on an HVAC system for a new facility that Xpedient is taking over?**
A. It's usually pretty simple. Call, you know, an HVAC provider that does that, and they'll come in and do it usually within a day. And then it's either everything is good or, you know, they may say hey, you got one unit that needs a coil replaced or whatever. Any kind of -- any kind of known issues that they see, they'll report back to us so that we can get ahead of it and fix it.
**Q. Okay. And you indicated there was something that prevented you from doing that in regards to the Cromwell warehouse?**
A. Uhm-uhm.
**Q. What was that?**
A. They were doing a lot of roof work and replacing units on top of the building at the same time.
**Q. And when you say "units on the top of the building," you mean HVAC units?**
A. I believe it was ACs, the air-conditioning.
**Q. Okay. And did you ever call any HVAC vendor in that May/June period to come out and look at the**

HVAC systems at the Cromwell warehouse?
A. I don't believe I did.
Q. Okay.
A. I could have, but I don't know why I -- why I would have because I knew -- I knew that they were doing work on the roof. And I was in contact with either Shellie or Jessica about are we ready for the PMs yet, and they were still working.
Q. Okay. And when you say "Shellie and Jessica," you're referring to Shellie Moses and Jessica Edmonds of Colliers?
A. Correct.
Q. And so it was your opinion that it was better to defer doing the preventative maintenance of any of the HVAC systems until the roof was complete?
A. No, it wasn't an opinion. They can't do a PM if it's not functioning.
Q. Okay. But the Cromwell warehouse also has unit heaters, right? Is that correct --
A. Yes.
Q. -- in 2023?
A. Yes.
Q. And those unit heaters aren't connected to the HVAC system that service the office units; is that correct?

**Q. But at this point you had no understanding whether the gas was actually connected, correct?**
A. I -- it -- well, what date is this?
**Q. October 10, 2023.**
A. I thought the gas -- I think -- I think at that point I was under the impression the gas was on.
**Q. And why did you have that impression?**
A. Because I was told at some point. And I believe it was in October, I was told that the HVAC was good to go.
**Q. Who told you that?**
A. Shellie.
**Q. And did you have -- Mr. Livingston was on-site at that point, correct, when Shellie made the representation about the HVAC?**
A. Yeah, he would have been.
**Q. Did you ask him to test the HVAC system?**
A. No. When she said the HVAC -- because it was the HVAC and the roof kind of tied together, so she said the roof repairs and HVAC are good to go.
So at that point that's when I had started lining up with Zach, hey, let's -- okay. It's good to go. We're working now. Let's get the PMs taken care of.

**Q. Okay. And then -- go ahead.**
A. So by good working order -- and, again, I'm not a mechanic or an HVAC specialist, but if an HVAC is up and running, that means -- if it's good to go, it's been tested, and you can't test it unless the gas is on. So from that point forward, I thought the gas was on.
And there's some confusion about locks and some other things that I'm sure we'll get into, but this is -- this is kind of the point where, from here on out, I thought we were good to go with all utilities.
**Q. Okay.**
A. My concern was there was an accounting issue within MLGW between the three of us, MLGW, Colliers, and us, that was going to cause a shut-off. And that's -- I mean, for the rest of this time, that's pretty much where I was at.
**Q. Okay. But here the MLGW rep tells you that the account ending in 29 has now been changed into St. Paul's name.**
**Do you see that?**
A. I do, yeah.
**Q. Okay. So -- and then we saw that earlier email, right, where Ms. Edmonds communicated to you**

whole building.
MS. McDONALD: Okay. And I'm going to mark at -- oh, sorry. Let me see about those.
MR. THOMAS: 163?
MS. McDONALD: 163. Thank you.
(Exhibit 163 was marked.)
BY MS. McDONALD:
**Q. And does this appear to be a true and correct copy of your November 15, 2023, email exchange with Mr. Livingston?**
A. Yes, it is.
**Q. Okay. And on November 15, 2023, you wrote to him asking, "Where are you with getting the HVAC looked at in Memphis"?**
**Do you see that?**
A. Yeah, I do.
**Q. And that's referring to the Cromwell warehouse, correct?**
A. Correct.
**Q. And the purpose of this HVAC inspection was to do that preventative maintenance work that we had discussed about at the beginning, right? That's part of the start-up process at any new facility that Xpedient takes over?**
A. That's correct.

Q. Okay. And the -- is it correct that the reason Xpedient waited -- I guess this is, what, six months since Xpedient moved into the facility, to actually undertake that preventative maintenance work, was because of the roof repairs?
A. That's correct.
Q. And the HVAC repairs that the landlord was performing at the space?
A. That's correct.
Q. Okay. And Mr. Livingston responds that same day, stating, "I had got Crowe HVAC coming tomorrow from 9:00 to 12:00."
He's referring to Crowe Heating & Air, correct?
A. Yes.
Q. Okay. And Crowe was an HVAC vendor hired by Xpedient?
A. Yes.
Q. Okay. And did Crowe come out on November 16th?
A. I'm not sure.
Q. Did you follow up with Mr. Livingston after this point to see if Crowe came out?
A. I don't believe so.
Q. Did Mr. Livingston report to you what the