IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

AGILENT TECHNOLOGIES, INC. )
Plaintiff, ) Case No.
vs. ) 2:25-CV-02101
XPEDIENT MANAGEMENT ) (BCL)(CGC)
GROUP, LLC, et al., )
Defendants. )

----------------------------------------------------

XPEDIENT MANAGEMENT GROUP, )
LLC, )
Cross-Plaintiff, )
vs. )
ST. PAUL FIRE AND MARINE )
INSURANCE COMPANY and )
COLLIERS MANAGEMENT )
SERVICES - MEMPHIS, LLC, )
Cross-Defendants. )

---

ORAL AND VIDEOTAPED DEPOSITION OF

ZACHARY LIVINGSTON

September 16, 2026

Reported By: SUSAN ASHE, CER

Job No.: 10200460

Wednesday, September 16, 2026

10:14 a.m. Eastern Daylight Time

Oral and videotaped deposition of ZACHARY LIVINGSTON, taken on behalf of the Plaintiff, beginning at 10:14 a.m., on Wednesday, September~16, 2026, at the law offices of Reed Smith LLP, 1301 K~Street, Northwest, Washington, D.C., before Susan Ashe, Certified Electronic Reporter and a Notary Public in the District of Columbia.

APPEARANCE OF COUNSEL:

On behalf of the Plaintiff Agilent Technologies:

REED SMITH LLP
BY: MARGARET C. McDONALD, ESQ.
515 South Flower Street, Suite 4300
Los Angeles, California 90071
(213) 457-8000
mcmcdonald@reedsmith.com

- and -

BRADLEY ARANT BOULT CUMMINGS LLP
BY: PETER C. SALES, ESQ. (Via Zoom)
BY: ELIZABETH T. PETRAS, ESQ. (Via Zoom)
1221 Broadway, Suite 2400
Nashville, Tennessee 37203
(615) 244-2582
psales@bradley.com
bpetras@bradley.com

APPEARANCE OF COUNSEL (Continued):

On behalf of the Defendant Xpedient Management Group, LLC and the Witness:

BUTLER SNOW
BY: WILLIAM P. THOMAS, ESQ.
1020 Highland Colony Parkway, Suite 1400
Ridgeland, Mississippi 39157
(601) 948-5711
will.thomas@butlersnow.com

On behalf of the Defendant Factory Mutual Insurance Company:

SMITH CASHION & ORR, PLC
BY: S. JOE WELBORN, ESQ. (Via Zoom)
3100 West End Avenue, Suite 800
Nashville, Tennessee 37203
(615) 742-8555
jwelborn@smithcashion.com

turned off.
**Q. Okay. And the water was flowing out as well, outside of the dock doors. Is that right?**
A. Yeah. Just out of anywhere it could, really.
**Q. And you said it was steamy.**
**Can you expand on what you mean by that?**
A. It was -- it felt warmer in there.
So -- yeah, it felt -- with the water going, it just felt warmer in there.
**Q. Like humid?**
A. Yeah.
**Q. Okay. And did the lights work?**
A. Yeah.
**Q. Did you turn them on?**
A. No.
**Q. Why not?**
A. Because I didn't want to get electrocuted.
**Q. Fair enough.**
A. But my surge protector was plugged into my office, and I remember reaching down in the water and feeling a stinging sensation in my hand.
So, yeah, the power was still definitely on when it was happening.
**Q. And you said "reaching down into the**

It was about 20 to 25 feet away from those dock doors going into the warehouse.

**Q. Was it shooting out?**

A. Spraying downwards, yeah.

**Q. And do you know -- are you able to estimate how far the water sprayed downwards?**

A. No. I mean, just -- it was coming out a little bit. You know, just a steady -- maybe like a foot out and then down.

**Q. Okay. And were any of the overhead pipes in the warehouse floor releasing water?**

A. I didn't see that, no.

**Q. And did you notice whether or not any of the inventory was saturated with water?**

A. I mean, I -- it was wet in there. I don't know what you mean by "saturated," but....

**Q. Were a lot of the boxes wet?**

A. I mean, yeah. There was some -- some places where it was wet and some places where it didn't get wet at all.

**Q. Would you say most of the inventory got wet?**

MR. THOMAS: Object to form.

A. I -- I wouldn't say most of it.

**Q. Half?**

A. Maybe half.
**Q. Okay.**
A. Maybe.
**Q. And that's half that you saw that evening?**
A. That evening, I didn't know what got wet, how much got wet. It was the middle of the night, and the lights were off.
**Q. Okay. So you couldn't see that well.**
**Is that accurate?**
A. Yes.
**Q. You could just tell that there was a lot of water on the ground and still water coming out from the ceiling.**
A. From that one spot, yes.
**Q. Okay. And otherwise it was, I presume, very dark in the warehouse floor?**
A. Yes.
**Q. With poor visibility. Is that accurate?**
A. Yes. It was foggy and it was dark.
**Q. Okay. And did you have a flashlight? How did you see, at all?**
A. The fire department had a flashlight. I think I had my phone light.
**Q. Okay. And that was it?**
A. Yes.