# Exhibit “C”

# (Filed Under Seal)