# Exhibit "D"

# (Filed Under Seal)