IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

AGILENT TECHNOLOGIES, INC., PLAINTIFF

VS CASE NO. 2:25-CV-02101-BCL-CGC

XPEDIENT MANAGEMENT GROUP, LLC AND
ST. PAUL FIRE AND MARINE, COLLIERS
MANAGEMENT SERVICES-MEMPHIS, INC. DEFENDANTS

---

XPEDIENT MANAGEMENT GROUP, LLC, CROSS-PLAINTIFF

VS.

ST PAUL FIRE AND MARINE INSURANCE COMPANY CROSS-
COLLIERS MANAGEMENT SERVICES-MEMPHIS LLC DEFENDANT

---

FACTORY MUTUAL INSURANCE CO., AS
SUBROGEE OF AGILENT TECHNOLOGIES, INC. PLAINTIFF

VS.

XPEDIENT MANAGEMENT GROUP, LLC And
ST. PAUL FIRE AND MARINE INSURANCE
COMPANY COLLIERS MANAGEMENT
SERVICES-MEMPHIS, LLC DEFENDANTS

30(b)(6) DEPOSITION OF AGILENT TECHNOLOGIES, INC.
BY AND THROUGH ITS DESIGNEE CHEE-BENG LIM

Taken at the Burch Porter & Johnson, PLLC
130 North Court Avenue, Memphis, Tennessee
On Tuesday, September 29, 2026,
beginning at approximately 10:00 a.m.

REPORTED BY:

THERESA S. LUMLEY, RPR, CSR
Ethoscribe Deposition Services
d/b/a eDeposition
Post Office Box 14148
Jackson, Mississippi 39236
Main: (601) 326-7888
Toll Free: (844) 533-DEPO
tlumley@edeposition.com



EXHIBIT "F"

APPEARANCES:

MARGARET C. McDONALD, ESQUIRE
Reed Smith
515 South Flower Street, Suite 4300
Los Angeles, California 90071
Telephone: (213) 457-8187
Email: Mcmcdonald@reedsmith.com

DOUGLAS F. HALIJAN, ESQUIRE
Burch Porter Johnson
130 North Court Avenue
Memphis, Tennessee 38103
Telephone: (901) 524-5123
Facsimile: (901) 524-5024
Email: Dhalijan@bpjlaw.com

JOHN LOW, ESQUIRE
Agilent Technologies, Inc.
6346 Briar Rose Drive
Houston, Texas 77057-2712
Telephone: (512) 332-8224

PRESENT AND REPRESENTING THE PLAINTIFF,
AGILENT TECHNOLOGIES, INC.

WILLIAM P. (WILL) THOMAS, ESQUIRE
Butler Snow, LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, Mississippi 39157
Telephone: (601) 985-4432
Facsimile: (601) 985-4500
Email: Will.thomas@butlersnow.com

PRESENT AND REPRESENTING THE
DEFENDANT/CROSS-PLAINTIFF,
XPEDIENT MANAGEMENT GROUP, LLC

JOHN W. BUTLER, ESQUIRE (VIA ZOOM)
Butler, Vines & Babb
2701 Kinston Pike
Knoxville, Tennessee 37919
Email: Jbutler@bvblaw.com

PRESENT AND REPRESENTING THE DEFENDANT,
COLLIERS MANAGEMENT SERVICES-MEMPHIS

eDEPOSITION (844) 533-DEPO

(Exhibit No. 225 was marked.)
MR. BUTLER: Does this one have a Bates?
MR. THOMAS: Yes, it does. ATI_1020 through ATI_1022.
BY MR. THOMAS:
Q. This is an e-mail about the E&O reserves, right, among other things?
**A. Yes.**
Q. Who is this that's writing this e-mail?
**A. Bee-Lian Ong.**
Q. Yes. What is his position?
**A. Okay. She is the finance APP and the business partner to the instrument manufacturing organization.**
Q. And then, in this string, there's a Jason Valmore.
Do you see him?
**A. Yes.**
Q. What is his position?
**A. Jason is the VP of finance for the LDG Group.**
Q. And it says down here where he's responding to Eric Canty, it says, "Thanks, Eric. One additional follow-up." This is on the first

page.
Do you see right here? "Thanks, Eric. One additional follow-up for this team. If we were to not rework inventory, does that create any issues with fulfilling future demand projections? And then, said differently, we don't want to rework inventory only to have to turn around and reserve/scrap it months later."
Did I read that correctly?
**A. Yes, that's what's written.**
Q. So it looks like Mr. Valmore's concern is that, you know, if you're going to -- if you don't have the demand for the inventory, why would you -- why would you have an incentive to salvage it if you're going to have to reserve and scrap it months later.
Is that an accurate summary of what he's saying there?
MS. McDONALD: Object as to form.
**A. I don't personally know what he meant as a way to read it. We don't want to rework it and find out that we cannot use it, and then we have to scrap it.**
BY MR. THOMAS:
Q. But he uses reserve and scrap almost as

the same concept.
Do you agree with that?
MS. McDONALD: Object as to form.
**A. No.**
BY MR. THOMAS:
Q. He says reserve, forward slash, scrap.
**A. Slash -- reserve or scrap.**
Q. All right. And then it looks like the response to his question about demand is just above that, "Tips inventory has trended down."
Do you see that?
**A. Yes.**
Q. "As of the end of March '24, 18 million." And then, it says, "2.7 year of supply with monthly consumption at .5 to .6 million a month."
Did I read that correctly?
**A. Yes, you did.**
Q. Am I understanding that this is answering the question about whether or not there would be enough inventory to meet the future demand; is that correct?
MS. McDONALD: Object as to form.
**A. This is to actually address any consideration if you scrap order inventory**

**because it no longer can be used, are you going to create a situation where it cannot meet customer's demand.**

BY MR. THOMAS:

Q. And what's the answer to that question? Were you all going to be able to meet customer demand, even if you scrap the inventory? Yes or no?

**A. At a high level, yes.**

Q. That's what I thought. So then you moved to the second -- his kind of comment: Well, if we've got enough inventory to meet demand, why would we make the effort to rework the inventory because we're going to have to scrap and reserve a portion of it at some point.

**A. So where --**

MS. McDONALD: Object as to form.

**A. Which line is it?**

BY MR. THOMAS:

Q. Well, it's in Mr. -- well, we answered Jason Valmore's question. He had a question: Hey, if we rework this inventory -- if we do not rework the inventory, where does that put us on demand? Are we going to be able to meet our customers' demands? And then he says -- he makes

the comment, We don't want to rework inventory only to have to turn around and reserve and scrap it months later.

MS. McDONALD: Object as to form.

BY MR. THOMAS:

Q. So does that suggest a sentiment that if we can meet demand, why would we put any effort towards reworking the inventory?

MS. McDONALD: Object as to form.

**A. He's asking for a scenario. That's why he has an (inaudible).**

BY MR. THOMAS:

Q. Yeah. He's essentially saying, Look, we might not ought to go to the effort of reworking this inventory if we're just going to have to turn around and scrap it, because we've got too much supply and not enough demand.

MS. McDONALD: Object as to form.

BY MR. THOMAS:

Q. Agree?

MS. McDONALD: Same objection.

**A. You're saying his concern?**

BY MR. THOMAS:

Q. Yeah. That's his, sort of, concern. That's his sentiment there.