# EXHIBIT 1

New

**COPY**

**UTILITY BILL**
Date: **July 12, 2023**

| |
|---|
| Amount Due: **$ 9,302.00** |
| Due Date: **July 28, 2023** |

For: **XPEDIENT LOGISTICS, LLC**

Services at: **4601 CROMWELL AV STE 1**

**Meter reader on site on July 11, 2023 at 08:39.**

**Account Number: 00131–5328–1359–729**

# Summary

| | |
|---|---|
| **Current Charges** | |
| Gas | 230.24 |
| Electric | 3,188.68 |
| Other MLGW | 5,456.30 |
| Non–MLGW | 426.78 |
| **Total Current Charges** | **9,302.00** |

| | |
|---|---|
| **Total Amount Due by July 28, 2023** | **$ 9,302.00** |
| **If received later, amount due is $9,352.56** | |

**See detail on reverse side.**

## Service:

| | |
|---|---|
| Days of Service | 47 |
| Average Utility Cost per Day: | $ 197.91 |
| Average Temperature: | 78 |
| Billing Cycle: | 06 |
| **Next Reading Date:** | **August 9, 2023** |

## Contact:

| | |
|---|---|
| Non–MLGW | See back of bill. |
| General Information: | 901–528–4270 |
| service requests, transfers, | Fax: 901–528–4547 |
| billing inquiries | mlgwbsc@mlgw.org |
| Hours: Monday – Friday 8:00 AM – 4:30 PM | |
| Power Outages: (24 hours) | 544–6500 |
| Emergency only: (24 hours) | 528–4465 |

**My Account Access Code: 964889**
**Pay Online!** **www.mlgw.com**
**Pay By Phone!** **1–866–315–0277**

*Payment Arrangements Online at www.mlgw.com/payarrange*
**PAYMENTS MUST BE RECEIVED BY 3:00 PM CENTRAL TIME TO POST SAME BUSINESS DAY.**

**Failure to pay the Amount Due by the Due Date will impact your MLGW Credit Status, and you will be subject to Service Disconnection.**

**If paying in person, please present both portions of bill.**

~~Please detach and return in the enclosed envelope with payment.~~

100

*MEMPHIS LIGHT, GAS AND WATER DIVISION*

**New**

Please be sure return address appears in the window of the envelope.
***DO NOT USE STAPLES OR PAPERCLIPS.***

| |
|---|
| Amount Due: **$ 9,302.00** |
| Due Date: **July 28, 2023** |

If received later, amount due is **$9,352.56**
**Account Number**
**00131–5328–1359–729**

453939208
75019741225
XPEDIENT LOGISTICS, LLC
200 NORTHPOINT DR STE 100
COPPELL TX 75019–7412

**Memphis Light Gas and Water Division**
**P.O. Box 388**

**Memphis, TN 38145–0388**

**EXHIBIT**
41

001315328 1359729 2020230728 0000005056 00000930200 3

**MLGW_00204**

# Detailed Charges

Amount Due: **$ 9,302.00**

Due Date: **July 28, 2023**

Account Number: **00131–5328–1359–729**

| | Readings | | Multiplier | Usage | Amount | Total |
|---|---|---|---|---|---|---|
| **GAS** | 7/11/23 | 5/25/23 | | | | |
| **G–7 Commercial Gas #1001533** | 38918 | 38918 | 1 | 0 | 215.18 | |
| includes Purchased Gas Adjustment of –0.1140000/ccf | | | | | | |
| includes Purchased Gas Adjustment of –0.3970000/ccf | | | | | | |
| 7% Sales Tax | | | | | 15.06 | |
| **G–7 Demand #1001533** | 0 | 0 | 1 | 0 | 0.00 | |
| Demand: Actual: 0.00 Billed: 0.00 | | | | | | |
| 7% Sales Tax | | | | | 0.00 | **230.24** |
| **ELECTRIC** | 7/11/23 | 5/25/23 | | | | |
| **E–2 Commercial Electric #104674** | 4517 | 4470 | 120 | 5640 | 2,980.08 | |
| includes TVA Fuel Cost Adjustment of 0.0278700/kwh | | | | | | |
| includes TVA Fuel Cost Adjustment of 0.0280400/kwh | | | | | | |
| 7% Sales Tax | | | | | 208.60 | |
| **E–2 Demand #104674** | .2 | 0 | 120 | 24.00 | 0.00 | |
| Demand: Actual: 24.00 Billed: 24.00 | | | | | | |
| 7% Sales Tax | | | | | 0.00 | |
| 7% Sales Tax | | | | | 0.00 | **3,188.68** |
| **OTHER MLGW** | | | | | | |
| Security Deposit | | | | | 5,125.00 | **5,125.00** |
| **OTHER MLGW** | 7/11/23 | 5/25/23 | | | | |
| **City of Memphis Street Light Fee** | | | | | 30.50 | **30.50** |
| **OTHER MLGW** | | | | | | |
| Share The Pennies | | | | | 0.80 | |
| **OTHER MLGW** | | | | | | |
| Electric Connect Charge | | | | | 163.00 | |
| Gas Connect Charge | | | | | 137.00 | **300.00** |
| **Shelby County** | 7/11/23 | 5/25/23 | | | | |
| **Mosquito/Rodent Control Fee** – *For inquiries, call (901) 222–9725.* | | | | | 1.21 | **1.21** |
| **City of Memphis** | 7/11/23 | 5/25/23 | | | | |
| **Storm Water Fee** – *For inquiries, call (901) 636–4349.* | | | 6.03 | 44.100 | 425.57 | **425.57** |

**Detailed Charges continued on page 3.**

**OFFICE USE ONLY**
A/3/0/CD/0.00/Y/ 7222334 000000453939208

**PLUS1**
Your dollar makes a difference! Please donate a dollar or more each month to PLUS1 and help someone in need. Sign up at www.mlgw.com.

**Non–MLGW Services**
For questions regarding these services, please call:

| | |
|---|---|
| Arlington Sewer, Storm Water & Solid Waste | 867–2620 |
| Collierville Sewer Fee | 457–2800 |
| Lakeland Sewer, Solid Waste & Storm Water | 867–2717 |
| Lakeland & Millington Ambulance Fee | 222–8020 |
| Memphis Sewer Fee | 636–6757 |
| Memphis Solid Waste Fee | 636–6500 |
| Memphis Storm Water Fee | 636–4349 |
| Millington Storm Water & Solid Waste Fee | 873–5701 |
| Shelby County Fire Fee | 222–8020 |
| Shelby County Mosquito/Rodent Control | 222–9725 |
| Shelby County Sewer Fee & Storm Water | 222–7705 |
| Shelby County Solid Waste Fee | 222–7718 |
| Water Cross Connection Fee | 528–7757 |

**Disputed Bills**
If you dispute the accuracy of these charges, you can request information concerning our Dispute Resolution Process by calling 901–528–4270, writing to MLGW Commercial Resource Center, P.O. Box 430, Memphis, TN 38101 or by email addressed to crc@mlgw.org.

**Purchased Gas Adjustment (PGA)**
Your monthly gas bill reflects the fluctuating total wholesale costs of natural gas, which include purchases, storage, transportation and delivery.

**Tennessee Valley Authority (TVA) Fuel Cost Adjustment (FCA)**
Your monthly electric bill reflects the fluctuating TVA wholesale cost of electric power, due to variations in TVA's cost of fuel and purchased power.

# Detailed Charges



Amount Due: **$ 9,302.00**

Due Date: **July 28, 2023**

Account Number: **00131–5328–1359–729**

| | |
|---|---|
| **Total Amount Due by July 28, 2023**<br>**If received later, amount due is $9,352.56** | **$ 9,302.00** |

# Detailed Charges



Amount Due: **$ 9,302.00**

Due Date: **July 28, 2023**

Account Number: **00131–5328–1359–729**