# EXHIBIT 3

MLGW

Page 1 of 2

**UTILITY BILL**

Date: **September 11, 2023**

Amount Due: **$ 1,886.00**
Due Date: **September 27, 2023**

For: **XPEDIENT LOGISTICS, LLC**

Services at: **4601 CROMWELL AV STE 1**

**Meter reader on site on September 8, 2023 at 08:49.**

**Account Number: 00131-5328-1359-729**

Summary

| | |
|---|---|
| Previous Balance | $ 2,352.00 |
| Payments Received | 2,352.00 |
| **Current Charges** | |
| Gas | 111.41 |
| Electric | 1,487.93 |
| Other MLGW | 19.99 |
| Non-MLGW | 266.67 |
| **Total Current Charges** | **1,886.00** |

**Total Amount Due by September 27, 2023** **$ 1,886.00**
**If received later, amount due is $1,915.12**

**See detail on reverse side.**

Service:

| | |
|---|---|
| Days of Service | 30 |
| Average Utility Cost per Day: | $ 62.87 |
| Average Temperature: | 80 |
| Billing Cycle: | 06 |
| **Next Reading Date:** | **October 9, 2023** |

Contact:

| | |
|---|---|
| Non-MLGW | See back of bill. |
| General Information: | 901-528-4270 |
| service requests, transfers, | Fax: 901-528-4547 |
| billing inquiries | mlgwbsc@mlgw.org |
| Hours: Monday - Friday 8:00 AM - 4:30 PM | |
| Power Outages: (24 hours) | 544-6500 |
| Emergency only: (24 hours) | 528-4465 |

**My Account Access Code: 964889**
**Pay Online! www.mlgw.com**
**Pay By Phone! 1-866-315-0277**

**Payment Arrangements Online at www.mlgw.com/payarrange**

**PAYMENTS MUST BE RECEIVED BY 3:00 PM CENTRAL TIME TO POST SAME BUSINESS DAY.**

*Remember, now is the time to prepare for Winter. By taking a few simple steps and using energy wisely, you can lower your heating costs significantly. For tips on controlling energy costs, visit our website at* **www.mlgw.com** *or call 528-4270 for a brochure.*

---

**If paying in person, please present both portions of bill.**

**Please detach and return in the enclosed envelope with payment.**

MLGW

Please be sure return address appears in the window of the envelope.
***DO NOT USE STAPLES OR PAPERCLIPS.***

Amount Due: **$ 1,886.00**
Due Date: **September 27, 2023**

If received later, amount due is **$1,915.12**

**Account Number**
**00131-5328-1359-729**

799366003990006371688195342696

To use barcode, a fee of $1.50 applies. See reverse side for details.

#BWNDHFL
#65850154008/1# B001 459876266 021662

XPEDIENT LOGISTICS, LLC
200 NORTHPOINT DR STE 100
COPPELL TX 75019-7412

**Memphis Light Gas and Water Division**
**P.O. Box 388**

**Memphis, TN 38145-0388**

001315328 1359729 2020230927 0000002912 00000188600 0

**EXHIBIT**
44

XMG_1450

## Detailed Charges



Amount Due: **$ 1,886.00**
Due Date: **September 27, 2023**
Account Number: **00131-5328-1359-729**

| | Readings | | Multiplier | Usage | Amount | Total |
|---|---|---|---|---|---|---|
| **GAS** | 9/8/23 | 8/9/23 | | | | |
| **G-7 Commercial Gas #1001533** | 38918 | 38918 | 1 | 0 | 104.12 | |
| includes Purchased Gas Adjustment of -0.3240000/ccf | | | | | | |
| 7% Sales Tax | | | | | 7.29 | |
| **G-7 Demand #1001533** | 0 | 0 | 1 | 0 | 0.00 | |
| Demand: Actual: 0.00 Billed: 0.00 | | | | | | |
| 7% Sales Tax | | | | | 0.00 | **111.41** |
| **ELECTRIC** | 9/8/23 | 8/9/23 | | | | |
| **E-2 Commercial Electric #104674** | 4871 | 4785 | 120 | 10320 | 1,390.59 | |
| includes TVA Fuel Cost Adjustment of 0.0244000/kwh | | | | | | |
| 7% Sales Tax | | | | | 97.34 | |
| **E-2 Demand #104674** | .22 | .26 | 120 | 26.40 | 0.00 | |
| Demand: Actual: 26.40 Billed: 26.40 | | | | | | |
| 7% Sales Tax | | | | | 0.00 | **1,487.93** |
| **OTHER MLGW** | 9/11/23 | 8/10/23 | | | | |
| **City of Memphis Street Light Fee** | | | | | 19.07 | **19.07** |
| **OTHER MLGW** | | | | | | |
| **Share The Pennies** ( Total Contributions $0.00) | | | | | 0.92 | **0.92** |
| **Shelby County** | 9/11/23 | 8/10/23 | | | | |
| **Mosquito/Rodent Control Fee** - *For inquiries, call (901) 222-9725* | | | | | 0.75 | **0.75** |
| **City of Memphis** | 9/11/23 | 8/10/23 | | | | |
| **Storm Water Fee** - *For inquiries, call (901) 636-4349* | | | 6.03 | 44.100 | 265.92 | **265.92** |

| | |
|---|---|
| **Total Amount Due by September 27, 2023**<br>**If received later, amount due is $1,915.12** | **$ 1,886.00** |

### Community Offices & Hours

**8:30 AM to 5 PM Monday - Thursday**
**8:30 AM to 6 PM Friday**

| | |
|---|---|
| Main | 245 S. Main St |
| Lamar Community | 2935 Lamar Av |
| North Community | 2424 Summer Av |
| Whitehaven Community | 1111 E. Shelby Dr |

**8:00 AM to 4:30 PM Monday-Friday**

| | |
|---|---|
| Millington | 5131 Navy Rd |

### Utility Bill Payments

To receive proper credit, all payments must be mailed to MLGW, P.O. Box 388, Memphis, TN 38145, or paid in person at any MLGW paying agent or community office. Please do not mail payments to any other MLGW location. Please do not mail cash.

### Demand Charges

In addition to energy charges, some commercial customers may pay demand charges. The metered power demand, measured in kilowatts (kW), for any month is the highest average during any 30-minute period. Only customers who have demands of 50kW or greater are billed a separate demand charge. For natural gas customers, maximum daily demand is identified as the maximum use in 24-hour period during the current bill cycle.

### OFFICE USE ONLY

A/3/0/CD/5125.00/Y/ 7302770 000000459876266

799366003990006371688195342696

Fee of $1.50 applies. By accepting or using this barcode to make a payment, you agree to the full terms and conditions, available at vanilladirect.com/pay/terms. After successful payment using this barcode, you may retrieve your full detailed ereceipt at vanilladirect.com/pay/ereceipt

### PLUS1

Your dollar makes a difference! Please donate a dollar or more each month to PLUS1 and help someone in need. Sign up at www.mlgw.com.

### Non-MLGW Services

For questions regarding these services, please call:

| | |
|---|---|
| Arlington Sewer, Storm Water & Solid Waste | 867-2620 |
| Collierville Sewer Fee | 457-2800 |
| Lakeland Sewer, Solid Waste & Storm Water | 867-2717 |
| Lakeland & Millington Ambulance Fee | 222-8020 |
| Memphis Sewer Fee | 636-6757 |
| Memphis Solid Waste Fee | 636-6500 |
| Memphis Storm Water Fee | 636-4349 |
| Millington Storm Water & Solid Waste Fee | 873-5701 |
| Shelby County Fire Fee | 222-8020 |
| Shelby County Mosquito/Rodent Control | 222-9725 |
| Shelby County Sewer Fee & Storm Water | 222-7705 |
| Shelby County Solid Waste Fee | 222-7718 |
| Water Cross Connection Fee | 528-7757 |

### Disputed Bills

If you dispute the accuracy of these charges, you can request information concerning our Dispute Resolution Process by calling 901-528-4270, writing to MLGW Commercial Resource Center, P.O. Box 430, Memphis, TN 38101 or by email addressed to crc@mlgw.org.

### Purchased Gas Adjustment (PGA)

Your monthly gas bill reflects the fluctuating total wholesale costs of natural gas, which include purchases, storage, transportation and delivery.

### Tennessee Valley Authority (TVA) Fuel Cost Adjustment (FCA)

Your monthly electric bill reflects the fluctuating TVA wholesale cost of electric power, due to variations in TVA's cost of fuel and purchased power.