# EXHIBIT 5

COPY

**UTILITY BILL**
Date: **December 11, 2023**

Amount Due: **$ 16,812.00**
Due Date: **December 29, 2023**

For: **XPEDIENT LOGISTICS, LLC**

Services at: **4601 CROMWELL AV STE 10**

**Meter reader on site on November 7, 2023 at 00:00.**

**Account Number: 00131-5328-1359-730**

## Summary

| | |
|---|---|
| Previous Balance | $ 16,294.00 |
| Adjustments | -0.34 |
| **Balance Forward** | **16,293.66** |
| **Current Charges** | |
| Gas | 77.98 |
| Electric | 331.99 |
| Other MLGW | 107.17 |
| Non-MLGW | 1.20 |
| **Total Current Charges** | **518.34** |

| | |
|---|---|
| **Total Amount Due by December 29, 2023**<br>**If received later, amount due is $16,828.74** | **$ 16,812.00** |

**See detail on reverse side.**

A **Cut Off Notice** was mailed to you on **November 14, 2023** with a due date of **November 30, 2023.** The past due balance must be received or satisfactory payment arrangements made to avoid automatic disconnection of service. If you have questions, please contact MLGW.

### Service:

| | |
|---|---|
| Days of Service | 29 |
| Average Utility Cost per Day: | $ 17.87 |
| Average Temperature: | 63 |
| Billing Cycle: | 06 |
| **Next Reading Date:** | **January 10, 2024** |

### Contact:

| | |
|---|---|
| Non-MLGW | See back of bill. |
| General Information: | 901-528-4270 |
| service requests, transfers, | Fax: 901-528-4547 |
| billing inquiries | mlgwbsc@mlgw.org |

Hours: Monday - Friday 8:00 AM - 4:30 PM

| | |
|---|---|
| Power Outages: (24 hours) | 544-6500 |
| Emergency only: (24 hours) | 528-4465 |

**My Account Access Code: 124815**
**Pay Online!** www.mlgw.com
**Pay By Phone!** 1-866-315-0277

*Payment Arrangements Online at www.mlgw.com/payarrange*
**PAYMENTS MUST BE RECEIVED BY 3:00 PM CENTRAL TIME TO POST SAME BUSINESS DAY.**

**If paying in person, please present both portions of bill.**

~~**Please detach and return in the enclosed envelope with payment.**~~

H100

*MEMPHIS LIGHT, GAS AND WATER DIVISION*

Please be sure return address appears in the window of the envelope.
***DO NOT USE STAPLES OR PAPERCLIPS.***

Amount Due: **$ 16,812.00**
Due Date: **December 29, 2023**

If received later, amount due is **$16,828.74**
**Account Number**
**00131-5328-1359-730**

**PayItToday Barcode appears here on mailed version of the bill.**

**Number below is the barcode value.**
799366003990006371688195499801
To use barcode, a fee of $1.50 applies. See reverse side for details.

468756538
75019741225
XPEDIENT LOGISTICS, LLC
200 NORTHPOINT DR STE 100
COPPELL TX 75019-7412

**Memphis Light Gas and Water Division**
**P.O. Box 388**

**Memphis, TN 38145-0388**

**EXHIBIT**
56

001315328 1359730 9020231229 0000001674 00001681200 2

XMG_2263

# Detailed Charges

Amount Due: **$ 16,812.00**

Due Date: **December 29, 2023**

Account Number: **00131-5328-1359-730**

| | Readings | | Multiplier | Usage | Amount | Total |
|---|---|---|---|---|---|---|
| **GAS** | 11/7/23 | 10/17/23 | | | | |
| **G-7 Commercial Gas #1001533** | 38918 | 38918 | 1 | 0 | 72.88 | |
| *Your current reading was estimated.* | | | | | | |
| includes Purchased Gas Adjustment of -0.0300000/ccf | | | | | | |
| 7% Sales Tax | | | | | 5.10 | |
| **G-7 Demand #1001533** | 0 | 0 | 1 | 0 | 0.00 | |
| *Your current reading was estimated.* | | | | | | |
| Demand: Actual: 0.00 Billed: 0.00 | | | | | | |
| 7% Sales Tax | | | | | 0.00 | **77.98** |
| **ELECTRIC** | 11/7/23 | 10/9/23 | | | | |
| **E-2 Commercial Electric #104673** | 7881 | 7866 | 120 | 1800 | 310.27 | |
| includes TVA Fuel Cost Adjustment of 0.0236800/kwh | | | | | | |
| 7% Sales Tax | | | | | 21.72 | |
| **E-2 Demand #104673** | .06 | .14 | 120 | 7.20 | 0.00 | |
| Demand: Actual: 7.20 Billed: 7.20 | | | | | | |
| 7% Sales Tax | | | | | 0.00 | **331.99** |
| **OTHER MLGW** | 12/11/23 | 10/24/23 | | | | |
| **City of Memphis Street Light Fee** | | | | | 30.51 | **30.51** |
| **OTHER MLGW** | | | | | | |
| 1% Electric Late Fee | | | | | 24.92 | |
| Electric Late Fee | | | | | 17.57 | |
| 1% Electric Late Fee | | | | | 33.57 | **76.06** |
| **OTHER MLGW** | | | | | | |
| Share The Pennies | | | | | 0.60 | |
| **Shelby County** | 12/11/23 | 10/24/23 | | | | |
| **Mosquito/Rodent Control Fee** - *For inquiries, call (901) 222-9725.* | | | | | 1.20 | **1.20** |
| **Balance Forward** | | | | | 16,293.66 | **16,293.66** |

| | |
|---|---|
| **Total Amount Due by December 29, 2023**<br>**If received later, amount due is $16,828.74** | **$ 16,812.00** |

**OFFICE USE ONLY**
A/3/6/CD/0.00/Y/ 7424883 000000468756538

**PayItToday Barcode appears here on mailed version of the bill.**

**Number below is the barcode value.**

799366003990006371688195499801

Fee of $1.50 applies. By accepting or using this barcode to make a payment, you agree to the full terms and conditions, available at vanilladirect.com/pay/terms. After successful payment using this barcode, you may retrieve your full detailed ereceipt at vanilladirect.com/pay/ereceipt

**PLUS1**
Your dollar makes a difference! Please donate a dollar or more each month to PLUS1 and help someone in need. Sign up at www.mlgw.com.

**Non-MLGW Services**
For questions regarding these services, please call:

| | |
|---|---|
| Arlington Sewer, Storm Water & Solid Waste | 867-2620 |
| Collierville Sewer Fee | 457-2800 |
| Lakeland Sewer, Solid Waste & Storm Water | 867-2717 |
| Lakeland & Millington Ambulance Fee | 222-8020 |
| Memphis Sewer Fee | 636-6757 |
| Memphis Solid Waste Fee | 636-6500 |
| Memphis Storm Water Fee | 636-4349 |
| Millington Storm Water & Solid Waste Fee | 873-5701 |
| Shelby County Fire Fee | 222-8020 |
| Shelby County Mosquito/Rodent Control | 222-9725 |
| Shelby County Sewer Fee & Storm Water | 222-7705 |
| Shelby County Solid Waste Fee | 222-7718 |
| Water Cross Connection Fee | 528-7757 |

**Disputed Bills**
If you dispute the accuracy of these charges, you can request information concerning our Dispute Resolution Process by calling 901-528-4270, writing to MLGW Commercial Resource Center, P.O. Box 430, Memphis, TN 38101 or by email addressed to crc@mlgw.org.

**Purchased Gas Adjustment (PGA)**
Your monthly gas bill reflects the fluctuating total wholesale costs of natural gas, which include purchases, storage, transportation and delivery.

**Tennessee Valley Authority (TVA) Fuel Cost Adjustment (FCA)**
Your monthly electric bill reflects the fluctuating TVA wholesale cost of electric power, due to variations in TVA's cost of fuel and purchased power.