# EXHIBIT 6

**COPY**

**UTILITY BILL**
Date: **January 3, 2024**

Amount Due: **$ 17,444.00**
Due Date: **January 22, 2024**

For: **XPEDIENT LOGISTICS, LLC**

Services at: **4601 CROMWELL AV STE 10**

**Meter reader on site on December 9, 2023 at 14:35.**

**Account Number: 00131-5328-1359-730**

# Summary

| | |
|---|---|
| Previous Balance | $ 16,812.00 |
| Adjustments | -0.60 |
| **Balance Forward** | **16,811.40** |
| **Current Charges** | |
| Gas | 111.41 |
| Electric | 447.72 |
| Other MLGW | 72.89 |
| Non-MLGW | 0.58 |
| **Total Current Charges** | **632.60** |

**Total Amount Due by January 22, 2024** **$ 17,444.00**
**If received later, amount due is $17,463.39**

**See detail on reverse side.**

A **Cut Off Notice** was mailed to you on **January 3, 2024** with a due date of **January 18, 2024.** The past due balance must be received or satisfactory payment arrangements made to avoid automatic disconnection of service. If you have questions, please contact MLGW.

## Service:

| | |
|---|---|
| Days of Service | 32 |
| Average Utility Cost per Day: | $ 19.77 |
| Average Temperature: | 51 |
| Billing Cycle: | 06 |
| **Next Reading Date:** | **January 10, 2024** |

## Contact:

| | |
|---|---|
| Non-MLGW | See back of bill. |
| General Information: service requests, transfers, billing inquiries | 901-528-4270<br>Fax: 901-528-4547<br>mlgwbsc@mlgw.org |
| Hours: Monday - Friday 8:00 AM - 4:30 PM | |
| Power Outages: (24 hours) | 544-6500 |
| Emergency only: (24 hours) | 528-4465 |

**My Account Access Code: 124815**
**Pay Online!** **www.mlgw.com**
**Pay By Phone!** **1-866-315-0277**

*Payment Arrangements Online at www.mlgw.com/payarrange*
**PAYMENTS MUST BE RECEIVED BY 3:00 PM CENTRAL TIME TO POST SAME BUSINESS DAY.**

**If paying in person, please present both portions of bill.**

**~~Please detach and return in the enclosed envelope with payment.~~**

H100

*MEMPHIS LIGHT, GAS AND WATER DIVISION*

Please be sure return address appears in the window of the envelope.
***DO NOT USE STAPLES OR PAPERCLIPS.***

Amount Due: **$ 17,444.00**
Due Date: **January 22, 2024**

If received later, amount due is **$17,463.39**
**Account Number**
**00131-5328-1359-730**

**PayItToday Barcode appears here on mailed version of the bill.**

**Number below is the barcode value.**
799366003990006371688195499801
To use barcode, a fee of $1.50 applies. See reverse side for details.

470687727
75019741225
XPEDIENT LOGISTICS, LLC
200 NORTHPOINT DR STE 100
COPPELL TX 75019-7412

**Memphis Light Gas and Water Division**
**P.O. Box 388**

**Memphis, TN 38145-0388**

EXHIBIT
57

001315328 1359730 9020240122 0000001939 00001744400 3

XMG_2205

# Detailed Charges

Amount Due: **$ 17,444.00**

Due Date: **January 22, 2024**

Account Number: **00131-5328-1359-730**

| | Readings | | Multiplier | Usage | Amount | Total |
|---|---|---|---|---|---|---|
| **GAS** | 12/9/23 | 11/7/23 | | | | |
| **G-7 Commercial Gas #1001533** | 38918 | 38918 | 1 | 0 | 104.12 | |
| includes Purchased Gas Adjustment of -0.2970000/ccf | | | | | | |
| 7% Sales Tax | | | | | 7.29 | |
| **G-7 Demand #1001533** | 0 | 0 | 1 | 0 | 0.00 | |
| Demand: Actual: 0.00 Billed: 0.00 | | | | | | |
| 7% Sales Tax | | | | | 0.00 | **111.41** |
| **ELECTRIC** | 12/9/23 | 11/7/23 | | | | |
| **E-2 Commercial Electric #104673** | 7903 | 7881 | 120 | 2640 | 418.43 | |
| includes TVA Fuel Cost Adjustment of 0.0226600/kwh | | | | | | |
| 7% Sales Tax | | | | | 29.29 | |
| **E-2 Demand #104673** | .06 | .06 | 120 | 7.20 | 0.00 | |
| Demand: Actual: 7.20 Billed: 7.20 | | | | | | |
| 7% Sales Tax | | | | | 0.00 | **447.72** |
| **OTHER MLGW** | 1/3/24 | 12/11/23 | | | | |
| **City of Memphis Street Light Fee** | | | | | 14.62 | **14.62** |
| **OTHER MLGW** | | | | | | |
| 1% Electric Late Fee | | | | | 41.14 | |
| Electric Late Fee | | | | | 13.10 | |
| Gas Late Fee | | | | | 3.64 | **57.88** |
| **OTHER MLGW** | | | | | | |
| Share The Pennies | | | | | 0.39 | |
| | 1/3/24 | 12/11/23 | | | | |
| **Mosquito/Rodent Control Fee** - *For inquiries, call (901) 222-9725.* | | | | | 0.58 | **0.58** |
| **Balance Forward** | | | | | 16,811.40 | **16,811.40** |

| | |
|---|---|
| **Total Amount Due by January 22, 2024**<br>**If received later, amount due is $17,463.39** | **$ 17,444.00** |

**OFFICE USE ONLY**
A/3/9/CD/0.00/Y/ 7453370 000000470687727

**PayItToday Barcode appears here on mailed version of the bill.**

**Number below is the barcode value.**

799366003990006371688195499801

Fee of $1.50 applies. By accepting or using this barcode to make a payment, you agree to the full terms and conditions, available at vanilladirect.com/pay/terms. After successful payment using this barcode, you may retrieve your full detailed ereceipt at vanilladirect.com/pay/ereceipt

**PLUS1**
Your dollar makes a difference! Please donate a dollar or more each month to PLUS1 and help someone in need. Sign up at www.mlgw.com.

**Non-MLGW Services**
For questions regarding these services, please call:

| | |
|---|---|
| Arlington Sewer, Storm Water & Solid Waste | 867-2620 |
| Collierville Sewer Fee | 457-2800 |
| Lakeland Sewer, Solid Waste & Storm Water | 867-2717 |
| Lakeland & Millington Ambulance Fee | 222-8020 |
| Memphis Sewer Fee | 636-6757 |
| Memphis Solid Waste Fee | 636-6500 |
| Memphis Storm Water Fee | 636-4349 |
| Millington Storm Water & Solid Waste Fee | 873-5701 |
| Shelby County Fire Fee | 222-8020 |
| Shelby County Mosquito/Rodent Control | 222-9725 |
| Shelby County Sewer Fee & Storm Water | 222-7705 |
| Shelby County Solid Waste Fee | 222-7718 |
| Water Cross Connection Fee | 528-7757 |

**Disputed Bills**
If you dispute the accuracy of these charges, you can request information concerning our Dispute Resolution Process by calling 901-528-4270, writing to MLGW Commercial Resource Center, P.O. Box 430, Memphis, TN 38101 or by email addressed to crc@mlgw.org.

**Purchased Gas Adjustment (PGA)**
Your monthly gas bill reflects the fluctuating total wholesale costs of natural gas, which include purchases, storage, transportation and delivery.

**Tennessee Valley Authority (TVA) Fuel Cost Adjustment (FCA)**
Your monthly electric bill reflects the fluctuating TVA wholesale cost of electric power, due to variations in TVA's cost of fuel and purchased power.