# EXHIBIT 9

**From:** Crowe Services (Crowe Heating & Air ) <noreply+291789@servicetitan.com>
**Sent:** Friday, December 1, 2023 4:11 PM
**To:** Zachary Livingston <zlivingston@xpedient.com>
**Subject:** Your Invoice from Crowe Services
**Attach:** Invoice #52975802.pdf

You don't often get email from noreply+291789@servicetitan.com. Learn why this is important

**CAUTION: This email originated from OUTSIDE of the organization. Never click on a link or open attachments if it originated outside the Xpedient Network unless you know the content is safe.**

Hello Xpedient Logistics,

Let us know if we need to come back out when the gas is unlocked.

Please find your invoice from Crowe Services for 4601 Cromwell Avenue, Memphis, TN 38118 USA attached below.

For your convenience, you can now make a payment online by using the link below.

Make a Payment

If you have any questions regarding this invoice or would like to book future services, please give our office a call at (901) 413-5361 x0.

You may also leave us a Google review here

Sincerely,
Your Friends at Crowe Services

Jamie Davis
Exhibit
164
J. Lyle 09.01.26

CROWE SERVICES

Crowe Heating & Air
6391 Ferrell Dr, Memphis, TN 38134
901-413-5361

**Invoice** 52975802
**Invoice Date** 11/16/2023
**Completed Date** 11/16/2023
**Customer PO**
**Payment Term** Due Upon Receipt
**Due Date** 11/16/2023

**Billing Address**
Xpedient Logistics
200 Northpoint Drive #100
Coppell, TX 75019 USA

**Job Address**
Xpedient Logistics
4601 Cromwell Avenue
Memphis, TN 38118 USA

**Description of Work**

Need to come back and test system when they have the gas unlocked.

| Task # | Description | Quantity | Your Price | Your Total |
|---|---|---|---|---|
| SCRE | Residential Service Call- Emergency | 1.00 | $125.00 | $125.00 |

| | |
|---|---|
| **Sub-Total** | $125.00 |
| **Tax** | $0.00 |
| **Total Due** | $125.00 |
| **Balance Due** | $125.00 |

Thank you for choosing Crowe Heating & Air

This invoice is agreed and acknowledged. Payment is due upon receipt. A service fee will be charged for any returned checks, and a financing charge of 1% per month shall be applied for overdue amounts.

I have inspected all of the work done by Crowe Services pursuant to the invoice terms agreed by me at the Job Address listed on this invoice.. I find that all work has been completed in a satisfactory and workmanlike manner. I have been given the opportunity to address concerns and/or discrepancies in the work provided, and I either have no such concerns or have found no discrepancies or they have been addressed by Crowe H&A to my satisfaction. My signature here signifies my full and final acceptance of all work performed by the contractor pursuant to the invoice as agreed.