# EXHIBIT 10

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

AGILENT TECHNOLOGIES, INC. )
Plaintiff, ) Case No.
vs. ) 2:25-CV-02101
XPEDIENT MANAGEMENT ) (BCL)(CGC)
GROUP, LLC, et al., )
Defendants. )

-----------------------------------------------------

XPEDIENT MANAGEMENT GROUP, )
LLC, )
Cross-Plaintiff, )
vs. )
ST. PAUL FIRE AND MARINE )
INSURANCE COMPANY and )
COLLIERS MANAGEMENT )
SERVICES - MEMPHIS, LLC, )
Cross-Defendants. )

---

ORAL AND VIDEOTAPED DEPOSITION OF

ZACHARY LIVINGSTON

September 16, 2026

Reported By: SUSAN ASHE, CER

Job No.: 10200460

That no emergency exits are blocked.

Hand and power tool use is machine guarded.

Fire extinguishers are charged.

**Q. Okay. And at a very high level, what type of services does MEI industries provide?**

A. Just crane services, rigging services.

**Q. And these are for construction projects?**

A. Correct.

**Q. Okay. Are these commercial construction projects, generally?**

A. Generally.

**Q. Okay. And where did you work before MEI?**

A. Xpedient Logistics.

**Q. Okay. And when did you last work for Xpedient Logistics?**

A. End of February 2026.

**Q. And how long did you work for Xpedient?**

A. Seven years.

**Q. So from approximately....**

A. March 2019.

**Q. Okay. Thank you.**

**And what was your title at the time you left Xpedient?**

A. Safety manager.

**Q. Okay. And what about when you joined?**
A. Operations manager.
**Q. And as an operations manager at Xpedient, what were your job responsibilities?**
A. Inventory management, new hire, inventory accuracy, KPI reports.
**Q. What's a KPI report?**
A. Just like -- like a volume -- daily volume report.
**Q. Okay.**
A. Efficiency report.
**Q. And how long were you an operations manager at Xpedient?**
A. Till August of 2023.
**Q. And as an operations manager at Xpedient, did you have any responsibility for facility management?**
MR. THOMAS: Object to form.
A. I mean, for the facility, just preventative maintenance scheduling.
MR. BUTLER: I'm sorry. Could you please speak up, if you can.
WITNESS: Sorry.
A. As a operations manager, I was -- I did have a responsibility for preventative maintenance

**But the general process was that you would provide the first-level approval.**

A. Correct.

**Q. First-level review and approval, I should say.**

A. Correct.

**Q. Okay. And you indicated that your title changed in August 2023. Is that correct?**

A. Yes.

**Q. What did your title change to?**

A. Safety manager.

**Q. Okay. And in your opinion, was this a promotion?**

A. Yes.

**Q. Okay. And how did your job responsibilities change when you were promoted to safety manager?**

A. I was in charge of creating safety documentation for the company. This involved, you know, things like emergency response plans, training programs, things of that nature; investigation, reporting.

**Q. Okay. And when you were promoted to safety manager, did preparing these safety docs -- documents take up the majority of your time?**

**Q. Before November?**

A. Before December of '23.

**Q. Understood.**

**Do you recall if it was before November of '23?**

A. No.

**Q. Okay. And when you returned to the Cromwell warehouse in August of 2023, did you test out the HVAC system?**

A. No.

**Q. Did you have any understanding of whether there was multiple HVAC systems at the Cromwell warehouse, or a single system?**

A. No.

**Q. Okay. Did you attempt to turn on any HVAC system or heating system at the Cromwell warehouse prior to the water intrusion event?**

A. No.

**Q. Why not?**

A. Because there wasn't a need for me to even use anything in the HVAC. The temperature was fine.

And then by the time I had arranged a third party to look at it -- you know, I realized that there needed to be some extra work done on it.

So I never really needed to test it

myself. I had a third party do it.

**Q. Okay. And when you say you realized there needed to be worked on, what do you mean by that?**

A. In November, I had Crowe Heating & Air take a look at it. And -- yeah, they said they couldn't do it.

**Q. And why couldn't they do it?**

A. They said there was an issue with the meter.

**Q. And what was the issue with the meter?**

A. That there was a lock on it and they couldn't turn it on.

**Q. Okay. And did they point out the locked meter to you?**

A. No.

**Q. Were you there when they inspected the HVAC systems?**

A. Yes.

**Q. Okay. And did they tell you in person that the meter was locked?**

A. I don't recall.

**Q. When do you recall learning that the meter was locked?**

A. It was on my invoice.

MS. McDONALD: Okay. And I'm

A. Yeah -- yes.
Q. Did you ever deny access to the landlord or the property manager?
A. No way. No.
Q. If the landlord or property manager had a need to get in to the facility to manage the fire sprinkler system, would you have allowed that?
A. Yes.
Q. Are there any circumstances where you would have denied that?
A. No.
Q. You were asked about the timing of when you came on January the 17th, after you got an alarm that there was a problem at the warehouse. Do you remember that?
A. Yeah.
MS. McDONALD: Objection; misstates testimony.
Q. Okay. And we looked at Exhibit 125, the fire department report. Do you remember that?
A. Um-hum. Yeah, I remember this.
Q. Okay. So on this report, it looks like to me that it shows that the fire department was called at 8:41. Is that correct?
Is that what this report, as you interpret

it --
A. It says alarm went off at 8:41, yes.
Q. And then they -- the fire department arrived at 8:47?
A. Yes; six minutes later.
Q. And then it shows that they cleared at 2140, which would be 9:40. Is that correct?
A. Yes.
Q. So they were there for less than an hour.
A. Yes.
Q. And when you got to the facility, the fire department was already there. Correct?
A. Yes.
Q. So you got there within an hour of them getting there, correct?
A. Yes.
Q. How long were you there when the fire department was also there? Was it about 30 minutes? 45 minutes?
A. It would be a half hour to 45 minutes, something like that.
Q. You think it was an hour and 45 minutes?
A. No, half hour to 45 minutes.
Q. Okay. And where in that time frame, in that 30 minutes to 45 minutes, after you got there,

CERTIFICATE

I, SUSAN ASHE, a Certified Electronic Reporter and Notary Public, hereby certify that the foregoing is a true and accurate transcript of the deposition of said witness, who was first duly sworn by me on the date and place hereinbefore set forth.

I FURTHER CERTIFY that I am neither attorney nor counsel, nor related to or employed by any of the parties to the action in which this deposition was taken, and further that I am not a relative or employee of any attorney or counsel employed in this action, nor am I financially interested in this case.

Dated this 24th day of September 2026.

Susan Ashe, Notary Public

of the District of Columbia

My commission expires: May 14, 2028.