# EXHIBIT 13

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

AGILENT TECHNOLOGIES, INC.,

Plaintiff,

vs. Case No. 2:25-CV-02101-bcl-cgc

XPEDIENT MANAGEMENT GROUP, LLC,
ST. PAUL FIRE AND MARINE INSURANCE
COMPANY, AND COLLIERS MANAGEMENT
SERVICES - MEMPHIS, LLC,

Defendants.

---

XPEDIENT MANAGEMENT GROUP, LLC,

Cross-Plaintiff,

vs.

ST. PAUL FIRE AND MARINE INSURANCE
COMPANY and COLLIERS MANAGEMENT
SERVICES - MEMPHIS, LLC,

Cross-Defendants.

---

(Caption continued on page 2.)

Deposition of

JAMIE DAVIS
Individually and 30(b)(6)

September 1, 2026

10:00 a.m.

Reported by:
Julie Lyle, RPR, LCR
Job No. 10199288

A. Hutchinson Community College.
**Q. Okay. And what did you study there?**
A. It was just basic -- I took a few basic courses. It was like Microsoft Excel. I think -- I believe an accounting course and a math course.
**Q. Okay. And do you hold any professional licenses or certifications?**
A. I do. Certifications are OSHA related, so safety, OSHA 30 -- OSHA 300, HACCP certification, which is a food -- food certification. An expired CPR and first responder.
**Q. Great.**
**Anything else?**
A. No.
**Q. Okay. And you're currently employed by Xpedient, correct?**
A. Correct.
**Q. And when did you start working for Xpedient?**
A. I believe October of 2020.
**Q. And what is your current title at Xpedient?**
A. Director of operations. I'm sorry. Let me rephrase that. I'm transitioning right now. It's director of risk and safety.
**Q. So you were previously director of operations, and now you're transitioning to the role**

**of director of risk and safety; is that correct?**
A. Yes.
**Q. And how long did you hold the title of director of operations?**
A. A majority of the time within -- almost five years. So it's recently a switch.
**Q. Okay. And what title did you hold when you first joined Xpedient?**
A. Director of operations.
**Q. Okay. So you've held that title until you became the director of risk management and safety?**
A. Right. Right.
**Q. Okay. And you became the director of risk management and safety within the last few months; is that accurate?**
A. Currently, within the last almost 30 days. We're in the middle of a transition right now.
**Q. Okay. So is it accurate that, from October of 2020 until -- I don't even know where we are anymore -- say, end of July 2026, you were the director of operations at Xpedient?**
A. You could even say I still am. I'm in the middle of transitioning now so --
**Q. Okay. So you're wearing both hats currently?**
A. Correct.

MR. THOMAS: Object to form.
BY MS. McDONALD:
**Q. In 2023.**
A. It would depend on which warehouses. I mean, they're all -- no, I shouldn't say they were all operated differently, but not every warehouse is the same, so --
**Q. So what about the Cromwell warehouse in 2023? What were your responsibilities?**
A. Yep. So for that one, it was a start-up, which was a little bit different than taking over a normal warehouse. The primary responsibility was understanding the -- I mean, the entire process in terms of, you know, when is -- when is the product going to get into the building. Once it's in the building, how are we going to set it up.
Once it's set up, how are we going to keep track of the inventory. When it's time for it to be shipped out, how is that going to happen, both physically, systematically, et cetera.
Yeah, handling, okay -- you know, understanding how the handling requirements work. A lot of customer interaction there too. Training.
**Q. And you were responsible for training at the Cromwell warehouse in 2023?**

Have you seen this document before?
A. I -- I think so.
Q. Okay. Do you recall when you first saw it?
A. It would have been recent.
Q. Okay. So Mr. Livingston never sent this email to you; is that correct?
A. I don't believe so.
Q. Okay. And have you ever discussed this email with Mr. Livingston?
A. No.
Q. And if you turn -- attached to this email is an invoice. If you turn the page, you can see the invoice.
And it's dated 11 -- or November 16, 2023, correct?
A. Okay. Yes.
Q. And that's the date that Mr. Livingston had represented that Crowe was coming out, right?
A. Yes.
Q. Okay. And if you look at "Description of Work," it says, "Need to come back and test the system when they have the gas unlocked."
Do you see that?
A. I do.
Q. And the "they" they're referring to, that's

Xpedient, correct?
A. Yes.
Q. Okay. And under "Description," it says, "Residential service call, emergency."
Do you know why this visit was categorized as an emergency?
A. I don't.
Q. So based on this, you would agree that Crowe informed Mr. Livingston that the gas meter was locked, correct, on November 16th, 2023?
MR. THOMAS: Object to form.
THE WITNESS: Based off -- based off this, I mean, I would think so.
BY MS. McDONALD:
Q. Okay. And then if you -- actually, are you aware of Mr. Livingston telling anyone at Xpedient, in -- you know, after November 16, 2023, say to the ends of December 2023, that the gas meter serving the Cromwell warehouse was locked?
MR. THOMAS: Object to form.
THE WITNESS: Not -- not that I'm aware of, no.
BY MS. McDONALD:
Q. Okay. And so, as we sit here today, you're not aware of Mr. Livingston telling anyone at

COURT REPORTER'S CERTIFICATE

STATE OF TENNESSEE:

I, JULIE K. LYLE, Licensed Reporter for the State of Tennessee, CERTIFY:

1. The foregoing deposition was taken before me at the time and place stated in the foregoing styled cause with the appearances as noted;

2. Being a Court Reporter, I then reported the deposition stenographically to the best of my skill and ability, and the foregoing pages contain a full, true and correct transcript of my said stenographic notes then and there taken;

3. I am not in the employ of and am not related to any of the parties or their counsel, and I have no interest in the matter involved.

WITNESS MY SIGNATURE, this, the 14th day of September, 2026.

JULIE LYLE, RPR, LCR
LCR Number: 850
Expiration: 6/30/2028