**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

**AGILENT TECHNOLOGIES, INC., PLAINTIFF**

**VS CASE NO. 2:25-cv-02101-BCL-cgc**

**XPEDIENT MANAGEMENT GROUP, LLC,**
**ST.PAUL FIRE AND MARINE INSURANCE COMPANY,**
**COLLIERS MANAGEMENT SERVICES-MEMPHIS, LLC DEFENDANTS**

**EXPEDIENT MANAGEMENT GROUP, LLC, CROSS PLAINTIFF**

**VS**

**ST PAUL FIRE AND MARINE INSURANCE COMPANY CROSS-DEFENDANTS**
**and COLLIERS MANAGEMENT SERVICES-MEMPHIS, LLC**

**FACTORY MUTUAL INSURANCE CO., AS**
**SUBROGEE OF AGILENT TECHNOLOGIES, Inc. PLAINTIFF**

**V.**

**XPEDIENT MANAGEMENT GROUP, LLC**
**and ST. PAUL FIRE AND MARINE INSURANCE COMPANY**
**and COLLIERS MANAGEMENT SERVICES-MEMPHIS, LLC DEFENDANTS**

---

## NOTICE OF DEPOSITION

---

PLEASE TAKE NOTICE the undersigned counsel for Defendant Xpedient Management Group, LLC will take the deposition upon oral examination of Chris Mulryan in the above-captioned matter before a court reporter or such other person authorized to administer oaths and take acknowledgements of the deponent as follows:

DATE: December 10, 2026 at 11:00 A.M. EST

DEPONENT: Chris Mulryan

LOCATION: Conducted via Zoom videoconference.
Zoom instructions will be provided prior to the deposition.

The deposition will be taken for all purposes and as authorized by the Federal Rules of Civil Procedure and will continue from day to day until completed. The deposition shall be recorded by stenographic means by a court reporter and may be used for the purposes of discovery or for use as evidence at trial, or both. The deposition will be conducted remotely via secure web-based video or internet video conference technology.

You are invited to attend and participate. All or a portion of the deposition may be recorded by video.

RESPECTFULLY SUBMITTED, this 10th day of November, 2026.

*<u>/s/ William P. Thomas</u>*
William P. Thomas (MS 102209)
Andrew B. Schrack (TN 037624)
**BUTLER SNOW LLP**
6075 Poplar Ave., Ste. 500
Memphis, TN 38119
T: 901-680-7200
F: 901-680-7201
will.thomas@butlersnow.com
andrew.schrack@butlersnow.com

*Attorneys for Defendant Xpedient Management Group, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2026 a copy of the foregoing document has been filed electronically. Notice of this filing will be served by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via electronic mail and/or first-class United States Mail, postage prepaid. Parties may access this filing through the Court's electronic filing system.

*/s/ William P. Thomas*
WILLIAM P. THOMAS

103498652.v1